# EXHIBIT 2 - Complaint

**Registration Number**

# VA 2-376-313

**Effective Date of Registration:**
December 21, 2023
**Registration Decision Date:**
December 22, 2023

## Title

Title of Work: Flying Orb over the hand

## Completion/Publication

Year of Completion: 2020
Date of 1st Publication: April 01, 2020
Nation of 1st Publication: United States

## Author

- **Author:** Dongguan Tesimai Electronic Technology Co., Ltd
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** China

## Copyright Claimant

Copyright Claimant: Dongguan Tesimai Electronic Technology Co., Ltd
Room 1801, Building 1, No. 4, Second Road, Songshan Lake Park, Dongguan City, Guangdong Province, China, 523808

## Rights and Permissions

Organization Name: Whitewood Law PLLC
Email: smu@whitewoodlaw.com
Telephone: (917)858-8018
Address: 57 West, 57th Street
3rd and 4th Floors
New York, NY 10019 United States

## Certification

Page 1 of 2

**Name:**    Shengmao Mu
**Date**:    December 21, 2023

**Correspondence:**    Yes

Registration Number

# VA 2-376-315

**Effective Date of Registration:**
December 21, 2023
**Registration Decision Date:**
December 22, 2023

## Title

|   |   |
|---|---|
| **Title of Work:** | Flying Orb in the Universe |

## Completion/Publication

|   |   |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | December 01, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

|   |   |
|---|---|
| •   **Author:** | Dongguan Tesimai Electronic Technology Co., Ltd |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |

## Copyright Claimant

|   |   |
|---|---|
| **Copyright Claimant:** | Dongguan Tesimai Electronic Technology Co., Ltd<br>Room 1801, Building 1, No. 4, Second Road, Songshan Lake Park, Dongguan City, Guangdong Province, China, 523808 |

## Rights and Permissions

|   |   |
|---|---|
| **Organization Name:** | Whitewood Law PLLC |
| **Email:** | smu@whitewoodlaw.com |
| **Telephone:** | (917)858-8018 |
| **Address:** | 57 West, 57th Street<br>3rd and 4th Floors<br>New York, NY 10019 United States |

## Certification

**Name:**  Shengmao Mu
**Date**:  December 21, 2023

**Correspondence:**  Yes



**Registration Number**

# VA 2-376-327

**Effective Date of Registration:**
December 21, 2023
**Registration Decision Date:**
December 22, 2023

## Title _____

|  |  |
|---|---|
| **Title of Work:** | Flying Orb exploded view |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | April 01, 2020 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author _____

- |  |  |
  |---|---|
  | **Author:** | Dongguan Tesimai Electronic Technology Co., Ltd |
  | **Author Created:** | technical drawing |
  | **Work made for hire:** | Yes |
  | **Citizen of:** | China |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Dongguan Tesimai Electronic Technology Co., Ltd |
|  | Room 1801, Building 1, No. 4, Second Road, Songshan Lake Park, Dongguan City, Guangdong Province, China, 523808 |

## Rights and Permissions _____

|  |  |
|---|---|
| **Organization Name:** | Whitewood Law PLLC |
| **Email:** | smu@whitewoodlaw.com |
| **Telephone:** | (917)858-8018 |
| **Address:** | 57 West, 57th Street |
|  | 3rd and 4th Floors |
|  | New York, NY 10019 United States |

## Certification _____

**Name:**   Shengmao Mu
**Date**:   December 21, 2023

---

**Correspondence:**   Yes

外壳- polypropylene材质

红外线感应器

续航锂电池

特殊构型-螺旋桨
-polypropylene材质

主板（控制芯片+飞行算法）

可编程LED灯

外壳- polypropylene材质