# EXHIBIT 3-1 -
## Complaint

**DOE 1 - Amazon - AFB SOOCOOL DIRECT - AKMXHFO1JV1SZ**

https://www.amazon.com/Upgraded-360%C2%B0Rotating-Boomerang-Spinner-Gyroscope/dp/B0BQ1367MV/ref=sr_1_54?crid=3JEMXWR8T    November 21, 2025
WYZl&dib=eyJ2IjoiMSJ9.Exgd34rTLmmCEitgY9XjxeTNpHWSK5KygAXlq4s4tJAM_LUJ0bvwcULdBLbA9K2YNY7PXg_P_T9Fa77h5YSwNMMzPmpfqUz6ryhqMjMxk
PQ XBRJ9fB5hyWM3CBkdpk9S7xJEGQXZ6bAtVUL9q-hTZk&dib_tag=se&keywords=flying+ball&qid=1760929248&sprefix=%2Caps%2C715&sr=8-54&xpid=pjah1J
89ZwtL-



Toys & Games › Remote & App Controlled Vehicles & Parts › Quadcopters & Multirotors



Click to see full view

🟠 Ask Rufus

Does it come with a remote?    Can it be used outdoors?

Is it easy for kids to control?    Ask something else



## Upgraded New Flying Orb Ball Pro Toys, Globe 360°Rotating Magic Led Lights, Fly Orb Boomerang Spinner Toy, Fly Mini Drone with Gyroscope for Kids Adult Indoor Outdoor (Upgraded, Blue)

Brand: SOOCOOL

3.2 ★★★☆☆ (83) | Find specific info

$18.86

Price history

✓prime

FREE Returns ⌄

Shopping for work? Save 35% up to $100 on your Amazon Business orders. Sign up for a free business account.

Pay $18.86 $0.00; get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more

- Super Cool High-Tech Hand Controlled Drone: built-in gyroscope and smart AI chip for intelligent flight. Different throwing angles and speeds will create different flight lines and boomerang effect. The colorful led at night will make your magic ball cooler This cool stuff not only brings fun to play but also helps to improve children's hands-on ability, operating skills, intelligence, and creativity.
- Safe & Durable & Lightweight: Flying Orb Ball is made of high-grade ABS material. Soft but durable, drop resistant, lightweight and flexible. The propellers are safely concealed within the ball drone. No worry to be hurt by blades. Stop automatically when hit other objects.
- USB Rechargeable: USB charge to full in 25 minutes for 10~15 minutes flying time. With built-in Gyroscope, no remote needed.
- Anytime, Anywhere Fun: Funny and easy to control anywhere, indoor or outdoor, with a smooth flight pattern and boomerang effect. Perfect for family, school, and holiday gatherings.
- Play flying orb ball indoors and outdoors. Develop children's intelligence and improve their creative ability. Perfect way to reduce adults' stresses.
- Perfect Gift for kids, adults and elderly: This hand-controlled drone is a fun novelty gift for birthday, Halloween, Thanksgiving Day and Christmas.
- 100% USA fast shippng. This is the most popular color Blue. Best for 3+ age kids.
- Attention & Tips: (1)Practices needed to avoid falling down quickly. Different angles and forces are the keys! (2)charge to full before playing (3)keep charging port/switch facing up while flying (4)Turn on the power button and hold the fly ball upwards, then simply shake or pat to start (5)How to stop rotation: Shake rapidly up and down, avoid shaking it left and right (may cause the LED ribbon to rub and break). Alternatively, PRESS DOWN on the top with the charging port to forcefully stop.

› See more product details

## Additional Details

🏪 **Small Business**
This product is from a small business brand. Support small. Learn more

📄 Report an issue with this product or seller

$18.86

✓prime

FREE delivery **Monday, November 24.** Order within 20 hrs 30 mins

📍 Deliver to The - Pittsburgh 15238

**In Stock**

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

Ships from    Amazon
Sold by       AFB SOOCOOL DIRECT
Returns       FREE refund/replacement until Jan 31, 2026
Gift options  Available at checkout

⌄ See more

Add to List ⌄

## Other sellers on Amazon

New (3) from $18.86 ✓prime  ›





Speokoy Flying Bouncing Orb Ba...

5.0 ★★★★★ 36

$36.79 ✓prime

Sponsored ⓘ



2025 Latest Cool Boys Toys Flying Orb Ball Toys for Ages 8-13 Hand Controlled

Boomerang Hover Balls Mini Drone...
★★★★☆ 548
$29.99 ✔prime
Sponsored ⓘ

## Bundle these items

 ✔ +  ✔

Total price: $43.05

**Add both to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** SOOCOOL Upgraded New Flying Orb Ball Pro Toys, Globe 360°Rotating Magic Led...
3.2 ★★★☆☆ 83
$18⁸⁶

Sponsored ⓘ
Vantexi Flying Orb Ball Toy,Flying Ball Drone Hand Controlled,Flying Orb Toys with...
4.5 ★★★★★ 497
-38% $24¹⁹
$39.00
✔prime

---

### Based on your recent views  Sponsored ⓘ

Page 1 of 67

<


LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi...
★★★★★ 4,058
Black Friday Deal
-24% $24³²
List: $32.00
✔prime


2 Packs Flying Orb Ball Toy 2025, Boomerang Hover Ball Cosmic Globe, Galaxy Flying ...
★★★★★ 4
-17% $49⁹⁹
List: $59.99
✔prime


Drone for Kids, 2025 Upgrade Flying Toys with LED, Hover Boomerang Mini...
★★★★★ 73
$21⁴⁷
✔prime
You pay $19.32 with coupon


Flying Orb Ball Toys 2024, Soaring Hover Boomerang Spinner Hand Controlled Mini...
★★★★☆ 988
-20% $21⁵⁹
List Price: $26.99
✔prime


WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe...
★★★★☆ 221
-22% $18⁶⁹
List Price: $23.99
✔prime


Flying Orb Ball 2025 Galatic Fidget Spinner Mini Drone Cool To...
★★★★★ 513
Black Friday Deal
-24% $24³²
List Price: $32.00
✔prime

>

---

### 4 stars and above  Sponsored ⓘ

Page 1 of 66

<


Flying Orb Ball Toy,Flying Ball Drone Hand Controlled,Flying Orb Toys with LED Ligh...
★★★★★ 497
#1 Best Seller
Black Friday Deal
-38% $24¹⁹
List Price: $39.00
✔prime


WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe...
★★★★☆ 221
Black Friday Deal
-22% $18⁶⁹
List Price: $23.99
✔prime


Flying Orb Ball 2025 Galatic Fidget Spinner Mini Drone Cool To...
★★★★★ 513
Black Friday Deal
-24% $24³²
List Price: $32.00
✔prime


Flying Orb Ball (Blue, 2025 Upgraded) with Dazzling Lights, Magic Hover Spinner, Co...
★★★★☆ 6,272
Black Friday Deal
-30% $22³⁰
List Price: $32.00
✔prime


LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi...
★★★★★ 4,058
Black Friday Deal
-24% $24³²
List: $32.00
✔prime


2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,...
★★★★☆ 16,144
#1 Best Seller
Black Friday Deal
-20% $25⁶⁰
List: $32.00
✔prime

>

---

## Product information

| Item details ∨ | Features & Specs ∨ |
| --- | --- |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

Style ∨

Measurements ∨

Additional details ∨

**Product Warranty:** For warranty information about this product, please click here.

**Feedback**

⚠ **Fly responsibly**

The Federal Aviation Administration requires registration of many drones flown in the US, for hobby or commercial purposes. To learn more about drone registration requirements, visit the Federal Aviation Administration's drone page https://www.faa.gov/uas/.

**Product description**

# Explore More Playing Tricks to Have More Fun



**How To Play Flying Ball Toys**

- Turn on the power button and hold the fly ball upwards, then simply shake or pat to start! You can choose different angles and throw it to fly. The flying ball will fly back or forward with many different ways because of the reaction force from the wind and the gravity of itself.
- When you toss the flying toy upwards 30° to get flying, it will spins around its axis perpendicular to the direction of flight and fly back to you. Then you can catch it.
- Turn it downwards 30° and toss the flying orb under horizontal direction to get flying. It will fly travels steady in a straight line. If you want to stop playing, just shake or pat this flying ball and stop the spinning. It's easy and safe. The enclosed wheel design can protect your hands while the toy fly.



    



| | | | | | |
|---|---|---|---|---|---|
| | **Blue Flying Orb Ball** | **Red Flying Orb Ball** | **Pink Flying Orb Ball** | **Launching Airplane** | **Flying Plane & Gun** |
| | Add to Cart | Buying Options | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | ★★★☆☆ 61 | — | ★★★☆☆ 61 | ★★★★★ 3 | ★★★★★ 3 |
| Price | $18.86 | — | $18.86 | $15.68 | $15.68 |
| Color | BLUE | RED | PINK | FLYING PLANE | FLYING PLANE/GUN |

## Products related to this item  Sponsored ⓘ

Page 1 of 67

     

| Flying Orb Ball Toy,Flying Ball Drone Hand Controlled,Flying Orb Toys with LED Ligh... | WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe... | Flying Orb Ball (Blue, 2025 Upgraded) with Dazzling Lights, Magic Hover Spinner, Co... | Flying Orb Ball 2025 Boomerang Hover Ball Galatic Fidget Spinner Mini Drone Cool To... | 2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galatic Fidget Spinner,... | Flying Orb Ball Toys 2024, Soaring Hover Boomerang Spinner Hand Controlled Mini... |
|---|---|---|---|---|---|
| ★★★★☆ 497 | ★★★★☆ 221 | ★★★★☆ 6,272 | ★★★★☆ 513 | ★★★★☆ 16,144 | ★★★★☆ 988 |
| #1 Best Seller | Black Friday Deal | Black Friday Deal | Black Friday Deal | #1 Best Seller | Black Friday Deal |
| Black Friday Deal | -22% $18.69 | -30% $22.50 | -24% $24.32 | Black Friday Deal | -20% $21.59 |
| -38% $24.19 | List Price: $23.99 | List Price: $32.00 | List Price: $32.00 | -20% $25.60 | List Price: $26.99 |
| List Price: $39.00 | | | | List: $32.00 | |
| ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime |

## What's in the box

- FLYINGBALL, MANUAL, USB CABLE

## Products related to this item  Sponsored ⓘ

Page 1 of 67

     

| Dual Form Magic Metaball Flying Saucer Toy, 6 Lights Pop Up Light Up Bouncer with... | Magic Meta Ball, Magic Bouncing Ball, Children's Bouncing Balls, Magic Metaball, Ma... | Step on Pop up Balls, Magic Bouncing Ball Step On, Dual Form Freely Switchable,Flyi... | LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi... | Flying Orb Ball Toy,Flying Ball Drone Hand Controlled,Flying Orb Toys with LED Ligh... | WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe... |
|---|---|---|---|---|---|
| $11.98 | ★★★★★ 1 | $29.97 | ★★★★☆ 4,058 | ★★★★☆ 497 | ★★★★☆ 221 |
| | $14.99 | | Black Friday Deal | #1 Best Seller | Black Friday Deal |
| | You pay $13.49 with coupon | | -24% $24.32 | Black Friday Deal | -22% $18.69 |
| | | | List: $32.00 | -38% $24.19 | List Price: $23.99 |
| | | | ✓prime | List Price: $39.00 | ✓prime |
| | | | | ✓prime | |

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 3

 



## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Sponsored ⓘ                                                                                      Page 1 of 3

RIEYON Flying orb Ball 2025 Upgrade
Hover Boomerang Ball 6 Lighting Effe...
4.0 ★★★★☆ 832
$25.99  List: $32.00

BEAUTE ELITE Flying Orb Ball 2024
Upgraded, 2Pack Hand-Controlled Flyi...
4.0 ★★★★☆ 44
Black Friday Deal
$28.04  Typical price: $32.99

**HAMILTON CAPTEL**

*Phones for people with hearing loss*

Hamilton CapTel 2400iSPNBT Captioned Telephon...
★★★★★ 1,808
"I bought this for my 86 year old mom that is very hard of hearing. She loves it..."

Sponsored ⓘ

### 🔘 Looking for specific info?

Ask Rufus or search reviews and Q&A

Does it come with a remote?   Can it be used outdoors?   Is it easy for kids to control?   What is the battery life?

Does it have different flight modes?

## Customer reviews

★★★☆☆  3.2 out of 5

83 global ratings

| | | |
|---|---|---|
| 5 star | | 43% |
| 4 star | | 6% |
| 3 star | | 13% |
| 2 star | | 12% |
| 1 star | | 26% |

How customer reviews and ratings work ⌄

### Customers say

Customers report that the orb ball toy doesn't function as advertised and breaks after several uses. Moreover, the battery life is poor, with customers noting that it runs out very quickly.

🗚 Generated from the text of customer reviews

**Select to learn more**

⊖ Functionality (9)    ⊖ Battery life (7)

### Reviews with images

See all photos ›




## Review this product

Share your thoughts with other customers

Write a customer review




AMERFIST 2025 Flying Orb Ball Toy,Cosm...
16,142
$24.32 prime
Shop now

Sponsored


## Top reviews from the United States



Robert j bergeron

**Fun**

Reviewed in the United States on October 26, 2024

Verified Purchase

I gave as a gift, the (10 yr old) child and his sisters and friends loved it

Helpful | Report



Connie C.

**If you want a flying orb, don't cheap out on this one**

Reviewed in the United States on January 12, 2023

Verified Purchase

The lack of quality in this orb is apparent. The LED light strip snapped in half within the first 10 minutes of using it. Not a big deal as long as it would still fly...which it did for a little while. The charge barely lasted 5 minutes. We only played with it for one evening and then the propellers stopped spinning. The motor would turn on and then shut off after just a few seconds. I noticed there was some hair that had gotten tangled in the axel so I cleaned that out, but it still will not fly. Now the propellers spin, but not as forcefully as in the beginning, and they wind down and stop after about 30 seconds. My advice, don't cheap out like I did. Would have been a really cool gadget.

6 people found this helpful

Helpful | Report



cfoust

**Short battery life**

Reviewed in the United States on January 1, 2024

Verified Purchase

Fun but short lived

Helpful | Report



Amazon Customer

**Very well built product**

Reviewed in the United States on July 18, 2024

Verified Purchase

Fun and easy, kids love it, would recommend to anyone.

Helpful | Report



Amazon Customer

**Not that great**

Reviewed in the United States on January 2, 2024

Verified Purchase

Really tough to get plugged in to charge. Charges fast, but only lasts for a couple minutes. Can't turn it off once running because the off button is also spinning. Didn't hold the kids interest cause it quits so fast

Helpful | Report



Christa

**Waste of money**

Reviewed in the United States on December 26, 2023

https://www.amazon.com/checkout/p/p-106-4975376-1923428?spc?pipelineType=Chewbacca&isBuyNow=1&referrer=spc    November 21, 2025

 amazon prime    Secure checkout ∨    🛒 Cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $18.86 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $1.13 |
| **Order total:** | **$19.99** |

### Delivering to                                          Change

PITTSBURGH, PA, 15238-3103, United States

Add delivery instructions

FREE pickup available nearby ∨

### Paying with                                            Change

Want to use American Express Membership Rewards® points for this order? Learn more ∨

Use a gift card, voucher, or promo code

 **Get a $250 Amazon Gift Card instantly** upon approval for Prime Visa.    Learn more
Instant decision within 15 seconds and no annual fee.

### Arriving Nov 22, 2025

If you order in the next 9 hours and 39 minutes

● **Fastest** Tomorrow, Nov 22                             FREE

○ **Amazon Day** Monday, Nov 24                           FREE
   🌿 Lower carbon delivery ∨

 SOOCOOL Upgraded New Flying Orb Ball Pro Toys, Globe 360°Rotating Magic Led Lights, Fly Orb Boomerang Spinner Toy, Fly Mini Drone with Gyroscope for Kids Adult Indoor Outdoor (Upgraded, Blue)
**$18.86**
✓prime & FREE Returns ∨
Ships from Amazon.com
Sold by AFB SOOCOOL DIRECT

🗑 1 +

Add gift options

**Place your order**

Order total: $19.99
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart



Back to top

amazon

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 2 - Amazon - Bernada Marketplace - AIRR6VC8S07FK**

https://www.amazon.com/StarGlow-Rechargeable-Multicolor-Fall-Resistant-Polypropylene/dp/B0FVK3JCMG/ref=sr_1_256_sspa?crid=3EYXV RQTLY0IQ&dib=eyJ2IjoiMSJ9.8Yn94OZto3Db22Jow-MzEpM6_qBQ5ixVq3-15v04ZTiSjhVURwGQzSm2TRm7Obwtw5v4SWjyssS11RYRg4Y7ZSxLMwEp-ys43wy3v YcfO0yT0Xw5EukbwNl-XcEOG8j2Q4KdMZqjJpF9PLch8HcELbPQLThf6Yd_MuLwi0YjX45z9CFPUQ5MaJC58HFunZes9QKTz7GOF9EZ7sjlRXn1ShuEj6ukf9mi81A KF09cM45-orLHzm7fllrZY6g3F8kVN7P0xT2MWRx6VYFPJWTeCRehv5o98HTJkHliamK_etk cW3scOWZbytxf8JKonvE8OsL2LdMCGnrTe_J6PEAlbc&dib_tag=se&k eywords=flying+orb&qid=1760944271&sprefix=flying+orb%2Caps%2C585&sr=8-256-spons&xpid=hJ4w2LRQd6a5s&sp_csd=d2lkZ2V0TmFtZT1zcF9tdGY&psc=1    November 21, 2025



Sponsored ⓘ

Toys & Games › Novelty & Gag Toys › Flying Toys › Toy Parachute Figures



Click to see full view

**Ask Rufus**

Does it come with a remote?

How long does it take to charge?    Is it safe for kids?

Ask something else

StarGlow LED Flying Orb Ball, Rechargeable Galaxy Spinner with Multicolor Lights, Fall-Resistant Polypropylene Shell, Smart IC Control, USB Charging for Indoor Outdoor Play

Brand: Generic

Find specific info

$19⁹⁹

Price history

Shopping for work? Save 35% up to $100 on your Amazon Business orders. Sign up for a free business account.

Get $60 off instantly: Pay $0.00 $19.99 upon approval for the Prime Store Card. No annual fee.

- **INNOVATIVE DESIGN:** Features a fall-resistant polypropylene shell with reverse propeller design for stable 360-degree rotation and mesmerizing light patterns
- **LED LIGHTING:** Equipped with vibrant multicolor LED strips that create stunning visual effects, perfect for nighttime play and entertainment
- **RECHARGEABLE POWER:** Built-in 180mA battery with micro-USB charging port and hidden switch for convenient operation and extended playtime
- **ADVANCED TECHNOLOGY:** Incorporates a brushless motor and smart IC control system for smooth, consistent performance during flight
- **VERSATILE USE:** Ideal for indoor and outdoor activities, suitable for



▤ Report an issue with this product or seller

### Similar item with fast delivery

AMERFIST 2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner, Hand Drone Orbit, Cool Toys Gift for 6 7 8 9 10+ Year Old Boys Girls Teens Outdoor Toys(Blue)

★★★★☆ (16145)

$24.32 ✓prime

LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gifts for 6 7 8 9 10 11 12+ Years Old...

★★★★☆ 4,058

$24.32 ✓prime

Sponsored ⓘ



$19⁹⁹

FREE delivery **December 1 - 3**. Details

Or fastest delivery **Tuesday, November 25**. Order within **9 hrs 12 mins.** Details

⊙ Deliver to The - Pittsburgh 15238

**In Stock**

Add to Cart

Buy Now

| | |
|---|---|
| Shipper / Seller | Bernada Marketplace |
| Returns | Returnable until Jan 31, 2026 |
| Customer service | Amazon |

⌄ See more

Add to List



Fesbt Flying Orb Ball 2025 Boo...

4.4 ★★★★☆ 513

$24³² ✓prime

Sponsored ⓘ

### Bundle these items



**This item:** StarGlow LED Flying Orb Ball, Rechargeable Galaxy Spinner with Multicolor Lights,...

Scrtine Magic Ball, Children's Magic Metabol Bouncy Ball, Dual-Mode Switching with 6...

KBT 6V 6Ah Rechargeable LiFePO4 Lithium Battery Replacement, Long Lasting Lif...

Total price: **$62.97**

Add all 3 to Cart

ⓘ Some of these items ship sooner than the others. Show details

$22⁹⁹
✓prime

## Based on your recent views *Sponsored* ⓘ
Page 1 of 18

     

| 2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,... | Flying Orb Ball, Magic Hover Flying Ball Toy with Rechargeable, Light Up Floating B... | 2025 Flying Orb Ball for Kids, Magical Galaxy Hover Cosmic Space Boomerang Rotating... | Flying Orb Ball (Blue, 2025 Upgraded) with Dazzling Lights, Magic Hover Spinner, Co... | WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe... | LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi... |
|---|---|---|---|---|---|
| ★★★★☆ 16,145 | ★★★★½ 101 | ★★★★☆ 180 | ★★★★☆ 6,272 | ★★★★☆ 221 | ★★★★½ 4,058 |
| **#1 Best Seller** | **Black Friday Deal** | $19⁹⁹ | **Black Friday Deal** | **Black Friday Deal** | **Black Friday Deal** |
| **Black Friday Deal** | -50% $9⁹⁹ | ✓prime | -30% $22⁵⁰ | -22% $18⁶⁹ | -24% $24⁵² |
| -20% $25⁶⁰ | List Price: $19.99 | | List Price: $32.00 | List Price: $23.99 | List: $32.00 |
| List: $32.00 | ✓prime | | ✓prime | ✓prime | ✓prime |
| ✓prime | | | | | |

## 4 stars and above *Sponsored* ⓘ
Page 1 of 11

     

| Tikduck 2025 Flying Bouncing Ball Toy - USB Rechargeable, Hand-Controlled with 3D F... | 2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,... | Flying Orb Ball Toys, Globe Space Ball, Galaxy Cosmic Gyroscope Fidget Spinning, Co... | LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi... | WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe... | Flying Orb Ball Toy,Boomerang Ball, Hover Hand Mini Drone Cosmic Globe, Fly... |
|---|---|---|---|---|---|
| ★★★★★ 150 | ★★★★☆ 16,145 | ★★★★☆ 79 | ★★★★½ 4,058 | ★★★★☆ 221 | ★★★★☆ 445 |
| **Black Friday Deal** | **#1 Best Seller** | $19⁹⁹ | **Black Friday Deal** | **Black Friday Deal** | $24⁹⁹ |
| -20% $25⁶⁰ | **Black Friday Deal** | ✓prime | -24% $24⁵² | -22% $18⁶⁹ | ✓prime |
| List Price: $32.00 | -24% $24⁵² | **You pay $17.99** with coupon | List: $32.00 | List Price: $23.99 | |
| ✓prime | List: $32.00 | | ✓prime | ✓prime | |
| | ✓prime | | | | |

## Product information

| **Item details** ⌄ | **Features & Specs** ⌄ |
|---|---|
| **Additional details** ⌄ | **Style** ⌄ |
| | **Measurements** ⌄ |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

## Product Description

Transform playtime into a dazzling spectacle with this innovative LED Flying Orb Ball. Featuring an advanced design with a fall-resistant polypropylene shell and reverse propeller system, this captivating toy creates stunning light shows as it spins through the air. The smart IC-controlled LED strips produce mesmerizing multicolor patterns, while the brushless motor ensures smooth, stable flight performance. Powered by a robust 180mA battery, it's easily rechargeable via micro-USB, eliminating the need for constant battery replacements. Perfect for both indoor and outdoor entertainment, this flying orb brings endless fun to gatherings, parties, or casual backyard play. The lightweight yet durable construction makes it ideal for users of all skill levels, while the hidden switch provides convenient operation. Whether spinning, floating, or creating spectacular light trails in the dark, this flying orb ball delivers an enchanting experience that will keep everyone entertained for hours. It's an excellent choice for active play that combines technology with imagination, perfect for creating memorable moments with friends and family.

## Important information

### Safety Information

Ensure a clear flight area Use in open indoor spaces, away from fragile objects, walls, and ceilings. Avoid water exposure Do not fly over water, in rain, or near liquids, as moisture

can damage internal electronics. Supervise children This toy is recommended for children age 6 and up; younger children should only use it under adult supervision. Do not aim at eyes or face The propellers and airflow can cause injury if directed toward sensitive areas.

## Brand in this category on Amazon

 **flying orb ball toy 2025**
Shop Vantexi Gifts ›




Vantexi Flying
Orb Ball Toy,Flyi...
★★★★☆ 497

**Best seller**

Vantexi Flying
Orb Ball Toy,20...
★★★★☆ 497
✓prime

**Best seller**


Vantexi Flying
Orb Ball Toy,20...
★★★★☆ 497
✓prime

Sponsored ⓘ

## What's in the box

- Led Flying Orb Ball
- Usb Charging Cable
- User Manual

## Products related to this item  Sponsored ⓘ

Page 1 of 48


LEMATRIX Flying Orb
Ball Toy, Hover Ball
Boomerang Fly Fidget
Spinner, Cool Toys Gi...
★★★★☆ 4,058
**Black Friday Deal**
-24% $24³²
List: $32.00
✓prime


Flying Orb Ball 2025
Boomerang Hover Ball
Galatic Fidget Spinner
Mini Drone Cool To...
★★★★☆ 513
**Black Friday Deal**
-24% $24³²
List Price: $32.00
✓prime


2025 Flying Orb Ball
Toy,Cosmic Globe
Galactic Fidget Spinner,...
★★★★☆ 16,145
**#1 Best Seller**
**Black Friday Deal**
-20% $25⁶⁰
List: $32.00
✓prime


Children's Bouncing Ball,
Dual-Form Magic Meta
Ball Bouncing Ball, Magic
Flying Sau...
★★★★☆ 3
$21⁹⁹


WHATOOK Flying Orb
Toy: 2024 Upgraded
Boomerang Ball, Hover
Orb, Cosmic Globe...
★★★★☆ 221
**Black Friday Deal**
-22% $18⁶⁹
List Price: $23.99
✓prime


Tikduck Flying Orb Ball
2025 Toys Soaring Hover
Boomerang Spinner
Hand Controlled M...
★★★★☆ 10,182
**Black Friday Deal**
-24% $24³²
List Price: $32.00
✓prime

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 3


TOSY Magnet Fidget Spinner Glow - 16
Blocks, 3in1 Toy: Transformable Fidget...
4.3 ★★★★☆ 161
**21% off** Black Friday Deal
$18.99 List: $23.99


Activ Life Kid's Flying Rings (2 Pack)
They Fly Straight & Don't Hurt, 80%...
4.5 ★★★★☆ 22,205
**41% off** Black Friday Deal
$9.99 List: $16.99








Captioned telephones for
people with hearing loss

Hamilton CapTel 2400iSPNBT Captioned Telephon…

★★★★½ 1,808

"I bought this for my 86 year old mom that is very hard of hearing.
She loves it..."

Sponsored

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review

No customer reviews



Speokoy Flying Bouncing Orb Ball
Toy(3 Replaceable…
-20% $36.79 $45.99

Sponsored



Ingersoll Rand 2850MAX 1" Air Impact Wrench, 2,100 ft-lbs …
★★★★☆ 401
$520⁰⁰ ✓prime

Sponsored



★★★★☆ 401
$520⁰⁰ ✓prime

Sponsored



**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English    United States

https://www.amazon.com/checkout/p/p-106-4250477-8889819/spc?pipelineType=Chewbacca&isBuyNow=1&referrer=spc                    November 21, 2025

 amazon prime    Secure checkout ⌄    🛒 Cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $1.20 |
| **Order total:** | **$21.19** |

**Delivering to**    Change

PITTSBURGH, PA, 15238-3103, United States

Add delivery instructions

**Paying with**    Change

Want to use American Express Membership Rewards® points for this order? Learn more ⌄

Use a gift card, voucher, or promo code

 **Get a $250 Amazon Gift Card instantly** upon approval for Prime Visa. Instant decision within 15 seconds and no annual fee.    Learn more

**Arriving Dec 1, 2025 – Dec 3, 2025**

| | |
|---|---|
| ○ Tuesday, Nov 25 | $11.05 |
| ○ Tuesday, Nov 25 - Wednesday, Nov 26 | $9.05 |
| ● Monday, Dec 1 - Wednesday, Dec 3 | FREE |

    StarGlow LED Flying Orb Ball, Rechargeable Galaxy Spinner with Multicolor Lights, Fall-Resistant Polypropylene Shell, Smart IC Control, USB Charging for Indoor Outdoor Play
**$19.99**
Ships from Bernada Marketplace
Sold by Bernada Marketplace

 🗑 1 +

Gift options not available

**Place your order**

Order total: $21.19
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart



Back to top

amazon    ⊕ English ⬍    ▄▄ United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✓✗
© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 3 - Amazon - CangRuidianpu - AEXMN7XXS4KFC**



https://www.amazon.com/Flying-Ball-Cosmic-Globe-Boomerang/dp/B0FWR46HXF/ref=sr_1_200?crid=3EYXVRQTLY0IQ&dib=eyJ2IjoiMSJ9.F   November 21, 2025
RV-yULsJbrCjNssxbtZUyXg8Who40tLlmXA2cYmJqflrzDdWr0LE0TwYrMIKgN6-xxbRZArFLcg09I7I-OmGzyKLtGxpC4jvjuqpur5CrWdbW3mlYyokMrpsWYvhq8emI33a
bFD8VYpK0O5gvDvNImVf4n9WFN9U-gHVuU3OniVD6NbiADDT2L7bd-MjhdNjKPZM4b1BjLbSyLhwYnw7RlqIchGsFIluz2K5l6WVCq7jSqkd1EmVigNpCZxaWY-c2EJ
8YE7yTXcCCE72X0alqppHQJwjMRy_cJx0OxVDY0.kQ-3y8TAh7izWUyo4wAzu1vhXjuGqWhIHlgEkl9rYzU&dib_tag=se&keywords=flying+orb&qid=1760944003&spr
efix=flying+orb%2Caps%2C585&sr=8-200&xpid=hJ4w2LRQd6a5s



**amazon** prime

Deliver to The
Pittsburgh 15238

All ▾ | flying orb | 🔍

🇺🇸 EN ▾ | Hello, Annie
Account & Lists ▾ | Returns
& Orders | 🛒 0 Cart

☰ All | 🌟 Rufus | Black Friday | Medical Care ▾ | Luxury | Amazon Basics | Buy Again | Customer Service | Amazon Business ▾ | Audible | Tonight: NBA on Prime

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

amazon music unlimited    **3 months FREE**

## Consider these available items



KIYTARBOO Flying Orb Ball Toys
2025, Cosmic Fly Ball Globe
Boomerang,Galaxy Hover Balls...
5.0 ⭐⭐⭐⭐⭐ 8
$18⁹⁸
✓prime

Toys & Games › Novelty & Gag Toys › Flying Toys › Toy Parachute Figures

### Flying Orb Ball Toy,Cosmic Globe Boomerang - Cool Boomerang Drone (Blue)

Brand: generic
Find specific info

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- Flying Orb Ball Toy,Cosmic Globe Boomerang
› See more product details

📋 Report an issue with this product or seller



Click to see full view



LEMATRIX Flying Orb Ball Toy, Hover Ball
Boomerang Fly Fidget Spinner, Cool Toys
Gifts for 6 7 8 9 10 11 12+ Years Old...
⭐⭐⭐⭐½ 4,058
$24.32  ✓prime

**Currently unavailable.**
We don't know when or if this item will be back in stock.
⊙ Deliver to The - Pittsburgh 15238

Add to List ▾

## Based on your recent views  Sponsored ⓘ

Page 1 of 12

‹         ›

**Flying Orb Ball Toys
Cosmic Globe Soaring
Magic Hover Hand
Controlled Boomeran...**
Black Friday Deal
-20% $19¹⁹
Typical price: $23.99
✓prime

**Flying Orb Ball Toys
2024, Soaring Hover
Boomerang Spinner
Hand Controlled Mini...**
⭐⭐⭐⭐ 988
Black Friday Deal
-20% $21⁵⁹
List Price: $26.99
✓prime

**StarGlow LED Flying Orb
Ball, Rechargeable
Galaxy Spinner with
Multicolor Lights, F...**
$19⁹⁹

**LEMATRIX Flying Orb
Ball Toy, Hover Ball
Boomerang Fly Fidget
Spinner, Cool Toys Gi...**
⭐⭐⭐⭐½ 4,058
Black Friday Deal
-24% $24³²
List: $32.00
✓prime

**2 Packs Flying Orb Ball
Toy 2025, Boomerang
Hover Ball Cosmic Globe,
Galaxy Flying ...**
⭐⭐⭐⭐⭐ 4
-17% $49⁹⁹
List: $59.99
✓prime

**2025 Flying Orb Ball
Toy,Cosmic Globe
Boomerang Hover Ball
Galactic Fidget Spinner,...**
⭐⭐⭐⭐ 16,144
#1 Best Seller
Black Friday Deal
-24% $24³²
List: $32.00
✓prime

## 4 stars and above  Sponsored ⓘ

Page 1 of 8

‹         ›

**LEMATRIX Flying Orb
Ball Toy, Hover Ball
Boomerang Fly Fidget
Spinner, Cool Toys Gi...**

**2025 Flying Orb Ball
Toy,Cosmic Globe
Boomerang Hover Ball
Galactic Fidget Spinner,...**

**2025 AI Flying Orb Ball
Toy, Cosmic Globe
Boomerang Hover Ball
Galactic Fidget Spin...**

**Flying Orb Ball (Blue,
2025 Upgraded) with
Dazzling Lights, Magic
Hover Spinner, Co...**

**Flying Orb Ball 2025
Boomerang Hover Ball
Galatic Fidget Spinner
Mini Drone Cool To...**

**Flying Orb Ball Toys
2024, Soaring Hover
Boomerang Spinner
Hand Controlled Mini...**

★★★★☆ *30,098*
| **Black Friday Deal** | **#1 Best Seller** | **Black Friday Deal** | **Black Friday Deal** | **Black Friday Deal** | **Black Friday Deal** |
| -24% $24³² | **Black Friday Deal** | -43% $22⁷⁹ | -30% $22³⁰ | -24% $24³² | -20% $21⁵⁹ |
| List: $32.00 | -20% $25⁶⁰ | List Price: $39.99 | List Price: $32.00 | List Price: $32.00 | List Price: $26.99 |
| ✓prime | List: $32.00 | ✓prime | ✓prime | ✓prime | ✓prime |
| | ✓prime | | | | |

---

## Product information

| Item details | ^ | | Style | ^ |
|---|---|---|---|---|
| Age Range Description | 9 years and up | | Color | Purple |
| Brand Name | generic | | Theme | Sport |
| ASIN | B0FWR46HXF | | **Materials & Care** | ^ |
| Included Components | fly ball | | Material Type | Plastic |
| Manufacturer | generic | | | |
| Manufacturer Minimum Age (MONTHS) | 180 | | | |
| Manufacturer Maximum Age (MONTHS) | 960 | | | |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:**
You can return many items you have purchased within 30 days following delivery
of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your
legal right of withdrawal in any way. You can find out more about the exceptions
and conditions here.

**Feedback**

Would you like to **tell us about a lower price?** ∨

---

## Product Description

Flying Orb Ball Toy,Cosmic Globe Boomerang

## Customers also viewed these products

Page 1 of 7 ⋮

   

| Zookao 2025 Boomerang Hover Ball, Upgraded Flying Orb Galaxy Ball 2025 Cool Toys Gift for 6 7 8 9 10+ Year Old Boy... | MERRYHOME Flying Orb Ball Toys: 360°Rotating Hand Controlled Drone... | Vantexi Flying Orb Ball Toy,Flying Ball Drone... | SVJJ 2025 Flying Orb Ball Toy - Hand Controlled Hover Boomerang with RGB Lights, Cosmic Globe Fidget Spinner Mini... | Fesbt Flying Orb Ball 2025 Boomerang Hover Ball Galatic Fidget Spinner Mini Drone Cool... |
|---|---|---|---|---|
| ★★★★★ 20 | ★★★★☆ 868 | ★★★★☆ 497 | ★★★★☆ 813 | ★★★★☆ 513 |
| $24⁹⁹ | -39% $19⁹⁹ | **#1 Best Seller** | ✓prime FREE One-Day Get it Tomorrow, Nov 22 | -24% $24³² |
| ✓prime FREE Delivery Monday, Nov 24 | **Black Friday Deal** | -38% $24¹⁹ | | **Black Friday Deal** |
| | List Price: $32.99 | **Black Friday Deal** | | ✓prime FREE One-Day Get it Tomorrow, Nov 22 |
| | Lowest price in 30 days | List Price: $39.00 | | |
| | ✓prime FREE One-Day Get it Tomorrow, Nov 22 | Lowest price in 30 days | | |
| | | ✓prime FREE One-Day Get it Tomorrow, Nov 22 | | |

---

## What's in the box

- fly ball

---

## Related products with free delivery  *Sponsored* ⓘ

Page 1 of 12

     

| LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi... | 2 Pack-2025 Upgraded Flying Orb Ball Toys, Hover Boomerang Ball Spinner Mini Drone -... | Flying Orb Ball Toys Cosmic Globe Soaring Magic Hover Hand Controlled Boomerang... | Flying orb Ball Toy [2025 Upgraded] Built-in RGB Lights 360°Rotating Hover-... | 2 Packs Flying Orb Ball Toy 2025, Boomerang Hover Ball Cosmic Globe, Galaxy Flying ... | Flying Orb Ball 2025 Boomerang Hover Ball Galatic Fidget Spinner Mini Drone Cool To... |
|---|---|---|---|---|---|
| ★★★★☆ 4,058 | ★★★★★ 5 | **Black Friday Deal** | ★★★★★ 3 | ★★★★★ 4 | ★★★★☆ 513 |
| **Black Friday Deal** | $32⁹⁹ | | -5% $24³² | -17% $49⁹⁹ | **Black Friday Deal** |



## Videos

Help others learn more about this product by uploading a video!

Upload your video

Serenity Kids 7+ Months Beef Chimichurri Baby Foo...

⭐⭐⭐⭐☆ 4,202

**Black Friday Deal**

Shop now

Sponsored ⓘ

## ✦ Looking for specific info?

Ask Rufus or search reviews and Q&A

## Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review



| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| | Supply to Amazon | Amazon Secured Card | Shipping Rates & |



About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

🌐 English ⇕      🇺🇸 United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing | Start a Selling Account | Shipping Software Inventory |

**DOE 4 - Amazon - caohengjun - A12OILCXP0XADB**



https://www.amazon.com/Upgraded-Boomerang-Spinner-Controlled-Spinning/dp/B0FS7MKQ9M/ref=sr_1_168?crid=XVZKOMU2GPZM&dib=eyJ2IjoiM  December 9, 2025
SJ9.kzbomC7Mow7Ly__BKvutE0bF0ajNJV9pKY33zAy1siARBz_-ZRHcYFhdsZWw7mUcylzMp9ll4R9hszQPEoheDSYSvVihzy1d-tK9wh67X6yeSTwGeUd_-MHG4vXBEhbv
KYIztZ9iKSlQBw03yEyyEzp9eAhZO6VV0XYJmeVYNXECZtZg8LMHY1Gfx91laVh6tpC2aL2sVxrP7tMlgxBc821CmiMd1TEG6hmRDLKXq6iJ-Nqs4LZTiQ1T3HG7OBCxCse
YYx4RsnG3Q_7FNQKK4FJC7cbv4RAVUk8nHq6EgK0.kYV8waSQ8lTcrynflgd_uKHpL4-Oco6HuF0Ox6mZE3cA&dib_tag=se&keywords=flying%2Borb&qid=1764051406&sp
refix=flying%2Borb%2Caps%2C955&sr=8-168&xpid=vhA2-1CfUbnsQ&th=1

  



Click to see full view



**Flying Orb Ball Toys, 2025 Upgraded Toy, Hover Ball Boomerang Fly Fidget Spinner Hand Controlled Mini Drone Cosmic Globe Spinning Cool Toys for 6 7 8 9 10+ Year Old Boys Girls Teens (Blue)**

Brand: Generic

2.5 ★★☆☆☆ ✓ (3) | Search this page

Currently unavailable.
We don't know when or if this item will be back in stock.

⚠ Report an issue with this product or seller


Taikcsut 2025 Flying Orb Ball Toy, Hover Boomerang Ball Spinner Mini Drone -...
★★★★★ 1% | $17.99
Sponsored ⓘ

**Currently unavailable.**
We don't know when or if this item will be back in stock.
⦿ Deliver to The - Pittsburgh 15238



Add to List ▾


AMERFIST 2025 Flying Orb Ball...
★★★★☆ (16,349)
$25.60 $32.00 ✓prime
Sponsored ⓘ

What age range is this for?   Does it require batteries?

Can it be used indoors?   Ask something else

**Based on your recent views** Sponsored ⓘ  Page 1 of 27

     

Flying Orb Ball Toy 2025 Hand Controlled Hover Spinner Galaxy Lights Ball 360° Boom...
★★★★★ 13
-15% $16⁹⁹
Typical: $19.99
✓prime
You pay $15.29 with coupon

Upgraded Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Boomerang Balls Cosm...
★★★★☆ 15
$16⁹⁹
✓prime
You pay $15.29 with coupon

2025 Upgraded Flying Orb Ball - Hover Drone Boomerang Ball for Kids & Adults, Fun I...
★★★★☆ 14
#1 Best Seller
$18⁶⁹
✓prime

Flying Orb Ball Toy, Magic Hover Boomerang Hand Drone Cosmic Globe, Light Up Fidget...
★★★★★ 2
-6% $15⁹⁹
Typical: $16.99
✓prime

2025 Upgraded Flying Orb Ball Toy with LED Lights, Cosmic Boomerang Hover Orb...
★★★★☆ 26
#1 Best Seller
$18⁹⁹
✓prime

Flying Orb Ball Toy 2025 Hover Soaring Nebula, Hand Controlled Boomerang Galactic if...
★★★★★ 1
-16% $15⁹⁹
Typical: $18.99
✓prime

**4 stars and above** Sponsored ⓘ Page 1 of 14

    

ENJSD 2025 Flying Orb Ball, Boomerang Hover Space Ball Flying...

Flying Orb Ball Toy - 2025 Upgraded Magic Flying Orb Toy with LED...

OFUN Flying Orb Ball Toys 2025 - Hover Ball Cosmic Globe...

2025 AI Flying Orb Ball Toy, Cosmic Globe Boomerang Hover Ball...

Sosuy 2025 Flying Orb Ball for Kids, Magical Hover Galaxy Cosmic...

Flying Orb Ball (Blue, 2025 Upgraded) with Dazzling Lights, Magic...



---

**Consider these available items**


OFUN Flying Orb Ball Toys 2025 - Hover Ball Cosmic Globe Boomerang, Hand Controlled Drone Orbit, Cool...
★★★★☆ 77
$15²⁹
✓prime


AMERFIST 2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner, Hand...
★★★★☆ 16,349
$28⁸⁰
✓prime


Uladis 2025 AI Flying Orb Ball Toys, Galaxy Cosmic Globe Boomerang Hover Ball, Hand Drone Orbit, Gala...
★★★★★ 79
$25⁹⁹
✓prime

Sponsored ⓘ

Toys & Games › Remote & App Controlled Vehicles & Parts › Remote & App Controlled Vehicles › Hovercrafts

---

amazon prime

Deliver to The
Pittsburgh 15238

All ▾   flying+orb   🔍

EN ▾   Hello, Annie   Returns   🛒
Account & Lists ▾   & Orders   Cart

☰ All   • Rufus   Holiday Gifts   Medical Care ▾   Luxury   Amazon Basics   Amazon Home   Amazon Business ▾   Books   prime   vs   THURS NIGHT FOOTBALL 66:45:21

Toys & Games   Kids Gift Guide   Shop Toys by Character   Shop Best Selling Toys   Shop Newly Released Toys   Shop Amazon Exclusive Toys   Shop Toy Deals   Create a Gift List

PRO STASH 2025 Upgraded Flying Orb Ball -...   $18.69 ✓prime   Shop now
Sponsored ⓘ

| | | | | | |
|---|---|---|---|---|---|
| ⭐⭐⭐⭐½ 54 | ⭐⭐⭐⭐ 154 | ⭐⭐⭐⭐ 77 | ⭐⭐⭐⭐½ 479 | ⭐⭐⭐⭐ 194 | ⭐⭐⭐⭐ 6,350 |
| -17% $19⁹⁹ | $17⁹⁹ | #1 New Release | Limited time deal | $19⁹⁹ | -22% $24⁹⁹ |
| Typical: $23.99 | ✔prime | Limited time deal | -10% $21⁵⁸ | ✔prime | List: $32.00 |
| ✔prime | | -33% $15²⁹ | Typical: $23.98 | | ✔prime |
| | | Typical: $22.99 | ✔prime | | |
| | | ✔prime | | | |

## Product information

| Item details | ^ | | Measurements | ^ |
|---|---|---|---|---|
| Educational Objective | Focus, Hand-Eye Coordination | | Size | 3.74 inches |
| Brand Name | Generic | | Item Dimensions | 3.62 x 3.62 x 3.74 inches |
| Customer Reviews | 2.5 ⭐⭐½ ⌄ (3) 2.5 out of 5 stars | | | |
| ASIN | B0FS7MKQ9M | | | |
| Item Height | 3.74 inches | | | |
| Manufacturer | CHJ | | | |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Feedback**

Would you like to **tell us about a lower price?** ⌄

## Brand in this category on Amazon

 **Perfect Christmas Gift for Kids**
Shop PRO STASH ›



| Best seller | Best seller | Best seller |
|---|---|---|
|  |  |  |
| PRO STASH 2025 Upgraded Flyin... | PRO STASH 2025 Upgraded Flyin... | PRO STASH 2025 Upgraded Flyin... |
| ⭐⭐⭐⭐ 14 | ⭐⭐⭐⭐ 14 | ⭐⭐⭐⭐ 14 |
| ✔prime | ✔prime | ✔prime |

Sponsored ⓘ

### Related products with free delivery Sponsored ⓘ

Page 1 of 28

     

| Flying Orb Ball Toy 2025 Hover Soaring Nebula, Hand Controlled Boomerang Galactic if... | Upgraded Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Balls Cosm... | Flying Orb Ball Toy, Magic Hover Boomerang Hand Drone Cosmic Globe, Light Up Fidget... | 2025 Upgrade Flying Orb Ball Toy Controlled Hover Ball with ,Gifts for Boys and Gir... | Flying Orb Ball Toy 2025 Hand Controlled Hover Spinner Galaxy Lights Ball 360° Boom... | 2025 Upgraded Flying Orb Ball - Hover Drone Boomerang Ball for Kids & Adults, Fun I... |
|---|---|---|---|---|---|
| ⭐⭐⭐⭐⭐ 1 | ⭐⭐⭐⭐ 15 | ⭐⭐⭐⭐ 2 | | ⭐⭐⭐⭐⭐ 13 | ⭐⭐⭐⭐ 14 |
| -16% $15⁹⁹ | $16⁸⁹ | -16% $15⁹⁹ | $16⁹⁹ | -15% $16⁹⁹ | #1 Best Seller |
| Typical: $18.99 | ✔prime | Typical: $18.99 | ✔prime | Typical: $19.99 | $18⁶⁹ |
| ✔prime | You pay $15.20 with coupon | ✔prime | | ✔prime | ✔prime |
| | | | | You pay $15.29 with coupon | |

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Page 1 of 3

Sponsored ⓘ



Taikcsut

Double Pass

Taikcsut 2025 Upgraded Flying Orb Ball Toy, Hover Boomerang Ball Spinner Mi...
5.0 ★★★★★ 13
$17.99

SoSuy

Sosuy 2025 Flying Orb Ball for Kids, Magical Hover Galaxy Cosmic...
4.0 ★★★★☆ 194
$19.99

PRO STASH 2025 Upgraded Flying Orb Ball - Hover...
$18.69 ✓prime
Shop now

Sponsored ⓘ

## Looking for specific info?

Ask Rufus or search reviews and Q&A

What age range is this for?   Does it require batteries?   Can it be used indoors?   Is it durable?

Does it come with a charger?

## Customer reviews

★★½☆☆ 2.5 out of 5

3 global ratings

| | | |
|---|---|---|
| 5 star | | 38% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 62% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review

PRO STASH 2025 Upgraded Flying Orb Ball - Hover...
$18.69 ✓prime

Sponsored ⓘ

### Reviews with images

See all photos ›

### Top reviews from the United States

Placeholder
★☆☆☆☆ **Poor quality**
Reviewed in the United States on December 3, 2025
Verified Purchase

stopped working after about 2 minutes.... LED strip pulled out of the connector.

Helpful | Report

Amazon Customer
★☆☆☆☆ **Melted charging cord**
Reviewed in the United States on December 3, 2025
Verified Purchase

Just got it, plugged it in, started on fire, melted cord

Helpful | Report

See more reviews ›

Sunnydaze Decor 30-inch Outdoor Fire Pit with Poker and Scr...
★★★★½ 1,146
$189.00 ✓prime    Shop now



Sponsored



Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English

United States

**DOE 5 - Amazon - Dalian Guyufenghong Trading Co., Ltd. - A3O0Q68OO1JMK0**



https://www.amazon.com/2025-Upgraded-Flying-Ball-Toys/dp/B0FXM578NS/ref=sxin_16_pa_sp_search_thematic_sspa?content-id=amzn1.sym.2d059    December 9, 2025
ae5-fdc6-468f-a0b7-dbd975501159%3Aamzn1.sym.2d059ae5-fdc6-468f-a0b7-dbd975501159&crid=1AK8I5DDYZ305&cv_ct_cx=flying+ball&keywords=flying+ball&pd_rd_i=
B0FXM578NS&pd_rd_r=224f8d29-5703-4822-b8d6-f0ee6136f4ab&pd_rd_w=1udVm&pd_rd_wg=gK3fJ&pf_rd_p=2d059ae5-fdc6-468f-a0b7-dbd975501159&pf_rd_r=T1K1C
3P7M7QM5T9995R7&qid=1764665828&sbo=RZvfv%2F%2FHxDF%2BO5021pAnSA%3D%3D&sprefix=flying+ball%2Caps%2C471&sr=1-49-d1d87218-35d9-414f-9801-db
7973c52143-spons&xpid=TS9A0dsZH1N9u&aref=fhkBrJ0k7a&sp_csd=d2lkZ2V0TmFtZT1zcF9zZWFyY2hfdGhlbWF0aWM0aWM0aWM%3D



Sports & Outdoors › Sports › Leisure Sports & Game Room › Outdoor Games & Activities › Boomerangs

## 2025 Upgraded Flying Orb Ball Toys - Cosmic Globe Boomerang with Led Lights for Kids & Adults, Indoor/Outdoor Fun Cool Holiday Magic Toy, Cool Toy Gifts for 6 7 8 9 10+ Year Old Boys Girls

Brand: generic

5.0 ★★★★★ (3) | Search this page

**$15**⁹⁹

Price history

✓prime

FREE Returns ⌄

Shopping for work? Save 35% up to $100 on your Amazon Business orders.
Sign up for a free business account.

Pay ~$15.99~ $0.00; get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. See more

- [Cool Flying Orb Ball] Super cool flying orb ball toy 2025 upgraded! After lightly pressing the button, open the palm of your hand, it zooms straight through the air, performs cool boomerang ball flights, hovers magically on your hand.
- [For Anytime, Anywhere Endless Fun] This flying orb ball toy doesn't need much space to take off, so kids can play with their partners at various parties, It is fun and easy to control anywhere.
- [Durable Cosmic Ball Design] Built with premium ABS materials, the hover ball at night will make your boomerang ball toy even cooler. cool flying ball toy can be charged through computer, power adapter, mobile phone, portable charger etc.
- [Perfect Christmas Gift for All Ages] Surprise kids and adults with the boomerang ball – a unique and fun gift idea for Christmas, birthdays, or any special occasion.

› See more product details

⚑ Report an issue with this product or seller





2026 New Flying Saucer Ball, 2 i...
$9⁹⁹

Sponsored ⓘ

## Bundle these items



Total price: $49.97

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

This item: 2025 Upgraded Flying Orb Ball Toys - Cosmic Globe Boomerang with Led Lights for...
★★★★★ 5
$15⁹⁹

Sponsored ⓘ
Flying Orb Ball Toy, Magic Hover Boomerang Hand Drone Cosmic Globe, Light Up Fidget Spinner...
★★★★★ 2
-6% $15⁹⁹
Typical: ~$16.99~
✓prime

Sponsored ⓘ
Taikcsut 2025 Upgraded Flying Orb Ball Toy, Hover Boomerang Ball Spinner Mini Drone - Magic...
★★★★★ 12
$17⁹⁹

4 stars and above  Sponsored ⓘ

Page 1 of 34




2025 AI Flying Orb Ball Toys, Galaxy Cosmic Globe Boomerang Hover Ball, Hand Drone ...
★★★★☆ 533
**Limited time deal**
-43% $22.79
List: $39.99
✓prime


Flying Orb Ball (Blue, 2025 Upgraded) with Dazzling Lights, Magic Hover Spinner, Co...
★★★★☆ 6,350
-22% $24.99
List: $32.00
✓prime

Flying Orb Ball Toy - 2025 Upgraded Magic Flying Orb Toy with LED Light 360°Rotatin...
★★★★☆ 154
$17.99
✓prime


Flying Bouncing Ball Toys 2025 - Cosmic Galaxy Hove Orb Ball Hand Controlled Leap...
★★★★☆ 77
**New Release**
-52% $23.99
List: $49.99
✓prime


Flystars Flying Bouncing Toys, Next-Gen Pro 2025 Cosmic Globe Flying Orb Ball Motio...
★★★★★ 118
**#1 Best Seller**
-50% $29.99
Typical: $59.99
✓prime
♻ Climate Pledge Friendly


Flying Orb Ball 2025 Boomerang Hover Ball Galatic Fidget Spinner Mini Drone Cool To...
★★★★☆ 523
-24% $24.32
List Price: $32.00
✓prime

---

## Based on your recent views *Sponsored* ⓘ

Page 1 of 67


Upgraded 2025 Flying Orb Galaxy Ball 2PCS Hover Orb Hand Drone Kids Boomerang Ball ...
★★★★★ 6
**#1 New Release**
$30.28
✓prime
🟩 You pay $24.22 with coupon


2025 Upgraded Flying Orb Ball Toy with LED Lights, Cosmic Boomerang Hover Orb...
★★★★☆ 26
**#1 Best Seller**
$18.99

Flying Orb Ball Upgraded, 2Pack Hand-Controlled Flying Orb Ball Toy, Boomerang...
-40% $29.99
Typical price: $49.99
✓prime


Flying Orb Ball Toy 2025 Boomerang Galactic if... Hand Controlled
★★★★★ 1
-16% $15.99
Typical: $18.99
✓prime


2025 AI Flying Orb Ball Toys, Galaxy Cosmic Globe Boomerang Hover Ball, Hand Drone ...
★★★★☆ 533
**Limited time deal**
-43% $22.79
List: $39.99
✓prime


Magic Shape-Shifting Glow Bouncing Ball – Dual-Use Indoor/Outdoor Flying...
★★★★★ 2
$15.99



---

## Product information

### Item details                                    ∧

| | |
|---|---|
| Brand Name | generic |
| Age Range Description | 8 years and up |
| Manufacturer | generic |
| Customer Reviews | 5.0 ★★★★★ ∨ (3)<br>5.0 out of 5 stars |
| Best Sellers Rank | #4,481 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#4 in Boomerangs |
| ASIN | B0FXM578NS |
| Included Components | fly ball |
| Item Height | 0.1 inches |
| Manufacturer Minimum Age (MONTHS) | 180 |
| Manufacturer Maximum Age (MONTHS) | 960 |

### Features & Specs                                ∧

| | |
|---|---|
| Educational Objective | sports |

### Style                                           ∧

| | |
|---|---|
| Color | Blue |

### Measurements                                    ∧

| | |
|---|---|
| Item Dimensions | 0.1 x 0.1 x 0.1 inches |

### Additional details                              ∧

| | |
|---|---|
| Material Type | Plastic |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ∨

---

## Product Description

2025 Upgraded Flying Orb Ball Toys - Cosmic Globe Boomerang With Led Lights For Kids & Adults, Indoor/Outdoor Fun Cool Holiday Magic Toy, Cool Toy Gifts for 6 7 8 9 10+ Year Old Boys Girls

---

## Brand in this category on Amazon




Perfect Christmas Gift for Kids

Shop PRO STASH ›





**Best seller** PRO STASH 2025 Upgraded Flyin... ★★★★☆ 14 ✓prime

**Best seller** PRO STASH 2025 Upgraded Flyin... ★★★★☆ 14 ✓prime

**Best seller** PRO STASH 2025 Upgraded Flyin... ★★★★☆ 14 ✓prime

Sponsored ⓘ

## What's in the box

- fly ball

## Products related to this item  Sponsored ⓘ

Page 1 of 67







Upgraded Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Balls Cosm... ★★★★☆ 15 $16.89 ✓prime **You pay $15.20** with coupon

Upgraded 2025 Flying Orb Galaxy Ball 3PCS Hover Orb Hand Drone Kids Boomerang Ball ... ★★★★★ 6 **#1 New Release** $43.59 ✓prime **You pay $34.87** with coupon

Upgraded 2 Pack Flying Orb Ball 2025 Hover Orb Boomerang Galaxy Ball Cosmic Floatin... ★★★★☆ 16 $33.59 ✓prime **You pay $28.55** with coupon

Flying Orb Ball Toy 2025 Hand Controlled Hover Spinner Galaxy Lights Ball 360° Boom... ★★★★★ 14 -15% $16.99 Typical: $19.99 ✓prime **You pay $15.29** with coupon

2025 Upgraded Flying Orb Ball Toy with LED Lights, Cosmic Boomerang Hover Orb... ★★★★☆ 26 **#1 Best Seller** $18.99

Flying Orb Ball Upgraded, 2Pack Hand-Controlled Flying Orb Ball Toy, Boomerang... -40% $29.99 Typical price: $49.99 ✓prime





## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Page 1 of 3

Sponsored ⓘ




 Sosuy 2025 Flying Orb Ball for Kids, Magical Hover Galaxy Cosmic... 4.0 ★★★★☆ 194 $19.99

 SUMMERLANGUAGE Flying Orb Ball Toy - 2025 Upgraded Magic Flying Orb Toy... 3.9 ★★★★☆ 154 $17.99



2 Flip Drawers, Legs, Farmhouse Freestanding Narr... ★★★★☆ 17 $75.99 $81.99 ✓prime

Add to cart

Sponsored ⓘ

## Looking for specific info?

 Ask Rufus or search reviews and Q&A

Does it work indoors and outdoors?    How long does the battery last?    Is it easy for kids to use?

What's included in the box?    How durable is this toy?

## Customer reviews

★★★★★ 5 out of 5

3 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review



2026 New Flying Saucer Ball, 2 in 1 Bounc...
$9.99

Shop now

Sponsored ⓘ

### Top reviews from the United States

Karen B

★★★★★ **Something Different**

Reviewed in the United States on December 5, 2025

Verified Purchase

Bought 2 of these for my grandsons for Christmas.

Helpful    Report

Donna Allen

★★★★★ **Fun out of box**

Reviewed in the United States on November 27, 2025

I little larger than anticipated but still hand-sized. Grandkids are going to have a blast with these at the holidays!!

Helpful    Report

Darrick clemons

★★★★★ **Fun toy**

Reviewed in the United States on November 27, 2025

Kids love playing with it. Fun little toy.

Helpful    Report

See more reviews ›



**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon    ⊕ English ⇕    🇺🇸 United States



 **Secure checkout ⌄**           Cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $0.96 |
| **Order total:** | **$16.95** |

### Delivering to          Change

PITTSBURGH, PA, 15238-3103, United States

Add delivery instructions

FREE pickup available nearby ⌄

### Paying with          Change

Want to use American Express Membership Rewards® points for this order? Learn more ⌄

Use a gift card, voucher, or promo code

**Get a $250 Amazon Gift Card instantly upon approval** for Prime Visa. No annual fee. Access offer

### Arriving Dec 13, 2025

If you order in the next 23 hours and 24 minutes

◉ **Saturday, Dec 13**          FREE

 2025 Upgraded Flying Orb Ball Toys - Cosmic Globe Boomerang with Led Lights for Kids & Adults, Indoor/Outdoor Fun Cool Holiday Magic Toy, Cool Toy Gifts for 6 7 8 9 10+ Year Old Boys Girls
**$15.99**
& FREE Returns ⌄
Ships from Amazon.com
Sold by Dalian Guyufenghong Trading Co., Ltd.

 🗑 1 +

Add gift options

**Place your order**

Order total: $16.95
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart



Back to top

amazon          🌐 English ⇕    🇺🇸 United States ⇕          Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 6 - Amazon - DHINGU ENTERPRISE - AGRGHAVHXC9KW**



https://www.amazon.com/dp/B0G4S36NFR/ref=sr_1_199?crid=PPGJMKD4CCVE&dib=eyJ2IjoiMSJ9.p0EMnPWnzVOfquGQGcr5Mjvbs1t4_9R3_em9r    December 9, 2025



























| ENJSD 2025 Flying Orb Ball, Boomerang Hover Space Ball Flying Spinner, Orb Drone Or... | Flying Orb Ball Toys with LED Lights, Cosmic Globe Hover Ball Boomerang Fidget Spin... | Flying Orb Ball 2025 Boomerang Hover Ball Galatic Fidget Spinner Mini Drone Cool To... | Flying Orb Ball Toy - 2025 Upgraded Magic Flying Orb Toy with LED Light 360°Rotatin... | 2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,... | 2025 AI Flying Orb Ball Toys, Galaxy Cosmic Globe Boomerang Hover Ball, Hand Drone ... |
|---|---|---|---|---|---|
| ⭐ 54 | ⭐ 83 | ⭐ 523 | ⭐ 154 | ⭐ 16,352 | ⭐ 80 |
| -17% $19⁹⁹ | $19⁹⁹ | -24% $24³² | $17⁹⁹ | -20% $25⁶⁰ | -65% $25⁹⁹ |
| Typical: $23.⁷⁹ | | List Price: $32.⁰⁰ | | List: $32.⁰⁰ | Typical price: $74.⁹⁹ |
| ✔prime | ✔prime | ✔prime | ✔prime | ✔prime | ✔prime |
| | You pay $16.99 with coupon | | | | |

## Product information

| Item details ⌄ | | Features & Specs ⌄ |
|---|---|---|
| Additional details ⌄ | | Style ⌄ |
| | | Measurements ⌄ |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

## Product Description

This innovative flying orb ball toy brings futuristic fun to your fingertips with its mesmerizing LED light display and intelligent flight technology. Featuring a drop-resistant polypropylene cage design, this spherical flying toy protects its internal components while creating a stunning visual effect as it hovers and glides through the air. The upgraded design incorporates a powerful brushless motor paired with a precise AI chip for enhanced flight control, ensuring smooth and stable performance with its enclosed propeller system. The 200mAh rechargeable battery provides up to 10 minutes of continuous flight time and recharges quickly in just 20 minutes via the convenient USB charging port with hidden switch. Colorful LED strips illuminate the orb as it flies, creating an eye-catching spectacle that's perfect for indoor entertainment. Whether you're performing tricks, playing catch, or simply enjoying the captivating light show, this flying orb ball offers endless entertainment for all ages. The intuitive controls make it easy to launch and guide, while the durable construction ensures it can withstand bumps and minor collisions during play.

## Important information

### Safety Information

n

### Directions

1. Throw the orb ball at different angles and speeds to create various flight lines and boomerang effects. 2. Use the ingenuity to create unique ways of playing. 3. Charge the hover ball using a USB connection to a computer, power adapter, mobile phone, or portable charger. 4. Wait for the indicator light to go off, indicating a full charge. 5. Play with the flying orb ball indoors and outdoors, being mindful of its automatic stop feature when it hits furniture or other objects.

## Products related to this item  Sponsored ⓘ

Page 1 of 16

     

| Flying Orb Ball Toy 2025 Hover Soaring Nebula，Hand Controlled Boomerang Galactic if... | Flying Orb Ball Toy, Magic Hover Boomerang Hand Drone Cosmic Globe, Light Up Fidget... | 2025 Upgrade Flying Orb Ball Toy Controlled Hover Ball with ,Gifts for Boys and Gir... | Upgraded Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Balls Cosm... | Upgraded 2 Pack Flying Orb Ball 2025 Hover Orb Boomerang Galaxy Ball Cosmic Floatin... | 2025 Upgraded Flying Orb Ball – Hover Drone Boomerang Ball for Kids & Adults, Fun I... |
|---|---|---|---|---|---|
| ⭐ 1 | ⭐ 2 | $16⁹⁹ | ⭐ 15 | ⭐ 16 | #1 Best Seller ⭐ 14 |
| -16% $15⁹⁹ | -6% $15⁹⁹ | | $16⁹⁹ | $33⁵⁹ | $18⁶⁹ |
| Typical: $18.⁹⁹ | Typical: $16.⁹⁹ | ✔prime | ✔prime | ✔prime | ✔prime |
| ✔prime | ✔prime | | You pay $15.29 with coupon | You pay $28.55 with coupon | |

## What's in the box

- n

## Products related to this item  Sponsored ⓘ

Page 1 of 16

   

| Flying Orb Ball Toy 2025 | Upgraded Flying Orb | Upgraded 2 Pack Flying | 2025 Upgraded Flying | 2025 Upgrade Flying | Flying Orb Ball Toy, |
|---|---|---|---|---|---|



Hover Soaring Robot:        Ball 2025 Hand Drone    Orb Ball 2025 Hover Orb   Orb Ball - Hover Drone   Orb Ball Toy Controlled    Magic Hover Boomerang
Hand Controlled            Galaxy Ball Hover Orb   Boomerang Galaxy Ball     Ball for Kids            Hover Ball with ,Gifts for  Hand Drone Cosmic
Boomerang Galactic if...   Boomerang Balls Cosm... Cosmic Floatin...         & Adults, Fun I...       Boys and Gir...          Globe, Light Up Fidget...
★★★★★ 1                    ★★★★☆ 15                ★★★★☆ 16                  ★★★★☆ 14                 $16⁹⁹                    ★★★★★ 2
-16% $15⁹⁹                 $16⁸⁹                   $33⁵⁹                     #1 Best Seller           ✓prime                   -6% $15⁹⁹
Typical: $18.99            ✓prime                  ✓prime                    $18⁶⁹                                              Typical: $16.99
✓prime                     You pay $15.20 with coupon  You pay $28.55 with coupon  ✓prime                                        ✓prime

## Videos

Help others learn more about this product by uploading a video!

Upload your video

When Clean Air Matters

Home Air Purifier, Large Rooms Up To 1700 ft2, by...
★★★★☆ 1,724
$219⁹⁹ ✓prime

Shop now

Sponsored ⓘ

### 💬 Looking for specific info?

Ask Rufus or search reviews and Q&A

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work ⌄

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review


Upgraded 2Pack Flying Orb Ball 2025 Hand Drone
Galaxy Ball Hover Orb Boomerang Balls Cosmic...
$31.99 ✓prime  ★★★★☆ 15

Shop now

Sponsored ⓘ



https://www.amazon.com/checkout/p/p-106-2558899-6101842/spc?pipelineType=Chewbacca&isBuyNow=1&referrer=spc                    December 9, 2025

 prime    Secure checkout ⌄     Cart

| Place your order |
|---|

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $31.00 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $1.86 |
| **Order total:** | **$32.86** |

**Delivering to**                                                                                        Change

PITTSBURGH, PA, 15238-3103, United States

Add delivery instructions

**Paying with**                                                                                          Change

Want to use American Express Membership Rewards® points for this order? Learn more ⌄

Use a gift card, voucher, or promo code



Get a **$250 Amazon Gift Card instantly** upon approval for Prime Visa.
No annual fee                                                          Learn more

**Arriving Jan 5, 2026 - Jan 8, 2026**

◉ **Monday, Jan 5 - Thursday, Jan 8**                    FREE

Flying Orb Ball Toys Soaring Hover Fidget Hand Controlled Mini Drone Cosmic Globe Spinning Kids Adults Outdoor Fly Toy Birthday Gift Cool Stuff for Boys Girls 6 7 8 9 10+ Year Old (Blue)
**$31.00**
Ships from DHINGU ENTERPRISE
Sold by DHINGU ENTERPRISE

Disclaimers

 
🗑 1 +

Gift options not available

| Place your order |
|---|

Order total: $32.86
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart



Back to top

amazon    🌐 English ⇕    🇺🇸 United States    Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 7 - Amazon - Flying us - A1TICA749JT002**



https://www.amazon.com/Controlled-Upgraded-Gesture-Outdoor-Durable/dp/B0G2B79TD2/ref=sr_1_55?crid=O8PRFZPCYTB8&dib=eyJ2IjoiMSJ9.VN    December 9, 2025
_dO1jUtKv5cliCqPiDGdCKy0mltynkdcttKwnB8tZAQP5c5hWcLm7IY9ZNXa7fx-izxc2rmiWuJAop41Kq63-YnDa61Kq63-8awKCC2bciSrHNMDx9PNeVm5ElUl8Ktmeb_b7XbEQb8
1a_yXRjjPLQ5z-la4B-8rnraHjFHbZSU4zsYulpvcCmxToYZAmGMb8e_i3-Cn43ixo-vfg6ywOhhsu-U2p2q-2nzZHNle8w-KuCU0yeafeA4W7FSOZ-m_UZ2uU0o272YtLjzsMsK1
okyorPpdjQiVdoif5YdJp6iQs.Elx8ocsk3wjN4vaP05ue8ftmPlb3YJv_gnnK8wLXobY&dib_tag=se&keywords=flying%2Bball&qid=1764042093&sprefix=%2Caps%2C735&sr=1-
55&th=1

amazon | prime — Deliver to The Pittsburgh 15238 — All ▾ | flying+ball | 🔍 | 🇺🇸 EN ▾ | Hello, Annie Account & Lists ▾ | Returns & Orders | 🛒 Cart

☰ All | 🔵 Rufus | Holiday Gifts | Medical Care ▾ | Luxury | Amazon Basics | Amazon Home | Amazon Business ▾ | Books | 🆚 VS | 66:49:49

Toys & Games ▸ | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List


PRO STASH 2025 Upgraded Flying Orb Ball -...   $18.69 ✓prime   Shop now
Sponsored ⓘ

Toys & Games › Remote & App Controlled Vehicles & Parts › Remote & App Controlled Vehicles › Hovercrafts

## Hand Controlled Hover Ball, 2025 Upgraded Flying Orb Toy with LED Lights, Gesture Sensor Drone for Indoor Outdoor Kids Gifts, Safe & Durable,Cool Toys Gift for Kids Boys Girls Age 6+ (Blue)

Brand: Generic

5.0 ★★★★★ (7) | Search this page

$17⁹⁹

Price history

Shopping for work? Save 35% up to $100 on your Amazon Business orders.
Sign up for a free business account.

Earn 5% back at Amazon with Prime Visa. Last year your purchases could've earned $1,357.82. Find out how

Color: Blue







$17.99 | $29.99 | $43.99 | $19.99 | $19.99 | $29.99

$29.99

- **Easy Hand Gesture Control & Stable Hovering:** This flying ball toy features advanced gesture-sensing technology, allowing you to command it to take off, hover, and change directions with a simple wave of your hand. Its built-in gyroscope ensures a stable and smooth flight experience, making it easy for kids and adults to master instantly, perfect for exciting indoor and outdoor races
- **Safe & Durable Globe Design for Endless Fun:** Encased in a lightweight yet durable spherical frame, this hover ball is built to withstand bumps and crashes. The soft, flexible material and enclosed propeller design make it a safe flying toy for kids, ensuring worry-free play and long-lasting durability
- **Vibrant LED Lights for Cool Night Play:** Equipped with eye-catching red and blue LED lights, the flying orb creates a spectacular light show as it zips through the air. It transforms into the ultimate night flyer, making playtime more thrilling and visually stunning during evening gatherings or parties.
- **Screen-Free Fun & Developmental Toy:** Encourage active, screen-free play that gets kids off the couch. This interactive drone helps develop hand-eye coordination, motor skills, and sparks imagination, offering a healthy and engaging alternative to video games and tablets
- **The Perfect Gift for All Occasions:** As a cool tech toy that appeals to a wide age range, this hover ball is an ideal gift for birthdays, Christmas, and holidays. It's an exciting gift for boys and girls aged 6, 7, 8, 9, 10 and older, providing fun for the whole family

› See more product details

🚩 Report an issue with this product or seller

$17⁹⁹

FREE delivery December 11 - 15. Details

**Arrives before Christmas**

📍 Deliver to The - Pittsburgh 15238

**In Stock**

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

Shipper / Seller — Flying us
Returns — Returnable until Jan 31, 2026
Customer service — Amazon

∨ See more

Add to List ▾




PRO STASH 2025 Upgraded Flyi...
$32⁶⁹ ✓prime
Sponsored ⓘ


AMERFIST 2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget...
★★★★☆ 16,331   $28.80 ✓prime
Shop now ›

Ask Rufus
Is it easy to set up and use?
Does it work indoors and outdoors?
How long does the battery last?
Ask something else

## Bundle these items



Total price: **$34.98**

**Add both to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** Hand Controlled Hover Ball, 2025 Upgraded Flying Orb Toy with LED Lights, Gesture…
★★★★★ 7
$17⁹⁹

Sponsored ⓘ
Flying Orb Ball Toy 2025 Hand Controlled Hover Spinner Galaxy Lights Ball 360° Boomerang…
★★★★★ 13
-15% $16⁹⁹
Typical: $19.99
✓prime

## Based on your recent views  Sponsored ⓘ
Page 1 of 41

          

| | | | | | |
|---|---|---|---|---|---|
| PRO STASH 2025 Upgraded Flying Orb Ball - Hover Drone Boomerang Ball for… ★★★★☆ 14 **#1 Best Seller** $18⁶⁹ ✓prime | Flying Orb Ball Toy, Magic Hover Boomerang Hand Drone Cosmic Globe, Light Up Fidget… ★★★★★ 2 -6% $15⁹⁹ Typical: $16.99 ✓prime | ENJSD 2025 Flying Orb Ball, Boomerang Hover Space Ball Flying Spinner, Orb Drone Or… ★★★★☆ 54 -17% $19⁹⁹ Typical: $23.99 ✓prime | PRO STASH 2025 Upgraded Flying Orb Ball Toy with LED Lights, Cosmic Boomerang… ★★★★☆ 26 **#1 Best Seller** $18⁹⁹ | Flying Orb Ball Toy 2025 Hover Soaring Nebula, Hand Controlled Boomerang Galactic if… ★★★★★ 1 -16% $15⁹⁹ Typical: $18.99 ✓prime | Upgraded 2Pack Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Ball… ★★★★☆ 15 $31⁹⁹ ($16.00 / count) ✓prime You pay $28.79 with coupon |

## 4 stars and above  Sponsored ⓘ
Page 1 of 28

          

| | | | | | |
|---|---|---|---|---|---|
| 2025 AI Flying Orb Ball Toy, Cosmic Globe Boomerang Hover Ball Galactic Fidget Spin… ★★★★☆ 479 **Limited time deal** -10% $21⁵⁸ Typical: $23.98 ✓prime | OFUN Flying Orb Ball Toys 2025 - Hover Ball Cosmic Globe Boomerang, Hand… ★★★★☆ 77 **#1 New Release** -33% $15²⁹ Typical: $22.99 ✓prime | SUMMERLANGUAGE Flying Orb Ball Toy - 2025 Upgraded Magic Flying Orb Toy with… ★★★★☆ 154 $17⁹⁹ | Sosuy 2025 Flying Orb Ball for Kids, Magical Hover Galaxy Cosmic Boomerang Space Fl… ★★★★☆ 194 $19⁹⁹ ✓prime | ENJSD 2025 Flying Orb Ball, Boomerang Hover Space Ball Flying Spinner, Orb Drone Or… ★★★★☆ 54 -17% $19⁹⁹ Typical: $23.99 ✓prime | AMERFIST 2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget… ★★★★☆ 16,349 -20% $25⁶⁰ List: $32.00 ✓prime |

## Product information

| Item details ⌄ | Features & Specs ⌄ |
|---|---|

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ⌄

| Style ⌄ |
|---|
| Measurements ⌄ |
| Additional details ⌄ |

## Product Description

Easy Hand Gesture Control & Stable Hovering: This flying ball toy features advanced gesture-sensing technology, allowing you to command it to take off, hover, and change directions with a simple wave of your hand. Its built-in gyroscope ensures a stable and smooth flight experience, making it easy for kids and adults to master instantly, perfect for exciting indoor and outdoor races

**Important information**

Important Information

Safety Information

wu

---

## Brand in this category on Amazon



**Perfect Christmas Gift for Kids**
Shop PRO STASH ›





Best seller

PRO STASH 2025
Upgraded Flyin...
★★★★☆ 14
✓prime



Best seller

PRO STASH 2025
Upgraded Flyin...
★★★★☆ 14
✓prime



Best seller

PRO STASH 2025
Upgraded Flyin...
★★★★☆ 14
✓prime

Sponsored ⓘ

---

## What's in the box

- flying

---

## Related products with free delivery Sponsored ⓘ

Page 1 of 51



Flying Orb Ball Toy 2025
Hand Controlled Hover
Spinner Galaxy Lights
Ball 360° Boom...
★★★★★ 13
-15% $16.99
Typical: $19.99
✓prime
You pay $15.29 with coupon



Upgraded 2Pack Flying
Orb Ball 2025 Hand
Drone Galaxy Ball Hover
Orb Boomerang Ball...
★★★★☆ 15
$31.99 ($16.00 / count)
✓prime
You pay $28.79 with coupon



Flying Orb Ball Toy 2025
Hover Soaring Nebula，
Hand Controlled
Boomerang Galactic if...
★★★★★ 1
-16% $15.99
Typical: $18.99
✓prime



2025 Upgraded Flying
Orb Ball - Hover Drone
Boomerang Ball for Kids
& Adults, Fun I...
★★★★☆ 14
#1 Best Seller
$32.69
✓prime



Flying Orb Ball Toy,
Magic Hover Boomerang
Hand Drone Cosmic
Globe, Light Up Fidget...
★★★★★ 2
-6% $15.99
Typical: $16.99
✓prime



2025 AI Flying Orb Ball
Toy, Cosmic Globe
Boomerang Hover Ball
Galactic Fidget Spin...
★★★★☆ 479
-10% $21.58
Typical: $23.98
✓prime

---

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

---

## Similar brands on Amazon

Sponsored ⓘ





Sosuy 2025 Flying Orb Ball for Kids,
Magical Hover Galaxy Cosmic...
4.0 ★★★★☆ 194
$19.99





Flying Bouncing Ball Toys 2025 - Cosmic
Galaxy Hove Orb Ball Hand Controlled...
4.1 ★★★★☆ 77
38% off  Limited time deal
$24.99  List: $39.99





PRO STASH 2025 Upgraded Flying Orb Ball - Hover...
$18.69  ✓prime



Shop now



Sponsored ⓘ

**✦ Looking for specific info?**

Ask Rufus or search reviews and Q&A  →

Is it easy to set up and use?   Does it work indoors and outdoors?   How long does the battery last?

What age is it suitable for?   Is it durable for rough play?

## Customer reviews

★★★★★ 5 out of 5

7 global ratings

| | | |
|---|---|---|
| 5 star | ███████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review



PRO STASH 2025 Upgraded Flying Orb Ball - Hover...
$32⁶⁹  ✓prime

Sponsored ⓘ

## Reviews with images

See all photos ›



## Top reviews from the United States

Translate all reviews to English

Kelly Bedoya
★★★★★ **toys**
Reviewed in the United States on December 3, 2025
Color: Purple  | Verified Purchase
My son loves it. At first we didn't know how to use it, but we learned and spent our time playing with this floating ball.
Helpful  |  Report

Siempre buscando lo mejor y lo encontré
★★★★★ **I loved it**
Reviewed in the United States on November 29, 2025
Color: Purple  | Verified Purchase



I loved it! I bought it for my children as a Christmas present and I liked it so much I couldn't wait to... beautiful!



3 people found this helpful
Helpful  |  Report

Dilan Prado
★★★★★ **Horas de diversion**
Reviewed in the United States on December 2, 2025
Color: Purple  | Verified Purchase
Esta bola flotante funciona perfectamente es facil de usar resistente y es segura para los niños mi niño de 6 años le gusto mucho lo mantiene entretenido por un buen rato
Helpful  |  Report
Translate review to English

Sendy martinez corrales
★★★★★ **Boomerang flying toy**
Reviewed in the United States on November 26, 2025
Color: Purple  | Verified Purchase

loved this toy! I bought it for my second niece. From the moment I saw it, I loved it and wanted to have it. It's easy to use, and the battery lasts a long time. It's a great way for little ones to have fun. We love it!

Helpful | Report

Milaidy Rodriguez

★★★★★ **Unlimited fun and incredible lights!** ✨
Reviewed in the United States on December 1, 2025
Color: Purple | Verified Purchase

This flying orb toy is simply spectacular. The floating ball responds incredibly well to hand movements, making it incredibly easy and fun to play with for both kids and adults. The LED lights look beautiful, especially in the dark, and give it a futuristic touch that everyone loves. ✨

Plus, it's durable and safe, so there's no need to worry about it breaking easily if it falls. Excellent for indoor or outdoor entertainment without the need for complicated controls. A perfect gift that guarantees hours of fun and laughter! I highly recommend it. 🎁🎮

One person found this helpful

Helpful | Report

**See more reviews ›**


Sunnydaze Decor Sunnydaze 70-Inch Rustic Chiminea Outdo...
★★★☆☆ 54
$425.00 ✓prime
Shop now
Sponsored ⓘ

## Explore more items

Page 1 of 5

     

| Trail Loop Nylon Band - Compatible with Apple Watch Ultra 3/2/1 Series 11/10/9/8/7/6/SE/5/4/3 Men Women,Rugged... | XYF Compatible for Crystal Clear Apple Watch Bands, 49mm 46mm 45mm 44mm 42mm 41mm 40mm 38mm... | DABAOZA 5 Packs Compatible for Clear Apple Watch Band 46mm 45mm 44mm 42mm 41mm 40mm 38mm... | Tasikar Band Compatible with Apple Watch Ultra 3 Band 49mm, Men Women Strap Solid Stainless Steel Metal Bracelet... | Odbeai Ocean Sport band Compatible with Apple Watch Ultra 2 3/Ultra Band for Men Women 49mm... | 8 Pack Bands - Compatible with Apple Watch Ultra Band 49mm 46mm 45mm 44mm Men Women,Sport Bands fo... |
|---|---|---|---|---|---|
| ★★★★½ 2,118 | ★★★★½ 9,432 | ★★★★½ 1,406 | ★★★★½ 1,498 | ★★★★½ 355 | ★★★★½ 34 |
| -23% $9.99 | $11.27 | -12% $22.09 | -13% $19.98 | Amazon's Choice | $17.04 |
| Typical: $12.99 | List: $24.99 | List: $24.99 | Typical: $22.98 | -10% $8.99 | |
| ✓prime FREE Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery | List Price: $9.99 | ✓prime FREE Delivery |
| Saturday, Dec 13 | Saturday, Dec 13 | Saturday, Dec 13 | Saturday, Dec 13 | ✓prime FREE Delivery | Saturday, Dec 13 |
| | | | | Saturday, Dec 13 | |

## Customers who viewed items in your browsing history also viewed

Page 1 of 2

      

| A F*cking 2026 Wall... Sourcebooks | Badass Bitches Get Shit Done Sweary Planner... › Red Ant Publishing | Badass Bitches Get Shit Done 2026-2027 Swear... › Red Ant Publishing | 2026 She Believed She Could So She F*cking D... Sourcebooks | Funny Sticky Note What The F*ck Sticky Notepad, Oh, for Fuck's Sake Novelty Notepads, Funny Post it Notes, Funny... | PITKLG Flying Orb Ball 2025 Upgraded Hand Controlled Flying Spinner Ball with RGB Led Lights Boomerang Spinner... |
|---|---|---|---|---|---|
| ★★★★★ 52 | ★★★★★ 110 | ★★★★½ 4 | ★★★★½ 11 | ★★★★★ 84 | ★★★★½ 656 |
| Calendar | Paperback | Paperback | Calendar | $6.99 | -30% $15.99 |
| #1 Best Seller | $9.99 | $9.99 | -7% $14.90 | ✓prime FREE Delivery | List: $22.99 |
| -15% $13.59 | 10 pts | 10 pts | List: $15.99 | Saturday, Dec 13 | ✓prime FREE Delivery |
| List: $15.99 | ✓prime FREE Delivery | ✓prime FREE Delivery | 15 pts | | Saturday, Dec 13 |
| 14 pts | Saturday, Dec 13 | Saturday, Dec 13 | ✓prime FREE Delivery | | |
| ✓prime FREE Delivery | | | Saturday, Dec 13 | | |
| Saturday, Dec 13 | | | | | |

## Your Browsing History   View or edit your browsing history

Page 1 of 6

          



https://www.amazon.com/checkout/p/p-106-7170567-7669853/spc?pipelineType=Chewbacca&isBuyNow=1&referrer=spc          December 9, 2025



amazon prime                              Secure checkout ⌄                                   🛒 Cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $1.08 |
| **Order total:** | **$19.07** |

**Delivering to**                                                                                    Change

PITTSBURGH, PA, 15238-3103, United States

Add delivery instructions

**Paying with**                                                                                      Change

Want to use American Express Membership Rewards® points for this order? Learn more ⌄

Use a gift card, voucher, or promo code



prime

**Get a $250 Amazon Gift Card instantly** upon approval for Prime Visa.
No annual fee                                                                      Learn more

**Arriving Dec 11, 2025 – Dec 15, 2025**

◉ **Thursday, Dec 11 - Monday, Dec 15**                    FREE



Hand Controlled Hover Ball, 2025 Upgraded Flying Orb Toy with LED Lights, Gesture Sensor Drone for Indoor Outdoor Kids Gifts, Safe & Durable,Cool Toys Gift for Kids Boys Girls Age 6+ (Blue)
**$17.99**
Ships from Flying us
Sold by Flying us

🗑  1  +

Gift options not available

**Place your order**

Order total: $19.07
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart



Back to top

amazon          🌐 English  ⇅      🇺🇸 United States  ⇅       Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 8 - Amazon - IBIS Unlimited LLC - A1I830I127VC4V**

https://www.amazon.com/XTNANXLAO-Soaring-Controlled-Boomerang-Spinner/dp/B0BPDDPXWJ/ref=rvi_d_sccl_13/132-0748626-4563546?    November 21, 2025
pd_rd_w=F9IpA&content-id=amzn1.sym.f5690a4d-f2bb-45d9-9d1b-736fee412437&pf_rd_p=f5690a4d-f2bb-45d9-9d1b-736fee412437&pf_rd_r=YAYJK6Q6GQCDWS
7PSHAJ&pd_rd_wg=HvdlX&pd_rd_r=6957ae33-5305-4d3a-a186-ae225a34b644&pd_rd_i=B0BPDDPXWJ&psc=1







### Based on your recent views















✓prime FREE One-Day Get it | ✓prime FREE One-Day Get it | ✓prime FREE One-Day Get it | ✓prime FREE One-Day Get it | ✓prime FREE One-Day Get it
**Tomorrow, Nov 22** | **Tomorrow, Nov 22** | **Tomorrow, Nov 22** | **Tomorrow, Nov 22** | **Tomorrow, Nov 22**

## Product information

### Item details ∧

| | |
|---|---|
| Brand Name | XTNANXLAO |
| Age Range Description | Kid |
| Manufacturer | XTNANXLAO |
| UPC | 749876578311 |
| Customer Reviews | 3.0 ★★★☆☆ ∨ (11) |
| | 3.0 out of 5 stars |
| Best Sellers Rank | #1,415,167 in Toys & Games (See Top 100 in Toys & Games) |
| | #668 in Toy Parachute Figures |
| ASIN | B0BPDDPXWJ |
| Unit Count | 1.0 Count |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:**
You can return many items you have purchased within 30 days following delivery
of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your
legal right of withdrawal in any way. You can find out more about the exceptions
and conditions here.

**Product Warranty:** For warranty information about this product, please click
here

**Feedback**

Would you like to **tell us about a lower price?** ∨

### Features & Specs ∧

| | |
|---|---|
| Number of Players | 1 |
| Educational Objective | Game, play |
| Power Source | battery powered |
| Operation Mode | Manual |

### Measurements ∧

| | |
|---|---|
| Size | Small |

### Additional details ∧

| | |
|---|---|
| Material Type | Plastic |

## Product Description

Nova Pro flying ball

### Products related to this item  Sponsored ⓘ

    

| Mini Indoor Basketball Hoop for Kids 5 6 7 8 9 10+Years Old Boys, Automatic… | Pro Indoor Mini Basketball Hoop Set for Kids Adults, Over Door Automatic Scoring Ba… | 5 Inch Foam Mini Basketball Toy Balls for Indoor Mini Hoops Set, Soft Squishy Quiet… | Mini Indoor Basketball Hoop for Kids Adults, Small Basketball Hoop Over The Door Mi… | Indoor Mini Basketball Hoop Set, Upgrade Wall Mount Basketball Hoop for Wall Yard O… | 6 Inch PVC Mini Basketball for Indoor Mini Hoops, Soft 6" Rubber Small… |
|---|---|---|---|---|---|
| ★★★★☆ 54 | ★★★★☆ 77 | ★★★★☆ 67 | ★★★★☆ 92 | ★★★★☆ 142 | ★★★★☆ 249 |
| $27⁹⁸ | $29⁹⁸ | $16⁹⁸ | $25⁹⁸ | $26⁹⁸ | $13⁹⁸ ($2.33 / count) |
| ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime |

### Products related to this item  Sponsored ⓘ

     

| 6 Inch Mini Basketballs for Toddlers Kids Teenagers, 6 Pack 6" Basketball Set with … | Indoor Mini Basketball Hoop Set, Upgrade Wall Mount Basketball Hoop for Wall Yard O… | Larger 17" x 12" Indoor Basketball Hoop with 9" Large Dunk Rim for Kids, Over The D… | 5 Inch Foam Mini Basketball Toy Balls for Indoor Mini Hoops Set, Soft Squishy Quiet… | Mini Indoor Basketball Hoop for Kids 5 6 7 8 9 10+Years Old Boys, Automatic… | Mini Indoor Basketball Hoop for Kids Adults, Small Basketball Hoop Over The Door Mi… |
|---|---|---|---|---|---|
| ★★★★☆ 249 | ★★★★☆ 142 | ★★★★☆ 51 | ★★★★☆ 67 | ★★★★☆ 54 | ★★★★☆ 92 |
| $12⁹⁸ ($2.16 / count) | $26⁹⁸ | $27⁹⁸ | $16⁹⁸ | $27⁹⁸ | $25⁹⁸ |
| ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime |

## Videos

Help others learn more about this product by uploading a video!

Upload your video



The Perfect Gift for Dads!

Ingersoll Rand 2115TiMAX 3/8" Air Impact Wrench...
★★★★½ 974
**32% off** Black Friday Deal
$202⁵³ $295.99 ✓prime

Shop now

Sponsored ⓘ

## ✨ Looking for specific info?

Ask Rufus or search reviews and Q&A ➔

What is the recommended age range?    Does it require batteries?    Can it be used indoors?    Is it easy to control?

Does it come with a charger?

## Customer reviews

★★★☆☆ 3 out of 5

11 global ratings

| | |
|---|---|
| 5 star | 29% |
| 4 star | 20% |
| 3 star | 13% |
| 2 star | 0% |
| 1 star | 38% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review

### Top reviews from the United States

Lisa

★☆☆☆☆ **Flying ball**
Reviewed in the United States on October 26, 2024
**Verified Purchase**
Not made good. Very flimsy! Cheap!

Helpful | Report

ac

★☆☆☆☆ **Broke in 10 minutes**
Reviewed in the United States on December 25, 2022
**Verified Purchase**
The light strip broke loose and was flapping around in the orb within 10 minutes.

Helpful | Report

Victoria Turner

★☆☆☆☆ **Junk**
Reviewed in the United States on June 29, 2023
**Verified Purchase**
Don't waste your money

Helpful | Report

See more reviews ›



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product



https://www.amazon.com/checkout/p/p-106-5660282-0274664?spc?pipelineType=Chewbacca&isBuyNow=1&referrer=spc                    November 21, 2025

 **amazon** prime            Secure checkout ⌄            🛒 Cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $1.20 |
| **Order total:** | **$21.19** |

**Delivering to** .                                                                                  Change
PITTSBURGH, PA, 15238-3103, United States

Add delivery instructions

**Paying with**                                                                                        Change

Want to use American Express Membership Rewards® points for this order? Learn more ⌄

Use a gift card, voucher, or promo code

 **Get a $250 Amazon Gift Card instantly**    [ Learn more ]
upon approval for the Prime Visa. No annual fee.

**Arriving Dec 1, 2025**

| | |
|---|---|
| ○ Tuesday, Nov 25 | $10.99 |
| ○ Tuesday, Nov 25 - Wednesday, Nov 26 | $8.99 |
| ● Monday, Dec 1 | FREE |

    XTNANXLAO Flying Ball Hover Ball Toys, Soaring Nebula Orb Flying Orb, Hand Controlled Fly Boomerang Fly Spinner Ball Nova Pro
**$19.99**
Ships from IBIS Unlimited LLC
Sold by IBIS Unlimited LLC



Gift options not available

**Place your order**

Order total: $21.19
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart



Back to top

amazon    English    United States    Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 9 - Amazon - jingye1 - AVGYAED5RX9VT**



https://www.amazon.com/Upgraded-Controlled-Boomerang-Spinner-360%C2%B0Rotating/dp/B09KC1L6ND/ref=sr_1_2?crid=10IC2WQDLBET6&dib=    December 9, 2025
eyJ2IjoiMSJ9.zZLcfH8PT4QxpN3gb3vhW7iJIyE2G3dFZs-HeR8SV4A8L-e3trlHEdXU_fZJMGD0MSNZrDZFKYdYfUM3ps5MOcK3Rj-zMx9RNHUUs6rEszECS2_YBlNKO6O
Zk7PgKMLHQgDTphQvB5_EoUano0R4tHQZuxR-qTiiGtn3FD9HE5Mu8LVv1V1I2SfIHRZZ1wpxkwjsX45e37U2HeaNEqkpUAKLGjsxvzGnLa1eQTNhcdl5t5wyRs6VNmMP-s
2ihgV5FByl7kiDXjgMv9-MN-IKbSr8Z5IQtLZdfVWXn2Ui-LM.fVmHXu2jgAuEPFVLLNxptNgyoRizBXyBDgGYawYxfjs&dib_tag=se&keywords=flying+orb+ball&qid=176429516
7&prefix=flying+%2Caps%2C557&sr=8-2

amazon prime | Deliver to The Pittsburgh 15238 | All ▾ flying orb ball 🔍 | 🇺🇸 EN ▾ | Hello, Annie Account & Lists ▾ | Returns & Orders | 🛒 Cart

☰ All | 🔵 Rufus | Holiday Gifts | Kids Gift Guide | Medical Care ▾ | Luxury | Amazon Basics | Amazon Home | Amazon Business ▾ | Books | 🍂 vs 🎁 | 66 : 36 : 37

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

PRO STASH 2025 Upgraded Flying Orb Ball -...  $18.69 ✔prime  Shop now

Sponsored ⓘ

Toys & Games › Novelty & Gag Toys › Flying Toys




Click to see full view

📹 5 VIDEOS

### Flying Orb Ball 2025 Upgraded Hand Controlled Flying Spinner Ball with RGB Led Lights Boomerang Spinner 360°Rotating Soaring UFO Mini Orb Drone Toy Safe for Kids Adults(Blue)

Visit the PITKLG Store

4.0 ★★★★☆ (656)  Search this page

5K+ bought in past month

-30% **$15**⁹⁹

List Price: $22.99 ⓘ | Price history

✔prime

FREE Returns ▾

**Save 5%** on 2 select item(s) Terms

**Save 8%** on 3 select item(s) Terms

**Save 10%** on 5 select item(s) Terms

Pay $15.99 $0.00; get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more

May be available at a lower price from other sellers, potentially without free Prime shipping.

- Flying Orb Ball:We updated this new flying ball for 2024! When flying, it will light colorfully.Different throwing angles and speeds, the flying ball drones can achieve different flight routes and skills, as well as different smooth flight modes and boomerang effects.This flying orb not only brings fun to play but also helps to improve children's hands-on ability, operating skills, intelligence, and creativity.
- Safe And Durable:The flying orb toys conducted rigorous tests,Made of soft high grade ABS material.spherical design and protective casing mean it's completely safe to grab with your hands,safe enough to your kids as well as the environment(The enclosed propellers cause no worry that children will be hurt by their blades)
- Cool Hover Ball:Enjoying the fun with your family at anytime the flying orb toy,Having flying orb can help your child stay away from computers and games.It's the perfect backyard activity, but can easily be used indoors as well.Is the best way for children to get close to the sun and the air, and to get close to nature.
- Endless Fun with Flying Ball Toy:It takes only 15-20 minutes to charge the flying ball with a USB cable and enjoy an 10-12 minute flight time.When the LED lights flash, it means the hover ball must be charged.The charge indicator is displayed when charging and goes off when fully charged.It's portable. Both individual and multiple people can have unlimited fun through different gameplay.
- Perfect Gift For Kids And Friends:This flying orb toy is a fun novelty gift for birthdays, Halloween, Thanksgiving Day, Christmas. Perfect for family gatherings and parties. Best gifts for 6 7 8 9 10+ year old boys girls.

› See more product details

🚩 Report an issue with this product or seller

**$15**⁹⁹

✔prime

FREE delivery **Saturday, December 13**

**Arrives before Christmas**

📍 Deliver to The - Pittsburgh 15238

Quantity: 1 ▾

Add to Cart

Buy Now

Ships from | Amazon
Sold by | jingye1
Returns | FREE refund/replacement until Jan 31, 2026
Gift options | Available at checkout

▾ See more

Add to List ▾

### Other sellers on Amazon

New (4) from **$13**⁹⁹ & **FREE Shipping** ›




 

PRO STASH 2025 Upgraded Flyi...
**$32**⁶⁹ ✔prime

Sponsored ⓘ



Flying Orb Ball, Magic Hover Flying Ball Toy with Rechargeable, Light Up Floating Balls...

★★★★☆ 126

**$9.99** ✔prime

Shop now ›

Sponsored ⓘ

### Customers also bought

Based on products customers bought together



**Total price:** $29.98

**Add both to Cart**

ℹ️ Some of these items ship sooner than the others. Show details

**This item:** PITKLG Flying Orb Ball 2025 Upgraded Hand Controlled Flying Spinner Ball with RGB Le...
★★★★☆ 656
-30% $15⁹⁹
List: $22.99

Sponsored ⓘ
ALKNOT 2024 Galaxy Ball, Flying Orb Hover Ball, Hand Controlled Mini Drone, Cosmic Globe...
★★★★☆ 706
-13% $13⁹⁹
Typical: $15.99
✓prime

+

---

## Based on your recent views  Sponsored ⓘ

Page 1 of 54

     

| | | | | | |
|---|---|---|---|---|---|
| Flying Orb Ball Toy 2025 Hover Soaring Nebula, Hand Controlled Boomerang Galactic if... | 2025 Upgraded Flying Orb Ball Toy, Hover Boomerang Ball Spinner Mini Drone - Magic ... | 2025 Upgrade Flying Orb Ball Toy Controlled Hover Ball with ,Gifts for Boys and Gir... | Flying Orb Ball Toy 2025 Hand Controlled Hover Spinner Galaxy Lights Ball 360° Boom... | Upgraded Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Balls Cosm... | 2025 Upgraded Flying Orb Ball - Hover Drone Boomerang Ball for Kids & Adults, Fun I... |
| ★★★★★ 1 | ★★★★★ 13 | | ★★★★★ 13 | ★★★★☆ 15 | ★★★★☆ 14 |
| -16% $15⁹⁹ | $17⁹⁹ | $16⁹⁹ | $16⁹⁹ | $16⁹⁹ | #1 Best Seller |
| Typical: $18.99 | | | | | $18⁶⁹ |
| ✓prime | | ✓prime | ✓prime You pay $15.29 with coupon | ✓prime You pay $15.29 with coupon | ✓prime |

---

## 4 stars and above  Sponsored ⓘ

Page 1 of 39

     

| | | | | | |
|---|---|---|---|---|---|
| ENJSD 2025 Flying Orb Ball, Boomerang Hover Space Ball Flying Spinner, Orb Drone Or... | WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe... | 2025 AI Flying Orb Ball Toy, Cosmic Globe Boomerang Hover Ball Galactic Fidget Spin... | OFUN Flying Orb Ball Toys 2025 - Hover Ball Cosmic Globe Boomerang, Hand... | 2024 Galaxy Ball, Flying Orb Hover Ball, Hand Controlled Mini Drone, Cosmic Globe B... | Flying Orb Ball, Magic Hover Flying Ball Toy with Rechargeable, Light Up Floating B... |
| ★★★★☆ 54 | ★★★★★ 232 | ★★★★★ 479 | ★★★★★ 77 | ★★★★☆ 706 | ★★★★☆ 126 |
| -17% $19⁹⁹ | Limited time deal | Limited time deal | #1 New Release | -13% $13⁹⁹ | -12% $9⁹⁹ |
| Typical: $23.99 | -29% $16⁹⁹ | -10% $21⁵⁸ | Limited time deal | Typical: $15.99 | Typical: $11.39 |
| ✓prime | List: $23.99 | Typical: $23.98 | -33% $15²⁹ | ✓prime | ✓prime |
| | ✓prime | ✓prime | Typical: $22.99 | | |
| | | | ✓prime | | |

---

## Product information

| Item details ⌄ | Features & Specs ⌄ |
|---|---|
| Measurements ⌄ | Style ⌄ |
| | Additional details ⌄ |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

⚠️ **Fly responsibly**

The Federal Aviation Administration requires registration of many drones flown in the US for hobby or commercial purposes. To learn more about drone registration requirements, visit the Federal Aviation Administration's drone page https://www.faa.gov/uas/.

## From the brand





**Product description**





**Shake to start**

Turn on the power button and hold the mini drone upwards, then simply shake to start and give it a toss! You will quicklwunderstand theinfoite possibilities for flight of the magic toy.

**Fly back like a boomerang**

When you throw it upwards 30° to get flying, it will spin around its axis perpendicular to the direction of flight and returns to you like a boomerang. You can throw it and catch it yourself

**Travels straight line**

Throw it downwards 30° to get flying. It will fly travels steady in a straight line. It is perfect for catching the ball back and forth with friends

**Shake to stop**

If you want to stop playing, just shake hand-controlled drone and stop the spinning. It's easy and safe. The enclosed propellers design protects your hands while spinning.








**ADDICTED TO MOBILE PHONES**



**ADDICTED TO VIDEO GAMES**



**OFTEN FEEL DEPRESSED**



**HIGH LEARNING PRESSURE**



# Happy family time
## No child can refuse this gift





## Customers who bought this item also bought

Page 1 of 10



Flying Orb Ball, Magic Hover Flying Ball Toy with Rechargeable, Light Up...
★★★★☆ 126
Save 12%
-12% $9.99
Lowest price in 30 days
Typical: $11.39
✓prime FREE Delivery
Saturday, Dec 13



Sponsored ⓘ
PRO STASH 2025 Upgraded Flying Orb B...
★★★★☆ 26
#1 Best Seller
$18.99
Get it as soon as Tuesday, Dec 23



SVJJ 2025 Flying Orb Ball Toy - Hand Controlled Hover Boomerang with RGB Lights, Cosmic Globe Fidget Spinner Mini...
★★★★☆ 756
$14.99
✓prime FREE Delivery
Saturday, Dec 13



Sponsored ⓘ
Upgraded 2Pack Flying Orb Ball 2025 Hand Drone Galaxy Ball Hove...
★★★★☆ 15
$31.99 ($16.00/count)
Get it as soon as Monday, Dec 22
FREE Shipping by Amazon



OKPOW Cosmic Fly Ball Boomerang Hover - 2025 Galaxy Ball Flying Orb Cosmic Flyball Toy with Colorful Lights USB...
★★★★☆ 190
-20% $19.99
Typical: $24.99
✓prime FREE Delivery
Saturday, Dec 13



Flying Orb Ball Toys, Globe Space Ball, Galaxy Cosmic Gyroscope Fidget Spinning, Cool Birthday Gift for 8 9 10 11 12 +...
★★★★☆ 83
$19.99
Get it as soon as Wednesday, Dec 17
FREE Shipping by Amazon

## Products related to this item  Sponsored ⓘ

Page 1 of 67



Flying Orb Ball Toy 2025 Hand Controlled Hover Spinner Galaxy Lights Ball 360° Boom...
★★★★★ 13
-15% $16.99
Typical: $19.99
✓prime
You pay $15.29 with coupon



2025 Upgraded Flying Orb Ball Toy with LED Lights, Cosmic Boomerang Hover Orb...
★★★★☆ 26
#1 Best Seller
$18.99



Upgraded Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Balls Cosm...
★★★★☆ 15
$16.99
✓prime
You pay $15.29 with coupon



2025 Upgraded Flying Orb Ball - Hover Drone Boomerang Ball for Kids & Adults, Fun I...
★★★★☆ 14
#1 Best Seller
$18.69
✓prime



2024 Upgraded Magic Flying Orb Ball Toy with LED Light 360°Rotating, Boomerang Flying...
★★★☆☆ 48
-20% $15.99
Typical: $19.99
✓prime
You pay $14.39 with coupon

Flying Orb Ball, Magic Hover Flying Ball Toy with Rechargeable, Light Up Floating B...
★★★★☆ 126
-12% $9.99
Typical: $11.39
✓prime

## Product Videos



US HT
How to play the toy fly ball?





▶ ──────────── -0:00 🆑 🔊

Customer Review: It's really fun and my kids love it
▶ 0:10  Jamie Bednar

Is the toy fly ball easy to control?
US HT

## Similar brands on Amazon

Sponsored ⓘ                                                                                    Page 1 of 3



‹

SUMMERLANGUAGE Flying Orb Ball Toy – 2025 Upgraded Magic Flying Orb Toy…
3.9 ★★★★☆ 154
$17.99



›

Sosuy 2025 Flying Orb Ball for Kids, Magical Hover Galaxy Cosmic…
4.0 ★★★★☆ 194
$19.99

 

PRO STASH 2025 Upgraded Flying Orb Ball – Hover…
$18⁶⁹ ✓prime
**Shop now**

Sponsored ⓘ

## 🔶 Looking for specific info?

Ask Rufus or search reviews and Q&A →

[What skills does it help kids develop?] [Does it come with a charger?] [Can adults use this toy?] [Is it easy to control?]

[What is the recommended age range?]

## Customer reviews

★★★★☆  4 out of 5

656 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 60% |
| 4 star | ██ | 12% |
| 3 star | ██ | 12% |
| 2 star | █ | 3% |
| 1 star | ██ | 13% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



## Customers say

Customers find the flying orb ball keeps kids entertained for hours, is easy to use, and has good battery life lasting 20-30 minutes on a full charge with a ten-minute recharge time. They consider it a fun gift for kids of all ages and appreciate its novelty value. The durability and functionality receive mixed reviews - while some say it holds up well to bounces and works great, others report it breaking after 5 minutes and not working as advertised. The flyability is also mixed, with some loving how it flies while others note it doesn't hover properly.

◻ Generated from the text of customer reviews

Select to learn more

✓ Fun to play with (142)  — ✓ Ease of use (41)  — ✓ Battery life (40)  — ✓ Gift value (40)

✓ Novelty value (12)  — Durability (46)  — Flyability (28)  — Functionality (26)

### Reviews with images

See all photos ›

‹   ›

## Top reviews from the United States



PRO STASH 2025 Upgraded
Flying Orb Ball - Hover…
$18⁶⁹  ✓prime

Sponsored ⓘ

JUSTIN

★★★★★ **Cool Toy**

Reviewed in the United States on April 22, 2022

**Verified Purchase**

I've had two of these for a few months. This is one of those random gifts that ends up being a huge success with the kids. Such a big success that I bought another one and will probably get a few more in the future for birthdays and holidays for other kids in the extended family. The toy itself is pretty cool even for an adult. I mean, it flies autonomously, right? Anyway, it's very easy to use so kids are spending time playing not being frustrated trying to figure out how to make it work. The battery life is kind of amazing too. My kids fly these things for 20-30 minutes at a time, and recharge time is only about ten minutes tops. Finally, they're pretty durable. My five year-old son doesn't exactly use it as intended. He likes to pitch it like a baseball then chase it. Suffice it to say it has stood up to some abuse!

26 people found this helpful

Helpful     Report

DOUGLAS Rogers

★★★★★ **Flying ball**

Reviewed in the United States on September 27, 2025

**Verified Purchase**

Kids love to play with this ball.keeps them busy for a good while

2 people found this helpful

Helpful     Report

Pablo

★☆☆☆☆ **Didn't Work For Me**

Reviewed in the United States on November 30, 2025

**Verified Purchase**

Unfortunately....

Either I got a dud or I don't know what I'm doing. Watched instructional videos several times as I'm "trial and error" playing with this thing. The blades rotate so fast when I remove my hand to let it float, it immediately veers into the floor. Too bad, I was looking forward to some fun play. Sending the two I purchased back.

2 people found this helpful

Helpful     Report

Big TS

★★★☆☆ **Novelty at best**

Reviewed in the United States on January 3, 2024

**Verified Purchase**

The colors on the ball are sharp and it will hover on a fresh charge. However it does not really hover as it is a bit unstable. It will pick a direction and fly away from you. Very difficult to make it go where you like and

 

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $0.96 |
| **Order total:** | **$16.95** |

---

### Delivering to                                           Change

PITTSBURGH, PA, 15238-3103, United States

Add delivery instructions

FREE pickup available nearby ⌄

---

### Paying with                                             Change

Want to use American Express Membership Rewards® points for this order? Learn more ⌄

Use a gift card, voucher, or promo code

 **Get a $250 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee                                          Learn more

---

### Arriving Dec 13, 2025

◉ **Saturday, Dec 13**                          FREE

   PITKLG Flying Orb Ball 2025 Upgraded Hand Controlled Flying Spinner Ball with RGB Led Lights Boomerang Spinner 360°Rotating Soaring UFO Mini Orb Drone Toy Safe for Kids Adults(Blue)
**$15.99**
& FREE Returns ⌄
Ships from Amazon.com
Sold by jingye1

**Disclaimers**

 🗑 1 +

Add gift options

---

**Place your order**

Order total: $16.95
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart



Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 10 - Amazon - Jinjiang Yinghuo Yinmeng International Trade Co., LTD - A3A18NKTOURXTE**



https://www.amazon.com/Upgrade-Flying-Controlled-Christmas-Birthdays/dp/B0FYWT8PB1/ref=sr_1_171?crid=1TLQE38J0EA0H&dib=eyJ2IjoiMSJ9.1    December 9, 2025
SniL1QMYyB2Y1_g6M6zfxChounZ8phBfiTVQnA44IFmGhpSSXoPGyM5FhvSAxnqHTQaKBxosAldfcK7mKp17HWsGR-p_LkkWbC5_5KX2FS7vUDUsqL5XguJyzPF_WyGtn
VBSFOAP90xH8eFhhliDFhwXgeIMK_ATzSsXVNHoroD3ElTPTMOSvU-K6tHCC_GzTFFrrZ5IRea1q7m8oE12rePsAEmGauYKn5PPfBP2W5-Opn_NM1V1cLMOU7gBOVue2
2YZ95bJMHg0SMP9jeynzF95QYKqlmksc4W9iljdns.7f2muaBltqlj4ykf917ZERA9gP6qV1tsOKg1-hnfuUQ&dib_tag=se&keywords=flying%2Borb&qid=1764664019&sprefix
=%2Caps%2C721&sr=8-171&xpid=K67YRwOUjyg3E&th=1







PRO STASH 2025 Upgraded Flying Orb Ball -...    $32.69 ✓prime    Shop now

Sponsored

Toys & Games › Novelty & Gag Toys › Flying Toys › Toy Parachute Figures

## 2025 Upgrade Flying Orb Ball Toy Controlled Hover Ball with ,Gifts for Boys and Girls on Christmas and Birthdays D (Blue)

Brand: Generic
Search this page

**$16⁹⁹**
Price history

Shopping for work? Save 35% up to $100 on your Amazon Business orders.

Pay for a free business account.

Pay $16.99 $0.00, get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more

Color: **Blue**

$16.99 | $16.99 FREE Delivery Saturday

- **Easy Hand Control Flying Fun:** Just press the button, toss it lightly, and watch this flying orb ball perform dazzling aerial stunts—floating, gliding, spinning, and even boomerang returns. Change the angle or speed for different tricks. Want to stop? Simply catch or shake the ball. Kids, teens, and adults will love the cool flying effect—especially with glowing LEDs at night



ENJSD 2025 Flying Orb Ball, Boomerang Hover Space Ball Flying Spinner, Orb Drone Orbit...
★★★★½ 54    $19.99 ✓prime
Shop now ›

Sponsored

**$16⁹⁹**

FREE delivery December 23 - 29 for Prime members

**May arrive after Christmas.**
**Need a gift sooner?** Send an Amazon Gift Card today by email or text message.

Deliver to The - Pittsburgh 15238

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    Jinjiang Yinghuo Yinmeng International Trade...
Returns    Returnable until Jan 31, 2026
Gift options    Available at checkout

˅ See more



PRO STASH 2025 Upgraded Flyi...
$18⁶⁹ ✓prime

## Bundle these items



+    Total price: $33.98

Add both to Cart

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** 2025 Upgrade Flying Orb Ball Toy Controlled Hover Ball with ,Gifts for Boys and Gir...
$16⁹⁹

Sponsored ⓘ
Flying Orb Ball Toy 2025 Hand Controlled Hover Spinner Galaxy Lights Ball 360° Boomerang...
★★★★★ 13
-15% $16⁹⁹
Typical: $19.99
✓prime

## Based on your recent views    Sponsored ⓘ

Page 1 of 18






2025 Upgraded Flying    Flying Orb Ball Toy 2025    Upgraded 2 Pack Flying    Upgraded Flying Orb    2025 Upgraded Flying    Flying Orb Ball Toy,



Orb Ball Toy with LED Lights, Cosmic Boomerang Hover Orb...
★★★★☆ 26
#1 Best Seller
$18⁹⁹

Hover Soaring Nebula, Hand Controlled Boomerang Galactic if...
★★★★★ 1
-16% $15⁹⁹
Typical: $18.99
✓prime

Orb Ball 2025 Hover Orb Boomerang Galaxy Ball Cosmic Floatin...
★★★★☆ 16
$33⁵⁹
✓prime
You pay $28.55 with coupon

Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Balls Cosm...
★★★★☆ 15
$16⁹⁹
✓prime
You pay $15.29 with coupon

Orb Ball - Hover Drone Boomerang Ball for Kids & Adults, Fun I...
★★★★☆ 14
#1 Best Seller
$18⁶⁹
✓prime

Magic Hover Boomerang Hand Drone Cosmic Globe, Light Up Fidget...
★★★★★ 2
-6% $15⁹⁹
Typical: $16.99
✓prime

---

**4 stars and above** Sponsored ⓘ                                                                Page 1 of 9








Flying Orb Ball Toy – 2025 Upgraded Magic Flying Orb Toy with LED Light 360°Rotatin...
★★★★☆ 154
$17⁹⁹
✓prime

ENJSD 2025 Flying Orb Ball, Boomerang Hover Space Ball Flying Spinner, Orb Drone Or...
★★★★☆ 54
-17% $19⁹⁹
Typical: $23.99
✓prime

Flying Orb Ball (Blue, 2025 Upgraded) with Dazzling Lights, Magic Hover Spinner, Co...
★★★★☆ 6,350
-22% $24⁹⁹
List: $32.00
✓prime

Flying Orb Ball Toys with LED Lights, Cosmic Globe Hover Ball Boomerang Fidget Spin...
★★★★☆ 83
$19⁹⁹
✓prime
You pay $16.99 with coupon

Flying Orb Ball 2025 Boomerang Hover Ball Galatic Fidget Spinner Mini Drone Cool To...
★★★★☆ 523
-24% $24⁵²
List Price: $32.00
✓prime

2025 AI Flying Orb Ball Toys, Galaxy Cosmic Globe Boomerang Hover Ball, Hand Drone ...
★★★★☆ 80
-65% $25⁹⁹
Typical price: $74.99
✓prime

---

## Product information

### Item details ∧

| | |
|---|---|
| Age Range Description | Children and adults |
| Brand Name | Generic |
| ASIN | B0FYWT8PB1 |
| Included Components | Charging cable, user manual |
| Item Height | 2.5 inches |
| Manufacturer | DHFGR00 |
| Manufacturer Minimum Age (MONTHS) | 72.0 |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

### Style ∧

| | |
|---|---|
| Color | Blue |

### Measurements ∧

| | |
|---|---|
| Size | 1 Pack |
| Item Dimensions | 2.5 x 2.5 x 2.5 inches |

### Materials & Care ∧

| | |
|---|---|
| Material Type | Plastic |

---

## Product Description

Why Choose Our Flying Ball Toys

## Deals on related products  Sponsored ⓘ







OFUN Flying Orb Ball Toys 2025 - Hover Ball Cosmic Globe Boomerang, Hand...
★★★★☆ 77
#1 New Release
Limited time deal
-33% $15²⁹
Typical: $22.99
✓prime

2025 AI Flying Orb Ball Toys, Galaxy Cosmic Globe Boomerang Hover Ball, Hand Drone ...
★★★★☆ 80
-65% $25⁹⁹
Typical price: $74.99
✓prime

Hoofun Flying Orb Ball Toy, 2025 Magic Hover Ball Boomerang, 360° Rotating Cosmic G...
★★★★☆ 1,064
Limited time deal
-45% $16⁹⁹
List: $30.99
✓prime

MERRYHOME Flying Orb Ball Toys: 360°Rotating Hand Controlled Drone Orbit, 2025 Cool...
★★★★☆ 889
Limited time deal
-45% $17⁹⁹
List: $32.99
✓prime

2025 AI Flying Orb Ball Toys, Galaxy Cosmic Globe Boomerang Hover Ball, Hand Drone ...
★★★★☆ 533
Limited time deal
-43% $22⁷⁹
List: $39.99
✓prime

---

## What's in the box

- Charging cable, user manual

**Related products with free delivery** Sponsored ⓘ

     

Upgraded 2Pack Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Ball...
★★★★☆ 15
$31⁹⁹ ($16.00 / count)
✓prime
You pay $28.79 with coupon

2025 Upgraded Flying Orb Ball - Hover Drone Boomerang Ball for Kids & Adults, Fun I...
★★★★☆ 14
#1 Best Seller
$32⁶⁹
✓prime

Flying Orb Ball Toy, Magic Hover Boomerang Hand Drone Cosmic Globe, Light Up Fidget...
★★★★★ 2
-16% $15⁹⁹
Typical: $18.99
✓prime

Upgraded 2 Pack Flying Orb Ball 2025 Hover Orb Boomerang Galaxy Ball Cosmic Floatin...
★★★★☆ 16
$33⁵⁹
✓prime
You pay $28.55 with coupon

Flying Orb Ball Toy 2025 Hover Soaring Nebula, Hand Controlled Boomerang Galactic if...
★★★★★ 1
-16% $15⁹⁹
Typical: $18.99
✓prime

Flying Orb Ball Toy - 2025 Upgraded Magic Flying Orb Toy with LED Light 360°Rotatin...
★★★★☆ 154
$17⁹⁹
✓prime

## Videos

Help others learn more about this product by uploading a video!

Upload your video

 

PRO STASH 2025 Upgraded Flying Orb Ball - Hover...
$18⁶⁹ ✓prime

Shop now

Sponsored ⓘ

## 🔷 Looking for specific info?

Ask Rufus or search reviews and Q&A →

What is the recommended age range?    Does it need batteries?    Can it be used indoors?    Is it durable?

Does it come with a remote?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review




PRO STASH 2025 Upgraded Flying Orb Ball - Hover...
$18⁶⁹ ✓prime



Sponsored ⓘ





Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English ⇕    United States

Amazon Music
Stream millions

Amazon Ads
Reach customers

6pm
Score deals

AbeBooks
Books, art

ACX
Audiobook

Sell on Amazon
Start a Selling

Veeqo
Shipping Software

https://www.amazon.com/checkout/p/p-106-9183571-7521820/spc?pipelineType=Chewbacca&isBuyNow=1&referrer=spc | December 9, 2025


amazon prime | Secure checkout ⌄ | 🛒 Cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---:|
| Items: | $16.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $1.02 |
| **Order total:** | **$18.01** |

## Delivering to                                                                                 Change

PITTSBURGH, PA, 15238-3103, United States

Add delivery instructions

FREE pickup available nearby ⌄

## Paying with                                                                                   Change

Want to use American Express Membership Rewards® points for this order? Learn more ⌄

Use a gift card, voucher, or promo code



**Get a $250 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee     Learn more

## Arriving Dec 23, 2025 - Dec 29, 2025

◉ **Tuesday, Dec 23 - Monday, Dec 29**                    FREE



2025 Upgrade Flying Orb Ball Toy Controlled Hover Ball with ,Gifts for Boys and Girls on Christmas and Birthdays D (Blue)
**$16.99**
Ships from Amazon.com
Sold by Jinjiang Yinghuo Yinmeng International Trade Co., LTD

Disclaimers

🗑 | 1 | +

Add gift options

**Place your order**

Order total: $18.01
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

**Back to top**

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 11 - Amazon - longkouchengheyixingshangmaoyouxiangongsi - A2T0PZOYEY0AZU**



**Based on your recent views** Sponsored










Flying Orb Ball Toy, Magic Hover Boomerang Hand Drone Cosmic Globe, Light Up Fidget...
★★★★★ 2
-6% $15⁹⁹
Typical: $16.99
✓prime

2025 Upgraded Flying Orb Ball - Hover Drone Boomerang Ball for Kids & Adults, Fun I...
★★★★ 14
#1 Best Seller
$18⁶⁹

2025 Upgraded Flying Orb Ball Toy with LED Lights, Cosmic Boomerang Hover Orb...
★★★★ 26
#1 Best Seller
$18⁹⁹

Flying Orb Ball Toy 2025 Hover Soaring Nebula, Hand Controlled Boomerang Galactic if...
★★★★★ 1
-16% $15⁹⁹
Typical: $18.99
✓prime

Upgraded 2Pack Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Ball...
★★★★ 15
$31⁹⁹ ($16.00 / count)
✓prime
You pay $28.79 with coupon

ENJSD 2025 Flying Orb Ball, Boomerang Hover Space Ball Flying Spinner, Orb Drone Or...
★★★★½ 54
-17% $19⁹⁹
Typical: $23.99
✓prime

## Product information

### Item details

| | |
|---|---|
| Brand Name | BTYIMIFly |
| Age Range Description | Kid |
| Manufacturer | BTYIMIFlying |
| UPC | 752710593760 752710593883 752710593913 755987138139 752710593852 752710593944 752710593821 752710593975 752710593739 752710593791 |
| Customer Reviews | 3.4 ★★★★☆ (620) 3.4 out of 5 stars |
| Best Sellers Rank | #363,239 in Toys & Games (See Top 100 in Toys & Games) #220 in Toy Parachute Figures |
| ASIN | B09H351V69 |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

### Features & Specs

| | |
|---|---|
| Number of Players | 1 |
| Educational Objective | Game, play |
| Power Source | battery powered |
| Operation Mode | Manual |

### Style

| | |
|---|---|
| Theme | Fantasy |
| Subject Character | Orb |

### Additional details

| | |
|---|---|
| Material Type | Polypropylene |

## Product description

**Do you want to have more happiness? Why not try this happy and healthy Flying Ball for children and adults?**



- Do you have these troubles?
- Children addicted to mobile phones and online games, don't like sports? Unwilling to communicate with parents?
- Why not try this pleasant and healthy flying ball?

- Designed from novelty and high tech, good for small kids to start drone playing.
- A wonderful flying spinner ball toys helping enrich kids' playing life.
- An excellent decompression and relaxation gift for teenagers and adults.







- Flying ball led is installed with infrared. Advanced hover technology makes it motion-sensitive so when it detects objects nearby or underneath, it will fly away automatically, keeping it from falling or damaging. The built-in gyroscope can control the accuracy and sensitivity to make balance when the ball is flying.
- The flying ball is easy to use. Just turn on the above switch and shake it twice to turn on the magic flying ball. Shake it again to shut it down. It is not restricted by the venue. It can be used indoors, outdoors, schools and offices. Playing with family or friends is more fun.

**Durable LED Lights**     **Anti-Fall Exterior Material**     **Exquisite Packaging**







**Durable Materials&Internal Hardware**

- It owns resistance to fall, safety and durability. Each flying ball has been strictly tested, with special spherical design and soft material, which has good durability and impact resistance. Absolutely safe, you can play freely and at ease.

**Dreamy LED Color Light**

- This flying space orb more entertaining, with colored LED lights. Flying ball can change colors infinitely when flying. The bright color makes the toy look cool and beautiful at day or night. Attracting children's attention greatly.

**One Package Contains:**

1. Flying Floating Ball*1pc
2. USB charging cable*1pc
3. User manual *1pc
4. DIY head*1 pc
5. DIY stickers*2 set

**Multiple Occasions&Multiple Ways to Play**

# Fit for Indoors or Outdoors, Children, teenagers and adults can play together



**Most Popular Kids Toys For Birthdays, Thanksgiving Day, Christmas 2021**



**Deals on related products**

Deals on related products

     

**OFUN Flying Orb Ball Toys 2025 - Hover Ball Cosmic Globe Boomerang, Hand...**
★★★★☆ 77
#1 New Release
Limited time deal
-33% $15²⁹
Typical: $22.99
✓prime

**WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe...**
★★★★☆ 232
Limited time deal
-29% $16⁹⁹
List: $23.99
✓prime

**2025 AI Flying Orb Ball Toys, Galaxy Cosmic Globe Boomerang Hover Ball, Hand Drone ...**
★★★★☆ 79
-65% $25⁹⁹
Typical price: $74.99
✓prime

**Hoofun Flying Orb Ball Toy, 2025 Magic Hover Ball Boomerang, 360° Rotating Cosmic G...**
★★★★☆ 1,064
-45% $16⁹⁹
List: $30.99
✓prime

**2025 AI Flying Orb Ball Toys, Galaxy Cosmic Globe Boomerang Hover Ball, Hand Drone ...**
★★★★☆ 531
Limited time deal
-43% $22⁷⁹
List: $39.99
✓prime

**Tikduck 2025 Flying Bouncing Ball Toy - USB Rechargeable, Hand-Controlled with 3D F...**
★★★★☆ 117
Limited time deal
-20% $25⁶⁰
List: $32.00
✓prime

---

**Related products with free delivery** Sponsored ⓘ                                                    Page 1 of 51

     

**Flying Orb Ball-2025**
★★★★★ 1
$15⁹⁹
✓prime
You pay $15.03 with coupon

**Upgraded 2Pack Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Ball...**
★★★★☆ 15
$31⁹⁹ ($16.00 / count)
✓prime
You pay $28.79 with coupon

**Flying Orb Ball Toy 2025 Hand Controlled Hover Spinner Galaxy Lights Ball 360° Boom...**
★★★★★ 13
$16⁹⁹
✓prime
You pay $15.29 with coupon

**Upgraded 2 Pack Flying Orb Ball 2025 Hover Orb Boomerang Galaxy Ball Cosmic Floatin...**
★★★★★ 17
$33⁵⁹
✓prime
You pay $28.55 with coupon

**2025 Upgraded Flying Orb Ball – Hover Drone Boomerang Ball for Kids & Adults, Fun I...**
★★★★☆ 14
#1 Best Seller
$18⁶⁹
✓prime

**Flying Orb Ball Toy, Magic Hover Boomerang Hand Drone Cosmic Globe, Light Up Fidget...**
★★★★★ 2
-6% $15⁹⁹
Typical: $16.99
✓prime

---

## Product Videos



LB Product Reviews · Earns commissions
Flying Orb Ball Review & Demonstration REALLY FUN TOY

---

## Similar brands on Amazon
Sponsored ⓘ                                                                                              Page 1 of 3

  



Sosuy 2025 Flying Orb Ball for Kids, Magical Hover Galaxy Cosmic...
4.0 ★★★★☆ 194
$19.99

LEDs, Super Bright, Lost Mode, Auto...
4.3 ★★★★☆ 11,114
24% off  Limited time deal
$18.99  List: $24.99

PRO STASH 2025 Upgraded Flying Orb Ball – Hover...
$18.69 ✓prime
Shop now

Sponsored ⓘ

## Looking for specific info?

Ask Rufus or search reviews and Q&A

What age range is it for?   Does it need batteries?   Can it be used outdoors?   Is it durable?

Does it come with a remote?

## Customer reviews

★★★☆☆ 3.4 out of 5

620 global ratings

| 5 star | 44% |
| 4 star | 11% |
| 3 star | 13% |
| 2 star | 12% |
| 1 star | 20% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the flying orb toy fun and entertaining, particularly for kids. However, the product receives mixed feedback about its quality, with some describing it as exquisite while others find it poor. Moreover, the battery life is problematic, lasting only 2 to 3 minutes, and customers report it doesn't hover as advertised. Additionally, durability is a concern as it breaks easily, and customers consider it not worth the money. The ease of use is also mixed, with some finding it hard to handle.

ℹ Generated from the text of customer reviews

Select to learn more

✓ Fun toy (14)  — Quality (19)  — Battery life (17)  — Ease of use (9)  ⊖ Functionality (27)

⊖ Durability (23)  ⊖ Hover ability (17)  ⊖ Value for money (16)

### Reviews with images

See all photos ›

### Top reviews from the United States

https://www.amazon.com/checkout/p/p-106-9260252-7681857/spc?pipelineType=Chewbacca&isBuyNow=1&referrer=spc    December 9, 2025

 **prime**    Secure checkout ⌄     Cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $0.84 |
| **Order total:** | **$14.83** |

### Delivering to                                    Change

PITTSBURGH, PA, 15238-3103, United States

Add delivery instructions

### Paying with                                    Change

Want to use American Express Membership Rewards® points for this order? Learn more ⌄

Use a gift card, voucher, or promo code



Get a $250 Amazon Gift Card instantly upon approval for Prime Visa. No annual fee    Learn more

### Arriving Dec 23, 2025 – Jan 8, 2026

◉ Tuesday, Dec 23 - Thursday, Jan 8                FREE



BTYIMIFly Flying Orb Flying Ball Hover Ball Flying Toys for Kids Adults Magic Flying Orb 360°Rotating with Dream Lantern Indoor Outdoor 2021 Hot Toys for Christmas Festival
**$13.99**
Ships from longkouchengheyixingshangmaoyouxiangongsi
Sold by longkouchengheyixingshangmaoyouxiangongsi

 🗑 1 +

Gift options not available

Place your order

Order total: $14.83
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart



Back to top

amazon    🌐 English ⌄    🇺🇸 United States ⌄    Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 12 - Amazon - LYJUN-US - A2XOFLORGJLQWO**

https://www.amazon.com/Upgraded-Boomerang-Galactic-Spinner-Floating/dp/B0FMKR1NKN/ref=sr_1_86?crid=O8PRFZPCYTB8&dib=eyJ2IjoiMSJ9.    December 9, 2025
CAVlJcEzZCVKsBFGooOSs3PNeVIVg5_TPs1Oivj6Qf4Lh1WVS2TZszy58PQiquozRH1IpTlueOkTV8gvLveO2yb_LRnrCgM0Yox5tFVg2IkLBuwLCyehk-Ft5iMnOypHomMK-H
Q9EyP6BnY7yaVQ0GU3og9HGrDMiX7r0Q9Pzn2YiJPJFqoMM61kq_DrMv15Aajs4lPY_-y90QWGO8-B8ZkXbgssLZpCXQyB5jMRAEYVEWKd8A2DRtm_5EMyOi0GuTQ5a
D5_0nFxZ25NMoQJNmWAuG6hyLKzsTstnIj4Yhg.KS5pUZpsTrhrIBnycRKauxhN3T0UKIeJBicnAl4UDO4&dib_tag=se&keywords=flying%2Bball&qid=1764048981&sprefix=
%2Caps%2C735&sr=8-86&xpid=qCSd1t9B8Tdlv&th=1





Click to see full view



Ask Rufus

What ages is this toy recommended for?

Does it require any assembly?

Can it be used indoors?

Ask something else

Toys & Games > Remote & App Controlled Vehicles & Parts > Robots

## Upgraded Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Balls Cosmic Flying Globe Galactic Flying Spinner Floating Balls Toys for Kids Ages 6-12+ Year Old Boys Girls Purple

Brand: Generic

3.9 ★★★★☆ (15)     Search this page

$16.99

Price history

FREE Returns ∨

☐ Coupon price $15.29     Terms

Shopping for work? Save 35% up to $100 on your Amazon Business orders. Sign up for a free business account.

Get $60 off instantly: Pay $0.00 $16.99 upon approval for the Prime Store Card. No annual fee.

**Color:** Purple

| $16.89 | $31.99 ($16.00 / count) | $16.99 | $16.99 FREE Delivery Saturday |

- Smart Flight & Multiple Modes: Watch your kids light up with joy as this flying floating orb ball toy intelligently hovers, glides straight, or boomerangs right back to their hands! Equipped with an upgraded smart control chip, it responds seamlessly to hand movements for effortless control. Cool flying ball toy for various scene play, it encourages active fun while enhancing coordination and reflexes. Making it ideal indoor outdoor flying toys for kids ages 6 7 8 10 11 12 13
- Vibrant LED Lights & Galactic Design: This mesmerizing galaxy orb boomerang ball features brilliant multicolor LED lights that flash and glow during flight, creating a stunning visual spectacle. Whether in daylight or at night, the eye-catching effects amplify the excitement and spark imagination. It's not just a toy - It's a magical experience that turns any space into a cosmic playground. This glowing flying ball is great as a sensory flying toy for focused play
- Safe, Durable & Lightweight: Our mini hand drone toy engineered with soft, flexible materials and no hard or sharp edges, this hover orb ball toy is completely safe for kids 6-12. It's ultra-lightweight, preventing injuries or damage to household items. The crash-resistant design promises long-lasting performance even after repeated use. Parents can relax while kids enjoy hours of fun, worry-free play
- Easy to Charge & Ready to Fly: With a built-in rechargeable battery and included USB charging cable, this flying hover orb ball toy charges quickly for non-stop fun. Each charge delivers extended flight time, keeping the action going. It's hassle-free - no complicated setup or remote needed. Just turn it on, toss gently, and let the smart flight technology do the rest! This cosmic spinner fly ball hand controlled small drone toy is perfect for beginners and pros alike
- Ideal Gift For All Ages: This flying orb ball mini galactic drone isn't just trending gifts for kids - it captiv teens and adults too! Cool stuff alternative to common toys, 2025 best toys cool gifts for boys girls teens. Perfect gift for birthdays Christmas Halloween Thanksgiving Day. Whether used solo or in groups, it promotes active play and outdoor exercise. Take our magic flying boomerang ball small drones toy, it's sure to bring smiles to any child or family looking for innovative fun

› See more product details

☐ Report an issue with this product or seller

### Right sidebar

$16.99

FREE delivery December 20 - 23 for Prime members

**Arrives before Christmas**

Deliver to The - Pittsburgh 15238

Quantity: 1 ∨

Add to Cart

Buy Now

Ships from    Amazon
Sold by        LYJUN-US
Returns       FREE refund/replacement until Jan 31, 2026
Gift options  Available at checkout

∨ See more

Add to List ∨







PRO STASH 2025 Upgraded Flyi...
$32.69 prime

Sponsored ⓘ



TOSY Magnet Pyramid Glow - T...
★★★★☆ (2,791)
Limited time deal
$26⁵⁷ $34.99 ✓prime

Sponsored ⓘ

## Bundle these items

 ☑ +  ☑

Total price: $39.69

**Add both to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** Upgraded Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Balls...
3.9 ★★★★☆ 15
$16⁹⁹

Sponsored ⓘ
Evrongx Replacement Battery for Parrot Airborne Cargo MiniDrone Jumping Sumo, Rolling Spider...
$22⁷⁰

## Based on your recent views  Sponsored ⓘ

Page 1 of 64

     

2025 Upgraded Flying Orb Ball - Hover Drone Boomerang Ball for Kids & Adults, Fun I...
★★★★☆ 14
**#1 Best Seller**
$18⁶⁹
✓prime

2025 Upgraded Flying Orb Ball Toy with LED Lights, Cosmic Boomerang Hover Orb...
★★★★☆ 26
**#1 Best Seller**
$18⁹⁹

Flying Orb Ball Toy 2025 Hover Soaring Nebula, Hand Controlled Boomerang Galactic if...
★★★★★ 1
-16% $15⁹⁹
Typical: $18.99
✓prime

ENJSD 2025 Flying Orb Ball, Boomerang Hover Space Ball Flying Spinner, Orb Drone Or...
★★★★☆ 54
-17% $19⁹⁹
Typical: $23.99
✓prime

2025 Upgraded Flying Orb Ball Toy, Hover Boomerang Ball Spinner Mini Drone - Magic ...
★★★★★ 13
$17⁹⁹

Flying Orb Ball Toy 2025 Hand Controlled Hover Spinner Galaxy Lights Ball 360° Boom...
★★★★★ 13
-15% $16⁹⁹
Typical: $19.99
✓prime
You pay $15.29 with coupon

## 4 stars and above  Sponsored ⓘ

Page 1 of 48

     

Flying Orb Ball Toy - 2025 Upgraded Magic Flying Orb Toy with LED Light 360°Rotatin...
★★★★☆ 154
$17⁹⁹
✓prime

2025 AI Flying Orb Ball Toys, Galaxy Cosmic Globe Boomerang Hover Ball, Hand Drone ...
★★★★☆ 79
-65% $25⁹⁹
Typical price: $74.99
✓prime

2025 AI Flying Orb Ball Toys, Galaxy Cosmic Globe Boomerang Hover Ball, Hand Drone ...
★★★★☆ 531
Limited time deal
-43% $22⁷⁹
List: $39.99
✓prime

2025 AI Flying Orb Ball Toy, Cosmic Globe Boomerang Hover Ball Galactic Fidget Spin...
★★★★☆ 479
Limited time deal
-10% $21⁵⁸
Typical: $23.98
✓prime

ENJSD 2025 Flying Orb Ball, Boomerang Hover Space Ball Flying Spinner, Orb Drone Or...
★★★★☆ 54
-17% $19⁹⁹
Typical: $23.99
✓prime

Sosuy 2025 Flying Orb Ball for Kids, Magical Hover Galaxy Cosmic Boomerang Space Fl...
★★★★☆ 194
$19⁹⁹
✓prime

## Product information

| Item details ⌄ |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

Style ⌄

Measurements ⌄

Materials & Care ⌄

## Product Description

Case 2:25-cv-01975-WSH    Document 41-3    Filed 01/22/26    Page 89 of 178

Upgraded Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Balls Cosmic Flying Globe Galactic Flying Spinner Floating Balls Toys Cool Gifts for Kids Ages 6-12+ Year Old Boys Girls

## Important information

### Safety Information

No

---

## Brand in this category on Amazon

 **2025 Upgraded Flying Boomerang for Kids**
 Shop Taikcsut ›




2 Pack-2025 Upgraded Flyin…
★★★★★ 13


Taikcsut 2025 Upgraded Flyin…
★★★★★ 13

Sponsored ⓘ

## What's in the box

- Flying Orb Ball
- Usb Charging Cable

## Products related to this item  Sponsored ⓘ

Page 1 of 67


Flying Orb Ball Toy 2025 Hand Controlled Hover Spinner Galaxy Lights Ball 360° Boom…
★★★★★ 13
-15% $16⁹⁹
Typical: $19.99
✓prime
You pay $15.29 with coupon


Lctozke Flying Orb Ball-2025
★★★★★ 1
$15⁹⁹
✓prime
You pay $15.03 with coupon


Flying Orb Ball Toy 2025 Hover Soaring Nebula, Hand Controlled Boomerang Galactic if…
★★★★★ 1
-16% $15⁹⁹
Typical: $18.99
✓prime


Taikcsut 2025 Upgraded Flying Orb Ball Toy, Hover Boomerang Ball Spinner Mini Drone…
★★★★★ 13
$17⁹⁹


PRO STASH 2025 Upgraded Flying Orb Ball – Hover Drone Boomerang Ball for…
★★★★☆ 14
#1 Best Seller
$18⁶⁹
✓prime


PRO STASH 2025 Upgraded Flying Orb Ball Toy with LED Lights, Cosmic Boomerang…
★★★★☆ 26
#1 Best Seller
$18⁹⁹

## Product Videos



Leo
Customer Review: Colorful ball | See Full Review

-0:00

## Similar brands on Amazon

Page 1 of 3

Sponsored






Sosuy 2025 Flying Orb Ball for Kids, Magical Hover Galaxy Cosmic…
4.0 ★★★★☆ 194
$19.99


2 Pack-2025 Upgraded Flying Orb Ball Toy, Hover Boomerang Ball Spinner Mi…
5.0 ★★★★★ 13
$29.99



Sunnydaze Decor 30" Heavy-Duty Steel Mesh Fire P…
★★★★½ 3,064
$119$^{24}$ $159.00 ✓prime
Add to cart

Sponsored

## Looking for specific info?

Ask Rufus or search reviews and Q&A

What ages is this toy recommended for?   Does it require any assembly?   Can it be used indoors?

Is it made of durable materials?   How does the smart flight feature work?

## Customer reviews

★★★★☆ 3.9 out of 5

15 global ratings

| | | |
|---|---|---|
| 5 star | | 70% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 12% |
| 1 star | | 18% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review



Sunnydaze Decor Sunnydaze 36"…
★★★★½ 1,657
$215$^{00}$ ✓prime

Sponsored

### Reviews with images

See all photos ›



### Top reviews from the United States

Yash patel

★★★★★ **Excellent Toy with Cool Effects**

Reviewed in the United States on December 2, 2025

Color: Blue+purple   Verified Purchase

The upgraded Flying Orb Ball set is a hit. Both balls are colorful, durable, and easy to control, making them perfect for kids. The hover and boomerang effects work smoothly, and the lights look amazing. Great for indoor play, improving coordination, and keeping kids entertained. Excellent value and lots of fun!



4 people found this helpful

Helpful    Report

J

★★★★★ **Fun and surprisingly durable**

Reviewed in the United States on November 25, 2025

Color: Red   Verified Purchase

There is a bit of a learning curve for this one. It is very light and can go pretty fast. Kids had a blast playing around with it.

8 people found this helpful

Helpful    Report

Charles Frey

★☆☆☆☆ **Does not work**

Reviewed in the United States on December 5, 2025
**Verified Purchase**

Instructions show a different model and operations. Bottom line it doesn't work as instructions read. Can not shut it down until charge is gone. Can not activate per instructions. This was a waste of money.

2 people found this helpful

Helpful    Report

Shoaib Madar

★★★★★ **Fun toy**

Reviewed in the United States on November 29, 2025
Color: Blue    **Verified Purchase**

Very cool toy and easy to use. play with it and have fun chasing it around
Straightforward to use



4 people found this helpful

Helpful    Report

Joni Ficklin

★★☆☆☆ **Cheap crap**

Reviewed in the United States on December 2, 2025
**Verified Purchase**

Ordered three pack. These are trash do not waste money. I charged one. Turned it on and it last for ten minutes before it totally stopped. No movement or noise the light strip just continued to blink that's it. Do waste your money.

3 people found this helpful

Helpful    Report

cameralover05556

★★★★★ **Fetch**

Reviewed in the United States on December 1, 2025
Color: Purple    **Verified Purchase**

This is a fun little flying orb. Got it in the mail in a timely manner. Took it out of the box and immediately was able to play with it. Didn't have to wait for it to charge. Kids had a blast chasing it all over the house.

7 people found this helpful

Helpful    Report

Amazon Customer

★★★★★ **Amazing quality**

Reviewed in the United States on December 3, 2025
Color: Purple    **Verified Purchase**

Ammazing product. My kids loved this. Good quality. Highly recommend.

3 people found this helpful

Helpful    Report

Adriana

★★★★★ **Mesmerizing Flying Orb**

Reviewed in the United States on November 25, 2025
Color: Red

So fun for both indoor and outdoor play. The lights are beautiful at night.

6 people found this helpful

Helpful    Report

See more reviews ›



Sunnydaze Decor Sunnydaze 70-Inch Rustic Chiminea Outdo…
★★★☆☆ 54
$425⁰⁰ √prime    Shop now



https://www.amazon.com/checkout/p/p-106-9576909-4018666/spc?pipelineType=Chewbacca&isBuyNow=1&referrer=spc                                    December 9, 2025

 **amazon** prime          **Secure checkout** ⌄                                                                         Cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $1.02 |
| **Order total:** | **$18.01** |

---

**Delivering to**                                                                                                         Change

PITTSBURGH, PA, 15238-3103, United States

Add delivery instructions

FREE pickup available nearby ⌄

---

**Paying with**                                                                                                           Change

Want to use American Express Membership Rewards® points for this order? Learn more ⌄

Use a gift card, voucher, or promo code

 prime   **Get a $250 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee          [ Learn more ]

---

**Arriving Dec 20, 2025 - Dec 23, 2025**

◉ **Saturday, Dec 20 - Tuesday, Dec 23**              FREE



Upgraded Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Balls Cosmic Flying Globe Galactic Flying Spinner Floating Balls Toys for Kids Ages 6-12+ Year Old Boys Girls Purple
**$16.99**
& FREE Returns ⌄
Ships from Amazon.com
Sold by LYJUN-US

[ 🗑 ] 1 [ + ]

Add gift options

---

**Place your order**

Order total: $18.01
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

**Back to top**

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 13 - Amazon - MLCLL US - AM31B9W91GODC**



https://www.amazon.com/MLCLL-Toys%EF%BC%8CHover-Boomerang%EF%BC%8CGlobe-Controller-Spinning%EF%BC%8CCool/dp/B0DJ    November 21, 2025
P1SVGX/ref=sr_1_9?crid=3EYXVRQTLY0IQ&dib=eyJ2IjoiMSJ9.O1FOOBEvjG1VCzpoj5_d3985K1E3KQFTJ23b0hAb0vZgAGwVQZI9mQF5ksGGt_H-Lddyb4-Diidql
wTdduFSN5fAGif8g43r7px49JQIIPOMGcUONlT3kgzcVaz9-bd63pNNos8GOcQA5mbgWkr2kMhaTuVXPlPKl4m8lvoXFtXkrIDC3CRcjXsZJns8IO1L1A4C-jO2Pl_jh3xF
Tx9_MoDw7dyLfq6P9OTPRCNIBkVWmyX4t4_crxC38nh36TOHJu7J2iV3MFL406Sd-PMZqsq-XwGOjABEP19-Nz5llWU.WvJncbBqUU1FSaUeJ2HOfYLOTp8j5pfFU
59SXlrr5Ck&dib_tag=se&keywords=flying%2Borb&qid=1760939512&sprefix=flying%2Borb%2Caps%2C585&sr=8-9&th=1







## Consider these available items



SVJJ 2025 Flying Orb Ball Toy - Hand Controlled Hover Boomerang with RGB Lights, C...
3.9 ★★★★☆ 813
$14.99
✔prime



Ciniffo Flying Orb Ball Toy 2025 – Light Up Hand Controlled Boomerang Spinner Mini Drone...
4.3 ★★★★☆ 5,487
$19.64
✔prime



2025 AI Flying Orb Ball Toy, Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner, Co...
4.2 ★★★★☆ 445
$22.79
✔prime

Toys & Games › Novelty & Gag Toys › Flying Toys › Toy Parachute Figures




Click to see full view

**Ask Rufus**

What skills does it help kids develop?

Does it come with a remote?    Can it be used indoors?

Ask something else

# Flying Ball Toys，Hover Boomerang，Globe Shape Magic Controller Mini Drone，RGB Lights Spinner 360 Rotating Spinning，Cool Stuff Birthday Presents for Boy Girl Teens 6+ Year (Blue)

Brand: MLCLL

3.4 ★★★☆☆ (128)    Find specific info

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| Brand | MLCLL |
|---|---|
| Item Weight | 0.1 Pounds |
| Control Type | Remote Control |
| Wireless Communication Technology | Radio Frequency |
| Are Batteries Included | Yes |

∨ See more

📄 Report an issue with this product or seller



Amiline 2 Packs Flying Orb Ball Toy 2025, Boomerang Hover Ball Cosmic Globe, Galaxy Flying Spinner for 6 7 8 9 10 11...
★★★★★ 4
$39.99  ✔prime

Sponsored ⓘ

**Currently unavailable.**
We don't know when or if this item will be back in stock.
📍 Deliver to The - Pittsburgh 15238

Add to List ∨



AMERFIST 2025 Flying Orb Ball...
4.1 ★★★★☆ 16,142
$24.32 ✔prime

Sponsored ⓘ

## 4 stars and above  Sponsored ⓘ

Page 1 of 25



2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,...
★★★★☆ 16,144
#1 Best Seller
Black Friday Deal
-20% $25.60
List: $32.00
✔prime



2025 AI Flying Orb Ball Toy, Cosmic Globe Boomerang Hover Ball Galactic Fidget Spin...
★★★★☆ 445
Black Friday Deal
-43% $22.79
List Price: $39.99
✔prime



Tikduck 2025 Flying Bouncing Ball Toy - USB Hand-Controlled with 3D F...
★★★★★ 150
Black Friday Deal
-20% $25.60
List Price: $32.00
✔prime



Tikduck Flying Orb Ball 2025 Toys Soaring Hover Boomerang Spinner Hand Controlled M...
★★★★☆ 10,182
$32.00
✔prime



Flying Orb Ball (Blue, 2025 Upgraded) with Dazzling Lights, Magic Hover Spinner, Co...
★★★★☆ 6,272
Black Friday Deal
-30% $22.30
List Price: $32.00
✔prime



Flying Orb Ball 2025 Boomerang Hover Ball Galatic Fidget Spinner Mini Drone Cool To...
★★★★☆ 513
Black Friday Deal
-24% $24.32
List Price: $32.00
✔prime



**Based on your recent views** Sponsored ⓘ

Page 1 of 37



Flying Orb Ball 2025 Boomerang Hover Ball Galatic Fidget Spinner Mini Drone Cool To...
★★★★☆ 513
Black Friday Deal
-24% $24⁵²
List Price: $32.00
✓prime



Flying Orb Ball Toys 2024, Soaring Hover Boomerang Spinner Hand Controlled Mini...
★★★★☆ 988
Black Friday Deal
-20% $21⁵⁹
List Price: $26.99
✓prime



The Latest Cool and Magical Flying Toy, Combining AI Motion Control Technology...
★★★★☆ 28
Black Friday Deal
-20% $28⁸⁰
Typical price: $36.00
✓prime



LEMATRIX 2025 Flying Bouncing Ball Toy - Interactive Outdoor Hand-Controlled...
★★★★★ 33
Black Friday Deal
-15% $24⁴⁸
Typical price: $28.80
✓prime

2 Packs Flying Orb Ball Toy 2025, Boomerang Hover Ball Cosmic Globe, Galaxy Flying ...
★★★★★ 4
Black Friday Deal
-33% $39⁹⁹
List Price: $59.99
✓prime



2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,...
★★★★☆ 16,144
#1 Best Seller
Black Friday Deal
-24% $24⁵²
List: $32.00
✓prime

## Product information

### Features & Specs ⌃

| | |
|---|---|
| Control Type | Remote Control |
| Wireless Communication Technology | Radio Frequency |
| Are batteries included? | Yes |
| Includes Remote? | No |
| Optical Sensor Technology | CMOS, optical flow |
| Includes Rechargeable Battery | Yes |

### Measurements ⌃

| | |
|---|---|
| Item Weight | 0.1 Pounds |

### Item details ⌃

| | |
|---|---|
| Brand Name | MLCLL |
| Customer Reviews | 3.4 ★★★☆☆ ⌄ (128)<br>3.4 out of 5 stars |
| Best Sellers Rank | #110,321 in Toys & Games (See Top 100 in Toys & Games)<br>#111 in Toy Parachute Figures |
| ASIN | B0DJP1SVGX |
| Item Height | 2.5 inches |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Feedback**

Would you like to **tell us about a lower price?** ⌄

## Customers who bought this item also bought

Page 1 of 2 ⋮



Tikduck Flying Orb Ball 2025 Toys Soaring Hover Boomerang Galactic Fidget Cool Magic Hand Controlled Mini Drone Cosmic Globe Spinner...
★★★★☆ 1,162
1 offer from $28⁸⁰

PASEMM 36pcs Little Girl Jewel Rings, Adjustable, No Duplication Kids Pla...
Sponsored ⓘ
★★★★☆ 990
$9⁹⁹
✓prime FREE One-Day Get it Tomorrow, Nov 22

TOSY Flying Ring - 12 Monocolor LEDs, Super Bright, Lost Mode, Auto Light Up, Christmas Stocking Stuffers Gift f...
★★★★☆ 1,471
$9⁹⁹
✓prime FREE One-Day Get it Tomorrow, Nov 22



Hand Operated Flying Toy Drone for Kids, 360° Hands Free Motion Sensors Mini Drone with Cool LED Lights, Easy...
★★★★★ 124
-10% $17⁹⁰
List: $19.99
✓prime FREE One-Day Get it Tomorrow, Nov 22



LN LENQIN Mens Watches Leather Watch Analog Quartz Watch for Men Luminous Luxury Fashion Business Casua...
★★★★☆ 398
-38% $9⁹⁹
List: $15.99
✓prime FREE One-Day Get it Tomorrow, Nov 22

## Products related to this item Sponsored ⓘ

Page 1 of 67










Dual Form Magic Metaball, Pop Up Balls Toy for Kids, Switchable Bouncing Ball Flyin...
$21.99

Flying Orb Ball, Floating Ball for Kids, 360° Rotating Hand Controlled Drone Toy,...
★★★★☆ 379
$9.99
✓prime

Flying Orb Ball 2025 Upgrade, 2 Pack Hand-Controlled Flying Orb Toy, 360° Rotating ...
★★★★½ 43
#1 New Release
Black Friday Deal
-33% $37.04
List Price: $54.99
✓prime

Flying Bouncing Orb Ball Toy(3 Replaceable Batteries),Cosmic Flying Orb Ball Motion...
★★★★★ 36
Black Friday Deal
-20% $36.79
List Price: $45.99
✓prime

2 Packs Flying Orb Ball Toy 2025, Boomerang Hover Ball Cosmic Globe, Galaxy Flying ...
★★★★★ 4
Black Friday Deal
-33% $39.99
List Price: $59.99
✓prime

2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,...
★★★★☆ 16,144
#1 Best Seller
Black Friday Deal
-24% $24.32
List: $32.00
✓prime

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 3





ENJSD 2025 Flying Orb Ball, Boomerang Hover Space Ball Flying Spinner, Orb...
4.8 ★★★★★ 49
Black Friday Deal
$18.69 Typical price: $21.99

TOSY Flying Disc - 108 RGB Multicolor or 36 Monocolor LEDs, Super Bright, Sma...
4.6 ★★★★½ 9,572
15% off Black Friday Deal
$30.59 List: $35.99





Flying Orb Ball with Lights

Ivtivfu Flying Orb Ball (Pink, 2025 Upgraded) with Dazzling Lights, Ma...
4 ★★★★☆ 6,272
-20% $22.30 $27.99

Sponsored ⓘ

## ✨ Looking for specific info?

Ask Rufus or search reviews and Q&A

What skills does it help kids develop?    Does it come with a remote?    Can it be used indoors?    Is it made for all ages?

Does it have different flight modes?

## Customer reviews

★★★☆☆ 3.4 out of 5



128 global ratings

| | | |
|---|---|---|
| 5 star | | 48% |
| 4 star | | 9% |
| 3 star | | 8% |
| 2 star | | 9% |
| 1 star | | 26% |

How customer reviews and ratings work ⌄

## Customers say

Customers find the flying ball toy to be a great gift for children. However, the product's durability receives negative feedback, with several customers reporting that it broke within a day and was very flimsy.

⟐ Generated from the text of customer reviews

**Select to learn more**

✓ Gift value (11)    ⊖ Durability (6)

## Reviews with images

See all photos ›







## Review this product

Share your thoughts with other customers

[ Write a customer review ]



THE NISSAN ROGUE
WE PUT IT THROUGH THE WORST,
SO YOU GET ITS BEST.

LEARN MORE    NISSAN

Sponsored ⓘ

## Top reviews from the United States

 harold j thompson

★★★★★ **Good quality**

Reviewed in the United States on November 10, 2025

Verified Purchase

Kids gonna love it

[ Helpful ] | Report

 Magda cueto

★☆☆☆☆ **Cheap**

Reviewed in the United States on November 7, 2025

Verified Purchase

Weak product it break very easy do not buy it. Battery dosnt last. And it comes off from base very easy.

[ Helpful ] | Report

 Logan

★★★★★ **Great Toy!**

Reviewed in the United States on October 1, 2025

Verified Purchase

Great little toy kids had a blast using it. I suggest tilting slightly forward and letting go not throwing or it will come at u at mockchicken.

2 people found this helpful

[ Helpful ] | Report

 Jeff Calvert

★★☆☆☆ **Toy out of control**

Reviewed in the United States on October 18, 2025

Verified Purchase

If you buy this product, be prepared for it to just take off and go where it wants to even at a 15% grade and upward it will not do what you want to do and you will end up chasing it across the lawn into the bushes in the gutters, etc. this product does not do what it says Even by the directions.

[ Helpful ] | Report

 Lichelle Delgado

★★★★★ **If ya throw like a boomerang, ya need alot of space outside for that.**

Reviewed in the United States on September 26, 2025

Verified Purchase

My brother and I love playing with this toy. You can learn all kinds of tricks and throw a certain way like a boomerang !

[ Helpful ] | Report

 Ml

★☆☆☆☆ **Waste of money**

Reviewed in the United States on October 18, 2025

Verified Purchase

Terrible. It doesn't work. It does turn on and lights up and tries to fly but doesn't. It was just enough to jump out of my hands and fall to the floor after totally charging

One person found this helpful

[ Helpful ] | Report

 Mtrip

★★★☆☆ **Broke quickly**

Reviewed in the United States on November 6, 2025

Verified Purchase

Broke quickly with pretty normal play (nothing terribly rough)

[ Helpful ] | Report

 1mildred

★★★★☆ **Great gift**

Reviewed in the United States on June 4, 2025

Verified Purchase

Grandchildren love it

Helpful    Report

See more reviews ›



Ivtivfu Flying Orb Ball (Blue, 2025 Upgraded) with Dazzling Lights, Magic Hover Spinner, Cool...

$32.00 ✓prime    ★★★★☆ 6,272    Shop now

Sponsored ⓘ



Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

⊕ English ⇕    ▇ United States

**DOE 14 - Amazon - Money saving shops - A1QPP8MTE67JOR**

https://www.amazon.com/novlun-Boomerang-Controlled-Spinning-Outdoor/dp/B0BRN7V2BC/ref=sr_1_146?crid=3EYXVRQTLY0lQ&dib=eyJ2I    November 21, 2025
joiMSJ9.pKtt1PdD13SHdafOklDvjYlcGW1Gcqp_EGaot0HiZMZyiW-Cgqx447cN8ACeMbVlatqYhOET8lCeHqrKklacK1zHv2K8thkcayCpoUMcvzMMN1cpcFWGKzglO
zkZM3kTg5QlSaq9kv3iXuclfP4PEnHnKi-uSac9BOYDa2Fci_tCXSSwM4bAyhScUs7jksGulb1VqGBEHZ7eVh2Lg_c6orsaVlK46q8DqRnBekVZTj4zZl5zrdhFuh2WbSp
YaQkheFIzFkqG-l45DC-92s8wqPX8Ju6pLaB5ew22GC8x4fl.zuh3l5LKZDOBV6pEwK7ZbuNc_KpN4EjJgyvbJyC7hkA&dib_tag=se&keywords=flying+orb&qid=176094
0654&sprefix=flying+orb%2Caps%2C585&sr=8-146&xpid=hJ4w2LRQd6a5s



## Consider these available items


**Tikduck Flying Orb Ball 2025 Toys Soaring Hover Pro Boomerang Galactic Fidget Cool Magic Hand...**
4.1 ★★★★☆ 1,162
$32⁹⁸
✓prime


**Tikduck Flying Orb Ball 2025 Toys Soaring Hover Boomerang Spinner Hand Controlled Mini Drone Cos...**
4.1 ★★★★☆ 10,182
$32⁰⁰
✓prime


**Flying Orb Ball Toys 2025 - Hover Ball Cosmic Globe Boomerang, Hand Controlled Drone Orbit, Co...**
4.3 ★★★★★ 24
$17⁰⁹
✓prime

Toys & Games › Stuffed Animals & Plush Toys › Stuffed Animals & Teddy Bears



Click to see full view

### Flying Orb Ball Toys Cosmic Globe Boomerang Hand Controlled Mini Drone Globe Shape Spinning Safe for Kids Adults Outdoor Indoor (Blue)

Brand: novlun
3.1 ★★★☆☆ (17)    Find specific info

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- **Lightweight and Portable Design:** Made of non-toxic and high grade ABS material, lightweight and flexible bendy to withstand countless crashes. The flying RC toy is light enough to carry around and play anywhere. Kids can have fun both indoor and outdoors

- **High-Tech Hand Controlled Drone Toy With Cool RGB Light:** The flying orb toy provides intelligent flight. Different throwing angles and speeds will create different flight lines and boomerang effect.You can use your ingenuity to create your unique way of playing.The colorful led at night will make your magic ball cooler

- **USB Charging:** About 20 minutes full charge, 8-10 working duration. It enables various charging options such as charged by computer, power adapter, mobile phone, portable charger etc. The indicator light comes on when charging and goes off when fully charged. Rechargeable and can be played over and over again

- **For Anytime, Anywhere Fun:** You don't need a lot of space to take off with our hand operated drone. It is fun and easy to control anywhere. It's designed to work indoors as well as outdoors, with a smooth flight pattern and boomerang effect. It's the perfect backyard activity, but can easily be used indoors as well. This flying ball is a great conversation piece for family, school, and holiday gatherings. It's a simple way to teach about physics and aerodynamics, even from a young age.

- It is like controlling the power of a meteor through the sky, Unlock and explore endless possibilities. Now it's time for you to present your skill, Surprise someone with this unique gift!

› See more product details

 Report an issue with this product or seller

**Currently unavailable.**
We don't know when or if this item will be back in stock.
◎ Deliver to The - Pittsburgh 15238

Add to List ▾

**Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now ›

## 4 stars and above   Sponsored ⓘ

Page 1 of 8








     

LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi...
★★★★☆ 4,058
Black Friday Deal
-24% $24³²
List: $32.00
✓prime

Flying Orb Ball 2025 Boomerang Hover Ball Galatic Fidget Spinner Mini Drone Cool To...
★★★★☆ 513
Black Friday Deal
-24% $24³²
List Price: $32.00
✓prime

Tikduck Flying Orb Ball 2025 Toys Soaring Hover Boomerang Spinner Hand Controlled M...
★★★★☆ 10,182
$32⁰⁰
✓prime

2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,...
★★★★☆ 16,144
#1 Best Seller
Black Friday Deal
-20% $25⁶⁰
List: $32.00
✓prime

WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe...
★★★★☆ 221
Black Friday Deal
-22% $18⁶⁹
List Price: $23.99
✓prime

Flying Orb Ball Toy, Galaxy Ball 2024 Cosmic Globe Boomerang Hover Ball Fidget Spin...
★★★★☆ 86
Black Friday Deal
-28% $22⁹⁹
List Price: $32.00
✓prime

## Based on your recent views *Sponsored* ⓘ

Page 1 of 7



LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi...
★★★★☆ 4,058
Black Friday Deal
-24% $24³²
List: $32.00
✓prime

Galaxy Ball, 2024 Upgraded Hand-Controlled Flying Orb Toy for Kids...
★★★★☆ 10
$19⁹⁹
✓prime

Flying Orb Ball Upgraded, 2Pack Hand-Controlled Flying Orb Ball Toy, Boomerang...
★★★★☆ 44
Black Friday Deal
-30% $39¹⁹
List Price: $55.99
✓prime

Tikduck Flying Orb Ball 2025 Toys Soaring Hover Boomerang Spinner Hand Controlled M...
★★★★☆ 10,182
Black Friday Deal
-24% $24³²
List Price: $32.00
✓prime

Flying Orb Ball 2025 Upgrade, 2 Pack Hand-Controlled Flying Orb Toy, 360° Rotating ...
★★★★☆ 43
#1 New Release
Black Friday Deal
-33% $37⁰⁴
List Price: $54.99
✓prime

WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe...
★★★★☆ 221
Black Friday Deal
-22% $18⁶⁹
List Price: $23.99
✓prime

## Product information

| Item details ⌄ | | Features & Specs ⌄ |
| --- | --- | --- |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Style ⌄**

**Measurements ⌄**

**Additional details ⌄**

**Feedback**

Would you like to **tell us about a lower price?** ⌄

## Product Description

Super Cool High-Tech Hand Controlled Drone : Our flying orb ball featuring a gyroscope and smart AI chip that promises intelligent flight. Different throwing angles and speeds will create different flight lines and boomerang effect. This cool stuff not only brings fun to play but also helps to improve children's hands-on ability, operating skills, intelligence, and creativity.

## Brand in this category on Amazon



**Flying Orb Ball with Lights**
Shop lvtivfu Toys ›


lvtivfu Flying Orb Ball (Pink, 2025...
★★★★☆ 6,272


lvtivfu Flying Orb Ball (Blue, 2025...
★★★★☆ 6,272


lvtivfu Flying Orb Ball (Red, 2025...
★★★★☆ 6,272

Sponsored ⓘ

## What's in the box

- Plastic

## Related products with free delivery *Sponsored* ⓘ

Page 1 of 12

     



LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi...
★★★★½ 4,058
**Black Friday Deal**
-24% $24³²
List: $32.00
✓prime

2 Packs Flying Orb Ball Toy 2025, Boomerang Hover Ball Cosmic Globe, Galaxy Flying ...
★★★★★ 4
**Black Friday Deal**
-33% $39⁹⁹
List Price: $59.99
✓prime

Flying Orb Ball Upgraded, 2Pack Hand-Controlled Flying Orb Ball Toy, Boomerang...
★★★★☆ 44
**Black Friday Deal**
-30% $39¹⁹
List Price: $55.99
✓prime

Tikduck 2025 Flying Bouncing Ball Toy - USB Rechargeable, Hand-Controlled with 3D F...
★★★★★ 150
**Black Friday Deal**
-20% $25⁶⁰
List Price: $32.00
✓prime

2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,...
★★★★☆ 16,144
**#1 Best Seller**
**Black Friday Deal**
-24% $24³²
List: $32.00
✓prime

Tikduck Flying Orb Ball 2025 Toys Soaring Hover Boomerang Spinner Hand Controlled M...
★★★★☆ 10,182
✓prime
$32⁰⁰

## Product Videos

Yangweiqiang
Hand-controlled rotary light is safe for adults and children

▶ —————————————————————  -0:39 CC ◁×

Easter Flying Orb Ball Toys Cosmic Globe Boomerang...
3.0 ★★★☆☆ (8)
[See options]

Flying Orb Ball Toys Cosmic Globe Boomerang Hand...
3.1 ★★★☆☆ (5)
[See options]

## Brands in this category on Amazon

Sponsored ⓘ



Ivtivfu
inceptive fun



Athleria



Beaute Elite



Serenity Kids 6+ Months Toddler Food Pouches - 3....
★★★★½ 4,202
**Black Friday Deal**
[Shop now]

Sponsored ⓘ

## 🔵 Looking for specific info?

Ask Rufus or search reviews and Q&A →

## Customer reviews



★★★☆☆ 3.1 out of 5

17 global ratings

| | | |
|---|---|---|
| 5 star | ████ | 39% |
| 4 star | █ | 9% |
| 3 star | █ | 10% |
| 2 star | █ | 8% |
| 1 star | ███ | 34% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review

## Top reviews from the United States

 Lou

★★★★★ Gift

Reviewed in the United States on June 8, 2024

Verified Purchase

Child loved it

Helpful | Report

 Esther Quinn

★☆☆☆☆ Dud

Reviewed in the United States on September 24, 2023

Verified Purchase

Charged it and it flopped around and died. Thought I did it wrong tried again and it died. Filed 13 this did.

One person found this helpful

Helpful | Report

 Mamadou Kaba

★☆☆☆☆ Waste of Money don't buy

Reviewed in the United States on October 20, 2023

Verified Purchase

It doesn't work. it just flew around then broke. Waste of money

Helpful | Report

 Kristina

★★☆☆☆ Battery does NOT last long enough to enjoy

Reviewed in the United States on November 26, 2023

Verified Purchase

The ball was really cool and there was excitement from the kids when first turning it on. But then the excitement quickly disappeared once battery died within 5 mins and then it takes 20 mins to charge. Disappointed because they quickly lost interest. It is also difficult to learn how to throw. My daughter became ok with it but since the battery doesn't last but mins, it took at least 3 or 4 re-charges to learn the skill

Helpful | Report

 Debra Finn

★☆☆☆☆ Does not hold up

Reviewed in the United States on December 24, 2023

Verified Purchase

Broke within 2 house of use!!! Do order!!!

Helpful | Report

 Michelle LM

★☆☆☆☆ It's not working

Reviewed in the United States on December 8, 2023

Verified Purchase

My daughter thought it looks cool until she tried and it wasn't work so had to return.

Helpful | Report

 Teacher Debby

★☆☆☆☆ Won't fly

Reviewed in the United States on December 3, 2023

Verified Purchase

Hate it and now they want to charge to return it? Defective product- the worst!

Helpful | Report

 Yulinda Tatum

★★★★★ Perfect gift

Reviewed in the United States on February 20, 2023

Verified Purchase

It floats… it comes back to you. Slow or fast. It hovers .. love it

3 people found this helpful

 Helpful | Report

See more reviews ›



LEMATRIX Flying Orb Ball Toy, Hover Ball
Boomerang Fly Fidget Spinner, Cool Toys Gifts for...
$24.32 ✓prime ★★★★½ 4,058                    Shop now

Sponsored ⓘ

## Best Sellers in Toys & Games

Page 1 of 10

<



LEGO Christmas
Ornament Selection
Building Toys - Holiday
Crafts for Family, Kids,...
★★★★★ 316
#1 Best Seller
$12.99
✓prime FREE One-Day Get it
Tomorrow, Nov 22



Schylling NeeDoh Nice
Cube -Sensory Squeeze...
★★★★½ 2,305
-10% $8.95
List: $9.99
Lowest price in 30 days
Get it as soon as Saturday,
Nov 29
FREE Shipping by Amazon



LEGO Christmas Tree -
Building Toys for Kids,
Boys & Girls, Ages 12+ -
Mini Christmas Tree
Decorations for Tableto...
★★★★½ 1,976
$43.50
✓prime FREE Delivery
Monday, Nov 24



3Doodler Start+
Essentials 3D Pen Set for
Kids, Easy to Use, Learn...
★★★★½ 9,618
#1 Best Seller
-33% $39.99
List: $59.99
✓prime FREE One-Day Get it
Tomorrow, Nov 22



Bezente Assorted
Rainbow Latex Balloons...
★★★★½ 11,039
-25% $5.24 ($0.05/count)
#1 Best Seller
Black Friday Deal
Typical price: $6.99
Lowest price in 30 days
✓prime FREE One-Day Get it
Tomorrow, Nov 22
♻ 1 sustainability feature ⌄

>

## Explore more items

Page 1 of 5

<



Woody Essential Oils Set,
ARVIDSSON Natural
Fragrance Oils Gift Set,
12 x 10ml Woodsy...
★★★★☆ 333
-15% $14.56
($3.64/fluid ounce)
Black Friday Deal
Typical price: $17.13
Get it as soon as Tuesday,
Nov 25
FREE Shipping by Amazon



Breathe Essential Oil for
Diffuser - Invigorating
and Refreshing Breathe
Essential Oil Blend with...
★★★★½ 40,937
-20% $23.96
($5.99/fluid ounce)
Black Friday Deal
List Price: $29.95
✓prime FREE One-Day Get it
Tomorrow, Nov 22



Christmas Essential Oil
Set, Essential Oils for
Diffusers for Home,
Fragrance Oil Gift Set |...
★★★★☆ 599
-25% $12.77
($38.70/fluid ounce)
Black Friday Deal
List Price: $16.99
✓prime FREE Delivery
Monday, Nov 24



Oral-B iO Kids Limited
Rechargeable Electric
Powered Toothbrush,...
★★★★★ 24
Amazon's Choice
-21% $54.99
($54.99/count)
Black Friday Deal
List: $69.99
✓prime FREE One-Day Get it
Tomorrow, Nov 22



autobrush Kids Electric
Toothbrush – Only ADA
Accepted U-Shaped...
★★★★½ 50
-21% $70.00
($70.00/count)
Black Friday Deal
Typical price: $89.00
Lowest price in 30 days
✓prime FREE One-Day Get it
Tomorrow, Nov 22

>

## Your Browsing History    View or edit your browsing history

Page 1 of 6

<

          

>

Get to Know Us          Make Money with Us       Amazon Payment Products    Let Us Help You

Careers                 Sell on Amazon           Amazon Visa                Your Account
Amazon                  Sell apps on Amazon      Amazon Store Card          Your Orders
Newsletter              Supply to Amazon         Amazon Secured Card        Shipping Rates &
About Amazon                                                                Policies



Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 15 - Amazon - Nu Lifestyle Marketing LLC - A1TOACOBBQK36C**

https://www.amazon.com/FREEZE2TRIM-Toy-Enchanting-Globe-Boomerang/dp/B0CNS976X3/ref=sr_1_93?crid=3JEMXWR8TWYZI&dib=eyJ    November 21, 2025
2ljoiMSJ9.PA9sc74zoLv1ViMR1MTDUtSJploMKeHce4z57plA_CVcKoRKEKTpcQOZdBztivGQaSvxw6hKOCgHNdv9iTEvkUD-idvrlTSEQ3i_H7iBHsZNqL7wXtp5Elm
v_NU0EKeAp9E2gWGlHNqlzLJYH-mD0m8OzZVYkS6uBViMQ5pV6N8OvNFrTkq_uYntl1B6ggs9mkodZ9sbGFg8LQSHzwhHVWPv8YFxS5dKp-Cl5a8iaKZ-Nir4WyJ-
VJE44uTs9c_FRkU0TZfjoy6qCO6oFhPcdOtD4KOv5JgAlJzN90_gCFgM dCaIv0u7JKOtOOg6xiRD6ja8ax3VLk3UsAaSOk-OufM&dib_tag=se&keywords=flying+ball&q
id=1760931838&sprefix=%2Caps%2C715&sr=8-93&xpid=pjah1J89ZwtL-





## Consider these available items

Vantexi Flying Orb Ball Toy,Flying Ball Drone Hand Controlled,Flying Orb Toys with LED Light,Cosmic...
4.5 ★★★★★ 497
$24.19
✓prime

BADHACK 2025 Flying Orb Ball Toy - Cool Novelty Gift Hover Ball Galaxy Boomerang Hand Drone...
3.6 ★★★★☆ 105
$18.99
✓prime

Flying Orb Ball Toys, 2024 Hover Ball Soaring Nebula Flying Orb, Hand Controlled Boomerang Gal...
3.8 ★★★★☆ 686
$19.99

Toys & Games › Novelty & Gag Toys › Fidget Toys › Fidget Spinners

# Galaxy Ball Toy 2025 AI Flying Orb Ball Motorized Flying Spinner Drones for Kids LED Light Up Glow Fidget Toys for Boys Boomerang for Kids Indoor Outdoor Fun

Visit the FREEZE2TRIM Store
3.3 ★★★☆☆ (118) · Find specific info

Currently unavailable.
We don't know when or if this item will be back in stock.

- **Exciting Aerial Fun**: Enjoy hours of fun with the Space Ball Galaxy Ball 2025 light up ball toys for ages 5-7, toys for ages 8-13, a motorized flying spinner that effortlessly glides and returns to your hand. Whether you're indoors or outdoors, this spinning toys orb drone toys for kids provides simple, enjoyable tricks that anyone can master. Perfect for kids' toys aged 6-8, 8-12, and up.
- **Mesmerizing LED Light Display**: Light up your playtime with the Galaxy Balls for kids flying orb ball with vibrant LED lights. This cosmic globe creates a mesmerizing light show, enhancing every trick and adding a magical touch to indoor and outdoor fun. Ideal for 8 year old boy birthday gift and 7 year old boy birthday gifts, this is terrific
- **Safe for Children & Built to Last**: The Galaxy Ball Hover Ball Fidget Ball is designed with a drop-proof casing and intelligent collision technology, ensuring it automatically stops when it hits obstacles. This makes it a safe and durable option for children, whether they're enjoying it as a boomerang ball or a gyro ball. Great for boy toys age 6-8 boys age 8-10.
- **Fun Hand Gesture Control**: The Space Fly Ball Galaxy Ball light is incredibly easy to use, suitable for all ages from boys gifts age 6-8 to teenage boy gifts. A simple shake starts or stops the propellers, making it intuitive for everyone, especially boys toys 6-8 years old. The perfect toy for those seeking cool stuff and gadgets like a flying orb ball.
- **Fast Charging & Good Battery Life**: Wtih this space balls for kids, get up to 30 minutes of uninterrupted playtime with just a quick 15-minute charge. The Galaxy Ball Flying Disc glow in the dark toys USB charging capability makes it convenient to power up anywhere—whether at home, on the go, or even at a birthday party. Ideal for gifts for 11 year old girl and 11 year old boy gifts.

› See more product details

### Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

### Sidebar / other listings

Flying Orb Ball with Lights


Shop Ivtivfu Toys

Currently unavailable.
We don't know when or if this item will be back in stock.
Deliver to The - Pittsburgh 15238

Add to List


Flying Orb Ball Toy 2 Pack, Upgr...
3.5 ★★★☆☆ 19
$35.99 ✓prime

Ask Rufus
What age range is this toy for?
Does it require any assembly?    Can it be used outdoors?
Ask something else

Click to see full view


Galaxy Ball, 2024 Upgraded Hand-Controlled Flying Orb Toy for Kids - Boomerang Ball Fly Fidget Spinner...

$19.99 ✓prime
Sponsored ⓘ

## 4 stars and above Sponsored ⓘ

Page 1 of 48

     

| 2025 Flying Orb Ball Toy, Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,... | Flying Orb Ball (Blue, 2025 Upgraded) with Dazzling Lights, Magic Hover Spinner, Co... | Flying Orb Ball 2025 Boomerang Hover Ball Galatic Fidget Spinner Mini Drone Cool To... | LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi... | WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe... | Flying Orb Ball Toys 2 Pack, Soaring Hover Boomerang Spinner Hand Controlled Mini D... |
|---|---|---|---|---|---|
| ★★★★☆ 16,145 | ★★★★☆ 6,272 | ★★★★☆ 513 | ★★★★☆ 4,058 | ★★★★☆ 221 | ★★★★☆ 1,715 |
| #1 Best Seller | | | | | Amazon's Choice |
| Black Friday Deal | Black Friday Deal | Black Friday Deal | Black Friday Deal | Black Friday Deal | -5% $34²⁸ |
| -20% $25⁶⁰ | -30% $22³⁰ | -24% $24³² | -24% $24³² | -22% $18⁶⁹ | Typical price: $36.09 |
| List: $32.00 | List Price: $32.00 | List Price: $32.00 | List: $32.00 | List Price: $23.99 | ✓prime |
| ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | |

## Based on your recent views Sponsored ⓘ

Page 1 of 47

     

| Flying Orb Ball 2025 Upgrade, 2 Pack Hand-Controlled Flying Orb Toy, 360° Rotating ... | 2025 Flying Orb Ball for Kids, Magical Galaxy Hover Cosmic Space Boomerang Rotating... | Flying Orb Ball Toy 2 Pack, Upgraded Boomerang Ball Galactic Fidget Spinner, Hover ... | Bouncing Flying Orb Ball - 2025 Toys Hand-Controlled Hover Spinner with Colorful... | WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe... | Galaxy Ball, 2024 Upgraded Hand-Controlled Flying Orb Toy for Kids... |
|---|---|---|---|---|---|
| ★★★★½ 43 | ★★★★☆ 180 | ★★★★½ 19 | ★★★★★ 30 | ★★★★☆ 221 | ★★★★½ 10 |
| #1 New Release | | -10% $35⁹⁹ | -14% $29⁹⁹ | Black Friday Deal | $19⁹⁹ |
| Black Friday Deal | $18⁹⁹ | List Price: $39.99 | Typical: $34.99 | -22% $18⁶⁹ | ✓prime |
| -33% $37⁰⁴ | ✓prime | ✓prime | ✓prime | List Price: $23.99 | |
| List Price: $54.99 | | | | ✓prime | |
| ✓prime | | | | | |

## Safety and product resources

### Safety documents

User Manual (PDF)

## Product information

| Item details | | | Style | |
|---|---|---|---|---|
| Age Range Description | Ages 8 and Up | | Color | Blue |
| Brand Name | FREEZE2TRIM | | Theme | Fun |
| UPC | 850058961019 | | **Measurements** | |
| Customer Reviews | 3.3 ★★★☆☆ ⌄ (118) 3.3 out of 5 stars | | Size | Medium |
| Best Sellers Rank | #31,853 in Toys & Games (See Top 100 in Toys & Games) #140 in Fidget Spinners | | **Materials & Care** ⌄ | |
| ASIN | B0CNS976X3 | | | |
| Item Type Name | Toy Ball | | | |
| Included Components | Remote Control, Toy Ball, USB Cable | | | |
| Manufacturer | FREEZE2TRIM | | | |
| Unit Count | 1.0 Count | | | |
| Manufacturer Minimum Age (MONTHS) | 97.00 | | | |
| Manufacturer Maximum Age (MONTHS) | 1440 | | | |



Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Feedback**

Would you like to **tell us about a lower price?** ⌄

## Product Description

Buy from the Brand you Know and Trust
Discover the Galaxy Ball 2025, a revolutionary blend of technology and enchantment that transcends generations.

The Galaxy Ball is an extraordinary toy designed to provide endless fun for all ages especially toys for boys 6-8, kids toys boys 6-8. This motorized flying spinner defies gravity with ease, performing a variety of aerial tricks and stunts that will captivate both kids and adults alike. The perfect 7 year old boy gifts to 13 year old boy gifts. With its smooth glide and dynamic LED lights, the Galaxy Balls for adults offers a mesmerizing experience whether you're playing indoors or outdoors. Constructed from durable, high-quality materials, it can withstand impacts and collisions, making it a perfect companion for adventurous play. Easy to operate with simple hand gestures, it returns to your hand like magic, making it accessible for beginners and experts alike. With a quick 15-minute USB charge, you can enjoy up to 30 minutes of continuous play, making it an ideal gift for birthdays, holidays, or any special occasion. Experience the joy and wonder of flight with the Galaxy Ball, where the only limit is your imagination.

The Galaxy Ball isn't just a toy; it's an invitation to explore the skies. Whether you're looking to challenge yourself with new tricks or simply enjoy the satisfying boomerang effect, this flying orb drone brings hours of entertainment to both solo players and groups. Its intelligent air-flow design allows you to control its flight path with precision, offering endless possibilities for creative play. Plus, the vibrant LED lights enhance the visual appeal, especially in low-light settings, turning every flight into a spectacular light show.

Designed with safety in mind, the Galaxy Ball includes advanced collision technology that automatically stops the propellers upon impact, ensuring safe use around children and pets. Its compact and lightweight design makes it easy to carry with you wherever you go, allowing you to take the fun along on outdoor adventures or trips to the park. The Galaxy Ball is the perfect blend of innovation and entertainment, making it a must-have for anyone who loves to have fun and push the boundaries of play. Discover a new dimension of interactive fun with the Galaxy Ball, where technology meets imagination in the most exciting way possible.

## Important information

### Safety Information

Safety is paramount, and this boomerang ball's high-quality eco-friendly ABS material ensures worry-free play for kids. The concealed propeller design prioritizes finger protection, addressing any safety concerns

## Customers who bought this item also bought

Page 1 of 3 ⋮

    

‹ ›

**UROINT 2025 Flying Orb Ball for Kids, Magical Galaxy Hover Cosmic...**
★★★★☆ 180
$19⁹⁹
✓prime FREE One-Day Get it **Tomorrow, Nov 22**

**Better & Better Kids Toothpaste | Natural Hydroxyapatite Toothpaste Infused...**
★★★★☆ 220
-20% $15⁹⁹
($4.70/ounce)
**Black Friday Deal**
List Price: $19.99
✓prime FREE Delivery **Monday, Nov 24**

Sponsored ⓘ
**BaLaM Hover Soccer Ba...**
★★★★☆ 262
-30% $10⁴⁴
List Price: $14.99
Lowest price in 30 days
✓prime FREE One-Day Get it **Tomorrow, Nov 22**

**4DRC RC Planes Remote Control Airplanes for...**
★★★★☆ 113
**#1 Best Seller**
-28% $25³⁴
**Black Friday Deal**
Typical price: $34.99
Lowest price in 30 days
✓prime FREE One-Day Get it **Tomorrow, Nov 22**

Sponsored ⓘ
**Hover Soccer Ball Boy Toy, Air Powered Floati...**
★★★★☆ 7,359
-28% $12⁹⁹
**Black Friday Deal**
List: $17.99
✓prime FREE One-Day Get it **Tomorrow, Nov 22**

## What's in the box

- Toy Ball
- Remote Control
- USB Cable

## Related products with free delivery  Sponsored ⓘ

Page 1 of 67

   

‹ ›

**MERRYHOME Flying Orb Ball Toys: 360°Rotating Hand Controlled Drone Orbit, 2025 Cool...**
★★★★☆ 868
**Black Friday Deal**
-39% $19⁹⁹

**LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi...**
★★★★☆ 4,058
**Black Friday Deal**
-24% $24³²

**Fly Orb Hover Ball Floating Boomerang Spinner Drones Balls - Cool Toys Gifts for 6-1...**
★★★★☆ 1,862
**Black Friday Deal**
-21% $25⁹⁹

**The Latest Cool and Magical Flying Toy, Combining AI Motion Control Technology...**
★★★★☆ 28
**Black Friday Deal**
-20% $28⁸⁰

**2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,...**
★★★★☆ 16,145
**#1 Best Seller**
**Black Friday Deal**

**WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe...**
★★★★☆ 221
**Black Friday Deal**
-22% $18⁶⁹



List Price: $32.99  List: $32.99  Typical price: $32.99  Typical price: $36.00  $24³²  List: $32.00  List Price: $23.99
✓prime  ✓prime  ✓prime  ✓prime  -24%  ✓prime  ✓prime

## Product Videos

**Brandi Sturdivant**
Customer Review: Great Entertainment & Fun!  |  See Full Review

**Videos for this product**

Now playing ▶ 0:25  Customer Review: Great Entertainment & Fun!  Brandi Sturdivant

▶ 0:18  Customer Review: FUN!! but short time frame  Joseph Boy

▶ 0:43  Customer Review: So fun!  Richelle

▶ 0:27  Customer Review: Broken, spastic, disappointing.  McSuzleberry

Galaxy Ball Toy 2025 AI Flying Orb Ball Motorized Flying…
3.3 ★★★☆☆ (118)
See options

Sponsored ⓘ
LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly…
4.3 ★★★★☆ (4K)
$24³² $32.00  ✓prime
Add to cart

## Similar brands on Amazon
Sponsored ⓘ

Page 1 of 2



**Flying around a curve**

Sosuy 2025 Flying Orb Ball for Kids, Magical Hover Galaxy Cosmic…
4.1 ★★★★☆ 181
$19.99



RIEYON Flying orb Ball 2025 Upgrade Hover Boomerang Ball 6 Lighting Effe…
4.0 ★★★★☆ 832
$25.99 List: $32.00



**Alljamily**

*TSA-Approved Cooler: Safe Travel for Medication*

4ALLFAMILY Voyager Auto Shut Off Cooler Travel…
★★★★½ 801
Black Friday Deal
Shop now

Sponsored ⓘ

## Looking for specific info?


Ask Rufus or search reviews and Q&A ➤

What age range is this toy for?    Does it require any assembly?    Can it be used outdoors?    Is it rechargeable?

What materials is it made from?



# Customer reviews

★★★☆☆ 3.3 out of 5

118 global ratings

| | |
|---|---|
| 5 star | 48% |
| 4 star | 5% |
| 3 star | 8% |
| 2 star | 13% |
| 1 star | 26% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review



**Creative Play That Sparks Joy**

★★★★☆ 16,915

-50% $7⁹⁹ List Price: $15.99

✓prime

Sponsored ⓘ

## Customers say

Customers find the fidget toy fun, with kids laughing while using it, and appreciate its bright lights and colors. The toy receives positive feedback as a gift, and customers like its brightness. The spin rate and ease of use receive mixed reviews - while some find it easy to use, others mention a steep learning curve. The battery life and floatability are also mixed aspects, with several customers reporting that the battery doesn't last and the ball doesn't fly properly.

 Generated from the text of customer reviews

**Select to learn more**

✓ Fun toy (23)  |  ✓ Gift value (9)  |  ✓ Brightness (8)  |  ✓ Color (5)  |  — Battery life (9)
— Spin rate (7)  |  — Ease of use (6)  |  — Floatability (6)

## Reviews with images

See all photos ›



   

## Top reviews from the United States

 Kseniya

★★★★★ **Fun flying toy for kids and adults!**

Reviewed in the United States on November 7, 2025

Verified Purchase

My kids absolutely love this flying ball! It's easy to control, charges quickly, and lights up beautifully in the dark. Great for indoor play and perfect for family fun time. Highly recommend!



Helpful  |  Report

 Bertha

★☆☆☆☆ **Didn't work as advertised**

Reviewed in the United States on January 12, 2025

Verified Purchase

Looks like a lot of fun. Didn't live up to advertised expectations.

2 people found this helpful

Helpful  |  Report

 Rachele Fox

★★★★★ **Awesome fun new toy**

Reviewed in the United States on July 13, 2025

Verified Purchase

This is one of the coolest toys we have gotten lately. It's so much fun to play with and my kids laugh the entire time. It floats around the house and we pass it back and forth. Lights up all kinds of neon colors. Such a cool toy and would make a great gift! Also comes with a charger so no need to replace batteries. This toy is a huge hit.

Helpful  |  Report

 Eduardo Rizo

★★☆☆☆ **Battery does not last.**

Reviewed in the United States on June 15, 2025

Verified Purchase

The product works good but it only last less than 8 minutes or less when is turned on. Even after I left it charging battery does not last more than 8 minutes.

Helpful  |  Report

 Gods creation

★★★★★ **Fun, Interactive, and Perfect for Kids**

Reviewed in the United States on October 14, 2024

Verified Purchase

The Galaxy Ball Toy Motorized Flying Spinner Drone has been a hit in our household! My kids absolutely love playing with this fun, interactive toy, and it has quickly become their favorite outdoor (and indoor) gadget.

The hand gesture control feature is so cool! My kids love being able to control the ball with their hands,



and it's surprisingly easy to use once you get the hang of it. You can toss it in the air and watch it fly back to you with just a simple wave.



3 people found this helpful

Helpful | Report

 Lisa

★☆☆☆☆ **Doesn't Fly**

Reviewed in the United States on March 8, 2025
Verified Purchase

Total waste of money. Way too complicated for kids to use even if it did work according to the instructions. It is supposed to fly with the fans facing down. However, no matter how you throw it or bounce it, it naturally rolls over leaving the fans facing upward. The design really makes no sense. On the bright side, great fan for you face on a warm day and the lights are cool. Don't waste your money though.

Helpful | Report

C. Brandon Barkley

★★★★☆ **Lots of fun, limited battery life**

Reviewed in the United States on January 15, 2025
Verified Purchase

PRO: It is a lot of fun and flies better than previous brands that my kids have tried.

CON: The first one delivered had a controller that didn't work properly. There is no way to easily stop it if the controller isn't functioning. My other brands would stop if it hit the ground particularly hard or was shaken a bit, but this one did not. So, my only choice was to let it run until the battery ran out. In the process, I noticed that the battery only lasted about 2 minutes of continuous use. The controller worked on the replacement though and we've used it without many issues.

Helpful | Report

Kelly Griffin

★★★★★ **Such a fun ball!**

Reviewed in the United States on December 3, 2024
Verified Purchase

My toddler and I love playing with this ball. As you can throw it and it comes back to you or it just spins around crazy on the floor. We love the color even when we turn off the lights just seeing all the fun colors and watching it spin. It is very durable in the fact that you can throw it around and it doesn't break it just keeps going. But this has been such a fun toy that we got!



5 people found this helpful

Helpful | Report

See more reviews ›

 FOLUODRAY Magic Meta Ball, Magic Bouncing Ball, Children's Bouncing Balls, Magic Metaball, Magic...
$14.99 ★★★★★ 1      Shop now

Sponsored ⓘ

**Best Sellers in Novelty Toys & Amusements**                                                    Page 1 of 9

<



Schylling NeeDoh Nice Cube -Sensory Squeeze...
★★★★½ 2,305
#1 Best Seller



Transformable Fidget Spinners Toys 4 Pcs for...
★★★★½ 9,530
#1 Best Seller



HEX BOTS Glow-in-The-Dark Gecko with Official Wall Climber Technology, Rechargeable Remote...



Mattel Games Magic 8 Ball Novelty Fortune-Telling Toy, Retro Look for Kids, Grown-Ups,...



Funny Shart Survival Kit by Witty Yeti. Ultimate Poop Prank Gag Gift Set Contains Wet Wipes,...

>

Save 10%

-10% $8.⁹⁵
List: $9.⁹⁹
Lowest price in 30 days
Get it as soon as Saturday,
Nov 29

Black Friday Deal

List Price: $12.⁹⁸
Lowest price in 30 days
✓prime FREE One-Day Get it
Tomorrow, Nov 22
♻ 1 sustainability feature ⌄

#1 Best Seller

-22% $24.⁹⁷
List: $31.⁹⁹
Get it Nov 26 - Dec 1

#1 Best Seller

$10.⁷⁹
✓prime FREE One-Day Get it
Tomorrow, Nov 22

★★★★☆ 769

-14% $24.⁹⁹
Typical: $28.⁹⁹
✓prime FREE One-Day Get it
Tomorrow, Nov 22

## Discover more

Page 1 of 6

     

ANKANG Sport Band for
Apple Watch Ultra 2
49mm 45mm 44mm…
★★★★☆ 271
-22% $14.⁸¹
Black Friday Deal
List Price: $18.⁹⁹
Lowest price in 30 days
✓prime FREE One-Day Get it
Tomorrow, Nov 22

XYF Compatible for
Crystal Clear Apple Watch
Bands, 49mm 46mm
45mm 44mm 42mm
41mm 40mm 38mm…
★★★★☆ 9,360
$11.⁹⁹
✓prime FREE One-Day Get it
Tomorrow, Nov 22

Suoman 2+2-Pack for
Apple Watch Ultra 3/2/1
49mm Case + Privacy…
★★★★☆ 27
-28% $9.³⁵ ($4.68/count)
Black Friday Deal
List Price: $12.⁹⁹
Lowest price in 30 days
✓prime FREE One-Day Get it
Tomorrow, Nov 22

Goton 2-Pack for Apple
Watch Ultra 3/2/1 Screen
Protector Case 49mm,…
★★★★☆ 1,684
-20% $11.⁹⁹
Black Friday Deal
Typical price: $14.⁹⁹
Lowest price in 30 days
✓prime FREE One-Day Get it
Tomorrow, Nov 22

WSKEN for Apple Watch
Ultra 3 / Ultra 2 Screen…
★★★★☆ 585
Amazon's Choice
-27% $12.⁴⁰
Black Friday Deal
Typical price: $16.⁹⁹
Lowest price in 30 days
✓prime FREE One-Day Get it
Tomorrow, Nov 22
♻ 3 sustainability features ⌄

## Your Browsing History  View or edit your browsing history

Page 1 of 6

   

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



🌐 English ⇅     🇺🇸 United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing

Audible
Listen to Books &
Original
Audio

Box Office Mojo
Find Movie
Box Office Data

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals Need

**Kindle Direct
Publishing**
Indie Digital &
Print Publishing
Made Easy

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon Resale**
Great Deals on
Quality Used
Products

**Whole Foods
Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Blink**
Smart Security
for Every Home

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon
Subscription Boxes**
Top subscription
boxes – right to
your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 16 - Amazon - OneMarket Shoppe - A1FI4Q5N5UHL8N**

https://www.amazon.com/Toy-Town-New-Flying-Ball/dp/B0CW9C18NT/ref=sr_1_52?crid=3064NIMMND2XN&dib=eyJ2IjoiMSJ9.J1yg1md_Lml    November 21, 2025
-_C_ntcoBeLB8ZMk2jaSohkFtNIE94hJblvAkFifA7y40TAEOGfIXz1tQNVrc7tyY7Hk_X8jraaDUnLobHykBxKLsGDpeoO7jLH4T5TUUNHHlSQHlhPA6-BFPKF7u2sS8f_1
Q_CCb2YfOnuGb3zoG3AY9lhaMy-jTzBXmTVDV2eDVNspI291tUSVdnBO_KEjNPO3Gt5I7Vd-CcNPE2HlvsuJJVAtX6UkPdGKFhXcwVnt1ZqRYW-sNVZMbXgJDWD
0nbiwXXdoFyiPX8beNb3Pyk5UG6N2U7HA.bzD6NxihjxYkTnI4nyT9sM8triys5Bb1VWFmnZuRWIQ&dib_tag=se&keywords=flying%2Bball&qid=1762324419&sprefix
=%2Caps%2C321&sr=8-52&th=1

**amazon** prime | Deliver to The ⊙ Pittsburgh 15238 | All ▾ | flying+ball | 🔍 | ⊞ EN ▾ | Hello, Annie Account & Lists ▾ | Returns & Orders | 🛒 0 ▾ Cart

☰ All | 🔵 Rufus | Black Friday | Medical Care ▾ | Luxury | Amazon Basics | Buy Again | Customer Service | Amazon Business ▾ | Audible | Tonight: NBA on Prime

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

Top flying orb ball 2025 | Athleria | Shop ATHLERIA

Sponsored ⓘ

Toys & Games › Novelty & Gag Toys › Fidget Toys › Fidget Spinners



Click to see full view

**Ask Rufus**

- Can it be used outdoors?
- Does it require any assembly?
- What is the recommended age range?
- Ask something else

## 2025 New & Improved Flying Orb Ball (Blue) - Magic Hover Boomerang Spinner, Cosmic Globe with RGB Lights, for Kids, Teens, Adults - Indoor Outdoor Hand Drone Fidget Toy

Brand: Toy Town

3.7 ★★★☆☆ (71) | Find specific info

200+ bought in past month

$19.⁹⁹

Price history

✓prime

FREE Returns ▾

With **Amazon Business**, you would have saved **$162.49** in the last year. Create a free account and save up to 10% today.

Color: **Blue**

- • 【2025's Coolest Toy – Galaxy Spin Ball!】Step into a world of wonder with the Flying Orb Ball, one of 2025's best new toys! Featuring a mesmerizing LED light display and rapid galaxy spin motion, this cosmic globe boomerang ball is lightweight yet durable, making it easy to control for a unique floating experience. Perfect for kids, teens, and adults, it's a must-have addition to any collection!

- • 【Endless Fun in Every Charge!】Enjoy up to 10 minutes of non-stop play with just a quick 20-minute charge. This hoverball charges easily via USB from computers or portable chargers, with an indicator light to show when you're ready for the next adventure. The ultimate light-up night toy for endless fun!

- • 【Lightweight, Durable & Built to Last】Crafted from top-quality materials, this galactic spinner ball is drop-resistant and auto-stops upon impact for safe indoor and outdoor fun. Whether solo or group play, this versatile orb toy delivers hours of excitement as it lights up the night!

- • 【Simple, Intuitive Control】Powered by advanced tech, this galaxy ball 2025 is easy for anyone to use—just toss, touch, or wave to make it soar! Designed for ages 8 and up, with a shake-to-start feature, it's intuitive for all ages and provides hours of fun in any setting.

- • 【Perfect Gift for Everyone】This space toy is the coolest gift for all ages or a fun addition to any 2025 toy catalog. Great for parties, gatherings, or solo play, the Flying Orb Ball promises endless entertainment indoors and out. Kids will love this ball that lights up, offering a unique mix of fidget toy and flying drone excitement!

› See more product details

## Additional Details

**Small Business**
This product is from a small business brand. Support small. Learn more

▭ Report an issue with this product or seller

### Similar item with fast delivery



Tikduck Flying Orb Ball 2025 Toys Soaring Hover Boomerang Spinner Hand Controlled Mini Drone Cosmic Globe Spinning Kids Outdoor Fly Toy Birthday Gift Cool Stuff for Boys Girls 6 7 8 9 10+ Year Old
★★★★☆ (10182)
$24.32 ✓prime

---

$19.⁹⁹

✓prime

FREE delivery **Monday, November 24**. Order within **20 hrs 9 mins**

⊙ Deliver to The - Pittsburgh 15238

**In Stock**

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

Ships from    Amazon
Sold by    OneMarket Shoppe
Returns    FREE refund/replacement until Jan 31, 2026
Gift options    Available at checkout

⌄ See more

Add to List ▾



**amazon business**

Save up to 10% on this product with business-only pricing.

Create a free account



Galaxy Ball, 2024 Upgraded Han...
4.3 ★★★★☆ 10
$19.⁹⁹ ✓prime

Sponsored ⓘ



Flying Orb Ball Toy 2 Pack, Upgraded Boomerang Ball Galactic Fidget Spinner, Hover Cool Toys Gift for 6 7 8 9 10 11...
★★★½ 19
$35.99 ✓prime

Sponsored ⓘ

## Bundle these items



+ 

Total price: $41.98

**Add both to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** 2025 New & Improved Flying Orb Ball (Blue) - Magic Hover Boomerang Spinner,...
3.7 ★★★½ 71
$19⁹⁹

Sponsored ⓘ
SUMMERLANGUAGE Flying Orb Ball Toy - 2025 Upgraded Magic Flying Orb Toy with LED Light...
3.9 ★★★★ 146
$21⁹⁹
✓prime

## 4 stars and above  Sponsored ⓘ                                    Page 1 of 46

     

Hoofun Flying Orb Ball Toy, 2025 Magic Hover Ball Boomerang, 360° Rotating Cosmic G...
★★★★☆ 1,060
Black Friday Deal
-35% $19⁹⁹
List Price: $30.99
✓prime

WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe...
★★★★☆ 221
Black Friday Deal
-22% $18⁶⁹
List Price: $23.99
✓prime

Flying Orb Ball, Magic Hover Flying Ball Toy with Rechargeable, Light Up Floating B...
★★★★½ 101
Black Friday Deal
-50% $9⁹⁹
List Price: $19.99
✓prime

Flying Orb Ball Toys 2 Pack, Soaring Hover Hand Controlled Mini D...
★★★★☆ 1,715
Amazon's Choice
-5% $34²⁸
Typical price: $36.09
✓prime

LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi...
★★★★½ 4,058
Black Friday Deal
-24% $24³²
List: $32.00
✓prime

2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,...
★★★★☆ 16,145
#1 Best Seller
Black Friday Deal
-24% $24³²
List: $32.00
✓prime

## Based on your recent views  Sponsored ⓘ                           Page 1 of 44

     

UROINT 2025 Flying Orb Ball for Kids, Magical Galaxy Hover Cosmic Space Boomerang R...
★★★★☆ 180
$18⁹⁹
✓prime

SUMMERLANGUAGE Flying Orb Ball Toy - 2025 Upgraded Magic Flying Orb Toy with...
★★★★☆ 146
$21⁹⁹
✓prime

Flying Orb Ball Toy 2 Pack, Upgraded Boomerang Ball Galactic Fidget Spinner, Hover ...
★★★½ 19
$35⁹⁹
List Price: $39.99
✓prime

2024 Upgraded Magic Flying Orb Ball Toy with LED Light 360°Rotating, Boomerang Flying
★★★½ 47
$20⁹⁹
✓prime
You pay $18.89 with coupon

WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe...
★★★★☆ 221
Black Friday Deal
-22% $18⁶⁹
List Price: $23.99
✓prime

Flying Orb Ball Toys, Globe Space Ball, Galaxy Cosmic Gyroscope Fidget Spinning, Co...
★★★★☆ 79
$19⁹⁹
✓prime
You pay $17.99 with coupon

## Product information

| Item details ⌄ |
|---|

**Warranty & Support**

Amazon.com Return Policy: Amazon.com Voluntary 30-Day Return Guarantee: You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

| Features & Specs ⌄ |
|---|
| Style ⌄ |
| Measurements ⌄ |
| Additional details ⌄ |

Feedback

Would you like to **tell us about a lower price?** ⌄

## Important information

### Safety Information

The Federal Aviation Administration requires registration of many drones flown in the US, for hobby or commercial purposes. To learn more about drone registration requirements, visit the Federal Aviation Administration's drone page https://www.faa.gov/uas/.

## Product description



**Endless Fun With Flying Orb**







**Straight Flight**

Hold the Toy Town flying orb ball with one hand. Tilt the orb 15 to 65 degrees downward aiming for your target. Release the flying orb ball and it will fly to your target!

**Levitation**

Watch as the Toy Town flying Orb ball defies gravity and follows the movement of your hand. Hold the Toy Town flying orb ball in one hand. Then release the orb ball and hover your hand 1cm - 5cm below the orb ball. The orb ball will now follow your hand.

**Fly like a boomerang**

Impress everyone as you call back your Toy Town flying orb ball. Hold the Toy Town Flying orb ball in one hand at a 15 - 45 degree angle aiming upwards. Release the flying orb and watch as it comes running right back to you!







**Fast and Easy charging**

The Toy Town flying orb ball includes a convenient USB charging cable for effortless recharging. Just plug it into a USB port and wait for 25 minutes to achieve a full charge. Once charged, you can enjoy an exhilarating 8 to 10 minutes of high-performance flight. (Individual battery life may differ)

**Safe and Fun**

The propellors of the flying orb ball are safely enclosed within the plastic cover. This is a safe and fun toy for the family. A great toy to enjoy on birthdays, holidays, or any time of the year!

**Endless Tricks**

Be the star of the party and show off your creativity with the amazing capabilities of the Toy Town flying orb ball!

## Customers who bought this item also bought











**Envyvip RC Wall Crawler Gecko, Rechargeable Remote Control Robot Kids Toys, Wall Climbing Funny Prank Toys…**
★★★★☆ 87
$46⁹⁹
✓prime FREE One-Day Get it
**Tomorrow, Nov 22**



**MyGoci Flying Orb Ball 2025 Upgraded Cosmic Globe Hand Controlled Hover Balls for Boys Girls Adults, Cool Toys Gift f…**
★★★☆☆ 72
$19⁹⁹
✓prime FREE Delivery
**Monday, Nov 24**



**HEX BOTS Glow-in-The-Dark Gecko with Official Wall Climber Technology, Rechargeable Remote…**
★★★★☆ 2,746
🔲 #1 Best Seller
-22% $24⁹⁷
List: $31.99
Get it Nov 29 - Dec 12



**TOSY Flying Ring - 36 RGB Multicolor LEDs, Super Bright, Lost Mod…**
★★★★☆ 9,585
🔲 #1 Best Seller
-20% $19⁹⁹
🔲 Black Friday Deal
List: $24.99
✓prime FREE One-Day Get it
**Tomorrow, Nov 22**

---

## What's in the box

- Flying Orb Ball
- Charging Cable
- User Manual

## Related products with free delivery  Sponsored ⓘ                                                    Page 1 of 67





⟨

**LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi…**
★★★★☆ 4,058
🔲 Black Friday Deal
-24% $24³²
List: $32.00
✓prime

**MERRYHOME Flying Orb Ball Toys: 360°Rotating Hand Controlled Drone Orbit, 2025 Cool…**
★★★★☆ 868
🔲 Black Friday Deal
-39% $19⁹⁹
List Price: $32.99
✓prime

**Flying Orb Ball Flying Toys: Fly Orb Hover Ball Floating Boomerang Spinner Spinner …**
★★★★☆ 1,862
🔲 Black Friday Deal
-44% $19⁹⁹
List Price: $35.99
✓prime

**2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,…**
★★★★☆ 16,145
🔲 #1 Best Seller
🔲 Black Friday Deal
-24% $24³²
List: $32.00
✓prime

**Hoofun Flying Orb Ball Toy, 2025 Magic Hover Ball Boomerang, 360° Rotating Cosmic G…**
★★★★☆ 1,060
🔲 Black Friday Deal
-35% $19⁹⁹
List Price: $30.99
✓prime

**Flying Orb Ball 2025 Boomerang Hover Ball Galatic Fidget Spinner Mini Drone Cool To…**
★★★★☆ 513
🔲 Black Friday Deal
-24% $24³²
List Price: $32.00
✓prime

⟩

---

## Product Videos



SD
Customer Review: Great toy for kids! | See Full Review

▶ ━━●━━━━━━━━━━━━━━━━━━  -0:10  CC 🔊

## Similar brands on Amazon                                                                      Page 1 of 3
Sponsored ⓘ







AMERFIST 2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover B...
4.1 ★★★★☆ 16,145
**24% off** Black Friday Deal
$24.32 List: ~~$32.00~~



SPARK CATCH Light Up Baseball, Glow in The Dark Baseball, Sports Gear...
4.3 ★★★★★ 4,077
**34% off** Black Friday Deal
$25.49 List: ~~$38.49~~





*TSA-Approved Cooler: Safe Travel for Medication*



Travel Cooler for Insulin & EpiPens, by 4ALLFAMILY...
★★★★½ 801
**Black Friday Deal**
Shop now 

Sponsored ⓘ

## Customer reviews

★★★½☆ 3.7 out of 5

71 global ratings

| | | |
|---|---|---|
| 5 star | ▬▬▬▬▬ | 57% |
| 4 star | ▬ | 9% |
| 3 star | ▬ | 9% |
| 2 star | ▪ | 2% |
| 1 star | ▬▬ | 23% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



**Creative Play That Sparks Joy**

★★★★½ 1,912
-43% $11⁹⁹ List Price: ~~$20.99~~
✓prime

Sponsored ⓘ

✓prime

Sponsored ⓘ

## Customers say

Customers find the flying orb ball fun for kids, with one mentioning it's enjoyable to throw around outdoors. The toy is easy to use and makes a great gift, though opinions on value for money are mixed. Functionality and durability receive mixed reviews - while some say it works well and is durable, others report it doesn't work as described and isn't reliable.

✦ Generated from the text of customer reviews

**Select to learn more**

✓ Fun for kids (13)  ✓ Gift value (9)  ✓ Ease of use (6)  — Value for money (9)

— Functionality (6)  — Durability (5)

### Reviews with images

See all photos ›

    

### Top reviews from the United States

 Shihab

★★★★★ **Fun Pass Time**

Reviewed in the United States on March 11, 2025

Color: Blue | Verified Purchase

Honestly a great product to just goof off your phone and play a little. Surprisingly long battery life, and the spinner falling and bumping things doesn't make too much noise since the casing is a soft plastic. Your fingers should not get caught by the blade, but I wouldn't give it to babies yeah?

Great value for the money. Works well and as intended. Charges fast. Comes with a little remote too.

[ Helpful ]  | Report

 One Customer

★☆☆☆☆ **The item does not work as said.**

Reviewed in the United States on July 19, 2025

Color: Blue | Verified Purchase

This item is received well, but it does not work completely as described as we play it.

Great value for the money. Works well and as intended. Charges fast. Comes with a little remote too.

[ Helpful ]  | Report

 One Customer

★☆☆☆☆ **The item does not work as said.**

Reviewed in the United States on July 19, 2025

Color: Blue | Verified Purchase

This item is received well, but it does not work completely as described as we play it.
It says nothing about the remote control in the instructions. On the second day of playing with it my son got curious about the remote control so he tried it out, suddenly the ball rose in the air and flew quickly away, we could barely see it in the sky!
It is Waste of money and time!

One person found this helpful

Helpful | Report

 Nayeem

★★★★★ **FUN TOY!**

Reviewed in the United States on February 10, 2025

Color: Blue | Verified Purchase

This is such a fun toy. I charged it with the included cable before operating it for the first time and it's fairly easy to figure out how it works. The spinner is quite durable and has survived several drops so far. The LED lights are so cool to look at in the dark. Good value for the money overall!

One person found this helpful

Helpful | Report

 Haroon Qahtan

★★★★★ **Flying Spinner Review**

Reviewed in the United States on April 27, 2025

Color: Blue | Verified Purchase

A friend suggested this product to me, I got it and tested it out, and it was fun to let my imagination have fun with it. I recommend it for anyone who wants something fidgety to play with. I do have to say that when using it outside on grass, it was frequently falling and getting stuck in the grass, so I recommend charging it fully before using it.

Helpful | Report

 bordenbunch

★★★☆☆ **Self Starter?**

Reviewed in the United States on January 6, 2025

Color: Blue | Verified Purchase

CAUTION: This was a stocking stuffer for our adult grandson. I was under the impression it didn't move until you tossed it. But he said after charging, it took off on its own around the room, but luckily didn't break anything. Makes me wonder if it would just take off outside and not come back. I'll have to ask him. Guess I wouldn't buy one again. At least not without testing myself first.

One person found this helpful

Helpful | Report

 Heather

★★★★☆ **Durable but different**

Reviewed in the United States on April 24, 2024

Color: Blue | Amazon Vine Customer Review of Free Product ( What's this? )

This is definitely not what I was expecting for the movement, it doesn't stay afloat to pass to self or others and changes directions fairly quick. The button is in the most inconvenient spot and even my kids finger is too big. Directions are good to have because we could not figure out how to start or stop without it. The movement to stop has to be a quick flick of the wrist and starting to. Is entertaining and colorful. Definitely a durable and thick material to last.

One person found this helpful

Helpful | Report

 Pablo

★☆☆☆☆ **Not consistent**

Reviewed in the United States on November 13, 2025

Color: Blue | Verified Purchase

Not so good mine is still working but it flys the opposite direction and doesn't stay consistent as I want it

Helpful | Report

Nick

★★★★★ **Great for kids**

Reviewed in the United States on November 8, 2024

Color: Blue | Verified Purchase

I bought the Galaxy Spin Ball for my son, and he loves it. The LED lights look awesome in the dark, and it's super easy to pick up and play. Charges quickly and keeps him entertained – highly recommend.

Helpful | Report

See more reviews ›

LEMATRIX Flying Orb Ball Toy, Hover Ball
Boomerang Fly Fidget Spinner, Cool Toys Gifts for...
$24.32 ✓prime  ★★★★½ 4,058

Shop now

Sponsored

https://www.amazon.com/checkout/p/p-106-9821472-5273865?spc?pipelineType=Chewbacca&isBuyNow=1&referrer=spc    November 21, 2025


**amazon** prime                     Secure checkout ˅                                    🛒 Cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $1.20 |
| **Order total:** | **$21.19** |

**Delivering to**                                                            Change

PITTSBURGH, PA, 15238-3103, United States

Add delivery instructions

FREE pickup available nearby ˅

**Paying with**                                          Change

Want to use American Express Membership Rewards® points for this order? Learn more ˅

Use a gift card, voucher, or promo code

**Get a $250 Amazon Gift Card instantly** upon approval for Prime Visa.    Learn more
Instant decision within 15 seconds and no annual fee.

**Arriving Nov 24, 2025**
If you order in the next 19 hours and 51 minutes

◉ **Monday, Nov 24**                          FREE

    2025 New & Improved Flying Orb Ball (Blue) - Magic Hover Boomerang Spinner, Cosmic Globe with RGB Lights, for Kids, Teens, Adults - Indoor Outdoor Hand Drone Fidget Toy
**$19.99**
✔prime & FREE Returns ˅
Ships from Amazon.com
Sold by OneMarket Shoppe

Disclaimers

 🗑 1 +

Add gift options

**Place your order**

Order total: $21.19
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State.

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy.

Back to cart



Back to top

amazon        ⊕ English  ⬍     🇺🇸 United States        Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices  ☑✕
© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 17 - Amazon - Richard dou - A1FZ2DQWGLW0CG**



https://www.amazon.com/PRO-STASH-2025-Upgraded-Flying/dp/B0FNMQ5CKH/ref=sr_1_36?crid=O8PRFZPCYTB8&dib=eyJ2IjoiMSJ9.VN_dO1jUtK
v5cliCqPiDGdCKy0mltynkdcttKwnB8tZAQP5c5hWcLm7IY9ZNXa7fx-izxc2rmiWuJAop41Kq63-YnDa6TA8awKCC2bciSrHNMDx9PNeVm5ElUI8Ktmeb_b7XbEQb81a_yXRjjP
LQ5z-Ia4B-8mraHjFHbZSU4zsYulpvcCmxToYZAmGMb8e_i3-Cn43ixo-vIg6ywOhhsu-U2p2q-2nzZHNle8w-KuCU0yeafeA4W7FSOZ-m_UZ2uU0o272YtLjzsMsK1okyorPpdj
QiVdoif5YdJp6iQs.Elx8ocsk3wjN4vaP05ue8ftmPlb3YJv_gnnK8wLXobY&dib_tag=se&keywords=flying%2Bball&qid=1764042093&sprefix=%2Caps%2C735&sr=8-36&th=1    December 9, 2025



**2025 Upgraded Flying Orb Ball - Hover Drone Boomerang Ball for Kids & Adults, Fun Indoor/Outdoor Flying Experience for Gifts,Christmas Surprises for Boys and Girls (Pink)**

Visit the PRO STASH Store

4.0 ★★★★☆ (14) | Search this page

#1 Best Seller in RC Vehicle Turnbuckles & Pro-Links

200+ bought in past month

$18.69
Price incluses

FREE Returns

Shopping for work? Save 35% up to $100 on your Amazon Business orders.
Sign up for a free business account.

Earn 5% back with Prime Store Card. That would've been $1,357.82 in rewards last year. Plus, get a $60 Gift Card upon approval.

**Color: Pink**

    

- 2025 Upgrade for Enhanced Performance: Experience improved flight stability and control with our latest version of the Flying Orb Ball, designed for smoother gliding and longer playtime.
- Versatile Hover & Boomerang Function: This innovative orb drone ball not only hovers but can also be thrown and returned like a boomerang, providing endless fun for all ages.
- Safe & Kid-Friendly Design: Crafted from durable, lightweight materials, the Flying Orb Ball is designed to withstand impacts while ensuring a safe play experience for children
- Dynamic LED Lighting: Featuring vibrant LED lights, this hover ball creates stunning visual displays during flight, making it an exciting toy for evening play and gatherings.
- Perfect Gift for Any Occasion: Whether for birthdays, holidays, or special events, the upgraded Flying Orb Ball is a unique gift that encourages active play and creativity for kids and adults alike!

› See more product details

⚐ Report an issue with this product or seller



---

$18.69

FREE delivery **Monday, December 15** for Prime members

**Arrives 10 days before Christmas**

Deliver to Steve - Chicago 60618

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by      Richard dou
Returns      FREE refund/replacement until Jan 31, 2026
Gift options  Available at checkout

∨ See more

Add to List



Tikduck Flying Orb Ball 2025 Toy...
★★★★☆ (10,257)
$25.60 $32.00 ✓prime

Sponsored

---

**Based on your recent views** Sponsored

    

2025 Upgraded Flying    Flying Orb Ball Toy 2025    Upgraded 2Pack Flying    2025 Upgraded Flying    Flying Orb Ball Toy 2025    2025 Upgrade Flying

Page 1 of 57



Orb Ball Toy with Led Lights, Cosmic Boomerang Hover Orb...

★★★★☆ 26

**#1 Best Seller**

$18⁹⁹



Hand Controlled Flying Spinner Galaxy Lights Ball 360° Boom...

★★★★★ 13

-15% $16⁹⁹

Typical: $19.99

✓prime

You pay $15.29 with coupon



Orb Ball Size with Led Drone Galaxy Ball Hover Orb Boomerang Ball...

★★★★☆ 15

$31⁹⁹ ($16.00 / count)

✓prime

You pay $28.79 with coupon



Orb Ball Toy, Mini Boomerang Ball Spinner Mini Drone - Magic ...

★★★★★ 13

$17⁹⁹



Hover Soaring Hands Hand Controlled Boomerang Galactic if...

★★★★★ 1

-16% $15⁹⁹

Typical: $18.99

✓prime



Orb Ball Toy Controlled Hover Ball with ,Gifts for Boys and Gir...

$16⁹⁹

✓prime

---

## 4 stars and above   Sponsored ℹ

Page 1 of 46



**ENJSD 2025 Flying Orb Ball, Boomerang Hover Space Ball Flying Spinner, Orb Drone Or...**

★★★★½ 54

-17% $19⁹⁹

Typical: $23.99

✓prime

**Flying Orb Ball 2025 Boomerang Hover Ball Galatic Globe Galactic Fidget Spinner Mini Drone Cool To...**

★★★★½ 523

-24% $24³²

List Price: $32.00

✓prime

**2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,...**

★★★★☆ 16,349

-20% $25⁶⁰

List: $32.00

✓prime

**2025 AI Flying Orb Ball Toy, Cosmic Globe Boomerang Hover Ball Galactic Fidget Spin...**

★★★★½ 479

**Limited time deal**

-10% $21⁵⁸

Typical: $23.98

✓prime

**Flying Orb Ball Toy - 2025 Upgraded Magic Flying Orb Toy with LED Light 360°Rotatin...**

★★★★½ 154

$17⁹⁹

✓prime

**Flying Orb Ball (Blue, 2025 Upgraded) with Dazzling Lights, Magic Hover Spinner, Co...**

★★★★☆ 6,350

-22% $24⁹⁹

List: $32.00

✓prime

---

## Product information

| Item details ⌄ | Features & Specs ⌄ |
|---|---|

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

| | Style ⌄ |
|---|---|
| | Measurements ⌄ |
| | Additional details ⌄ |

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ⌄

---

## Important information

### Safety Information

1

---

## Product description



PRO STASH

**EYE-CATCHING BOOMERANG SPINNER WITH ENDLESS TRICKS!**

FLYING ORB BALL TOY

Safe and fun    Cyclotron    360°Whirling    USB Charging    Fall Resist



## START OR STOP

Step 1: Press the power button

Step 2: "Up" marker pointing upwards
shake the flying ball to start orstop rotating

## HOVER

Step 1: "Up" marker pointing upwards
hold the flying ball

Step 2: Release the boll

Step 3: place the palm of your hand
1-5cm at the botton



## BOOMERANG

Step 1: "Up" marker tilted 30° backwards

Step 2: Push forward and upward

Step 3: Fly as a boomerang

## STRAIGHT

Step 1:" Up" marker tilted 30°downwards

Step 2: Push foward and down



## 2026 UPGRADED FLYING ORB BALL
### ENRICH CHILDREN'S LEISURE TIME

Unwilling to Communicate

Weary of studying

Family Harmony

Be addicted to

Enhance friendship

Computer games - Addicted to electronics



**Perfect gift for holidays**

*more fun for your family*

## Customers who bought this item also bought

Page 1 of 11



Stocking Stuffers for Men Women Adults,Colorful Date Night Food Decision Dice,Mens Gifts,Christmas White Elephant Gifts fo...
★★★★★ 321
-14% $6⁹⁹
Typical price: $8.09
✓prime FREE Delivery
**Thursday, Dec 11**



Plug In Air Ionizers - Negative Ion Technology Air Purifier - Quiet Operation Air Freshene...
★★★★☆ 56
Limited time deal
Typical: $59.99
✓prime FREE Delivery
**Thursday, Dec 11**



Stocking Stuffers for Men, Drive Safe Keychain, Christmas Gifts for Men Keychain, Father's Day Gifts for Husband from...
★★★★★ 66
$8⁹⁹
✓prime FREE Delivery
**Thursday, Dec 11**



3 in 1 Magnetic Wireless Charging Station, 15W Fast Charger Compatibl...
★★★★★ 14
Save 33%
-33% $9⁹⁹
List Price: $14.99
Lowest price in 30 days
✓prime FREE Delivery
**Thursday, Dec 11**



Mushroom Coffee 2000mg, Organic Instant Coffee with 6 Adaptogenic Mushrooms (Lion's Mane & Turkey...
★★★★★ 599
$23⁹⁹ ($3.78/oz)
✓prime FREE Delivery
**Thursday, Dec 11**



Magnesium Glycinate Gummies 1000mg – High Absorption Magnesium Complex with L-...
★★★★★ 73
($0.25/count)
-67% $29⁹⁹
Limited time deal
Typical: $89.99
✓prime FREE Delivery
**Thursday, Dec 11**

## What's in the box

- Orb ball
- Charging cable
- User Manual

## Related products with free delivery   Sponsored ⓘ

Page 1 of 63



Upgraded Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Balls Cosm...
★★★★☆ 15
$16⁹⁹
✓prime
You pay $15.29 with coupon



2025 Upgraded Flying Orb Ball Toy with LED Lights, Cosmic Boomerang Hover Orb...
★★★★☆ 26
#1 Best Seller
$32⁹⁶
✓prime



Flying Orb Ball Toy 2025 Hover Soaring Nebula, Hand Controlled Boomerang Galactic if...
★★★★★ 1
-16% $15⁹⁹
Typical: $18.99
✓prime



2025 Upgrade Flying Orb Ball Toy Controlled Hover Ball with ,Gifts for Boys and Gir...
$16⁹⁹
✓prime



Flying Orb Ball Toy 2025 Hand Controlled Hover Spinner Galaxy Lights Ball 360° Boom...
★★★★★ 13
-15% $16⁹⁹
Typical: $19.99
✓prime
You pay $15.29 with coupon



Flying Orb Ball Toy, Magic Hover Boomerang Hand Drone Cosmic Globe, Light Up Fidget...
★★★★★ 2
-6% $15⁹⁹
Typical: $16.99
✓prime

## Product Videos

 

Videos for this product



Richard dou
Cool flying balls

Cool flying balls
Richard dou

Now playing  ▶ 0:29

how to play
Richard dou
▶ 1:03

ideal gift for kids
Richard dou
▶ 0:30

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 3



Sosuy 2025 Flying Orb Ball for Kids, Magical Hover Galaxy Cosmic…
4.0 ★★★★☆ 194
$19.99



2 Pack-2025 Upgraded Flying Orb Ball Toy, Hover Boomerang Ball Spinner Mi…
5.0 ★★★★★ 13
$29.99



US Patient Official
Flying Orb Ball

Tikduck Flying Orb Ball 2025 Toys Soaring Hover…
★★★★☆ (10,257)
$25.⁶⁰ $32.00 ✓prime
Shop now

Sponsored ⓘ

## ✴ Looking for specific info?

Ask Rufus or search reviews and Q&A                                    →

Can it be used indoors?    Does it require batteries?    Is it easy to learn?    What is the recommended age?

Does it come with a remote?

## Customer reviews

★★★★☆  4 out of 5

14 global ratings

| | | |
|---|---|---|
| 5 star | | 66% |
| 4 star | | 13% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 21% |

## Reviews with images

See all photos ›



**Top reviews from the United States**

## Review this product

Share your thoughts with other customers

Write a customer review

 Chely

★★★★★ **Flying orb ball**

Reviewed in the United States on December 2, 2025

Color: Pink | **Verified Purchase**

This upgraded flying orb ball is a hit! It's lightweight, bright, and really fun to use indoors or outdoors. The boomerang effect works great once you get the hang of it, and the pink color makes it extra cute. Battery

https://www.amazon.com/checkout/p/p-106-5830955-2216209/spc?pipelineType=Chewbacca&isBuyNow=1&hasWorkingJavascript=1          December 9, 2025

 prime    **Secure checkout** ⌄    

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $18.69 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$19.81** |

---

**Delivering to**                                                                                     Change

PITTSBURGH, PA, 15238-3103, United States

Add delivery instructions

FREE pickup available nearby ⌄

---

**Paying with**                                                                                       Change

Use a gift card, voucher, or promo code

ⓘ We selectec                  for you based on your shopping history.

Get a **$250 Amazon Gift Card instantly upon approval** for Prime Visa. No annual fee. Access offer

---

**Arriving Dec 13, 2025**
If you order in the next 23 hours and 57 minutes

◉ **Standard** Saturday, Dec 13                          FREE

◯ **Amazon Day** Monday, Dec 15                          FREE
   🌿 Lower carbon delivery ⌄

    PRO STASH 2025 Upgraded Flying Orb Ball - Hover Drone Boomerang Ball for Kids & Adults, Fun Indoor/Outdoor
Flying Experience for Gifts,Christmas Surprises for Boys and Girls (Pink)
**$18.69**
& FREE Returns ⌄
Ships from Amazon.com
Sold by Richard dou

**Disclaimers**

   🗑  1  +

Add gift options

---

**Place your order**

**Order total: $19.81**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

Back to top



amazon    ⊕ English ⌄    ▀ United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✓✕
© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 18 - Amazon - RSN GROUP - A1K0U03BF4YQAS**

https://www.amazon.com/Flying-Spinner-Magic-Rotating-Hover/dp/B0D45VMKXP/ref=sr_1_91?crid=3JEMXWR8TWYZI&dib=eyJ2IjoiMSJ9.PA    November 21, 2025
9sc74zoLv1ViMR1MTDUtSJploMKeHce4z57plA_CVcKoRKEKTpcQOZdBztivGQaSvxw6hKOCgHNdv9iTEvkUD-idvrITSEQ3i_H7iBHsZNqL7wXtp5Elmv_NU0EKeAp
9E2gWGlHNqlzLJYH-mD0m8OzZVYkS6uBViMQ5pV6N8OvNFrTkq_uYnlI1B6ggs9mkodZ9sbGFg8LQSHzwhHVWPv8YFxS5dKp-Cl5a8iaKZ-Nir4WyJ-VJE44uTs9c_
FRkU0TZfoy6qCO6oFhPcdOtD4KOv5JgAIJzN90_gCFgM.dCAlv0u7JKOtOOg6xiRD6ja8ax3VLk3UsAaSOk-OufM&dib_tag=se&keywords=flying%2Bball&qid=17609
31838&sprefix=%2Caps%2C715&sr=8-91&xpid=pjah1J89ZwtL-&th=1



Click to see full view

**Ask Rufus**

Does it come with safety features?

Can it be used indoors?    Is it easy to control?

Ask something else



Toys & Games › Remote & App Controlled Vehicles & Parts › Quadcopters & Multirotors

## 2024 Hot New Flying orb Ball Spinner Magic 360 Rotating Hover Mini Drone Led Flying Orb Ball Toy Flying Spinner... (Red)

Visit the RSNG Store

3.4 ★★★☆☆ (18) | Find specific info

$19.00

Price history

✓prime

FREE Returns ▾

Shopping for business? Save 35% up to $100 on your Amazon Business orders. Sign up for a free business account.

Pay $19.00 **$0.00**; get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more

**Color: Red**

- **Flying Experience:** The flying orb toy provides intelligent flight. Different throwing angles and speeds will create different flight lines and boomerang effect.
- **USB Charging:** About 20 minutes full charge, 5-10 working duration. It enables various charging options such as charged by computer, power adapter, mobile phone, portable charger etc. The indicator light comes on when charging and goes off when fully charged. Rechargeable and can be played over and over again.
- **Cool Toys for Kids and Adults:** The colorful and interesting magic ball fly orb toy is a perfect gift for everyone, from Christmas gifts and creative birthday gifts for kids to stress-reducing toys for adults. It helps develop children's intelligence, creativity, and brings people closer together.
- **Remote:** This Flying orb toy is controlled using a remote – Once the toy is on – to turn it off you will have to use the remote – the toy does not auto turn off, you will have to use the remote or the Switch on the toy itself. (without remote – bouncing the toy on the ground 1-2 times will turn it off but you may also risk damaging the toy with this method)
- **Package and Content:** You will get Flying ball *1pcs, USB charging cable*1pcs, User manual *1pcs, Remote control*1pcs. Package dimensions in Inches: 4" x 4" x 4", Toy diameter is approximately 3.9" (inches).
- **Play:** This toy is ideal for any location, you can play indoors, outdoors and will enjoy loads of fun with this boomerang ball, it does take some practice to become a pro at the boomerang flight effect, but you will get the hang of it in no time.
- **TIPS:** The boomerang effect depends on how the orb ball leaves your hands, remember it uses the force of air to push off for flight, so If your hands are at the bottom, it will move upwards, half of hand covering the bottom will send the ball upwards and in the direction of the uncovered part of ball.

› See more product details

### Additional Details

🏠 **Small Business**
This product is from a small business brand. Support small.
Learn more

📄 Report an issue with this product or seller

    PYMSRTY Flying Toy Drone for Kids, 360° Hands Free Motion Sensors Mini Drone with Cool LED Lights, Easy Indoor...

$19.00

✓prime

FREE delivery **Monday, November 24**. Order within **20 hrs 14 mins**

Deliver to The - Pittsburgh 15238

**Only 1 left in stock - order soon.**

Add to Cart

Buy Now

Ships from    Amazon
Sold by    RSN GROUP
Returns    FREE refund/replacement until Jan 31, 2026
Gift options    Available at checkout

▾ See more

Add to List    ▾





**Athleria**

**Top flying orb ball 2025**
4.2 ★★★★☆ 3,696
-27% $24.69 $33.99

Sponsored ⓘ

48
$17.59 ✓prime

Sponsored ⓘ

## Bundle these items

 ☑ +  ☑ +  ☑

Total price: **$51.05**

**Add all 3 to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** 2024 Hot New Flying orb Ball Spinner Magic 360 Rotating Hover Mini Drone Led...
3.4 ★★★☆☆ 18
$19⁰⁰

Sponsored ⓘ
CWXY Replacement for Battery Parrot Rolling Spider Airborne Cargo, Hydrofoil, Jumping Sum...
$21⁹¹

Sponsored ⓘ
2 Pairs Propellers Replacement Spare Part Drone Accessories Fit for Mini High Excellent Comput...
$10¹⁴

## 4 stars and above  Sponsored ⓘ

Page 1 of 63



Hand Operated Drone Toy for Kids - Easy Fly Hover Drone with AI Motion Sensor, Rech...
★★★★☆ 52
**Amazon's Choice**
-32% $16⁹⁹
List: $24.99
✓prime



Drone for Kids, 2025 Upgrade Flying Toys with LED, Hover Boomerang Mini...
★★★★★ 72
$21⁴⁷
✓prime
You pay $19.32 with coupon



Hand Operated Flying Toy Drone for Kids, 360° Hands Free Motion Sensors Mini Drone ...
★★★★☆ 124
-10% $17⁹⁰
List: $19.99
✓prime



LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi...
★★★★☆ 4,058
**Black Friday Deal**
-24% $24³²
List: $32.00
✓prime



WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe...
★★★★☆ 221
**Black Friday Deal**
-22% $18⁶⁹
List Price: $23.99
✓prime



2024 Galaxy Ball, Flying Orb Hover Ball, Hand Controlled Mini Drone, Cosmic Globe B...
★★★★☆ 701
$15⁹⁹
✓prime

## Based on your recent views  Sponsored ⓘ

Page 1 of 67



2025 Flying Orb Ball for Kids, Magical Galaxy Hover Cosmic Space Boomerang Rotating...
★★★★☆ 180
$18⁹⁹
✓prime



Flying Orb Ball Toy - 2025 Upgraded Magic Flying Orb Toy with LED Light 360°Rotatin...
★★★★☆ 146
$21⁹⁹
✓prime



2024 Galaxy Ball, Flying Orb Hover Ball, Hand Controlled Mini Drone, Cosmic Globe B...
★★★★☆ 701
$15⁹⁹
✓prime



LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi...
★★★★☆ 4,058
**Black Friday Deal**
-24% $24³²
List: $32.00
✓prime



WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe...
★★★★☆ 221
**Black Friday Deal**
-22% $18⁶⁹
List Price: $23.99
✓prime



FLYNOVA Hand Operated Mini Drones,UFO Magic Flying Orb Ball Toys with...
★★★★☆ 2,798
$14⁹⁹
✓prime

## Product information

### Item details ⌄

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

### Style ⌄

### Measurements ⌄

### Additional details ⌄

## Product description

**Fun for all ages**



**Fun for Everyone**

lying Experience: The flying orb toy provides intelligent flight. Different throwing angles and speeds will create different flight lines and boomerang effect.



**Straight Fly**

When the flying ball is level, tilt down 15~30° and push forward to keep the flying ball flying in a straight line.

-30°

Cool Toys for Kids and Adults: The colorful and interesting magic ball fly orb toy is a perfect gift for everyone, from Christmas gifts and creative birthday gifts for kids to stress-reducing toys for adults. It helps develop children's intelligence, creativity, and brings people closer together.



**Fly As a Boomerang**



When the flying ball is level, tilt it upwards 15~30° and push forward to make the flying ball fly in a circle and return to your side.

Remote: This Flying orb toy is controlled using a remote – Once the toy is on – to turn it off you will have to use the remote – the toy does not auto turn off, you will have to use the remote or the Switch on the toy itself. (without remote – bouncing the toy on the ground 1-2 times will turn it off but you may also risk damaging the toy with this method)



Enjoy Family Happy Hour

This toy is ideal for any location, you can play indoors, outdoors and will enjoy loads of fun with this boomerang ball, it does take some practice to become a pro at the boomerang flight effect, but you will get the hang of it in no time.

## Customers frequently viewed  Sponsored ⓘ | Popular products in the last 7 days                                            Page 1 of 5








| Hand Operated Flying Toy Drone for Kids, 360° Hands Free Motion Sensors Mini Drone ... | HOVERAir X1 Drone with Camera, Self-Flying Camera Drone with Follow Me Mode,... | Holy Stone Mini Drone for Kids and Beginners RC Nano Quadcopter Indoor Small Helico... | LED RC Drone for Kids 6+, Christmas Birthday Gift for Boys & Girls with Remote Batt... | Mini Drone for Kids 8-15, Indoor Drones Gifts for Boys 8-12, Boys Toys Age 8-10, Be... | Drones for Kids, 2025 Mini RC Drone Quadcopter with 360 Degree Flip, 90 Degree... |
|---|---|---|---|---|---|
| ★★★★½ 124 | ★★★★½ 1,273 | ★★★★ 14,424 | ★★★★½ 92 | ★★★★½ 222 | ★★★★½ 74 |
| -10% $17⁹⁰ | Black Friday Deal | Black Friday Deal | -43% $28⁴⁸ | Black Friday Deal | -32% $25⁰² |
| List: $19.99 | -15% $237⁰⁰ | -15% $33⁹⁹ | List Price: $49.99 | -50% $24⁹⁹ | List Price: $36.99 |
| prime | Typical: $279.00 | List: $39.99 | prime | List Price: $49.99 | prime |
|  | prime | prime |  | prime |  |
|  | ♻ 1 sustainability feature | ♻ 4 sustainability features |  |  |  |

## What's in the box

- User Manual

## Related products with free delivery  Sponsored ⓘ                                                    Page 1 of 67










Fly Orb Hover Ball Floating Boomerang Spinner Drone Balls - Cool Toys Gifts for 6-1...
★★★★☆ 1,862
-21% $25⁹⁹
Typical price: $32.99
✔prime

LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi...
★★★★★ 4,058
-24% $24³²
List: $32.00
✔prime

Flying Orb Ball 2025 Boomerang Hover Ball Galatic Fidget Spinner Mini Drone Cool To...
★★★★☆ 513
-24% $24³²
List Price: $32.00
✔prime

GPS Drones with 4K Camera for Adults with Brushless Motor and Follow Me Mode,Long F...
★★★★☆ 468
-26% $88⁹⁹
Typical: $119.99
✔prime

WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe...
★★★★☆ 221
-22% $18⁶⁹
List Price: $23.99
✔prime

SYMA Drone for Kids 8-12 with Automatic Obstacle Avoidance, 20 Mins Flight Time(2 B...
★★★★☆ 797
-15% $42²⁶
List Price: $49.99
✔prime
🌿 1 sustainability feature

## Product Videos



## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2



RIEYON Flying orb Ball 2025 Upgrade Hover Boomerang Ball 6 Lighting Effe...
4.0 ★★★★☆ 832
$25.99 List: $32.00



SPARK CATCH Light Up Baseball, Glow in The Dark Baseball, Sports Gear...
4.3 ★★★★☆ 4,077
34% off Black Friday Deal
$25.49 List: $38.49





TSA Approved Medical Cooler with Biogel & USB...
★★★★★ 801
Black Friday Deal
Shop now



**amazon** prime                      Secure checkout ⌄                      🛒 Cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $19.00 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $1.14 |
| **Order total:** | **$20.14** |

**Delivering to**                                                             Change

PITTSBURGH, PA, 15238-3103, United States

Add delivery instructions

FREE pickup available nearby ⌄

**Paying with**                                                               Change

Want to use American Express Membership Rewards® points for this order? Learn more ⌄

Use a gift card, voucher, or promo code



**Get a $250 Amazon Gift Card instantly** upon approval for Prime Visa.    Learn more
Instant decision within 15 seconds and no annual fee.

**Arriving Nov 24, 2025**

If you order in the next 20 hours and 13 minutes

⦿ **Fastest** Monday, Nov 24                        FREE

◯ **Amazon Day** Wednesday, Nov 26                  FREE
   🌿 Lower carbon delivery ⌄



2024 Hot New Flying orb Ball Spinner Magic 360 Rotating Hover Mini Drone Led Flying Orb Ball Toy Flying Spinner… (Red)
**$19.00**
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by RSN GROUP

🗑  1  +

Add gift options

**Place your order**

Order total: $20.14
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart



**DOE 19 - Amazon - SAMCHYNSKYI21 - A1GRG5KUDCIPHX**



https://www.amazon.com/Rotating-Galactic-Floating-Christmas-Birthday/dp/B0CMXMXRKS/ref=sr_1_130?crid=2OSV0C99OKMR7&dib=eyJ2Ijoi MSJ9.2nC1J9H0IbcVSHvTrqE_dm_OyKo8euJM2mUUDRScuRTyvItFI3PXCNikOjkefvdVoxAUfu6fd.q15N90zFhlLkruy0pZCh6aM3iJc3k 2HeMHqu9-33bgmIpdJH-yJdGZwG9gWa8pc-yL8-VuoOHzEORSxTNM7-a2dW2okf3vp_jmaX0j_UB35fmlhucOdbNeZKpDVUhXK2mJK_nRLyipuUo78Xl8Aqyoc55Gf E4XWKgTSy9U-ZWTdt9zqC0VgrgiYgD9Acf_6MQF7_gMlle7YXvY0kRzAurv-Da5xF0zwvb1j3aQLHAj9v6SaK1yOWlE&dib_tag=se&keywords=flying+orb&qid=17623 27886&sprefix=%2Caps%2C883&sr=8-130&xpid=M0wxmmt39T9h-    November 21, 2025

amazon prime

Deliver to The — Pittsburgh 15238

All ▾ | flying orb | 🔍

EN ▾ | Hello, Annie — Account & Lists ▾ | Returns & Orders | 0 Cart

☰ All | 🔵 Rufus | Black Friday | Medical Care ▾ | Luxury | Amazon Basics | Buy Again | Customer Service | Amazon Business ▾ | Audible | **Tonight: NBA on Prime**

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

AMERFIST 2025 Flying Orb Ball Toy,Cosmi...
★★★★☆ 16,145
**24% off** Black Friday Deal
$24.32 ~~$32.00~~ ✓prime | Shop now

Sponsored ⓘ

Toys & Games › Novelty & Gag Toys › Flying Toys › Toy Parachute Figures



Click to see full view

🔵 Ask Rufus

**Flying Orb Ball Toys, Hover Ball 360° Rotating Flying Space Ball Built-in LED Light, 2023 Galactic Fidget Spinner Ball, Cool Magic Floating Flying Ball for Kids Adults Christmas Birthday Gifts (Red)**

Brand: okoium

5.0 ★★★★★ ▾ (3) | Find specific info

$88.00

Price history

Or $22.00 /2 weeks (x4). Select from 3 plans

Shopping for work? Save 35% up to $100 on your Amazon Business orders. Sign up for a free business account.

Pay $88.00 $0.00; get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more

- 💗 【Flying Ball Toys for Children to Relax and Interact】This hover ball will be more fake oɾɾ,'so kiơs čán relaẋ wnile èẋploring the fun at home, school, party or anywhere! Fly ball can help your child get away from computer games and get closer to nature. It's also a good toy for you and your child to interact with each other, which can enhance your relationship.

- 💗 【Magic Cool Hand Control Flying Hover Ball】2023 Super Cool Magic Flying Ball! After gently pressing the button,open your palm, hold the bottom of the flying ball, and start flying. Different throwing angles and speeds create various flight paths and boomerang effects. If you want to stop the flight, just shake the flying space ball and stop the rotation. The colorful LEDs on the flying ball at night make your magic ball toy even cooler! A fantastic indoor toy!

- 💗 【Colorful LED Lights & Rechargeable】The hover ball has built-in LED lights, and it can change colors infinitely during flight. When using it at night it looks like a shooting star flying through the sky. Great for night time outdoor games. Our magic flying ball toy can be charged through any USB port. Fast charging It only takes 30 minutes to fully charge, so you can enjoy a long flight. The LED is always on while charging and goes off when charging is complete.

- 💗 【Safe and High Quality Flying Ball Toys】Tested! This flying ball is made of high-quality materials, the shell is soft, and the anti-drop design makes it durable and not easy to damage. The protective

$88.00

**FREE delivery Thursday, December 4.** Details

Deliver to The - Pittsburgh 15238

**Only 9 left in stock - order soon.**

Quantity: 1 ▾

Add to Cart

Buy Now

Shipper / Seller | SAMCHYNSKYI21
Returns | Returnable until Jan 31, 2026
Customer service | SAMCHYNSKYI21
▾ See more

Add to List ▾



AMERFIST 2025 Flying Orb Ball...
4.1 ★★★★☆ 16,145
$24.32 ✓prime

Sponsored ⓘ

shell design means it is safe to hold it by hand, and the propeller is located inside the fly ball toy, making it very safe for children. You also don't have to worry about it damaging your furniture - it automatically stops and falls when its soft shell hits furniture or anything.

- 💗【Great Choice for Fly Orb Hover Ball Gifts】This flying ball toy for kids is a perfect gift for boys and girls on birthday, Halloween, Thanksgiving and Christmas, and also a creative birthday gift for family and friends. Package includes: Flying Float*1, USB Charging Cable*1, User Manual*1, DIY Sticker*2 Sets, DIY Head*1. We make every product with heart and treat our customers with care. If you have any questions about it, please feel free to contact us, we will reply you within 24 hours.

› See more product details

▤ Report an issue with this product or seller



Fidget Spinner, Cool Toys Gifts for 6 7 8 9 10 11 12+ Years Old boy Girls Teens, Hand Mini Drone Cosmic Globe, Indoor Outdoor

Sponsored ⓘ

---

## Bundle these items

 + 

Total price: $107.99

**Add both to Cart**

ⓘ One of these items ships sooner than the other. Show details

**This item:** Flying Orb Ball Toys, Hover Ball 360° Rotating Space Ball Built-in LED Light,...
★★★★★ 3
$88⁰⁰

Sponsored ⓘ
StarGlow LED Flying Orb Ball, Rechargeable Galaxy Spinner with Multicolor Lights, Fall-...
$19⁹⁹

---

## Based on your recent views  Sponsored ⓘ

Page 1 of 28

    

Hoofun Flying Orb Ball Toy, 2025 Magic Hover Ball Boomerang, 360° Rotating Cosmic G...
★★★★☆ 1,060
Black Friday Deal
-35% $19⁹⁹
List Price: $30.99
✓prime

2025 Flying Orb Ball for Kids, Magical Galaxy Hover Cosmic Space Boomerang Rotating...
★★★★☆ 180
$18⁹⁹
✓prime

Flying Orb Ball, Magic Hover Flying Ball Toy with Rechargeable, Light Up Floating B...
★★★★☆ 101
Black Friday Deal
-50% $9⁹⁹
List Price: $19.99
✓prime

2 Packs Flying Orb Ball Toy 2025, Boomerang Hover Ball Cosmic Globe, Galaxy Flying ...
★★★★★ 4
-17% $49⁹⁹
List: $59.99
✓prime

ENJSD 2025 Flying Orb Ball, Boomerang Hover Space Ball Flying Spinner, Orb Drone Or...
★★★★★ 49
Amazon's Choice
Black Friday Deal
-15% $18⁶⁹
Typical price: $21.99
✓prime

StarGlow LED Flying Orb Ball, Rechargeable Galaxy Spinner with Multicolor Lights, F...
$19⁹⁹

---

## 4 stars and above  Sponsored ⓘ

Page 1 of 13

     

Flying Orb Ball Toys, Globe Space Ball, Galaxy Cosmic Gyroscope Fidget...

LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget...

2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball...

Tikduck 2025 Flying Bouncing Ball Toy - USB Rechargeable, Hand-...

WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover...

Flying Orb Ball 2025 Boomerang Hover Ball Galatic Fidget Spinner...







| Spinning, Co… | Spinner, Cool Toys Gi… | Galactic Fidget Spinner,… | Controlled with 3D F… | Orb, Cosmic Globe… | Mini Drone Cool To… |
|---|---|---|---|---|---|
| ★★★★☆ 79 | ★★★★½ 4,058 | ★★★★☆ 16,145 | ★★★★★ 150 | ★★★★☆ 221 | ★★★★½ 513 |
| $19⁹⁹ | Black Friday Deal | #1 Best Seller | Black Friday Deal | Black Friday Deal | Black Friday Deal |
| ✔prime | -24% $24³² | Black Friday Deal | -20% $25⁶⁰ | -22% $18⁶⁹ | -24% $24³² |
| You pay $17.99 with coupon | List: $32.00 | -24% $24³² | List Price: $32.00 | List Price: $23.99 | List Price: $32.00 |
| | ✔prime | List: $32.00 | ✔prime | ✔prime | ✔prime |
| | | ✔prime | | | |

## Product information

### Item details ∧

| | |
|---|---|
| Educational Objective | Flying Orb Ball |
| Brand Name | okoium |
| UPC | 743333863170 |
| Customer Reviews | 5.0 ★★★★★ ∨ (3)<br>5.0 out of 5 stars |
| Best Sellers Rank | #632,100 in Toys & Games (See Top 100 in Toys & Games)<br>#389 in Toy Parachute Figures |
| ASIN | B0CMXMXRKS |
| Item Height | 1 inches |
| Manufacturer | okoium |
| Manufacturer Minimum Age (MONTHS) | 72.00 |

### Style ∧

| | |
|---|---|
| Color | Flying Ball Red-2023 |
| Theme | Flying Orb Ball |

### Measurements ∧

| | |
|---|---|
| Item Dimensions | 1 x 1 x 1 inches |

### Materials & Care ∧

| | |
|---|---|
| Material Type | Plastic |
| Product Care Instructions | Wipe with Dry Cloth |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ∨

## Product description

**Magic Flying Ball Toy, Enjoy the Fun of The Flying Ball**

Are your children dislike sports? Are they addicted to electronic games? Do they dislike communicating with parents? This flying ball can help your child stay away from computers and games. Children can play with their friends or enjoy the charm of flying ball drones with the whole family.

**Safe,Durable,Fun Flying Ball Toys,Suitable for All Ages**

Our flying hover ball is made of high-quality materials,which is soft and durable,so you don't have to worry about breaking them while playing. The flying ball is equipped with built-in LED lights,which will change various colors during flight.It can be charged through any USB port in just 30 minutes,allowing you to enjoy endless flying fun! Of course,the magical flying ball is suitable for any age group, and enjoy the charm of flying ball drones together!

**Flying Ball Toys That Can be Played Anytime, Anywhere**





**Anti-Drop** · **Safe & Fun** · **Endless Tricks** · **Fly As A Boomerang** · **USB Fast Charging** · **Dynamic RGB Light**

### Safe,Durable,Fun Flying Ball Toys,Suitable for All Ages

Our flying hover ball is made of high-quality materials,which is soft and durable,so you don't have to worry about breaking them while playing. The flying ball is equipped with built-in LED lights,which will change various colors during flight.It can be charged through any USB port in just 30 minutes,allowing you to enjoy endless flying fun! Of course,the magical flying ball is suitable for any age group, and enjoy the charm of flying ball drones together!

### Flying Ball Toys That Can be Played Anytime, Anywhere

This floating ball doesn't need too much space to take off, and children can play with family at home or enjoy the charm of flying ball drones with friends outdoors.If you are tired of working in the office, you can also play flying ball with your colleagues to relieve work pressure.Flying orb balls are very light, you can interact with anyone around you anytime,anywhere.



### Ideal Gift for Kids or Adults

Cool magic flying ball for kids can be used as an ideal birthday Christmas party gift idea for boys and girls,or as a creative birthday gift for family and



**Ideal Gift for Kids or Adults**

Cool magic flying ball for kids can be used as an ideal birthday Christmas party gift idea for boys and girls,or as a creative birthday gift for family and friends.This hover ball toy is the perfect gift for birthdays,Halloween,Thanksgiving and Christmas.

## Customers also viewed these products                Page 1 of 7 ⋮



**Ideal Gift for Kids or Adults**

Cool magic flying ball for kids can be used as an ideal birthday Christmas party gift idea for boys and girls,or as a creative birthday gift for family and friends.This hover ball toy is the perfect gift for birthdays,Halloween,Thanksgiving and Christmas.

## Customers also viewed these products                Page 1 of 7 ⋮

‹



Vantexi Flying Orb Ball Toy,Flying Ball Drone…
★★★★½ 497
#1 Best Seller
-38% $24¹⁹
Black Friday Deal
List Price: $39.00
Lowest price in 30 days
✓prime FREE One-Day Get it
Tomorrow, Nov 22



UROINT 2025 Flying Orb Ball for Kids, Magical Galaxy Hover Cosmic Space Boomerang Rotating Floating Mini…
★★★★☆ 180
$18⁹⁹
✓prime FREE One-Day Get it
Tomorrow, Nov 22



Ciniffo Flying Orb Ball Toy 2025 – Light Up Hand Controlled Boomerang Spinner Mi…
★★★★½ 5,487
-15% $19⁶⁴
Black Friday Deal
Typical: $23.10
✓prime FREE One-Day Get it
Tomorrow, Nov 22



Flying Orb Ball, Magic Hover Flying Ball Toy with Rechargeable, Light Up…
★★★★☆ 101
-50% $9⁹⁹
Black Friday Deal
List Price: $19.99
Lowest price in 30 days
✓prime FREE One-Day Get it
Tomorrow, Nov 22



Magic Flying Orb Ball with Lights,2025 UFO Hand Operated Mini…
★★★★☆ 3,696
-27% $24⁶⁹
Black Friday Deal
List Price: $33.99
Lowest price in 30 days
✓prime FREE One-Day Get it
Tomorrow, Nov 22

›

## Related products with free delivery  Sponsored ⓘ          Page 1 of 25

‹



MERRYHOME Flying Orb Ball Toys: 360°Rotating Hand Controlled Drone Orbit, 2025 Cool…
★★★★☆ 868
Black Friday Deal
-39% $19⁹⁹
List Price: $32.99
✓prime



LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi…
★★★★½ 4,058
Black Friday Deal
-24% $24³²
List: $32.00
✓prime



Flying Orb Ball 2025 Boomerang Hover Ball Galatic Fidget Spinner Mini Drone Cool To…
★★★★½ 513
Black Friday Deal
-24% $24³²
List Price: $32.00
✓prime



2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,…
★★★★☆ 16,145
#1 Best Seller
Black Friday Deal
-20% $25⁶⁰
List: $32.00
✓prime



Flying Orb Ball Flying Toys: Fly Orb Hover Ball Floating Boomerang Spinner Spinner …
★★★★☆ 1,862
Black Friday Deal
-44% $19⁹⁹
List Price: $35.99
✓prime



Tikduck Flying Orb Ball 2025 Toys Soaring Hover Boomerang Spinner Hand Controlled M…
★★★★☆ 10,182
Black Friday Deal
-24% $24³²
List: $32.00
✓prime

›

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## Brands in this category on Amazon

Sponsored ⓘ

  


# amazon prime

## Secure checkout ⌄

🛒 Cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $88.00 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $5.28 |
| **Order total:** | **$93.28** |

## Delivering to
PITTSBURGH, PA, 15238-3103, United States

Add delivery instructions

Change

## Paying with
Change

Select a payment plan

Want to use American Express Membership Rewards® points for this order? Learn more ⌄

Use a gift card, voucher, or promo code



**Get a $250 Amazon Gift Card instantly** upon approval for Prime Visa. Instant decision within 15 seconds and no annual fee.

Learn more

## Arriving Dec 4, 2025
◉ **Thursday, Dec 4**          FREE



Flying Orb Ball Toys, Hover Ball 360° Rotating Flying Space Ball Built-in LED Light, 2023 Galactic Fidget Spinner Ball, Cool Magic Floating Flying Ball for Kids Adults Christmas Birthday Gifts (Red)
**$88.00**
Ships from SAMCHYNSKYI21
Sold by SAMCHYNSKYI21

🗑 1 +

Gift options not available

**Place your order**

Order total: $93.28
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

**Back to top**



Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 20 - Amazon - shell's - A1T9SUM5XR346Q**



https://www.amazon.com/Hand-Controlled-Rechargeable-Multiple-Floating-Spinning/dp/B0G4S8WPHL/ref=sr_1_188?crid=2KPCBYRP2LOBS&dib=ey    December 9, 2025
J2JjoiMSJ9.-T3ALeMlHXru4x_VjDXhrfTpIY8pYemMJzh2HQWk1zuzFjx3mxljU2RtJDm3-FUN1rgODNofGKuqXSgk4_UYaAw_iF-5ixF0aKQ4WYPwiN-ybivcQiAKBWLqbcL45
vW5F95MDy5bQjr8-SisEcL2Up6PzCiqUXiNWhqwTDB-HHLqrfl4HlJE1k-00j2CMvtDZqfSEf6q6g1REFd2sdnEzuGGSRvlBVe_wvCD9xwR_dvUV2yX1PbSBls8Kn0lkomuySiF
K4fsPnO5AGEj05sD2SDV8Cs0WFeOSQU7egbu7iU.o-3E4L57rYbEENR0HEWHNHKNk7Rn0_q77zHwo06DnRk&dib_tag=se&keywords=flying%2Borb&qid=1764899248&s
prefix=%2Caps%2C754&sr=8-188&xpid=kFyJqqG31-4Ss&th=1



# Flying Orb Mini Drone with LED Light, Hand-Controlled Flight Ball, Rechargeable via Micro USB, Multiple Colors, Floating Spinning Toy for Indoor and Outdoor Play, 4x4x4 Inches (Blue)

Brand: Generic

Search this page

**$19⁹⁹**

Price history

Shopping for work? Save 35% up to $100 on your Amazon Business orders.
Sign up for a free business account.

Pay ~~$19.99~~ **$0.00**; get a $200 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more

**Color: Blue**

  
$19.99    $19.99    $19.99

- **HAND-CONTROLLED FLYING:** Magic orb responds to hand movements, allowing you to spin, float, glide, and throw it like a boomerang for mesmerizing flight patterns that return to your hand with practice
- **SAFE DESIGN:** Constructed with non-toxic ABS material that's soft, flexible cable, providing 10-12 minutes of flying time per charge with LED indicator for battery status
- **VERSATILE PLAY:** Perfect for both indoor and outdoor use, day or night, making it an ideal toy for home entertainment, parties, schoolyard fun, or even office stress relief
- **DEVELOPMENTAL BENEFITS:** Enhances hand-eye coordination, spatial awareness, and motor skills while encouraging creativity as children invent new games and tricks

› See more product details

⊡ Report an issue with this product or seller


Fesbt Flying Orb Ball Toy 2025 Boomerange Hover Ball Galatic Fidget Spinner Mini Drone Cool...
★★★★☆ 523    $24.32 ✓prime
Shop now ›

Sponsored ⓘ

---

**$19⁹⁹**

FREE delivery **Monday, December 15.** Details

**Arrives before Christmas**

⊙ Deliver to The - Pittsburgh 15238

**Only 2 left in stock - order soon.**

Quantity: 1 ▾

[ Add to Cart ]

[ Buy Now ]

Shipper / Seller    shell's

Returns    Returnable until Jan 31, 2026

Payment    Secure transaction

˅ See more

[ Add to List ▾ ]





PRO STASH 2025 Upgraded Flyi...
$18⁶⁹ ✓prime

Sponsored ⓘ

---

## Bundle these items



**This item:** Flying Orb Mini Drone with LED Light, Hand-Controlled Flight Ball, Rechargeable via...
$19⁹⁹

Sponsored ⓘ
Flying Orb Ball Toy 2025 Hand Controlled Hover Spinner Galaxy Lights Ball 360° Boomerang...
★★★★★ 14
-15% $16⁹⁹
Typical: ~~$19.99~~
✓prime

Total price: $36.98

[ Add both to Cart ]

ⓘ Some of these items ship sooner than the others.
Show details

**Based on your recent views** Sponsored ⓘ

Page 1 of 34

     

2025 Upgraded Flying Orb Ball Toy, Hover Boomerang Ball Spinner Mini Drone - Magic ...
★★★★★ 12
$25.99

Flying Orb Ball 2025 Boomerang Hover Ball Galatic Fidget Spinner Mini Drone Cool To...
★★★★½ 523
-24% $24.32
List Price: $32.00
✓prime

2 Pack-2025 Upgraded Flying Orb Ball Toy, Hover Boomerang Ball Spinner Mini Drone -...
★★★½☆ 12
-9% $29.99
List: $32.99
✓prime

Hand Operated Drone Toy for Kids - Easy Fly Hover Drone with AI Motion Sensor, Rech...
★★★★☆ 74
-24% $18.99
List: $24.99
✓prime

Flying Orb Ball Toy 2025 Hand Controlled Hover Spinner Galaxy Lights Ball 360° Boom...
★★★★★ 14
-15% $16.99
Typical: $19.99
✓prime
You pay $15.29 with coupon

Flying Orb Ball Toy, Magic Hover Boomerang Hand Drone Cosmic Globe, Light Up Fidget...
★★★★★ 2
-6% $15.99
Typical: $16.99
✓prime

**4 stars and above** Sponsored ⓘ

Page 1 of 14

     

Flying Bouncing Ball Toys 2025 - Cosmic Galaxy Hove Orb Ball Hand Controlled Leap...
★★★★☆ 77
Limited time deal
-38% $24.99
List: $39.99
✓prime

Hand Operated Flying Toy Drone for Kids, 360° Hands Free Motion Sensors Mini Drone...
★★★★½ 120
-10% $17.90
List: $19.99
✓prime

Force1 Scoot Hand Operated Drone for Kids or Adults - Hands Free Motion Sensor Mini...
★★★★☆ 23,459
$17.99
✓prime

ATHLERIA Blue Flying Orb Ball with Wand,Cosmic Globe Hover Boomerang Mini...
★★★★½ 3,708
-17% $49.99
List: $59.99
✓prime

Dwi Dowellin Mini Drone for Kids Crash Proof LED Night Lights One Key Take Off Land...
★★★★☆ 3,972
Amazon's Choice
$37.99
✓prime

Awaiymi 2024 Upgraded Hand Controlled Drone for Kids Small Rc Quadcopter Aircraft W...
★★★★☆ 99
$29.99
✓prime
You pay $28.19 with coupon

## Product information

| Item details ⌄ |
|---|

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ⌄

| Style ⌄ |
|---|
| Measurements ⌄ |
| Additional details ⌄ |

## Product Description

Transform playtime into a magical experience with this captivating Flying Orb Mini Drone. This mesmerizing LED light UFO spinner toy responds to the wave of your hand—spinning, floating, gliding, and climbing through the air like a boomerang before gracefully returning. The orb features vibrant, colorful lights that create stunning visual effects as it moves. Weighing just 4oz and measuring 4x4x4 inches, this compact wonder is designed for both indoor and outdoor play, day or night. The outer shell is crafted from soft, flexible, and lightweight non-toxic ABS material, making it durable enough to withstand countless crashes while keeping safety at the forefront. The well-encased blades and automatic shut-off feature when encountering obstacles provide additional peace of mind. Beyond entertainment, this flying ball helps develop hand-eye coordination, spatial awareness, and motor skills. Quick 25-minute USB charging delivers 10-12 minutes of flight time—perfect for home play, parties, or even as a stress-reliever at the office. With a little practice, you'll master incredible flight patterns that will amaze everyone around you.

## Important information

### Safety Information

Not for children under 3. Choking Warning

## Products related to this item Sponsored ⓘ

Page 1 of 40

      

Flying Orb Ball Toy 2025

Flying Orb Ball Toy, Magic Hover ...

2025 Upgraded Flying Orb Ball Toy with LED ...

2025 Upgraded Flying Orb Ball Toy, Hover ...

Flying Bouncing Ball Toys 2025 - Cosmic ...

Magic Ball, Flying Saucer





Sunnydaze Decor
Rustic Chiminea
Fireplace, 70-Inch, by
Sunnydaze...
★★★★☆ 54
$425.00 ✓prime

Sponsored ⓘ



HOVERAir X1 Drone with Camera, Self-Flying
Camera Drone with Follow Me Mode, Foldable...
$269.00 ✓prime ★★★★☆ 1,384    Shop now

Sponsored ⓘ



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

⊕ English ⇕    🇺🇸 United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business    Amazon Fresh    AmazonGlobal    Home Services    Amazon Web    Audible    Box Office Mojo



https://www.amazon.com/checkout/p/p-106-9341547-9480209/spc?pipelineType=Chewbacca&isBuyNow=1&referrer=spc    December 9, 2025

## Secure checkout ⌄

 Cart

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $1.20 |
| **Order total:** | **$21.19** |

### Delivering to    Change

PITTSBURGH, PA, 15238-3103, United States

Add delivery instructions

### Paying with    Change

Want to use American Express Membership Rewards® points for this order? Learn more ⌄

Use a gift card, voucher, or promo code



**Get a $250 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee    Learn more

### Arriving Dec 15, 2025

◉ Monday, Dec 15    FREE



Flying Orb Mini Drone with LED Light, Hand-Controlled Flight Ball, Rechargeable via Micro USB, Multiple Colors, Floating Spinning Toy for Indoor and Outdoor Play, 4x4x4 Inches (Blue)
**$19.99**
Ships from shell's
Sold by shell's

Disclaimers

🗑 1 +

Gift options not available

**Place your order**

Order total: $21.19
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart



Back to top

amazon    🌐 English ⌄    🇺🇸 United States ⌄    Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 21 - Amazon - SHHUAKEJI-US - A25EHVAVSEY737**



https://www.amazon.com/Upgraded-Boomerang-Floating-Galactic-Spinner/dp/B0FLYLVZZF/ref=sr_1_55?crid=1TLQE38J0EA0H&dib=eyJ2IjoiMSJ9.ZT    December 9, 2025
a8SmfaGv6a95xxXTzkLlVo_-hYudNGl0Uh_eJq6J3rvUO8t-8ba46-XWc9pqrHEcvZsqvzxfrBWUT0lFlFeMvqblbXLhV63PxoV9erIQ4ShiSTzPMYjx_JFkIkaUCr5uv-oZbb--qWh
9osb4T-b7TFXtEnqMS62vZ8xZUymOqTHg1_FEiD97P5vGM9TLv4Fi1ktrFVoj-JqpD9oe7T0ugV-pAbNLGBDzfeQkFy57PTDte440NwB3VPVSxOX4-_bFyVdh3hvFkULAcGF
OBbb-navEOXexeCJAqpMuordfs.3UhEjBqHkyQF8-YF57Ip4puxOtT1CakohYX_1HwrLiM&dib_tag=se&keywords=flying%2Borb&qid=1764659940&sprefix=%2Caps%2C171
&sr=8-55&th=1

Toys & Games › Novelty & Gag Toys › Fidget Toys › Pop Fidget Toys



Click to see full view

**Ask Rufus**

What skills does it help kids develop?

Does it come with a charger?    Can it be used outdoors?

Ask something else

## Upgraded Flying Orb Ball 2025 Hover Orb Boomerang Galaxy Ball Cosmic Floating Globe Magic Galactic Flying Spinner Balls Hand Drone Fidget Toys for Kids Ages 6+ Year Old Boys Girls Bule

Brand: Generic

4.8 ★★★★★ (17)  |  Search this page

**$17⁵⁹**

Price history

FREE Returns ⌄

Shopping for work? Save 35% up to $100 on your Amazon Business orders.
Sign up for a free business account.

**Pay** ~$17.59~ **$0.00** upon approval for the Amazon Business Prime Card. Terms apply. Learn more

Style: Blue




- **INTELLIGENT FLIGHT & DAZZLING LIGHTS:** Experience the upgraded flying orb ball toy! Featuring advanced tech, this galaxy ball responds to your throw. Different throwing angles and speeds will create different flight lines and boomerang experiences. Vibrant LED lights create a stunning cosmic flying globe display, especially captivating at night – like controlling a magic flying ball. Use our cool drone flying ball toys to unlock endless aerial tricks and boost creativity

- **LIGHTWEIGHT, SAFE & BUILT FOR FUN:** This magic sphere hover orb ball features a protective spherical design and is made from safe, durable materials for kids. It automatically stops upon impact with furniture or walls. The upgraded mesh outer shell provides more protection for your children. Drop-resistant and featuring enclosed propellers, it withstands countless crashes for worry-free play. 2025 best indoor outdoor flying toys for 8 9 10 11 12 year old boys girls

- **RECHARGEABLE READY FOR ADVENTURE:** This flying orb spinner ball drone toy features easy-to-charge USB capability. Achieve a full charge in just 20-25 minutes, delivering 8-10 minutes of continuous flight or longer intermittent play. Power it via computer, power adapter, or portable charger. The indicator light comes on when charging and goes off when fully charged. Our boomerang orb ball drone is easy to control and ensures kids have a fun time

- **ENDLESS FUN ANYTIME, ANYWHERE:** The coolest galactic magic floating balls fidget toys for kids! No remote needed – intuitive hand control makes it easy to use. Its compact, portable design works flawlessly indoors or outdoors, requiring minimal space for takeoff. Enjoy smooth flight patterns, the boomerang effect, and vibrant lights at home, school, parties, or the park. Cool galaxy orb ball toys for kids 8 9 10 11 12 year old boys girls

- **PERFECT GIFT FOR ALL AGES:** Searching for cool gifts for boys girls teens, or even adults? Look no further! This cool toys novelty item sparks joy and imagination. It's the best gifts for birthdays Christmas Halloween Thanksgiving Day Easter, or any occasion. Promote active play, skill development, and unforgettable fun for boys girls kids teens. It's also the best mini drone toy for children 8 9 10 11 12 years old and beginners

› See more product details

⊟ Report an issue with this product or seller



Flying Orb Ball Toys, Globe Space Ball, Galaxy

**$17⁵⁹**

FREE delivery **Saturday, December 20** for Prime members

Arrives before Christmas

Deliver to The - Pittsburgh 15238

Quantity: 1 ⌄

Add to Cart

Buy Now

Ships from  Amazon
Sold by  SHHUAKEJI-US
Returns  FREE refund/replacement until Jan 31, 2026
Gift options  Available at checkout

⌄ See more

Add to List ⌄





PRO STASH 2025 Upgraded Flyi...
**$18⁶⁹** ✓prime

Sponsored ⓘ



Cosmic Gyroscope Fidget Spinning, Cool...
★★★★☆ 83    $19.99  ✓prime

Shop now ›

Sponsored ⓘ

## Bundle these items

 +  + 

Total price: **$54.47**

[ Add all 3 to Cart ]

ⓘ Some of these items ship sooner than the others. Show details

**This item:** Upgraded Flying Orb Ball 2025 Hover Orb Boomerang Galaxy Ball Cosmic Floating...
★★★★★ 17
$17⁵⁹

Sponsored ⓘ
Upgraded Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Balls Cosmic...
★★★★☆ 15
$16⁸⁹
✓prime

Sponsored ⓘ
OKPOW Cosmic Fly Ball Boomerang Hover – 2025 Galaxy Ball Flying Orb Cosmic Flyball T...
★★★★☆ 190
-20% $19⁹⁹
Typical: $24.99
✓prime

## Based on your recent views  Sponsored ⓘ

Page 1 of 36

     

Flying Orb Ball Toy 2025 Hand Controlled Hover Spinner Galaxy Lights Ball 360° Boom...
★★★★★ 13
-15% $16⁹⁹
Typical: $19.99
✓prime
You pay $15.29 with coupon

Upgraded Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Balls Cosm...
★★★★☆ 15
$16⁹⁹
✓prime
You pay $15.29 with coupon

2025 Upgraded Flying Orb Ball - Hover Drone Boomerang Ball for Kids & Adults, Fun I...
★★★★☆ 14
#1 Best Seller
$18⁶⁹
✓prime

Flying Orb Ball Toy 2025 Hover Soaring Nebula, Hand Controlled Boomerang Galactic if...
★★★★★ 1
-16% $15⁹⁹
Typical: $18.99
✓prime

Flying Orb Ball Upgraded, 2Pack Hand-Controlled Flying Orb Ball Toy, Boomerang...
★★★★☆
-40% $29⁹⁹
Typical price: $49.99
✓prime

2025 Upgraded Flying Orb Ball Toy, Hover Boomerang Ball Spinner Mini Drone - Magic ...
★★★★★ 13
$17⁹⁹

## 4 stars and above  Sponsored ⓘ

Page 1 of 20

     

OFUN Flying Orb Ball Toys 2025 - Hover Ball Cosmic Globe Boomerang, Hand...
★★★★☆ 77
#1 New Release
Limited time deal
-33% $15²⁹
Typical: $22.99
✓prime

ENJSD 2025 Flying Orb Ball, Boomerang Hover Space Ball Flying Spinner, Orb Drone Or...
★★★★☆ 54
-17% $19⁹⁹
Typical: $23.99
✓prime

WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe...
★★★★☆ 232
Limited time deal
-29% $16⁹⁹
List: $23.99
✓prime

AMERFIST 2025 Flying Orb Ball Toy,Cosmic Globe Space Ball, Galaxy Cosmic Gyroscope Fidget Spinning, Co...
★★★★☆ 16,349
-20% $25⁵⁰
List: $32.00
✓prime

Flying Orb Ball Toys, Globe Space Ball, Galaxy Cosmic Gyroscope Fidget Spinning, Co...
★★★★☆ 83
$19⁹⁹
✓prime
You pay $16.99 with coupon

Sosuy 2025 Flying Orb Ball for Kids, Magical Hover Galaxy Cosmic Boomerang Space Fl...
★★★★☆ 194
$19⁹⁹
✓prime



## Product information

### Item details ⌄

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ⌄

### Style ⌄

### Measurements ⌄

### Materials & Care ⌄

**Product Description**

Upgraded Flying Orb Ball 2025 Hover Orb Boomerang Galaxy Ball Fidget Cosmic Flying Globe Floating Ball Hand Drone Galactic Flying Spinner Toys Cool Gifts for Kids Ages 6+ Year Old Boys Girls

## Brand in this category on Amazon

 **Perfect Christmas Gift for Kids**

Shop PRO STASH ›




Best seller
PRO STASH 2025 Upgraded Flyin...
★★★★☆ 14
✓prime


Best seller
PRO STASH 2025 Upgraded Flyin...
★★★★☆ 14
✓prime


Best seller
PRO STASH 2025 Upgraded Flyin...
★★★★☆ 14
✓prime

Sponsored ⓘ

## What's in the box

- Flying Orb Ball
- Usb Charging Cable

## Related products with free delivery  Sponsored ⓘ

Page 1 of 43


Upgraded Flying Orb Ball 2025 Hand Drone Galaxy Ball Hover Orb Boomerang Balls Cosm...
★★★★☆ 15
$16.89
✓prime

You pay $15.20 with coupon


Flying Orb Ball Toy 2025 Hand Controlled Hover Spinner Galaxy Lights Ball 360° Boom...
★★★★★ 13
$16.99
✓prime

You pay $15.29 with coupon


Flying Orb Ball Toy 2025 Hover Soaring Nebula, Hand Controlled Boomerang Galactic if...
★★★★★ 1
-16% $15.99
Typical: $18.99
✓prime


Flying Orb Ball Toy, Magic Hover Boomerang Hand Drone Cosmic Globe, Light Up Fidget...
★★★★★ 2
-6% $15.99
Typical: $16.99
✓prime


2025 Upgraded Flying Orb Ball - Hover Drone Boomerang Ball for Kids & Adults, Fun I...
★★★★☆ 14
#1 Best Seller
$18.69
✓prime


Flying Orb Ball Upgraded, 2Pack Hand-Controlled Flying Orb Ball Toy, Boomerang...
-40% $29.99
Typical price: $49.99
✓prime

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Similar brands on Amazon
Sponsored ⓘ



Sosuy 2025 Flying Orb Ball for Kids, Magical Hover Galaxy Cosmic...
4.0 ★★★★☆ 194
$19.99



2 Pack-2025 Upgraded Flying Orb Ball Toy, Hover Boomerang Ball Spinner Mi...
5.0 ★★★★★ 13
$29.99



Sunnydaze Decor Crossweave Outdoor Fire Pit with...
★★★★☆ 4,384
$159.00 ✓prime
[ Add to cart ]

Sponsored ⓘ

**◉ Looking for specific info?**

Ask Rufus or search reviews and Q&A                                  ➤

| What skills does it help kids develop? | Does it come with a charger? | Can it be used outdoors? |

| Is it made for group play? | What is the recommended age range? |

---

## Customer reviews

★★★★★ 4.8 out of 5

17 global ratings

| | | |
|---|---|---|
| 5 star | ▬▬▬▬▬ | 92% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | ▬ | 8% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review



Outdoor Tripod Cooking Grill System, by Sunnydaze…
★★★★☆ 324
$90⁹⁵ ✓prime

Sponsored ⓘ

---

### Reviews with images




See all photos ›

### Top reviews from the United States

**Nataliia**

★★★★★ **Entertaining**

Reviewed in the United States on December 6, 2025

Style: Pink | Verified Purchase

Very entertaining toy for kids. My kids have the same and they like it so much, so I decided to order one more like a gift for their friend.

Helpful | Report

**Mirian alvarado**

★★★★★ **it exceeded my expectations**

Reviewed in the United States on December 6, 2025

Style: Blue & Pink | Verified Purchase

★★★★★

Amazing! The Flying Spinner exceeded my expectations. It's easy to use, durable, and so much fun. Perfect for passing the time, entertaining kids, and making cool videos.



Helpful | Report

**Mark Beach**

★★★★★ **So fun!!**

Reviewed in the United States on December 5, 2025

Style: Blue | Verified Purchase

This is such a fun toy! I play with my dogs in the backyard at night and they love chasing it. Super easy to use and charge...very pleased with this product.

One person found this helpful

Helpful | Report

**Anastasia Muradian**

★★★★★ **Good**

Reviewed in the United States on December 6, 2025

Style: Blue & Pink | Verified Purchase

A very cool toy for my kids! They're having fun and playing! Great price! It's great that there are two of them!Fast games!I like it

Helpful | Report

**Yadira**

★★★★★ **Good product**

Reviewed in the United States on December 6, 2025

Style: Blue & Pink | Verified Purchase

These flying balls will keep your little ones entertained and having fun. Their vibrant colors make them look beautiful. I highly recommend them.

Helpful | Report

Laura

★★★★★ **Best price**

Reviewed in the United States on December 2, 2025

Style: Blue & Pink | Verified Purchase

I was looking for this and found 2 for almost the price of one! My daughter love them! I do recommend them! Also we been getting some more for Christmas 🎄 !! 10/10

3 people found this helpful

Helpful | Report

 catherine

★★☆☆☆ **Remote didn't work**

Reviewed in the United States on December 2, 2025

Style: Blue | Verified Purchase

The remote did not work, the ball worked but only if you turned it on manually. My grandson couldn't turn it on or off because it was spinning fast and you couldn't turn it off

2 people found this helpful

Helpful | Report

 Carlos Espinoza

★★★★★ **Great gift toy for kids**

Reviewed in the United States on December 2, 2025

Style: Blue & Red | Verified Purchase

Bought these for my kids and they loved them. Super easy to use, light up nicely, and keep them entertained for a long time. Great little toy set.

  

2 people found this helpful

Helpful | Report

See more reviews ›



Sunnydaze Decor Outdoor Fire Ring with Cutout, by Sunnyda...
★★★★☆ 206
$74⁹⁵ ✓prime

Shop now

Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



https://www.amazon.com/checkout/p/p-106-6857169-1107419/spc?pipelineType=Chewbacca&isBuyNow=1&referrer=spc    December 9, 2025

 **amazon** prime

Secure checkout ∨

 Cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $17.59 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $1.06 |
| **Order total:** | **$18.65** |

**Delivering to**                                                                                                                                        Change

PITTSBURGH, PA, 15238-3103, United States

Add delivery instructions

FREE pickup available nearby ∨

**Paying with**                                                                                                                                           Change

Want to use American Express Membership Rewards® points for this order? Learn more ∨

Use a gift card, voucher, or promo code

 **Get a $250 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee                    Learn more

**Arriving Dec 20, 2025**

◉ **Saturday, Dec 20**                                                      FREE



Upgraded Flying Orb Ball 2025 Hover Orb Boomerang Galaxy Ball Cosmic Floating Globe Magic Galactic Flying Spinner Balls Hand Drone Fidget Toys for Kids Ages 6+ Year Old Boys Girls Bule
**$17.59**
& FREE Returns ∨
Ships from Amazon.com
Sold by SHHUAKEJI-US

🗑 | 1 | +

Add gift options

Place your order

Order total: $18.65
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart

Back to top

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**DOE 22 - Amazon - suxiaoqing - A2TPD9TBFW0497**



https://www.amazon.com/Lctozke-Flying-Orb-Ball-Upgraded/dp/B0FVSYSQCX/ref=sr_1_173?crid=3EYXVRQTLY0IQ&dib=eyJ2IjoiMSJ9.2uOq    November 21, 2025
En5KMPRJA6dr-Fx3Z-T8Tdtres_7DhGsqY496HGMK3mGg8pQC2q5V_MJ7yy2L67uEr-Almstxufh0o49-1LscV2rQG5X-IJ29GqoO4-fXaGl4-jeMT0UO6MGZhlVI0Z7d
akZr0jpMca_hnC03hTkf2cT0ZUktO5W36W79_lwZDgUGmVoE6PMd-ZsDbP1AXXbiD110DxF2H8CdvlTtwAsT2r6tLNUADaZ7zjWBUykSstx2E1h3xMi7nQ9YGBZyVA
-oEzk6PZOkMC83vYSdLtZh8ifAXvER9EH6_nOFcU.E1PWOrx6yZqk1V_FoNp9rDFcj8uzlz-O1kHAytCoe-E&dib_tag=se&keywords=flying+orb&qid=1760943305&spr
efix=flying+orb%2Caps%2C585&sr=8-173&xpid=hJ4w2LRQd6a5s



Toys & Games › Novelty & Gag Toys › Flying Toys › Toy Parachute Figures



Click to see full view

## Flying Orb Ball - 2025 Upgraded Flying Toy Ball

Brand: Lctozke
Find specific info

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- Flying Orb Ball - 2025 Upgraded Flying Toy Ball Hover Ball for Kids and Adults

› See more product details

🗐 Report an issue with this product or seller



LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gifts for 6 7 8 9 10 11 12+ Years Old...
★★★★☆ 4,058
$24.32 ✓prime

Sponsored ⓘ

**Currently unavailable.**
We don't know when or if this item will be back in stock.
🎯 Deliver to The - Pittsburgh 15238

[ Add to List            ▾ ]



Flying Orb Ball Toys Cosmic Glo...
$19.¹⁹ ✓prime

Sponsored ⓘ

### Based on your recent views  Sponsored ⓘ

Page 1 of 29



Ball, Boomerang Hover Space Ball Flying Spinner, Orb Drone Or...
★★★★★ 49
**Amazon's Choice**
**Black Friday Deal**
-15% $18.⁶⁹
Typical price: $21.99
✓prime



Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,...
★★★★☆ 221
**#1 Best Seller**
**Black Friday Deal**
-20% $25.⁶⁰
List: $32.00
✓prime



Toy 2025 – Light Up Hand Controlled Boomerang Spinner...
★★★★☆ 5,487
**Black Friday Deal**
-15% $19.⁶⁴
Typical: $23.10
✓prime



Hover Flying Ball Toy with Rechargeable, Light Up Floating B...
★★★★☆ 101
**Black Friday Deal**
-50% $9.⁹⁹
List Price: $19.99
✓prime

### 4 stars and above  Sponsored ⓘ

Page 1 of 8



LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi...
★★★★☆ 4,058
**Black Friday Deal**
-24% $24.³²
List: $32.00
✓prime



WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe...
★★★★☆ 221
**Black Friday Deal**
-22% $18.⁶⁹
List Price: $23.99
✓prime



2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,...
★★★★☆ 16,144
**#1 Best Seller**
**Black Friday Deal**
-20% $25.⁶⁰
List: $32.00
✓prime



Tikduck Flying Orb Ball 2025 Toys Soaring Hover Boomerang Spinner Hand Controlled M...
★★★★☆ 10,182
**Black Friday Deal**
-24% $24.³²
List Price: $32.00
✓prime



Flying Orb Ball 2025 Boomerang Hover Ball Galatic Fidget Spinner Mini Drone Cool To...
★★★★☆ 513
**Black Friday Deal**
-24% $24.³²
List Price: $32.00
✓prime



Flying Orb Ball (Blue, 2025 Upgraded) with Dazzling Lights, Magic Hover Spinner, Co...
★★★★☆ 6,272
**Black Friday Deal**
-30% $22.³⁰
List Price: $32.00
✓prime

## Product information





## Item details ⌄

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:**
You can return many items you have purchased within 30 days following delivery
of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your
legal right of withdrawal in any way. You can find out more about the exceptions
and conditions here.

**Feedback**

Would you like to **tell us about a lower price?** ⌄

| | |
|---|---|
| Style | ⌄ |
| Features & Specs | ⌄ |
| Materials & Care | ⌄ |
| Measurements | ⌄ |
| User guide | ⌄ |

---

## Product Description

Flying Orb Ball - 2025 Upgraded Flying Toy Ball Hover Ball for Kids and Adults

---

## Important information

**Safety Information**

Flying Orb Ball

---

## Brand in this category on Amazon

 **Flying Orb Ball**
Shop BEAUTE ELITE ▸

 

BEAUTE ELITE Flying
Orb Ball 2024
Upgraded, 2Pack
Hand-Controlled F...
★★★★☆ 44

Sponsored ⓘ

## What's in the box

- Flying Orb Ball

## Related products with free delivery   Sponsored ⓘ

Page 1 of 12

     

| | | | | | |
|---|---|---|---|---|---|
| LEMATRIX Flying Orb Ball Toy, Hover Ball Boomerang Fly Fidget Spinner, Cool Toys Gi... | Flying Orb Ball Toy - 2025 Upgraded Magic Flying Orb Toy with LED Light 360°Rotatin... | Flying Orb Ball Toys Cosmic Globe Soaring Magic Hover Hand Controlled Boomerang... | 2 Pack-2025 Upgraded Flying Orb Ball Toy, Hover Boomerang Ball Spinner Mini Drone -... | 2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spinner,... | WHATOOK Flying Orb Toy: 2024 Upgraded Boomerang Ball, Hover Orb, Cosmic Globe... |
| ★★★★☆ 4,058 | ★★★★☆ 146 | Black Friday Deal | ★★★★★ 3 | #1 Best Seller | ★★★★☆ 221 |
| Black Friday Deal | $21⁹⁰ | -20% $19¹⁹ | $32⁹⁹ | ★★★★☆ 16,144 | Black Friday Deal |
| -24% $24³² | ✓prime | Typical price: $23.99 | ✓prime | Black Friday Deal | -22% $18⁶⁹ |
| List: $32.00 | | ✓prime | You pay $29.69 with coupon | -24% $24³² | List Price: $23.99 |
| ✓prime | | | | List: $32.00 | ✓prime |
| | | | | ✓prime | |

---

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

---

## Brands in this category on Amazon

Sponsored ⓘ


Beaute Elite


TrysGame


Auxilery



Serenity Kids 7+ Months Beef Chimichurri Baby Foo...

★★★★½ 4,202

**Black Friday Deal**

Shop now

Sponsored 

## Looking for specific info?

Ask Rufus or search reviews and Q&A

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

No customer reviews



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies



Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English     United States

Amazon Music    Amazon Ads    6pm    AbeBooks    ACX    Sell on Amazon    Veeqo

**DOE 23 - Amazon - The Lakeside Collection - AAFVKW2XOUPRK**



https://www.amazon.com/Lakeside-Collection-Wonder-Sphere-Flying/dp/B0F24YJJ6F/ref=sr_1_127?crid=3JEMXWR8TWYZI&dib=eyJ2IjoiMS    November 21, 2025
J9.nRIrRhPZF4GsdwuPsPOclW1QDYVPAQaN7d7HHCfLUQ4xYdGxq5Nz6nyU6xO_28SJjrNtDSK06LWs-xeE8TxLeXCFmHcicZDC6irLOT3MuHt4nuSZgeKJ3UdVQ
wLzkG2-GR5EsdmYzK9QzrchIXwEyxIqrvA2gv2O5dtgvhHTqN2ZxJMkmtTSIjHL9Fi60qzreE3Svdn0DjkK6iDsUpkDOMLSQwhzwK2BbZwRBcM9BIVgHiQSoLCcwAU
abDX9LYAOVTf5U15jYzvveZeIMdvP87F8pZXWcsjU_TX4hFpm7A._MosUftIlPcPJOWvneL4SjXj6ddOkdtY1UyrBY4UZReo&dib_tag=se&keywords=flying+ball&qid=17
60932331&sprefix=%2Caps%2C715&sr=8-127&xpid=pjah1J89ZwtL-

 

## Consider these available items

| | |
|---|---|
| | Wonder Sphere Magic Hover Ball - Red |
| | 4.1 ★★★★☆ 84 |
| | $28.49 |
| | AMERFIST 2025 Flying Orb Ball Toy,Cosmic Globe Boomerang Hover Ball Galactic Fidget Spin... |
| | 4.1 ★★★★☆ 16,145 |
| | $24.32 |
| | ✓prime |



Click to see full view

       

### ✱ Ask Rufus



Does it need batteries?    Can it be used outdoors?

Is it easy to control?    Ask something else

## The Lakeside Collection Wonder Sphere Magic Flying Hover Ball Flying Orb Ball

Visit the The Lakeside Collection Store

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- The Wonder Sphere in Blue is a unique and captivating decorative item that adds a touch of elegance and sophistication to any space. It features a stunning design that is sure to catch the eye and spark conversation among guests.

- This product is not just a decorative piece, but also a functional item. It comes with a built-in LED light that illuminates the sphere, creating a mesmerizing and enchanting effect that can transform the ambiance of your room.

- The Wonder Sphere is made of high-quality materials that ensure its durability and longevity. It is designed to withstand the test of time, making it a great investment for those who value quality and style.

- This product is versatile and can be used in various settings. Whether you want to enhance the look of your living room, bedroom, office, or any other space, the Wonder Sphere is a perfect choice. It can also be used as a centerpiece for special occasions or events.

- The Wonder Sphere in Blue is easy to use and maintain. It operates on 3 AAA batteries, which are not included in the package. The LED light is energy-efficient, ensuring that you can enjoy its beautiful glow without worrying about high electricity bills."

› See more product details

⊟ Report an issue with this product or seller

**Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now >

**Currently unavailable.**
We don't know when or if this item will be back in stock.
📍 Deliver to The - Pittsburgh 15238

Add to List



## Customers who viewed this item also viewed



Wonder Sphere Magic



★★★★☆ 84
$28⁴⁹
FREE Shipping

## Top picks with fast delivery

Page 1 of 12 ⋮

    

| | | | | |
|---|---|---|---|---|
| Magic Flying Orb Ball with Lights,2025 UFO Hand Operated Mini... | Sosuy 2025 Flying Orb Ball for Kids, Magical Hover Galaxy Cosmic Boomerang Space Floating Mini Hand... | UROINT 2025 Flying Orb Ball for Kids, Magical Galaxy Hover Cosmic Space Boomerang Rotating Floating Mini... | ArtCreativity Light Up Orbit Wrist Balls, Set of 4, Light up Balls with... | ANQIA Plasma Ball Lamp Touch Sensitive,Party Magical Electrostatic Re... |
| ★★★★☆ 3,696 | ★★★★☆ 181 | ★★★★☆ 180 | ★★★★☆ 690 | ★★★★☆ 1,788 |
| -27% $24⁶⁹ | $19⁹⁹ | $18⁹⁹ | -15% $14³⁹ | -30% $31⁹⁹ |
| **Black Friday Deal** | | | Typical price: $16.99 | List Price: $45.99 |
| List Price: $33.99 | | | **Black Friday Deal** | **Black Friday Deal** |
| Lowest price in 30 days | | | Lowest price in 30 days | Lowest price in 30 days |
| ✓prime FREE One-Day Get it Tomorrow, Nov 22 | ✓prime FREE One-Day Get it Tomorrow, Nov 22 | ✓prime FREE One-Day Get it Tomorrow, Nov 22 | ✓prime FREE One-Day Get it Tomorrow, Nov 22 | ✓prime FREE One-Day Get it Tomorrow, Nov 22 |

◉⁺ **Looking for specific info?**



Ask Rufus or search reviews and Q&A ⊙

Does it need batteries?  Can it be used outdoors?  Is it easy to control?  Does it come with a remote?

Is it durable?

## Product information

### Technical Details

| | |
|---|---|
| Item Weight | 6.4 ounces |
| Package Dimensions | 4 x 4 x 4 inches |
| Item model number | 2140104 |
| Is Discontinued By Manufacturer | No |

### Additional Information

| | |
|---|---|
| ASIN | B0F24YJJ6F |
| Date First Available | May 17, 2024 |

### Warranty & Support

Amazon.com Return Policy: Regardless of your statutory right of withdrawal, you enjoy a 30-day right of return for many products. For exceptions and conditions, see Return details.

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

You'll watch in amazement as the Wonder Sphere Blue defies gravity! Turn it on, and it magically floats on the air above your hand as its lights glow. Give it a toss, and its boomerang action will bring it right back to you. Or, fly it straight for a zero-gravity game of catch. Both kids and adults will be fascinated by this flying ball!:. Made of: Plastic Measurements: 3-1/2" dia. x 3-1/2"H Notes: Rechargeable

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Products related to this item
Sponsored ⓘ

Page 1 of 67

    

| | | | | |
|---|---|---|---|---|
| Light Up Flying Disc, Glow in The Dark Disc | Hatortempt Dried Mealworms - 5 Lb, Non- | CLIQ Portable Chair Version 1.0 - Collapses | Magic Shape-Shifting Glow Bouncing Ball – | 2025 Flying Orb Ball for Kids, Magical Galaxy |



Color Changing with 14 Lighting Modes, ...
★★★★★ 23
**-13%** $19⁹⁹
List: $22.99
✓prime

GMO & Organic - High Protein Mealworms for...
★★★★½ 15,998
**#1 Best Seller**
$40⁹⁹ ($8.20 / lb)
✓prime

to Size of Water Bottle Lightweight F...
★★★★½ 6,767
$149⁹⁹
✓prime

Dual-Use Indoor/Outdoor Flying...
★★★★★ 2
$21⁹⁹

Hover Cosmic Space Boomerang Rotating...
★★★★☆ 180
$18⁹⁹
✓prime

LED Light 360 Rotating, Boomerang Flying
★★★½☆ 47
$20⁹⁹
✓prime
**You pay $18.89** with coupon



**Alljamily**

TSA-Approved Cooler: Safe Travel for Medication

TSA Approved Medical Cooler with Biogel & USB...
★★★★½ 801
**Black Friday Deal**
**Shop now**

Sponsored ⓘ

## Brands in this category on Amazon

Sponsored ⓘ

‹



**Vantexi**



**Ivtivfu**
*inspire fun*



**Athleria**

›

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**No customer reviews**

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



**Phones for people with hearing loss**

HAMILTON Hamilton CapTel...
★★★★½ 1,808

Sponsored ⓘ

## Customers who bought this also listened to these Amazon Music podcasts

‹













›


Dateline NBC


The Mel Robbins Podcast

12 Hours Brown Noise


White Noise and Sleep Sounds (12 Hours)

Little Stories Everywhere

True Crime Junkies


Magic Shape-Shifting Glow Bouncing Ball – Dual-Use Indoor/Outdoor Flying Disc Toy, Dual Form...
$21.99    ★★★★★ 2

Shop now

Sponsored ⓘ



★★★★☆ 999
-34% $14⁵⁶
($3.64/fluid ounce)
Black Friday Deal
List Price: $21.99
Get it as soon as Tuesday, Nov 25
FREE Shipping by Amazon

Amazon's Choice
-20% $23⁹⁶
($5.99/fluid ounce)
Black Friday Deal
List Price: $29.95
✓prime FREE One-Day Get it Tomorrow, Nov 22

★★★★☆ 4,491
-23% $28⁴⁸
Black Friday Deal
List Price: $36.95
✓prime FREE Delivery Monday, Nov 24

-16% $23⁹⁹
($3.92/fluid ounce)
Black Friday Deal
Typical price: $28.49
Lowest price in 30 days
✓prime FREE One-Day Get it Tomorrow, Nov 22

★★★★★ 999
-20% $13⁹²
($6.89/fluid ounce)
Black Friday Deal
Typical price: $17.41
✓prime FREE Delivery Monday, Nov 24

### Best Sellers in this category

Page 1 of 10


GORILLA GRIP Rug Gripper Pads Keep Area Rugs Corners from Curling, No Damage Reusable Double-Sided...
★★★★☆ 26,947
-32% $12⁹⁹
($1.62/count)


Ultra Soft Queen Size Mattress Topper - Viscose Made from Bamboo...
★★★★☆ 38,379
#1 Best Seller
-46% $37⁹⁷
Black Friday Deal
List Price: $69.99


Home Techpro Vacuum Tech Rug Pad Gripper for Hardwood Floors No Damage, New Materials to Non Slip Rug Pads,...
★★★★☆ 79,087
-41% $9⁴⁹ ($2.37/count)
List Price: $15.99


OLANLY Dog Door Mat for Muddy Paws 30x20, Absorbs Moisture and...
★★★★☆ 16,117
#1 Best Seller
-37% $9⁴⁹
Black Friday Deal
List Price: $14.99


FDW | 8 Inch Twin Mattress | Medium Firm | Gel Memory Foam Mattress | White | Bed i...
★★★★☆ 39,275
#1 Best Seller
-15% $84⁹⁷
Black Friday Deal