# EXHIBIT 3-4 -
## Complaint

**DOE 76 - eBay - samiyhusn0**

https://www.ebay.com/itm/3960011531522?_skw=flying+ball&itmmeta=01K82NMVGCJQY88TYK1XFF87QP     November 25, 2025
&hash=item5c33821080:g:lKMAAOSwijNnC-H2&itmprp=enc%3AAQAKAAAA8FkggFvd1GGDu0w3yXCmi1dorW1d0GAo4q4b5l6
G228Y7kbBC5uYs%2Byoz6OT%2BBMWV10LepdJOK1enkoJ0lYRLdnyB6KYhMZlq4BnD6awVGDgX0ulZC0W8ORhqT8ya2wp9Q
TXRIxYoG4syd2uOtqJ89pKwjnxWb46pbqf%2FC42Wcp3W9QSWykymKel78ZEMF2WU4eNSchjeqFBaR4iTqLdPLs7R3wEZ%2Bb
j6lMkKDyBx8626af0szisnDYMpHLH1gRLA5HDMzpBpUxlzkmr2Jsv%2B0myECyVhrLL2J9TLz7khe6Y9tFpJDN32or2tVM84gOqeg
%3D%3D%7Ctkp%3ABFBMwrjT1cBm



ALMOST GONE                    ALMOST GONE

Flying Spinner Ball Flying          New UFO Flying Spinner
Orb Ball Toy Hand                   Orb Boomerang Hover Ball
Boomerang Hover Ball Toy...         Age 6+ to Adult Hand Toy...
New                                 New
**$9.99**                           **$11.78**
**Free shipping**                   + $13.48 shipping
53 sold                             82 sold

Returns:      Seller does not accept returns. See details

Payments:           

              Earn up to 5x points when you use
              your eBay Mastercard®. Learn more

              International shipping and import charges
              paid to Pitney Bowes Inc. Learn more

**Shop with confidence**

  eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

# Explore related items
Sponsored                                                    See all

      

| | | | | |
|---|---|---|---|---|
| Flying Orb Ball Boomerang Fly Nebula Spinner Toys Soaring Hover UFO Drone | Cosmic Galaxy Hand Mini Drone Ball Boomerang Hover Orb Galactic Flying Spinner | Flying Orb Ball Boomerang Fly Nebula Spinner Toys Soaring Hover UFO Mini... | Flying UFO boomerang Flying Orb Ball Hover Ball Flying Spinner Mini Drone toy | Boo Ball Play |

New                   New                   New                   New                   New
**$12.59**            **$13.49**            **$13.49**            **$18.33**            $13
$13.99 10% off        $14.99 10% off        $14.99 10% off        + $18.80 shipping     + $9
**Free shipping**     **Free shipping**     **Free shipping**     20 sold               Sell
167 sold              59 sold               30 sold                                     fee

**About this item**

Seller assumes all responsibility for this listing.          eBay item number:  **396001153152**

Last updated on Jul 22, 2025 10:09:13 PDT View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | Unbranded |
| Model | Boomerang |
| Age Level | 4-7, 8-11 Years |
| Colour | Blue |
| Category | Toys & Hobbies  >  Radio Control & Control Line  > |

## Item description from the seller

**\*\*\*SUPERFAST DELIVERY BY EVRI\*\*\***

Flying UFO boomerang Flying Orb Ball Hover Ball Flying Spinner Mini Drone Hand Controlled Drone UFO Drone Boomerang Ball Magic Gyration Levitating Floating Orb Flying Ball Toy for indoor outdoor play

Description :

 Introducing our Kids Drone Mini Drone for Kids, the ultimate toy for hours of indoor and outdoor fun! With its scintillating RGB lights, this hand-operated drone is a mesmerizing sight, especially at night.

 Available in Fresh Blue, Classic Black, and Spiritual Red, our Kids Drone Mini Drone for Kids is not only visually appealing but also comes packed with special features. The UFO Drone Toy is a magic drone gift for boys aged 6 and up, making it an ideal choice for indoor drone fun.

 Designed with durability in mind, our flying orb ball toy features a soft yet sturdy protective shell, ensuring hours of worry-free play for your kids. Plus, its intelligent flight system ensures that it automatically stops upon collision with furniture or other objects, providing added safety and peace of mind for parents.

 Playing with our Kids Drone Mini Drone for Kids is easy and exciting! Simply throw it at different angles and speeds to create unique flight lines and a captivating boomerang effect. Not only does this cool drone bring endless entertainment, but it also helps improve children's hands-on ability, operating skills, intelligence, and creativity.

 Perfect for family bonding time, our flying orb toy allows you to enjoy the thrill of flight together, keeping your child engaged and active away from screens and video games. Whether it's for birthdays, Easter, Halloween, Thanksgiving Day, or Christmas, this flying orb toy makes a fantastic novelty gift that will bring joy to any occasion. Experience the magic of flight with our Kids Drone Mini Drone for Kids today!

Features :

[Easy to fly Drone] Experience the thrill of our Flying Ball UFO Drone Toys - a mesmerizing blend of learning, competition, and social interaction. This mini drone, akin to a UFO spinner, boasts vibrant RGB lights for captivating night flights. With a built-in gyro ensuring precision and balance, it delivers a seamless 360° flight experience

[Safe and Anti-drop] Safety is paramount, and our mini drone is designed with features like anti-drop technology and a protective outer shell, ensuring worry-free flights indoors. The compact and portable design makes it an ideal companion for indoor playdates, outdoor gatherings, or solo flights.

[Portable USB Charging] Charge our UFO flying toy in just 15 minutes for 8-10 minutes of thrilling flight. Compatible with various power sources like computers, adapters (avoid quick chargers), and power banks. The LED indicator signals the need for a charge, stays lit during charging, and turns off when complete. Compact and portable, it fits in your pocket or hand for on-the-go fun! USB rechargeable, this mini drone blends convenience with eco-friendliness. Gift it for birthdays or holidays

[Cool and Fun UFO Toy] Get ready for hours of interactive fun with our Hand Controlled Mini Drone – the glowing dark night UFO that combines safety, ease of use, and portability for an unparalleled flying experience. Order now and let the excitement soar!

[Ideal Gift Toy]: This flying ball drone is a hover drone perfect for any room, office or dorm and ages 14+ teen boy and girls gifts; These indoor drones for beginners make awesome travel toys, kids gifts and fun birthday party activities.

[Reasonable Price]: Unlimited Fun at a Reasonable Price comparitively!

## What's in the box?

- FLYING UFO

- REMOTE CONTROL
- USB CABLE
- Manual Guide

Levitation Ball Flying Spinner Toy for Kids - Hand-Controlled Boomerang Mini Drone with LED Lights, 360° Rotating Hover Ball with Remote Control, USB Rechargeable for Indoor and Outdoor Fun Product Description: Discover a new way to play with the Levitation Ball Flying Spinner Toy! This innovative hand-controlled mini drone is perfect for kids and adults alike, offering endless fun with its gravity-defying tricks and mesmerizing LED lights. Crafted with a lightweight yet durable design, the hover ball is safe to use indoors or outdoors, making it an ideal gift for any occasion. With a simple flick of the wrist, you can control the flying ball, sending it soaring in different directions or making it return like a boomerang. The built-in LED lights add a captivating glow, making night-time play even more exciting. This flying spinner toy comes with a USB charging cable, allowing you to power up and play without interruption. The included remote control gives you extra command over the ball's movements, making it easier to perform incredible tricks.



## About this seller

### samiyhusn0

98% positive feedback · 215 items sold

📅 Joined Feb 2018

**Seller's other items**

Contact

♡ Save seller

## Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.6 |
| Reasonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 4.9 |

Average for the last 12 months

## Seller feedback (119)

This item (2)    All items (119)

Filter: **All ratings** ∨    Shipping    Service    Description    Seller satisfaction    Packaging

Refund

🔴 o***y (964) · Past 6 months                                                    Verified purchase

Peace of trash battery does not hold and toy broke within 3 days seller response was "don't worry I will sent another one" but later said that I have to pay postage and later that will refund but did nothing and ignored it never mind delivery took over 5 days

Reply from: samiyhusn0

Thank you for your feedback, and I'm sorry to hear about your experience. Just to clarify: a refund was offered, but we didn't receive a formal request to proceed. If you'd still like to go ahead, I'm happy to help. Regarding delivery, we used Evri's fastest available service. While delays can happen occasionally, many of our customers have praised the speed and reliability—please feel free to check other feedback for reference. I understand your frustration and appreciate you bringing this to m

Flying UFO boomerang Flying Orb Ball Hover Ball Flying Spinner Mini Drone toy (#396446970278)

---

➕ i***d (323) · Past 6 months                                   Verified purchase

A pleasure doing business with smooth transaction great communication

Flying UFO boomerang Flying Orb Ball Hover Ball Flying Spinner Mini Drone toy (#396446970278)

---

➕ k***n (2420) · Past 6 months                                  Verified purchase

Box was unfortunately a bit battered, which is a shame as it was a gift for a child. Better packaging recommended. A polybag unfortunately was not sufficient.

Tetra Tower Balance Game: Fun Stacking for Family, Parties, Travel, Build, Swing (#395134407507)

---

➕ e***a (2232) · Past 6 months                                  Verified purchase

Top ebayer

Tetra Tower Balance Game: Fun Stacking for Family, Parties, Travel, Build, Swing (#395134407507)

---

➕ z***d (398) · Past year                                       Verified purchase

I didn't open it yet, but looks exactly like in the picture. Hopefully all the pieces are there. Thank you! The delivery was unacceptable, which wasn't your fault, they left my parcel in the front of the door which anyone could take it.

Space Rocket & Launch Control Building Kit:Space Shuttle SET 130 PCS space fans (#395924447180)

---

➕ a***m (165) · Past year                                       Verified purchase

Item as described and arrived in good time

Fidget Spinner Metal Fingertip Gyro Fidget Ball Toy, Finger Hand Spinner, Magic (#395931200102)

---

➕ r***r (732) · Past 6 months                                   Verified purchase

Need to sort your packaging out, the box was damaged.

Tetra Tower Balance Game: Fun Stacking for Family, Parties, Travel, Build, Swing (#395134407507)

---

➕ e***b (736) · Past year                                       Verified purchase

Great service, quick arrival and very pleased with the items. Thank you.

SHEGLAM Color Bloom Liquid Blush (#396001236892)

See all feedback

# You may also like

Feedback on our suggestions



Flying UFO boomerang Flying Orb Ball Hover Ball Flying

ALMOST GONE

Flying Spinner Ball Flying Orb Ball Toy Hand Boomerang



Pro Flying Ball Mini Drone Space Orb Magic UFO

Flying Spinner Ball Flying Orb Ball Toy Hand Boomerang

Spinner Mini Drone toy

Hover Ball Toy Gifts

Boomerang Boy Girl Toy Gift...

Hover ball Toy Gifts

New

**$18.33**

+ $18.80 shipping

20 sold

New

**$9.99**

**Free shipping**

53 sold

New

**$13.03**

+ $13.52 shipping

35 sold

New

**$7.01**

+ $13.31 shipping

105 sold






( ALMOST GONE )

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

 Buy with PayPal. It's fast and simple.

## Pay with

○  PayPal

○ Add new card
  VISA ● ◎

○ G Pay Google Pay

○ PayPal CREDIT ⓘ

## Ship to

Pittsburgh, PA 15238-3103
United States

<u>Change</u>

## Review order

samiyhusn0 · <u>Add note for seller</u>
98% positive feedback

 Flying UFO boomerang Flying Orb Ball Hover
Ball Flying Spinner Mini Drone toy
**GBP 13.99**

Quantity
1 ⌄

Returns accepted

**Delivery**
Est. delivery: Dec 9 – Dec 18
International Priority Shipping ⓘ
**GBP 16.03**

### Order Summary

| | |
|---|---|
| Item (1) | GBP 13.99 |
| Shipping | GBP 16.03 |
| Import charges | GBP 5.51 |
| Tax | GBP 1.80 |

| | |
|---|---|
| **Order total** | **GBP 37.33** |

You agree to the Global Shipping Program <u>terms</u>.

**Confirm and pay**

Select a payment method

ⓢ Purchase protected by **<u>eBay Money Back Guarantee</u>**

?

Includes international tracking

**Import charges** ⓘ

No additional import charges at
delivery

**GBP 5.51**

# Gift cards and coupons

Apply coupons or add eBay gift cards to your account. Once
added, gift cards can't be removed.

| Enter code: | | **Apply** |

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices  and AdChoice ⓘ

**DOE 77 - eBay - sky white diamond**

https://www.ebay.com/itm/3765724553127?_skw=flying+ball&itmmeta=01K82QYC2CR0GGDZ3EQXXG9MRN&hash=item57    November 25, 2025
ad77a990:g:fKQAAeSwIOlo07LC&itmprp=enc%3AAQAKAAAA4FkggFvd1GGDu0w3yXCmi1eqqWKbEg0yZBasuUew0VcnHhzIa9zzmMC84zQBc
AbCzY8sF%2FyiK%2FZCSZfl%2BURcjpKAD3UkY7Mv17Z2y12OGF%2FuR6zMBCtVoiM5XFykNw3TfGcOASosVcS8TDU%2FBWipa2T0FnnZ%2
FmYLF7zhTl%2FYJF7sZRCdJcE4zDtuyGlPVl03J%2Fub991wdmRxcDEYnRYqrlVJDxDYn7gVdfeu3gvMmwIQuIQu7wQHbdyZCxRlq0Ew290dwX
8ydlMvmrrBiiJYJ472plaaN%2BBAAZ5d83ShCyVy%7Ctkp%3ABk9SR8bB-dfAZg



🔴 LIVE   Streaming now  Shop exclusive items from trusted sellers    Join event

This listing was ended by the seller on Thu, Nov 6 at 1:45 PM because the item is no longer available.



Have one to sell?   Sell one like this   Sell something else

🔗 Share

### Flying Orb Toy UFO Boomerang Ball 360° RGB LED Glow Spinner Gift

S   **skywhitediamond** (0)
Seller's other items · Contact seller

## US $19.99

| | |
|---|---|
| Condition: | New ⓘ |
| Quantity: | 1    10 available |

**Sell one like this**

**Seller's other items**

| | |
|---|---|
| Shipping: | US $17.96 FedEx International Economy from Abroad. See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: Kedah Malaysia, Malaysia |
| Delivery: | Estimated between **Wed, Dec 3** and **Tue, Dec 9** to 15238 ⓘ |
| Returns: | Seller does not accept returns. See details |
| Payments: | PayPal  venmo  G Pay  VISA  ⬤ DISCOVER  ⓘ |

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items
Sponsored

See all

   

Flying Orb Ball Toys Hand Controlled RGB Light Magic Hover Boomerang Orb Spinner
New
**$11.50**
**Free shipping**
Seller with 100% positive feedback

Flying Orb Boomerang Ball LED Light Spinner Drone Toy Magic Hover Ball Gift Kids
New
**$12.84**
+ $18.62 shipping

Flying LED Boomerang Ball Magic Hover Toy Anti-Gravity Spinner for Kids Gift
New
**$29.95**
**Free shipping**
Seller with 100% positive feedback

Flying Spinner Ball Flying Orb Ball Toy Hand Boomerang Hover Ball Toy Gifts
New
**$9.97**
**Free shipping**
Seller with 100% positive feedback

Flying
Cont
Hove
New
**$8.9**
Free
22 so

## Explore related items
Sponsored

See all

   

Flying Orb Ball Toys Hand Controlled RGB Light Magic Hover Boomerang Orb Spinner
New
**$8.69**
**Free shipping**
Seller with 100% positive feedback

2025 Flying Orb Ball Toy - Hand Controlled Hover Boomerang with RGB Lights
New
**$8.92**
~~$9.39~~ 5% off
**Free shipping**

Lightweight Hand Drone Orbit with LED Effects - Perfect Gift for Ages 6-10+
New
**$48.99**
**Free shipping**

Flying Orb Ball Toys Hand Controlled RGB Light Magic Hover Boomerang Orb Spinner
New
**$8.76**
**Free shipping**

Flyin
Dron
Boor
New
**$13.**
Free
65 so

---

| About this item | | | |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: **376572455312**

Last updated on Oct 24, 2025 02:47:36 PDT  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Country of Origin | China |
| Brand | Generic | Year | 2024 |
| Size | Medium | Color | Multi-Color |
| Material | Plastic | Recommended Age Range | 6 Years and Up |
| Age Level | 8-11 Years, 12-16 Years | Character Family | None / N/A |

Category          Toys & Hobbies  ›  Games  ›  Other Games

## Item description from the seller

### ✨ Flying Orb UFO Spinner Toy – 360° Boomerang Ball with LED Glow

————————HIGHLIGHT————————

· Mind-blowing flying spinner performs incredible aerobatic tricks
· Easy to master within minutes – fun for solo or group play
· Three dazzling LED lights create neon shooting star effects
· Portable, safe, and boredom-busting toy for all ages

#### 🔘 PACKAGE INCLUDE

- 1 × Flying Spinner
- 1 × USB Charging Cable

#### 📄 PRODUCT INFORMATION

- **Charging Time**: 25 mins
- **Flying Time**: 8 mins
- **Functions**: Rise, fall, turn left/right, forward, backward, induction control
- **Color**: As shown in pictures

#### 📄 DESCRIPTION

This **ingenious flying orb spinner toy** features a hidden drive mechanism that allows it to perform jaw-dropping tricks and stunts. Within just a few minutes, anyone can learn to master it – making it the perfect toy for kids, teens, and adults.

Play solo or with friends! Pass it around, invent new games, or enjoy friendly competitions. It's not only a fun toy but also a great way to encourage teamwork and creativity at home, parties, or even in the office.

It may look like magic, but all it takes is a spin and a toss! A miniature internal motor powers its wild tricks, while throwing at different angles and speeds unlocks unique flight paths and high-speed maneuvers. To stop, simply catch it with your hand.

With **three colorful LED lights**, your flying orb glows like a neon shooting star across the sky. Easy to start – just press the power button, hold the center axis, give it a spin, and toss it into the air. Watch it hover, spin, and boomerang back for endless fun!

## About this seller

**S**

**skywhitediamond**

📅 Joined Jan 2024

**Seller's other items**

Contact

## Seller Feedback

No feedback yet

## You may also like

Feedback on our suggestions









Flying Orb Ball Toys Hand Controlled RGB Light Magic Hover Boomerang Orb Spinner

Flying Orb Ball Toy LED Cosmic Globe 360° Spinner Hand-Control Boomerang Kids

Flying Orb Boomerang Ball LED Light Spinner Drone Toy Magic Hover Ball Gift Kids

Flying Orb Ball Toys Hand Controlled RGB Light Magic Hover Boomerang Orb Spinner

New

New

New

New

$11.50

$4.99

$12.84

$8.76

Free shipping

+ $3.99 shipping

+ $18.62 shipping

Free shipping

Seller with 100% positive feedback

Seller with 100% positive feedback









**DOE 78 - eBay - slixtar_enterprises**

https://www.ebay.com/itm/376019753236?_skw=flying+ball&itmmeta=01K82Q95CC5DGVJEC08FHQC56Q&hash=item578    November 25, 2025
c861914:g:BdkAAOSwkTJjlHsv&itmprp=enc%3AAQAKAAAA4FkggFvd1GGDu0w3yXCmi1dtPYdompDDbqOFYPjR15J5wIijkOO9XV8Q%2B9OEc
shoQlx2HYYNPGlo2nYgSWn9nDVigmwqZeKZKLJRMRG8F7%2FiZYqeuNT%2FVIeYg%2Fcy3ZXhG4XgFU0hog1sbrt1KfxPr9DoJYwvjo5HR1KiZ
pndXvgTzHhk9HB55tZZuQ5rNzHACmshqwOez%2Bk%2BavDaxuZ2INZ4E%2B%2FWgAWyganl2%2B8opLm6vGLUHeOo1XqztDePFy8H3hYHiO
w7C75L28N7aI28Z5TL9IZbfWbw0dxciRRgvgQK%7Ctkp%3ABFBMvNak18Bm

Hi Chase! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist ∨    My eBay ∨



ebay    Shop by category ∨    [Search for anything]    All Categories    **Search**    Advanced

Find similar items from  US Route 12 Treasures  (12K items sold)    **Shop store on eBay**    Sponsored



IN 1 CART

### Flying Ball, Boomerang, Fly Orb Magic with LED Lights, Drone Hover Ball Toy Red


slixtar_enterprises (197)
100% positive · Seller's other items · Contact seller

## GBP 13.00

Approximately US $17.04

Condition:    New ⓘ

Quantity:    [ 1 ]    **Last one** · 5 sold

**Buy It Now**

Add to cart

♡ Add to Watchlist

⚡  **Popular item.** 5 have already sold.

| | |
|---|---|
| Shipping: | GBP 18.75 (approx US $24.57) International Priority Shipping to United States via eBay's Global Shipping Program ⓘ. See details |
| | Located in: Kidderminster, United Kingdom |
| Import charges: | Est. **GBP 5.31** Amount confirmed at checkout ⓘ |
| Delivery: | Estimated between **Fri, Dec 5** and **Tue, Dec 16** to 15238 ⓘ |
| | Includes **international tracking** |
| Returns: | Seller does not accept returns. See details |
| Payments: | PayPal  G Pay  VISA  mastercard  ◑◑ |


Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

---

Have one to sell?    [Sell one like this]    [Sell something else]

[Share]

## Similar Items
Sponsored


ALMOST GONE
New UFO Flying Spinner Orb Boomerang Hover Ball Age 6+ to Adult...
New
**$11.78**
+ $13.49 shipping
153 sold


ALMOST GONE
Flying Spinner Ball Flying Orb Ball Toy Hand Boomerang Hover Ball...
New
**$9.99**
Free shipping
53 sold

FX-41 AURORAL BALL DRONE

New
**$14.00**
+ $10.86 shipping
Seller with 100% positive feedback

See all

---

### Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or your money back. Learn more

## Explore related items
Sponsored

See all









Ultimate 36 RGB LEDs Flying Disc - Smart Modes & Motion Sensors for Outdoor Play
New

**$76.19**
~~$126.99~~ 40% off
**Free shipping**
Seller with 99.5% positive feedback

Flying Spinner Ball Flying Orb Ball Toy Hand Boomerang Hover Ball Toy Gifts
New

**$9.97**
**Free shipping**
Seller with 100% positive feedback

10.75 Inch Aerodynamic Flying Disc - Ideal for Competitions and Family Bonding
New

**$65.99**
~~$109.99~~ 40% off
**Free shipping**
Seller with 99.5% positive feedback

Flying Spinner Fly Orb Pro Mini Drone Fidget Spinner Boomerang Toy
New

**$13.49**
**Free shipping**
65 sold

Flyin
Nebu
Hove
New

**$12.**
~~$13.9~~
Free
167 s

### About this item

Seller assumes all responsibility for this listing.

eBay item number: **376019753236**

Last updated on Nov 24, 2025 03:34:10 PST  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Model | Boomerang | Country of Origin | China |
| Colour | Red | | |
| Category | Toys & Hobbies  >  Radio Control & Control Line  >  RC Model Vehicles & Kits  >  Helicopters | | |

## Item description from the seller

Flying Ball, Boomerang, Fly Orb Magic with LED Lights, Drone Hover Ball Toy Red.

See their faces light up your Christmas this year.

| Item specifics | |
|---|---|
| Brand Name: | None |
| Remote Distance: | 5m |
| Remote Control: | No |
| Package Includes: | Original Box,Batteries,Operating Instructions,USB Cable |
| Video Capture Resolution: | Other |
| Controller Battery: | Coin cell batteries |
| Aerial Photography: | Yes |
| Control Channels: | 2 Channels |
| Material: | Plastic |
| Origin: | Mainland China |
| Controller Mode: | MODE2 |



Recommend Age:14+y
Dimensions:9.5*9.5*9.5cm
Plugs Type:USB
Type:HELICOPTER
State of Assembly:Ready-to-Go
Barcode:No
Features:Other
Indoor/Outdoor Use:Indoor-Outdoor
Charging Voltage:3.7V
Charging Time:5minute
Warning:no
Warranty:15 days
Certification:CE
CE:Certificate
Certificate Number:Certificate
Flight Time:5minute
Model Number:Flying Ball
Power Source:Electric
Operator Skill Level:Beginner

### Product Description

## Product Details

Product Name: Flying Gyro
Material: PP plastic + electronic components
Power supply: Flying ball built-in 200mAh lithium battery
Battery life: 5 minutes
Charging time: 30 minutes
Magic Wand Battery: 1 * AAA battery (not included)
Product size: 9.5*9.5*9.5cm



## About this seller

**S**

### slixtar_enterprises

100% positive feedback · 467 items sold

📅 Joined Nov 2020
🕐 Usually responds within 24 hours

**Seller's other items**

Contact

♡ Save seller

## Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.9 |
| Reasonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

Average for the last 12 months



## Seller feedback (170)

This item (2)    All items (170)

Filter: **All ratings** ⌄    Shipping

Seller satisfaction    Description    Service

Packaging    Customer Loyalty    Refund

➕ i***a (437) · Past month          Verified purchase
**Very fast delivery and best price.**
Five Women for the Killer Blu-ray (Limited Edition with Slip Cover)...

➕ 4***p (748) · Past year          Verified purchase
**as described fast delivery**
Blood Sucking Freaks Limited Edition 4K UHD & Blu-ray with Reversible Sl...

➕ r***l (22) · Past year          Verified purchase
**Wonderful and friendly seller. Super fast delivery!! Everything is awesome!**
MNTL Educational Toys 3d Magnetic Construction Tiles Building Blocks...

➕ 8***d (745) · Past month          Verified purchase
**Great Service and product - well done**
Children's Wooden 3d Cube Jigsaw Puzzle (5 Different Designs to choos...

➕ s***u (337) · Past year          Verified purchase

Nice item as described....fast delivery....thank you .

Velociraptor Jurassic Simulation Model Dinosaur Education Toy...

r***r (46) · Past year                                    Verified purchase

Very fast delivery and was placed in a safe place. Thank you so
much. Would recommend.

Parasaurolophus Dinosaur Large Jurassic Simulation Model Dinosaur...

u***t (1932) · Past month                                Verified purchase

Great quality item, new condition, total value for money and
looks great! Thank you!

Children's Wooden 3d Cube Jigsaw Puzzle (5 Different Designs to choos...

n***n (3551) · Past year                                 Verified purchase

Arrived safely great little toy for money, pleased with item many
thanks

SunQ Toy Dinosaur & Jeep with Rocket Launcher Set (#376012395835)

See all feedback

## Similar items from eBay Stores



### golferscorner
19K items sold
98.8% positive feedback

**Shop store on eBay →**

Sponsored



## You may also like

Feedback on our suggestions



ALMOST GONE

New UFO Flying Spinner Orb
Boomerang Hover Ball Age 6+ to
Adult Hand Toy Gifts



ALMOST GONE

Flying Spinner Ball Flying Orb Ball
Toy Hand Boomerang Hover Ball
Toy Gifts



Flying Ball Boomerang Magic With
LED Lights Drone Hover Ball Orb



Christmas Gift New Pro Flying UFO
Space Orb Mini Drone UFO
Boomerang Toy childr

https://pay.ebay.com/rxo?action=view&sessionid=2540372873011                    November 25, 2025

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

 Buy with PayPal. It's fast and simple.

## Pay with

○  PayPal

○ Add new card
   VISA ① ●●

○ G Pay  Google Pay

○ PayPal CREDIT  ⓘ

## Ship to

Pittsburgh, PA 15238-3103
United States

<u>Change</u>

## Review order

 slixtar_enterprises · <u>Add note for seller</u>
100% positive feedback

 (LAST ONE)
Flying Ball, Boomerang, Fly Orb Magic with LED Lights,
Drone Hover Ball Toy Red
**GBP 13.00**

Quantity 1

**Delivery**
Est. delivery: Dec 5 – Dec 16
International Priority Shipping  ⓘ
**GBP 18.75**
Includes international tracking
**Import charges**  ⓘ
No additional import charges at
delivery
**GBP 5.31**

## Order Summary

| | |
|---|---|
| Item (1) | GBP 13.00 |
| Shipping | GBP 18.75 |
| Import charges | GBP 5.31 |
| Tax | GBP 1.91 |

**Order total**                    **GBP 38.97**

You agree to the Global Shipping Program <u>terms</u>.

Confirm and pay

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**

?

# Gift cards and coupons

Apply coupons or add eBay gift cards to your account. Once added, gift cards can't be removed.

| Enter code: | Apply |

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices  and AdChoice ⓘ

**DOE 79 - eBay - superdeals_25**

https://www.ebay.com/itm/376061121881?_skw=flying+ball&itmmeta=01K82NMVGDPJX61RH74Q84HFQ3&hash=item578    November 25, 2025
efd5559:g:YncAAOSwAJNn0Jre&itmprp=enc%3AAQAKAAAA4FkggFvd1GGDu0w3yXCmi1cLWvJsK%2B1jSelXGvGih1pExi7uWUYIgNlzpwmqm
6eEPs2jivUKmqTCxyDZh9BmcRHtDfnIFrF2e3lMYGNJ8JQJ7uM6uS8wszLH7pnbqNmyQ7wg1%2BCIXBJ91~Qn9eDIV8BoM8pEuBdUa%2Fxdje
RBtUO3%2Fz%2ByBbPP55grTmKu7P%2F6EXGwVWJgE9prKwYvyof0qcpKhjtIBd6fJKBUAF8blxIhijLkT9nThKaPHUxpVNcwciE%2FfM8q3HZEAy
eaVLnDw4j%2BuwJrXT9jOvxxUxq2P%2FX%7Ctkp%3ABk9SR8a409XAZg



**Shop with confidence**

 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn
more

## Explore related items
Sponsored

See all











| | | | | |
|---|---|---|---|---|
| Flying Ball Hand-Controlled LED Hover Toy 360° Rotating Indoor Outdoor Globe | Flying Spinner Fly Orb Pro Mini Drone Fidget Spinner Boomerang Toy | ALMOST GONE<br>New UFO Flying Spinner Orb Boomerang Hover Ball Age 6+ to Adult Hand Toy Gifts | Lightweight Hand Drone Orbit with LED Effects - Perfect Gift for Ages 6-10+ | Magi... Kids, For P... |
| New | New | New | | New |
| **$14.15** | **$13.49** | **$11.78** | **$48.99** | **$12.** |
| $14.89 5% off | Free shipping | + $13.49 shipping | Free shipping | Free |
| **Free shipping** | 65 sold | 153 sold | | |
| Seller with 100% positive feedback | | | | |

---

### About this item

Seller assumes all responsibility for this listing.                    eBay item number: **376061121881**

Last updated on Nov 11, 2025 12:43:03 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Country of Origin | China |
| Brand | Unbranded | Color | Blue |
| Material | Plastic | MPN | Sh-9 |
| Category | Toys & Hobbies › Games › Other Games | | |

## Item description from the seller

🚀 Mind-Blowing Flying Spinner Toy – Light-Up Fun with Incredible Tricks!

Unleash a whole new level of fun with this **innovative Flying Spinner Toy**, designed with a hidden internal drive mechanism that performs amazing aerial tricks and stunts. It's super easy to master in just a few minutes and brings **endless entertainment** whether you're playing alone or with friends.

This flying toy looks like magic — but it's powered by a smart internal motor. Just spin it up, give it a toss, and watch it zoom through the air with mesmerizing moves. Varying your throw angles and speeds creates unique flight paths and tricks for hours of fun!

✨ **Key Features:**

- 💫 **LED Light Show:** Flashes with three dazzling colors, looking like a neon shooting star in flight.
- 🔲 **Boomerang Return Mode:** Toss it and watch it return right back to your hand like magic.
- 🌀 **Hover & 360° Spins:** Ultra-fast spinning while hovering in place – show off cool tricks and catches

- 🍴 **Fun with Friends:** Great for creating games and friendly competitions—perfect for family gatherings or office breaks.
- 🕯 **Stress Reliever:** Boosts creativity and brings a fun break from screens and routine.
- 🧱 **Safe & Durable:** Drop-resistant and built with child-safe materials for worry-free fun.
- 🔋 **Longer Battery Life:** Upgraded battery lasts longer for more playtime.

## 🎁 What's in the Box?

- ✅ 1× Flying Spinner
- ✅ 1× Water Drop Type Remote Control
- ✅ 1× USB Charging Cable
- ✅ 1× Instruction Manual

### Product Specifications:

- **Material:** Durable Plastic + Electronic Components
- **Product Size:** 9.5 × 9.5 cm
- **Battery:** 3.7V 120mAH Rechargeable
- **Charging Time:** 30–35 minutes
- **Flying Time:** 6–8 minutes
- **Control Distance:** 8–10 meters
- **Functions:** Rise, fall, forward, backward, turn left/right, hover, induction control

## 🎁 The Perfect Gift for Everyone!

Whether you're looking for a unique **Christmas gift, birthday surprise**, or just something to beat boredom, this flying spinner is a must-have. Use it at home, the office, or outdoors — **fun is guaranteed anytime, anywhere!**



## About this seller



**superdeals_25**

50% positive feedback · 5 items sold

📅 Joined Nov 2024
🕐 Usually responds within 24 hours

**Seller's other items**

Contact

♡ Save seller

## Seller feedback (1)

Filter: **All ratings** ⌄

🔴 a***t (880) · Past 6 months                Verified purchase

Took ages to come,apparently they got lost the first time.Turned up and they are fake with defects!my daughter who used her own money to buy it burst into tears 😢 absolutely disgraceful to scam a child.



> Reply from: superdeals_25
>
> We're sorry for any misunderstanding. Your item is 100% genuine. The first parcel was lost, so we sent a replacement with extra items at no cost. We always ship the best quality. If two similar Labubu appeared, it's because they come from a surprise box with random designs packed by the manufacturer, which is beyond our control. Thank you for your understanding.

Labubu Macaron Vinyl Face Series Blind Box In Multiple styles...

See all feedback

## Similar items from eBay Stores



**EHEDC**
654 items sold
97.1% positive feedback

**Shop store on eBay →**

Sponsored





## You may also like

Feedback on our suggestions









https://pay.ebay.com/rxo?action=view&sessionid=2540368162011                    November 25, 2025

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

ⓘ Due to US customs policies, the buyer of this order will need to pay import fees to the shipping carrier prior to delivery.
<u>Learn more</u>

**PayPal** Buy with PayPal. It's fast and simple.

## Pay with

○ **PayPal** PayPal

○ Add new card
VISA ⬤ ⬤

○ **G Pay** Google Pay

○ **PayPal CREDIT** ⓘ

## Ship to

Pittsburgh, PA 15238-3103
United States

<u>Change</u>

## Review order

 superdeals_25 · <u>Add note for seller</u>
50% positive feedback

 Flying orb Ball Cool Toys Teen Adults Indoor Outdoor
Flying Ball Toy Hover Ball
**GBP 9.99**

Quantity
1 ⌄

Free returns

**Delivery**
**Free Economy Int'l Postage**
Est. delivery: Dec 10 – Dec 24

### Order Summary

| | |
|---|---|
| Item (1) | GBP 9.99 |
| Shipping | Free |
| Tax | GBP 0.60 |

| **Order total** | **GBP 10.59** |
|---|---|

**Confirm and pay**

Select a payment method

💲 Purchase protected by <u>**eBay Money Back Guarantee**</u>    ?

# Gift cards and coupons

Apply coupons or add eBay gift cards to your account. Once added, gift cards can't be removed.

| Enter code: | Apply |
|---|---|

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

**DOE 80 - eBay - trendymart_17**



Ball Robot Flying Toys for
Kids 3 4 5 6 7 8 9 10 Years
Boys&Girls Birthday Gift
New

**$10.98**
**Free shipping**
31 sold

Toys for Boys&Girls Flying
Ball LED 3 4 5 6 7 8 9 10
Years Old Child Kids Gifts~
New

**$11.68**
**Free shipping**
⭐ Top Rated Plus
75 sold

Returns:    14 days returns. Buyer pays for return shipping.
If you use an eBay shipping label, it will be
deducted from your refund amount.
See details

Payments:    PayPal  venmo  G Pay  VISA  ●●

DISCOVER  ○

**PayPal CREDIT**

Special financing available. See terms and
apply now

 Earn up to 5x points when you use
your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Explore related items
Sponsored

See all



Toys for Boys Girls Flying Ball
LED 3 4 5 6 7 8 9 10 Years Old
Child Kids Gift
New

**$10.99**
**Free shipping**
54 sold



Toys for Boys Age 3 4 5 6 7 8
9 10 Year Old Kids Flying Ball
MiniDrone Children
New

**$10.96**
**Free shipping**
⭐ Top Rated Plus
26 sold



Educational Learning Toys
for Kids Toddlers Age 3 4 5 6
7 8 Years Old Boys Girls
New

**$10.99**
**Free shipping**
⭐ Top Rated Plus
303 sold



Toys for Boys Flying Ball LED
3 4 5 6 7 8 9 10 11 Year Old
Kids Birthday Gifts
New

**$10.69**
**Free shipping**

Toys
Ball
Year
New

$10
Free
⭐ To
61 so

---

| About this item |
| --- |

Seller assumes all responsibility for this listing.                    eBay item number:  **157404234324**

Last updated on Nov 20, 2025 00:19:57 PST View all revisions

## Item specifics

| | |
| --- | --- |
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | Unbranded |
| Type | Ball |
| Skills | Creativity, Hand-Eye Coordination, Motor Skills, Spatial Awareness, Social Interaction, Critical Thinking |

| | |
|---|---|
| MPN | Does Not Apply |
| Recommended Age Range | Ages 2+ |
| Age Level | 3 Years and Up |
| Gender | Unisex |
| Country of Origin | China |
| Category | Baby > Toys for Baby > Developmental Baby Toys |

## Item description from the seller

**Fly Orb Boomerang Drone Magic LED Flying Spinner for Kids & Adults**

The **Magic LED Flying Orb** is a truly **mind-blowing flying spinner toy** with an ingenious, hidden drive mechanism that can perform **incredible aerobatic tricks** and stunts. Simple to master in just a few minutes, this toy is a total blast to play alone or with friends. Just spin it up and give it a toss! Its **boomerang action** allows it to return right to your hand, and different throwing speeds and angles allow for a variety of **flight paths and high-speed maneuvers**. With three dazzling **coloured LED lights**, it looks like a neon shooting star when you shoot it across the sky, making it the absolute cure for boredom and a great **Christmas gift** for **kids, teens, and adults**.

**Key Features**

- **Dynamic LED Lights:** Features **dazzling coloured lights** that glow brilliantly, making the orb visible and spectacular during nighttime play.

- **Boomerang Flight Action:** Throw the orb at a slight angle and watch it safely curve back to you, performing an easy-to-master **boomerang effect**.

- **Simple Operation: Easy to get started** just hold the center axis, spin the wheel to start, or simply **shake to start**. Catch it to stop it instantly.

- **Safe and Drop-Resistant:** The protective, enclosed design ensures it's **safe for children** and highly **drop-resistant**, perfect for both **indoor and outdoor** use.

- **Rechargeable:** Equipped with a **3.7V 120mAH battery**, providing **6-8 minutes of flying time** after only **30-35 minutes of charging**.

**Benefits of the Product**

Playing with this interactive orb significantly enhances several developmental areas. It improves **Physical and Mental Skills** by requiring users to calculate throwing force and angle for various tricks, thereby boosting **hand-eye coordination** and **spatial awareness**. Playing with friends encourages **Social Interaction** and **teamwork**. Furthermore, it sparks **creativity** as players invent new games and flight patterns, offering a fun, active break from sedentary activities.

**What's Included**

- 1 x Flying Spinner Set (Magic LED Flying Orb)

- 1 x Charging Cable

## About this seller

## trendymart_17

100% positive feedback · 635 items sold

📅 Joined Apr 2025
🕐 Usually responds within 24 hours

At TrendyMart, we believe shopping should be more than just buying products it should be an experience. Our mission is to bring you carefully selected, high-quality items that combine elegance, ...

See more ⌄

**Visit store**

Contact

♡ Save seller

## Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬▬ | 5.0 |
| Reasonable shipping cost | ▬▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬▬ | 5.0 |
| Communication | ▬▬▬▬▬ | 5.0 |

Average for the last 12 months

## Popular categories from this store    See all

Baby        Cell Phones & Accessories        Toys & Hobbies

## Seller feedback (166)

Filter: All ratings ⌄

➕ u***e (352) · Past 6 months                                        Verified purchase

Awesome seller. I didn't get the item but it was only because the color I wanted wasn't available. The seller was amazing in communicating with me this and let me choose if I wanted either another color or if I wanted a refund which I did chose refund but again, wasn't due to seller but item color unavailable which could not be helped, it is what it is. Definitely seller gets a positive review because of communication. Thank you so much and much love to you💜💜💜💜💜

> Reply from: trendymart_17
>
> Thank you so much for your kind words and understanding! 😊 I truly appreciate your patience and the positive feedback, even though the item couldn't be fulfilled exactly as expected. Communication and customer satisfaction mean a lot to me, and I'm really glad it showed. Wishing you all the best, and hope to serve you again in the future! Much love and gratitude! 💫

Colorful Clear Protector Case for 17cm Labubu V3 Doll with Keychain Bag Box (#157129275990)

➕ 3***c (2) · Past 6 months                                        Verified purchase

The quality is great, it came in perfect condition. The outfit is absolutely adorable. My sweet labubu has never looked better. The outfit came quick and looked exactly like the provided photos. The seller was the sweetest. Also the amount of clothes you get for the prize is phenomenal. I can't wait to but from this absolutely adorable and sweet seller again. To conclude highly recommend I already want more clothes for my labubu. I promise it is so worth it. Especially from this seller alone!!!! 

> Reply from: trendymart_17
>
> Reading your review genuinely made my heart so full! 🥹 💕 I'm overjoyed to know your Labubu looks even sweeter in the outfit, and that you're happy with the quality, fit, and value. Your kind words

and support mean more than I can express they truly keep me motivated to give my very best. Thank you for trusting me and for such a glowing recommendation. 🌸 ✨

Labubu V1 V2 Doll Clothes Set with Strap Pants Skirt Overalls Toy Gift Outfit (#157144443602)

---

➕ j***5 (1131) · Past 6 months                                    Verified purchase

very well packaged, prompt with delivery, item as described, very happy with purchase,

> Reply from: trendymart_17
>
> We really appreciate your thoughtful review! So happy to know you're pleased with the doll and the overall experience 🙏

17cm Plush Doll Without Lenses Glasses, Headphone, Shoes Compatible with Labubu (#157357978675)

---

➕ t***e (298) · Past 6 months                                    Verified purchase

Item as described great seller will buy again great communication A+++++

> Reply from: trendymart_17
>
> Thank You So Much! Alex

Protective Ultra Thin PP Matte Case for iPhone 17 Pro Max 17 Air Cover (#157333669958)

---

➕ e***e (515) · Past 6 months                                    Verified purchase

Excellent seller very quick shipping and very professional packaging.

> Reply from: trendymart_17
>
> Thanks a bunch for your kind words! We take pride in careful packaging and speedy delivery glad you noticed 😊

17cm Mini Plush Doll Clothes bodysuit Hat Set for Kpop Labubu Idol Party Outfit (#157139660585)

---

➕ a***k (206) · Past 6 months                                    Verified purchase

Quick shipping, very good communication. Would purchase from this seller again!

> Reply from: trendymart_17
>
> So happy to hear you're pleased with the experience! Thank you for trusting my shop I'd be delighted to have you back again anytime.

Labubu Doll Clothes 15cm 17cm Casual Sweatsuit Set Outfit with Ribbed Hem (#157157904330)

---

➕ s***k (2032) · Past 6 months                                    Verified purchase

Excellent seller. Fast shipping. Exactly as described little sunglasses. Nice quality. Thank you.

> Reply from: trendymart_17
>
> Thanks for highlighting the accuracy and quality! We're happy the sunglasses were just what you expected. Appreciate your feedback!

6.5cm Transparent Glasses for 1/6 1/8 BJD Labubu MSD EXO Doll Sunglasses (#157141877078)

---

➕ a***e (170) · Past 6 months                                    Verified purchase

Item as described. Super fast shipping. Great communication from seller. Outfit is adorable, thank you so much!!!

> Reply from: trendymart_17
>
> Thank you for such a lovely review! 🌸 I'm thrilled you're happy with the outfit and the service your kindness truly makes my day 💖.

Doll Clothes Set for 17cm Labubu Plush Doll Accessories Birthday Gift Girls (#157142217782)

---

[ See all feedback ]

---

More to explore : Kids Fly Safe Toddler Safety Harnesses, Kids Fly Safe Toddler Safety Harness Toddler Safety Harnesses, Toddler Toy, Toys For Boys, Toys for Girls, Kids Preferred 6-12 Months Baby Toys, Ball 6-12 Months Developmental Baby Toys, Kids Preferred 6-12 Months Plush Baby Toys, The First Years 0-6 Months Baby Toys, Kids Preferred 2 Years and Up Plush Baby Toys

## Shop Top Sellers and Highly Rated Products in Developmental Baby Toys

**Best Sellers**

Tonies - Peanuts A Charlie Brown Christmas (Vince Guaraldi Trio) Tonie

Fisher-Price HFT76 Learning Toys

Battat Education – Piggy Bank for Kids STEM Developmental 12 Items

**Top Rated**

Cocomelon Sing and Learn Laptop Toy for Kids (96113)

## Related searches

| Toys for 7 Year Old Boys | Toys for 5 Year Old Boys | Toys for 4 Year Olds | Toys for 1 Year Old Boy | Flying Ball Toy |

| Educational Toys for 3 Year Olds | Kids Toys | Educational Toys for 4 Year Olds | Boomerang Toys |

| Educational Toys for 1 Year Old | Toys-For Girls | Learning Toys for 2 Year Olds | Childrens Toys Used | Flying Toy |

| Boomerang Ball |

feedback

75 sold

feedback






 **Checkout**

How do you like our checkout? Give us feedback

ℹ This order includes applicable import fees—you won't pay anything extra after checkout.

## Pay with



◉ PayPal    PayPal

○ venmo    Venmo

○ Add new card
   VISA   ⬤⬤   DISCOVER   ①

○ G Pay    Google Pay

○ PayPal CREDIT    Special financing available.
     Apply now. See terms

○ Klarna    Installments ⓘ
     Learn more



## Order Summary

| | |
|---|---|
| Item (1) | $12.99 |
| Shipping | Free |
| Tax | $0.78 |

| **Order total** | **$13.77** |
|---|---|

By clicking Pay, you agree to eBay's User Agreement and acknowledge our Privacy Notice.

You'll finish checkout on PayPal

**Pay with _PayPal_**

Ⓢ Purchase protected by eBay Money Back Guarantee

?

## Ship to

Pittsburgh, PA 15238-3103
United States

Change

## Review order

 trendymart_17 · Add note for seller
100% positive feedback

 Flying Ball Boomerang Toys for Kids Toddlers Age 3 4 5 6 7 8 Years Old Boy Girl
Color: Blue
**$12.99**


Quantity
1 ⌄

Returns accepted

**Delivery**

**Free Standard Shipping from Greater China**
Est. delivery: Dec 8 – Dec 30

---

## Gift cards and coupons

Apply coupons or add eBay gift cards to your account. Once added, gift cards can't be removed.

| Enter code: | Apply |
|---|---|

---

## Donate to charity ⓘ

### ClientEarth US

Join the fight to hold the world's worst corporate polluters accountable for a livable planet. Add a donation to ClientEarth now. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount        None ⌄

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✅ and AdChoice ⓘ

**DOE 81 - eBay - uk-retro**

https://www.ebay.com/itm/2674257919925?_skw=flying+ball&itmmeta=01K82PHNAX7ZC5T63J3HFQDZNB&hash=item3e43    November 25, 2025
d1bfb5:g:RlAAAeSwrhlo4OfI&itmprp=enc%3AAQAKAAAA8FkggFvd1GGDu0w3yXCmi1d1Qas3ujtC%2FxY95h6qCLFvCw1TbnQr%2BFhatq%2Bx
AnJnO25Jg3xNhZH1gvbAHxXlK%2By6lsF6QX8n%2Fi4Hvwp3WBs%2B8JhGUtyXr7uOnbhMVDmVhiJvGnn1m7oXoBiiiadlipuo%2B9TMU9kWXo
7bW73tV9QAS9zGuyRRqHj2VsmsPbczT4ym%2BwietWu%2B4tlRdoKubWHqzAyU0188E1U2fdBalmd9VlvlmvhboOOPegZRc2fQ%2F2ekl8wPzz
AjTd1NnXpObSZV1u0fKHtgb8%2Bt18ymldNCQnaLUcM2SJKJDlDWuVyHww%3D%3D%7Ctkp%3ABk9SR-7VxtbAZg



Hi Chase! ⌄    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

ebay    Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    Search    Advanced

🟢 LIVE  **Streaming now**  Shop exclusive items from trusted sellers    Join event

This listing sold on Sun, Nov 16 at 2:39 AM.



SOLD

Have one to sell?    Sell one like this    Sell something else

⇪ Share

### FLYNOVA PRO Flying Ball Boomerang Spinner Toy Mini Drone UFO Boy Girl Gifts Blue

U  uk-retro (408)
100% positive · Seller's other items · Contact seller    ›

**GBP 9.27**
Approximately US $12.15

Condition:    New ⓘ

[ **Sell one like this** ]

[ **Seller's other items** ]    ?

Shipping:    **GBP 18.62** (approx US $24.40) International Priority Shipping to United States via eBay's Global Shipping Program ⓘ. See details
Located in: Halifax, United Kingdom

Import charges:    Est. **GBP 4.56** Amount confirmed at checkout ⓘ

Delivery:    Estimated between **Thu, Dec 4** and **Mon, Dec 15** to 15238 ⓘ
Includes **international tracking**

Returns:    Seller does not accept returns. See details

Payments:    PayPal  G Pay  VISA  ● ●  ◐

    Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items
Sponsored

See all

    

| FlyNova Pro Flying Spinner Ball Drone – Magic Boomerang Toy Christmas Gift | Christmas Gift Flying Orb Ball 2025–360° Hover Boomerang Spinner Toy Mini Drone | Handmade Boomerang | Flying Ball Boomerang Hand-Controlled Spinner Toy UFO Drone LED Lights Kids Gift | Korff Gam Foan |
|---|---|---|---|---|
| New | New | New | New | New |
| $15.73 | $14.14 | $49.47 | $10.90 | $18.( |
| + shipping | + $13.56 shipping | + $23.48 shipping | Free shipping | + $18 |
| Seller with 100% positive feedback | Seller with 99.3% positive feedback | Seller with 100% positive feedback | Seller with 100% positive feedback | Selle feed |

## Explore related items
Sponsored

See all

    

| Flying Orb Ball Boomerang Fly Nebula Spinner Toys Soaring Hover UFO Mini Drone | Flying Orb Ball Boomerang Fly Nebula Spinner Toys Soaring Hover UFO Mini Drone | Flying UFO boomerang Flying Orb Ball Hover Ball Flying Spinner Mini Drone toy | Flying Orb Ball Boomerang Fly Nebula Spinner Toys Soaring Hover UFO Mini Drone | Flyin Boor Grea |
|---|---|---|---|---|
| New | New | New | New | New |
| $9.39 | $9.39 | $18.33 | $22.00 | $17.! |
| Free shipping | Free shipping | + $18.81 shipping | Free 4 day shipping | Free |
| 122 sold | 2125 sold | 20 sold | | 58 s |

### About this item

Seller assumes all responsibility for this listing.

eBay item number: 267425791925

Last updated on Nov 04, 2025 02:32:00 PST   View all revisions

### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Country of Origin | China |
|---|---|---|---|
| Operator Skill | Intermediate | Indoor/Outdoor | Indoor-Outdoor |

| | | | |
|---|---|---|---|
| Level | | Use | |
| Power Source | electric | State of Assembly | Ready-to-Go |
| UPC | Does not apply | Flight Time | About 10mins |
| Material | Plastic | Controller Battery | battery |
| Age Level | 17 Years & Up, 8-11 Years, 12-16 Years | Brand | Flynova Pro |
| Sub-Type | Boomerangs | Type | HELICOPTER |
| Style | Balls | Feature3 | flying ball |
| Feature2 | ufo | Feature1 | flying spinner |
| Package Includes | Original Box | Personalise | No |
| Category | Toys & Hobbies > Outdoor Toys & Structures > Other Outdoor Toys, Structu... | | |

## Item description from the seller

The FLYNOVA PRO Flying Ball Boomerang Spinner Toy is a mini drone in the shape of a UFO, perfect for both indoor and outdoor use. This electric-powered toy is ready-to-go and features a plastic construction, making it durable and suitable for various age levels. With a flight time of about 10 minutes, this flying ball toy provides an exciting and fun experience for children and adults alike. The Flynova Pro brand ensures quality and reliability, making it a great gift for boys and girls who enjoy hands-on activities.

## About this seller



**uk-retro**

100% positive feedback · 156 items sold

📅 Joined Sep 2004
🕐 Usually responds within 24 hours

**Seller's other items**

Contact

♡ Save seller

## Seller feedback (62)



Filter: **All ratings** ⌄

➕ 9***6 (1275) · Past 6 months          Verified purchase
**Well packaged and fast delivery. Fab seller. Many thanks.**
Hamleys Ultradrift Yamaha Raptor 700R Remote Control Quad RC 1:6 Rar...

➕ l***l (914) · More than a year ago          Verified purchase
**Good service thankyou.**
PETS AT HOME Kitten/Cat Bed with Microwaveable Heat Pad Cream Fluff...

➕ eBay automated feedback · Past month
**Order delivered on time with no issues**
Charlotte Tilbury Box Empty (#267414279690)

➕ eBay automated feedback · Past 6 months
**Order delivered on time with no issues**
Early Learning Centre Sing-A-Long CD Player with Two Microphones Pink...

➕ eBay automated feedback · Past 6 months
**Order delivered on time with no issues**
BN Big Trak BM Electronics 2010 Programmable Toy (#267284768497)

➕ eBay automated feedback · Past 6 months
**Order delivered on time with no issues**
Cath Kidston Kids Backpack Animal Zoo Tiger Giraffe Elephant...

➕ o***p (899) · More than a year ago          Verified purchase
**Top ebayer thank you**
Disney Store Belle Dress Aged 3 World Book Day (#265558817188)

➕ l***m (1144) · More than a year ago          Verified purchase
**Great shoes many thanks** 😊
NEXT Dress School Shoes WIDE UK 5.5 Width G (#267019152282)

See all feedback

## You may also like

Feedback on our suggestions







Magic Flying Ball Orb – Mini UFO Drone Boomerang Toy with 360° LED Lights, USB

New

**$9.15**

+ $13.39 shipping

248 sold

**ALMOST GONE**

New UFO Flying Spinner Orb Boomerang Hover Ball Age 6+ to Adult Ideal Xmas Gift

New

**$9.16**

+ $23.79 shipping

63 sold

Interactive Soft Boomerang for Children Adults Outdoor Fun Toy UK

New

**$6.54**

+ $13.30 shipping

23 sold

## Influenced by your recent views

Sponsored









Flying Orb Ball Boomerang Fly Nebula Spinner Toys Soaring Hover UFO Mini Drone

New

**$9.39**

Free shipping

Flying Orb Ball Boomerang Fly Nebula Spinner Toys Soaring Hover UFO Mini Drone

New

**$9.39**

Free shipping

Flying Spinner Ball Flying Orb Ball Toy Hand Boomerang Hover Ball Toy Gifts

New

**$9.97**

Free shipping

Flying Ball Orb Toys Hover Ball Pro Flying Spinner Toy UFO RGB Cool

New

**$45.85**

+ $52.61 shipping

**DOE 82 - eBay - variety-dealsstore**

https://www.ebay.com/itm/2865336543197_skw=flying+ball&itmmeta=01K82NMVGCR5EM3ZHJ66ZMP1YT    November 25, 2025
&hash=item42b6bc972f:g:CuYAAeSw8rRoEoMD&itmprp=enc%3AAQAKAAAA8FkggFvd1GGDu0w3yXCmi1c%2Bn9kzaCZDtM6s
r%2FmV1wEJlJAbDWUoro3LbTEmJEtyPpHyqmYOfEW5vhCyB1IGCDdTE3lDgh6f2LV3o9c7oDPTMBymOVu2JbL3bM6o4L%2B
MlbtdDokCv%2B928OOSijlKwrjvmjminw6roAFsvquPgNF%2BCtI0sgS%2BBnlu1rcXpkbx7vlmEoXz69WID%2FMgB9ACo9njRv32u
D6bYiyC%2F0oKwmGDpJJUtWJD2jzKzdmOwHBqzCPS4JPBLbfjESHfloWb75Fl3pvlJNrD1OqHYRgL%2Blrn2yQydfWdh5SGfNK
PZufA0w%3D%3D%7Ctkp%3ABk9SR8C409XAZg



Hi **Chase!** ⌄    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    My eBay ⌄    🔔    🛒

**ebay**    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**



🔴 **LIVE**    **Streaming now**  Shop exclusive items from trusted sellers    **Join event**





Have one to sell?    Sell one like this    Sell something else

⤴

### XINHOME Flying Ball Orb Toys Hover Ball Pro Flying Spinner Toy UFO RGB Cool

variety-dealsstore (1049)

99.3% positive · Seller's other items · Contact seller    ›

## GBP 28.99
Approximately US $37.97

Condition:    **New** ⓘ

Quantity:    [ 1 ]    2 available

**Buy It Now**

Add to cart    ?

♡ Add to Watchlist

↩  **Breathe easy.** Returns accepted.

Shipping:    **GBP 13.18 (approx US $17.26)** International Priority Shipping to United States via eBay's Global Shipping Program ⓘ. See details
Located in: KY4 0EQ, Kelty, United Kingdom

Import charges:    Est. **GBP 8.51** Amount confirmed at checkout ⓘ

Delivery:    Estimated between **Fri, Dec 5** and **Mon, Dec 15** to 15238 ⓘ
Includes **international tracking**

Returns:    Seller does not accept returns. See details

Payments:      

## Similar Items
Sponsored    See all



ALMOST GONE

Flying Ball Orb Toys Hover Ball Pro Flying Spinner Toy UFO RGB Cool

New

**$49.76**

+ $19.88 shipping

Seller with 100% positive feedback

Flying Spinner Ball Flying Orb Ball Toy Hand Boomerang Hover Ball Toy...

New

**$9.99**

**Free shipping**

53 sold

Earn up to 5X points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

**Shop with confidence**

🛡️ eBay Money Back Guarantee

Get the item you ordered or your money back. Learn more

## Explore related items

Sponsored

See all

    

NEW Pro Flying Orb Ball Kids Mini Drone Magic Space Boy Girl Fun Gift

New

**$15.36**

$17.45 12% off

**Free shipping**

**11 watchers**

Flying Orb Ball - 2023 Hover Boomerang Ball Toy Cosmic Globe Built In RGB Light

New

**$14.07**

$15.99 12% off

**Free shipping**

28 sold

Orb Lamp – Lake Blue | Battery Operated Vintage Pattern LED Night Light (M-L)

New

**$13.09**

+ $23.91 shipping

Seller with 99.8% positive feedback

Cosmic Galaxy Hand Mini Drone Ball Boomerang Hover Orb Galactic Flying Spinner

New

**$13.49**

$14.99 10% off

**Free shipping**

59 sold

Flyir Ball UFC

New

$49

+ $1!

Selle

feed

---

**About this item**

Seller assumes all responsibility for this listing.

Last updated on Nov 24, 2025 12:09:48 PST  View all revisions

eBay item number: **286533654319**

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| MPN | XH-FB-2021-Red |
| Brand | XINHOME |
| Type | TOYS_AND_GAMES |
| Size | Medium |
| Colour | Red |
| Product | Does Not Apply |
| Department | Toy |
| Item Length | 97 |
| Material | Does Not Apply |

| | |
|---|---|
| Item Width | 94 |
| Items Included | Does Not Apply |
| Compatible Brand | Does Not Apply |
| Compatible Model | Does Not Apply |
| EAN | Does Not Apply |
| Format | Does Not Apply |
| Model | TSM006-R |
| Part Type | XH-FB-2021-Red |
| ISBN | 0606825839377 |
| Manufacturer Part Number | XH-FB-2021-Red |
| Height | Does Not Apply |
| Form Factor | Does Not Apply |
| Power Source | Does Not Apply |
| Processor | Does Not Apply |
| Category | Toys & Hobbies > Radio Control & Control Line > RC Model Vehicles & Kits > Helicopters |

## Item description from the seller

**Features:**

[Easy Control & RGB Light] The flying ball provides a unique system where different throwing angles and speeds will create a boomerang effect, so that your kids will have a unique way of playing and they will not have to constantly keep bending to pick it up and the colorful RGB light will surely keep your kid intrigued.

[Protective Cage & Lightweight] The flying ball has a cage, which is made up of high grade ABS material, which is lightweight, flexible, drop resistant and encloses propellers and also the upgraded mesh shell layers causes no harm to your children's fingers.

[USB Rechargeable] The flying ball includes 1 built in rechargeable battery and a USB charging cable. All you have to do is simply connect the ball to the USB connector for 25 to 30 minutes to full charge which gives a flying time of up to 10 minutes.

[Indoor & Outdoor Use] Whether you kids want to play it on their own or the whole family wants to play, it can be easily controlled in any environment. The smooth flight pattern and the boomerang effect is perfect for backyard, garden, park, school, or office, indoor play. Put your magic ball in your pocket and have fun anytime, anywhere.

[The Perfect Gift] This hand-controlled drone is a fun novelty present for birthdays, Christmas or a surprise for any random occasion, perfect to improve creative intelligence in your kids, teenagers, increase parent-child interaction and will also help in reducing stress for adults and elderly.

## About this seller



**variety-dealsstore**

99.3% positive feedback    1.5K items sold

📅 Joined Feb 2010

**Seller's other items**



Contact

♡ Save seller

## Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 5.0 |
| Reasonable shipping cost | ▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬ | 5.0 |
| Communication | ▬▬▬▬ | 4.9 |

Average for the last 12 months

## Seller feedback (563)

Filter: **All ratings** ⌄

➕ m***5 (121) · Past 6 months                                         Verified purchase

Speedy delivery - quicker than a speeding bullet! Very well packaged. Set up straightforward and done within five minutes. Certainly recommend this vendor.

RENPHO Scale for Body Weight and BMI, Large VA Screen Body Fat Scale, Accurate (#286848276921)

➖ y***o (67) · Past 6 months                                         Verified purchase

I bought two of these items, it was accepted on Ebay, my payment was made and went through successfully, next day I received a message saying deal was cancelled – Cancellation reason - Issue with buyer's shipping address, there is nothing wrong with my address... No further reasons why nor did seller even attempt to contact me in any way. My Payment has since been reversed and I will NEVER deal with this seller again!!! Currently this listing shows as OUT OF STOCK - ENDED!!!



Corsair Vengeance SODIMM 32GB (2x16GB) DDR4 2400MHz CL16 Memory for (#286550998477)

➕ e***a · Past month                                         Verified purchase

Brilliant service, lightning delivery, item exactly as described in perfect condition. All great thanks.

Perixx PERIBOARD-326 Wired USB Mini Backlit Keyboard, Quiet Typing Design, (#285848668982)

➕ i***_ (1419) · Past 6 months                                         Verified purchase

Excellent value. Box arrives in fantastic condition and delivered very, very fast. I would recommend and purchase from this seller in the future.

HiLife FEED ME! - Complete Dry Dog Food - Lamb Chicken Tomato Vegetables - Soft, (#286308264186)

➕ w***j (896) · Past 6 months                                         Verified purchase

I have never had a parcel delivered as fast as this thanks ,condition as described very happy

Avantree Medley Clear - Wireless Earbuds for TV Listening with Clear Dialogue, (#285691850681)

➕ 8***b (28) · Past month                                         Verified purchase

Everything Great, Fab Seller and arrived early, 5 stars.

DEWENWILS Wireless Remote Control Sockets, 13A 3120W Heavy Duty Remote Switch, (#286786750504)

➕ e***n (1110) · Past month                                         Verified purchase

arrived quickly and meets description

Worldwide Travel Adapter with USB-C | The Safest All In One Travel Adaptor | (#286848276920)

➕ i***o (118) · Past year                                         Verified purchase

The bag is extremely good. The condition is exactly as described. The quality is very good. The bag arrived next day and I must admit it surprised me how quick it arrived, A absolutely brilliant service. Thank you. So if you are looking for a bag take a look at this company I highly recommend them.

bagsmart Camera Backpack DSLR, Anti-thief Canvas Camera Bag Water Resistant Fit (#286250530203)

See all feedback

## You may also like

Feedback on our suggestions

   

ALMOST GONE

New UFO Flying Spinner Orb Boomerang Hover Ball Age 6+ to Adult Hand Toy Gifts
New

**$11.78**
+ $13.48 shipping
153 sold

ALMOST GONE

Flying Spinner Ball Flying Orb Ball Toy Hand Boomerang Hover Ball Toy Gifts
New

**$9.99**
**Free shipping**
53 sold

XINHOME Flying Ball Orb Toys Hover Ball Pro Flying Spinner Toy UFO RGB Cool

New

**$43.21**
+ $19.66 shipping
Seller with 100% positive feedback

Flying Ball Orb Toys Hover Ball Pro Flying Spinner Toy UFO RGB Cool

New

**$49.76**
+ $19.88 shipping
Seller with 100% positive feedback

   

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

  Buy with PayPal. It's fast and simple.

## Pay with

○  PayPal

○ Add new card
   VISA ⬤ ⓞ

○ G Pay  Google Pay

○ PayPal CREDIT  ⓘ

## Ship to

Pittsburgh, PA 15238-3103
United States

<u>Change</u>

## Review order

variety-dealsstore  ·  <u>Add note for seller</u>
99.3% positive feedback

 XINHOME Flying Ball Orb Toys Hover Ball Pro
Flying Spinner Toy UFO RGB Cool
**GBP 28.99**

Quantity
1  ⌄

Returns accepted

**Delivery**
Est. delivery: Dec 6 – Dec 16
International Priority Shipping  ⓘ
**GBP 13.18**

### Order Summary

| | |
|---|---|
| Item (1) | GBP 28.99 |
| Shipping | GBP 13.18 |
| Import charges | GBP 8.51 |
| Tax | GBP 2.53 |

**Order total**        **GBP 53.21**

You agree to the Global Shipping Program <u>terms</u>.

**Confirm and pay**

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**          ?

Includes international tracking

**Import charges** ⓘ

No additional import charges at
delivery

**GBP 8.51**

---

# Gift cards and coupons

Apply coupons or add eBay gift cards to your account. Once
added, gift cards can't be removed.

| Enter code: | | Apply |

---

Copyright © 1995-2025 eBay Inc. All Rights Reserved. [Accessibility](#), [User Agreement](#), [Privacy](#), [Consumer Health Data](#), [Payments Terms of Use](#),
[Cookies](#), [CA Privacy Notice](#), [Your Privacy Choices](#)  and [AdChoice](#) ⓘ

⌃

**DOE 83 - eBay - willpartners1964**

https://www.ebay.com/itm/227035178368?_skw=flying+ball&itmmeta=01K82C11FK3DY0QQ2X5NX4EG03&    November 25, 2025
hash=item34dc59e580:g:mIIAAeSwIGRo9t8k&itmprp=enc%3AAAQAKAAAA8FkggFvd1GGDu0w3yXCmi1fzg%2FhzAFzPiXAFeBHf
Aodm%2B1596GQ6FuiKLGuc6QAtQF5%2BFpQ7sjhdsQ8Qw1LXtcvzkFjoW5Krrrr2ha73dt3TOz8Y1Zmlsi%2BqMuDWuvArYT4Otx
O%2F%2B%2FHEnYFTq9hjEV%2BJnF9MB0jdfJl4YN6Q%2FJblMDRCq5QO5dBWZiA5HbW9RGQv0ufOLTBxTgUMzqlApTCuN3
mA4r95BfU7uo07ajpuzlFfFxdcflUpmpXGLWdEiBd5qSigXP95d%2FPlu5gCnT5NOD20YVb6jU7ip99XSbZnALlpM5ndN8t5lwbX9ED
Tpw%3D%3D%7Ctkp%3ABk9SR4SYhMzAZg



Hi Chase! ∨          Daily Deals     Brand Outlet     Gift Cards     Help & Contact                    Sell     My eBay ∨

**ebay**     Shop by category ∨          [Search for anything]          All Categories ∨          **Search**

🎁 **LIVE**   **Streaming now**  Shop exclusive items from trusted sellers          **Join event**

This listing was ended by the seller on Wed, Nov 19 at 5:28 PM because there was an error in the listing.



ENDED



### Tikduck Flying Ball Gyro Flying Light Ball Toy Hovering Boomerang Spinner 360° R

**W**  **willpartners1964** (71)
100% positive · Seller's other items · Contact seller

## AU $90.26
Approximately US $58.26

Condition:     **New** ⓘ

**Sell one like this**

**Seller's other items**

Shipping:     **Does not ship to United States.** See details
              Located in: Okayama, Japan

Delivery:     Varies

Returns:      30 days returns. Buyer pays for return shipping. If you use an eBay shipping label, it will be deducted from your refund amount. See details

Payments:        
               Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡  eBay Money Back Guarantee
   Get the item you ordered or your money back. Learn more

Have one to sell?     Sell one like this     Sell something else

## Similar Items

Sponsored

See all











Akria Toriyama. Hand Drawn Dragonball. Artwork 30th Anniversary

New

**$1,839.68**

+ $25.82 shipping
Seller with 100% positive feedback

Shenron Dragon Figure with LED Crystal Balls Remote Display Gift Toy 15cm

New

**$71.01**

+ $32.28 shipping
Seller with 100% positive feedback

Epoch Baseball Game Jr. – Vintage 1998-2003 Compact Mechanical...

Pre-owned

**$35.47**

+ $37.44 shipping
Seller with 100% positive feedback

Dragon Ball Super Super Master Stars Piece The Gogeta Figure DB.02 EX...

Pre-owned

**$193.65**

+ $23.23 shipping
Seller with 99.5% positive feedback

Drag
Wav

New

$12.

+ $1
Selle
feed

## Explore related items

Sponsored

See all













Flying LED Boomerang Ball Magic Hover Toy Anti-Gravity Spinner for Kids Gift

New

**$29.95**

Free shipping
Seller with 100% positive feedback

Shenron Dragon Figure with LED Crystal Balls Remote Display Gift Toy 15cm

New

**$71.01**

+ $32.28 shipping
Seller with 100% positive feedback

LAST ONE

Wonder Woman - Wonder Woman with Tiara Boomerang ECCC 2021 US...

New

**$8.07**

$16.13 **50% off**
+ $16.11 shipping
Seller with 99.7% positive feedback

Tikduck Flying Orb Ball Toys Hover Boomerang Red

New

**$20.95**

+ $4.99 shipping
Seller with 99.8% positive feedback

The
Boo
Pop

New

$6.

$12.
+ $
Selle
feed

---

**About this item**

Seller assumes all responsibility for this listing.

eBay item number: **227035178368**

Last updated on Nov 19, 2025 16:28:46 PST View all revisions

## Item specifics

Condition                              New: A brand-new, unused, unopened, undamaged item (including

handmade items). See the seller's ... Read more

| | |
|---|---|
| number_of_lithium_ion_cells | 1 |
| manufacturer_minimum_age | 72 |
| color | blue |
| number_of_players | 1 or more people |
| educational_objective | Creative thinking | Intelligence development |
| MPN | TD-FBT-22-Blue |
| battery | [object Object] |
| batteries_required | true |
| manufacturer | Tikduck |
| number_of_boxes | 1 |
| Brand | Tikduck |
| age_range_description | children,adults |
| size | 3.54 inch |
| Material | Plastic | ABS |
| is_assembly_required | false |
| hazmat | LITHIUM ION BATTERIES CONTAINED IN EQUIPMENT |
| part_number | TD-FBT-22-Blue |
| lithium_battery | [object Object] |
| unspsc_code | 60140000 |
| num_batteries | lithium_ion |
| target_gender | unisex |
| variation_theme | COLOR |
| batteries_included | true |
| Category | Collectibles & Art > ··· > Animation Art & Merchandise > Animation Merchandise > Other Animation Merchandise |

## Item description from the seller

Thank you for visiting our page

# Tikduck Flying Ball Gyro Flying Light E
# Hovering Boomerang Spinner 360° R

[ Brand ] : Tikduck












**DOE 84 - eBay - wojcglo45**



https://www.ebay.com/itm/1664810075667?_skw=flying+ball&itmmeta=01K82PHNAYA9MDJQ3XAGMZ2274&hash=item26c    November 25, 2025
30a93cf:g:fd0AAOSw4ItlMpYR&itmprp=enc%3AAQAKAAAA8FkggFvd1GGDu0w3yXCmi1eeV2k1U1ANDS5fp%2BOiCl50qgVlTzGMurRGcq4W2
CyPpE64eJAShpK%2BGtoXzh1z2uVgnnaAB9GKplmYEQmY1QR4Mwlai8%2F0sSg9eeQEZdrK0aCLLgHuTUhR%2BZZcjW1Bu2fnZo%2FeQqY9t
OslqWcT9sNCH7NnE5i3yuFUZSaspfCqeaQQJQMZwhIY%2BZcKBXbSxC8to4joK54Kb70Bf5%2BlRH4ihi74TTflDdyJOkUrlQtZ3nPR5G3EKaYyNb
WqPCpxj162TlEwoOOuGo8x2sg1%2BQcfjgWkik7YjymceL8CRuNkSaw%3D%3D%7Ctkp%3ABk9SR_DVxtbAZg

Hi Chase! ∨   Daily Deals   Brand Outlet   Gift Cards   Help & Contact          Sell   Watchlist ∨   My eBay ∨

**ebay**   Shop by category ∨    Search for anything    All Categories ∨    **Search**   Advanced

🔴 **LIVE**   **Streaming now**  Shop exclusive items from trusted sellers    Join event

This listing sold on Wed, Nov 12 at 7:20 AM.




Have one to sell?   Sell one like this    Sell something else

⬆ Share

## Purple Flying Ball Boomerang Spinner Toy Mini Drone UFO Boy Girl Gifts Remote

W   **wojcglo45** (22)
100% positive · Seller's other items · Contact seller

### GBP 4.29

Approximately US $5.62
or Best Offer

Condition:   **New** ⓘ

**Sell one like this**

**Seller's other items**

?

Shipping:   **GBP 24.59 (approx US $32.23)** International Priority Shipping to United States via eBay's Global Shipping Program ⓘ. See details

Located in: London, United Kingdom

Import charges:   Est. **GBP 3.57** Amount confirmed at checkout ⓘ

Delivery:   Estimated between **Fri, Dec 5** and **Tue, Dec 16** to 15238 ⓘ

Includes **international tracking**

Returns:   Seller does not accept returns. See details

Payments:   PayPal   G Pay   VISA   ● ● ●

 Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

### Shop with confidence

 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items
Sponsored

See all

   

| | | | | |
|---|---|---|---|---|
| Flying Ball Boomerang Hand-Controlled Spinner Toy UFO Drone LED Lights Kids Gift | Mini Drone Hand Controlled Flying Fidget Spinner UFO Flying Orb Boomerang Hover | Handmade Boomerang | Rechargeable Mini RC Drone Fall Resistant Remote Helicopter Children Toy Gift | 50 G SUCI Shoc New |
| New | New | New | New | $8.7 |
| $10.90 | $23.59 | $49.47 | $9.16 | + $18 |
| Free shipping | + $22.59 shipping | + $23.48 shipping | + $23.79 shipping | 96 sc |
| Seller with 100% positive feedback | Seller with 100% positive feedback | Seller with 100% positive feedback | | |

## Explore related items
Sponsored

See all

   

| | | | | |
|---|---|---|---|---|
| Flying Orb Ball Boomerang Fly Nebula Spinner Toys Soaring Hover UFO Mini Drone | Flying Orb Ball Boomerang Fly Nebula Spinner Toys Soaring Hover UFO Mini Drone | Flying Orb Ball Boomerang Fly Nebula Spinner Toys Soaring Hover UFO Mini Drone | Flying Ball Boomerang Hand-Controlled Spinner Toy UFO Drone LED Lights Kids Gift | Flyin Spin UFO New |
| New | New | New | New | $9.3 |
| $9.39 | $9.39 | $22.00 | $10.90 | Free |
| Free shipping | Free shipping | Free 4 day shipping | Free shipping | 5 wa |
| 122 sold | 2125 sold | | Seller with 100% positive feedback | |

### About this item

Seller assumes all responsibility for this listing.                                    eBay item number: 166481007567

Last updated on Jun 17, 2025 19:22:54 PDT  View all revisions

### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Operator Skill Level | Intermediate |
|---|---|---|---|
| Indoor/Outdoor Use | Indoor-Outdoor | Power Source | electric |
| State of Assembly | Ready-to-Go | UPC | Does not apply |

| | | | | |
|---|---|---|---|---|
| Flight Time | About 10mins | | Material | Plastic |
| Controller Battery | battery | | Brand | Unbranded |
| Sub-Type | Boomerangs | | Type | HELICOPTER |
| Style | Balls | | Feature3 | flying ball |
| Feature2 | ufo | | Feature1 | flying spinner |
| Package Includes | Original Box | | | |
| Category | Toys & Hobbies > Outdoor Toys & Structures > Other Outdoor Toys, Structu... | | | |

## Item description from the seller

Purple Flying Ball Boomerang Spinner Toy Mini Drone UFO Boy Girl Gifts Remote Control.



### About this seller

**wojcglo45**

100% positive feedback · 26 items sold

📅 Joined Apr 2019
🕐 Usually responds within 24 hours

**Seller's other items**

**Contact**

♡ **Save seller**



### Seller feedback (10)

This item (1)    All items (10)

Filter: All ratings ⌄    Service    Seller satisfaction

Shipping

➕ r***e (637) · Past month                          Verified purchase
1st class seller. Quality goods. Great communication. A pleasure to do business with. Many thanks. 🏆 👍
Purple Flying Ball Boomerang Spinner Toy Mini Drone UFO Boy Girl Gifts...

➕ t***5 (2392) · Past 6 months                      Verified purchase
Perfect eBay/fast delivery/very good communication, thank you.
Genmitsu 4040-PRO + Genmitsu Copressed Air Laser + Makita Router + ...

➕ n***_ (658) · More than a year ago                Verified purchase
Fast delivery
Philips One Blade 360 Shaver (QP283420) (#166786194830)

➕ eBay automated Feedback · Past 6 months
Order delivered on time with no issues
Apple Watch Series 10 42mm Jet Black GPS (#167614872201)

➕ -***r (126) · More than a year ago                Verified purchase
Good response from seller.
Logitech MX Master 3S Wireless Mouse - Graphite (#166568460703)

➕ m***r (1791) · More than a year ago               Verified purchase
Great seller, many thanks 😊
Quick Push Light Up Pop Game Fidget Toys For Adults And Kids Sensory...

➕ eBay automated Feedback · Past year
This seller successfully completed an order.
DJI FPV Remote Controller 3 (#167397179669)

➕ a***p (1171) · More than a year ago               Verified purchase
I am happy with my purchase. Thank you very much for delivering items so fast.Thanks,
5x Twin Black Office Chair Seat Replacement Spare Double Castor Caste...

See all feedback

## You may also like

Feedback on our suggestions









Magic Flying Ball Orb – Mini UFO Drone Boomerang Toy with 360° LED Lights, USB

**New**

**$9.15**

+ $13.39 shipping

248 sold

ALMOST GONE

New UFO Flying Spinner Orb Boomerang Hover Ball Age 6+ to Adult Ideal Xmas Gift
New

**$9.16**

+ $23.79 shipping

63 sold

Flying Ball Boomerang Hand-Controlled Spinner Toy UFO Drone LED Lights Kids Gift

New

**$10.90**

**Free shipping**

Seller with 100% positive feedback

2025 Flying Orb Ball Drone Toy LED Spinner Hover UFO Christmas Gift Kids

New

**$23.59**

**Free shipping**



More to explore : Balls, Flying Discs & Boomerangs,   American Girl Balls, Flying Discs & Boomerangs,   US Toy Balls, Flying Discs & Boomerangs,
Toy Story Balls, Flying Discs & Boomerangs,   Colorado Boomerangs Balls, Flying Discs & Boomerangs,   Wood Balls, Flying Discs & Boomerangs,
Aerobie Balls, Flying Discs & Boomerangs,   Hedstrom Balls, Flying Discs & Boomerangs,   NERF Balls, Flying Discs & Boomerangs,
Foam Balls, Flying Discs & Boomerangs

## Shop Top Sellers and Highly Rated Products in Other Outdoor Toys, Structures

**Best Sellers**

Disney Minnie Mouse Playhouse - PH86560MN

KinderMat 500111 45 inch x 19 inch Basic Rest Mat - Red/Blue

NERF Star Wars First Order Stormtrooper Blaster - E2145

Flybar Super Pogo Stick - 1505 (Silver)

Flybar MFF-B My First Flybar Foam Pogo Jumper - Blue

**Top Rated**

NERF Star Wars First Order Stormtrooper Blaster - E2145

KinderMat 500111 45 inch x 19 inch Basic Rest Mat - Red/Blue

Flybar MFF-B My First Flybar Foam Pogo Jumper - Blue

Canvas Surf Rider Inflatable Pool Beach Float Lounge - 60x29", Red/Blue

Bop Bag Spiderman Inflatable Kids Toy Marvel Exercise D1

## Related searches

Flying Spinner Mini Drone    Flying Ball Drone    Flying Ball Toy    Flying Orb Ball    Spinner Volador Giratorio Mini Drone Flying

Flying Orb Ball 2023    Orbit Flying Ball    Flying Ball    Drone Toy    Ball Spinner    Fly Orb Hover Ball    Ufo Spinner



**DOE 85 - eBay - women_shoes_clothes**

https://www.ebay.com/itm/3576684807667?_skw=flying+ball&itmmeta=01K82C11FJKJ5Y77K9SX8G4H1F&h    November 25, 2025
ash=item5346b3e6ff:g:q7wAAeSwO3Fo1mLl&itmprp=enc%3AAQAKAAAA8FkggFvd1GGDu0w3yXCmi1f%2FiL8ZyJGPjTglpi5T%
2FJJQlb1I07tpiNeev6y8y%2FzCVn3mFhoZWUMlpf652on1%2FRwqpKW7wE26a1kibntewmOXr36hoMnK8cUjNHDK422ZmxJCJf
3ZY7PlIEX%2BrTruG4v7C1M8qT266GavXfDNBFuiColUZPk8Om%2F0%2BZeeUqqiLY%2BW5gPvsAWDmoDhj9LEBklHWKB0gp
3Zs%2FHTKKCxZnk5YEOe%2Fx3quujWny9jfymh6Bb6xo1hwnCK5zFx6t9bzq%2BELOx8CJ%2FIaJy%2BPcyQLrtTl9MJNwemwO
efWCQwpyZH0w%3D%3D%7Ctkp%3ABFBMhJiEzMBm



Hi **Chase!** ⌄    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    My eBay ⌄    🔔    🛒

**ebay**    Shop by category ⌄

[🔍 Search for anything        All Categories ⌄]    [ **Search** ]

🔴 **LIVE**    **Streaming now**  Shop exclusive items from trusted sellers    [ Join event ]



**178 VIEWED IN THE LAST 24 HOURS**

   

Have one to sell?    [ Sell one like this ]    [ Sell something else ]

⤴

## Similar Items
Sponsored                                    See all

 

### Pro Flying Ball Space Orb – Magic Mini Drone UFO Boomerang Toy for Boys & Girls

**Z**    **women_shoes_clothes** (1082)    →
99.1% positive · Seller's other items · Contact seller

## GBP 6.98
Approximately US $9.14

Condition:    **New** ⓘ

Quantity:    [ 1 ]    More than 10 available · 88 sold

[ **Buy It Now** ]

[ Add to cart ]    ❓

[ ♡ Add to Watchlist ]

⚡  **This one's trending.** 88 have already sold.

⚡  **People want this.** 11 people are watching this.

Shipping:    **GBP 9.18 (approx US $12.02)** International Priority Shipping to United States via eBay's Global Shipping Program ⓘ. See details

Located in: Kidderminster, United Kingdom

Import charges:    Est. **GBP 3.41** Amount confirmed at checkout ⓘ

Delivery:    Estimated between **Thu, Dec 4** and **Mon, Dec 15** to 15238 ⓘ

Includes **international tracking**

Returns:    Seller does not accept returns. See details

ALMOST GONE

ALMOST GONE

Payments:  PayPal | G Pay | VISA | mastercard | Diners

Flying Spinner Ball Flying
Orb Ball Toy Hand
Boomerang Hover Ball Toy...
New

**$9.99**
**Free shipping**
53 sold

New UFO Flying Spinner
Orb Boomerang Hover Ball
Age 6+ to Adult Hand Toy...
New

**$11.78**
+ $13.48 shipping
153 sold

Earn up to 5x points when you use
your eBay Mastercard®. Learn more

International shipping and import charges
paid to Pitney Bowes Inc. Learn more

**Shop with confidence**

 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Explore related items
Sponsored

See all









Flying Orb Ball Boomerang
Fly Nebula Spinner Toys
Soaring Hover UFO Drone
New

**$12.59**
$13.99 10% off
**Free shipping**
167 sold

Cosmic Galaxy Hand Mini
Drone Ball Boomerang Hover
Orb Galactic Flying Spinner
New

**$13.49**
$14.99 10% off
**Free shipping**
59 sold

Orb Lamp – Lake Blue |
Battery Operated Vintage
Pattern LED Night Light (M-L)
New

**$13.09**
+ $23.91 shipping
Seller with 99.8% positive
feedback

Flying Orb Ball Boomerang
Fly Nebula Spinner Toys
Soaring Hover UFO Mini...
New

**$13.49**
$14.99 10% off
**Free shipping**
30 sold

NEW
Mini
Girl
New

**$15**
$17.
Free
11 wa

### About this item

Seller assumes all responsibility for this listing.                    eBay item number: **357668480767**

Last updated on Nov 24, 2025 07:36:24 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Country of Origin | United Kingdom |
| Brand | Unbranded |
| Model | Boomerang |
| Material | High Quality Plastic |
| Size Class | &lt;200 |
| Age Level | 8-11 Years, 12-16 Years, 17 Years & Up |
| Model Grade | Toy Grade |
| System | With Flybar |
| Fuel Type | Electric |

| Colour | blue |
| EAN | N/A |
| Category | Toys & Hobbies  ›  Radio Control & Control Line  ›<br>RC Model Vehicles & Kits  ›  Helicopters |

## Item description from the seller

# Pro Flying Ball Space Orb – Magic Mini Drone UFO

**360° LED • USB Rechargeable • Boomerang Drone**

Retail Price: £19.99    **Now Only: £5.58**

Take playtime to the next level with this futuristic **Magic Flying Ball Space Orb**. Featuring **360° colourful LED lights**, motion-sensing boomerang flight, and safe enclosed propellers — it's the ultimate toy for kids and teens. Charge in just 25 minutes and enjoy 7–9 minutes of flying fun indoors or outdoors!

- ✨ 360° Auto-Rotating Flight & Boomerang Return
- 🌈 Colourful LED Lights for Day & Night Play
- 🔋 USB Rechargeable — 25min Charge = 7–9min Flight
- 🛡️ Safe Design with Enclosed Propellers
- 🎁 Perfect Gift Idea for Kids, Teens & Adults

**Buy Now**    **See Specifications**



## Specifications

| | |
|---|---|
| Material | Plastic + Electronic Parts |
| Battery | 100mAh (USB Rechargeable) |
| Playtime | 7–9 minutes |
| Charging Time | Approx. 25 minutes |
| Movements | Up/Down, Spin, Forward/Backward, Height Control, Sensing Mode |
| Age Recommendation | 5+ (Best for 8+) |
| Available Colours | Red, Blue |

## Package Includes

- 1 × Mini Drone Toy
- 1 × Remote Control
- 1 × USB Charging Cable

## FAQs

🔋 **How long does it take to charge?**

About 25 minutes via USB cable.

⏱ **How long does a single play session last?**

7–9 minutes depending on usage.

👶 **Is it safe for kids?**

Yes! Enclosed propeller design makes it safe. Recommended age is 5+ (best for 8+).

🌸 **What colours are available?**

Choose from Red, or Blue.

#FlyingBall #MagicOrb #MiniDrone #BoomerangDrone #LEDDrone #GiftIdeas #KidsToys #UKDeals
#TikTokMadeMeBuyIt

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

 Buy with PayPal. It's fast and simple.

# Pay with

○   PayPal

○ Add new card
  

○   Google Pay

○   ⓘ

# Ship to

Pittsburgh, PA 15238-3103
United States

<u>Change</u>

# Review order

Z  women_shoes_clothes · <u>Add note for seller</u>
   99.1% positive feedback

 Pro Flying Ball Space Orb – Magic Mini Drone
UFO Boomerang Toy for Boys & Girls
**GBP 6.98**

Quantity
1 ⌄

**Delivery**
Est. delivery: Dec 5 – Dec 16
International Priority Shipping ⓘ
**GBP 9.18**
Includes international tracking
**Import charges** ⓘ

## Order Summary

| | |
|---|---|
| Item (1) | GBP 6.98 |
| Shipping | GBP 9.18 |
| Import charges | GBP 3.41 |
| Tax | GBP 0.97 |

**Order total**    **GBP 20.54**

You agree to the Global Shipping Program <u>terms</u>.

**Confirm and pay**

Select a payment method

💲 Purchase protected by **eBay Money Back Guarantee**

?

No additional import charges at
delivery
**GBP 3.41**

# Gift cards and coupons

Apply coupons or add eBay gift cards to your account. Once
added, gift cards can't be removed.

| Enter code: | Apply |

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices  and AdChoice 

**DOE 86 - eBay - yamark_uk**

https://www.ebay.com/itm/405561622506?_skw=flying+ball&itmmeta=01K82C11FJVTZMQR0R0JHE2K2H&    November 25, 2025
hash=item5e6d5b3fea:g:tugAAOSw0VRnta6B&itmprp=enc%3AAQAKAAAA0FkggFvd1GGDu0w3yXCmi1dpuaMdybdgeqNiH2TPh
BeVcWAQ4OxHYXr6KxRnpal97aKLjZjRvWahBccJuQ5qmuwtVPgygVL6cKTqTzJwQOPf9k6syUgPjwjmKQ%2FdujaafaJV5KWorlJ
FhIeyxyHbl52FLN2yc2%2BZIzR9qCB%2BYEtuPGJaDj%2BXDXvx0kLvFl%2F2FX99mxPJDdCQ9K%2Fr9pceTxb45E4uH7%2Bkvhsl
ChX2Uet7K0zNZ6wWMoqRDw1UYWeiWAah6fqRSy131NWY74eM6bFbE%3D%7Ctkp%3ABk9SR4KYhMzAZg



Hi **Chase!** ⌄    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    My eBay ⌄    🔔    🛒

**ebay**    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**

🔴 **LIVE**  **Streaming now**  Shop exclusive items from trusted sellers    **Join event**





131 VIEWED IN THE LAST 24 HOURS

15  ♡

Have one to sell?    Sell one like this    Sell something else

# Magic Mini Drone Pro Flying Ball Space Orb UFO Boomerang Boy Girl Toy XMAS Gifts

🟢 YAM  **yamark_uk** (2632)
97% positive · Seller's other items · Contact seller    >

## GBP 4.99
Approximately US $6.54

Condition:    **New** ⓘ

Select: **Select**    ⌄

Quantity:    [1]    50 available · 39 sold

**Buy It Now**    ?

**Add to cart**

♡ **Add to Watchlist**

⚡ **This one's trending.** 39 have already sold.

⚡ **People want this.** 15 people are watching this.

Shipping:    **GBP 9.11 (approx US $11.93)** International Priority Shipping to United States via eBay's Global Shipping Program ⓘ. See details

Located in: Bolton, United Kingdom

Import charges:    Est. **GBP 3.71** Amount confirmed at checkout ⓘ

Delivery:    Estimated between **Fri, Dec 5** and **Mon, Dec 15** to 15238 ⓘ

Includes **international tracking**

Returns:    Seller does not accept returns. See details

## Similar Items
Sponsored    See all



♡    ♡

ALMOST GONE    ALMOST GONE

Mini Drone Pro Flying Ball
Magic Orb UFO Boomerang
Floating Ball Boy Girl Toy
New

**$9.63**
+ $22.10 shipping
59 sold

Flying Spinner Ball Flying
Orb Ball Toy Hand
Boomerang Hover Ball Toy...
New

**$9.99**
**Free shipping**
53 sold

Returns: ...not accepted. Details

Payments:    

 Earn up to 5x points when you use
your eBay Mastercard®. Learn more

International shipping and import charges
paid to Pitney Bowes Inc. Learn more

### Shop with confidence

 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Explore related items
Sponsored

See all

    

Cosmic Galaxy Hand Mini
Drone Ball Boomerang Hover
Orb Galactic Flying Spinner

New
**$13.49**
~~$14.99~~ **10% off**
**Free shipping**
59 sold

Flying Orb Ball Boomerang
Fly Nebula Spinner Toys
Soaring Hover UFO Drone

New
**$12.59**
~~$13.99~~ **10% off**
**Free shipping**
167 sold

Orb Lamp – Lake Blue |
Battery Operated Vintage
Pattern LED Night Light (M-L)

New
**$13.09**
+ $23.91 shipping
Seller with 99.8% positive
feedback

NEW Pro Flying Orb Ball Kids
Mini Drone Magic Space Boy
Girl Fun Gift

New
**$15.36**
~~$17.45~~ **12% off**
**Free shipping**
11 watchers

Pro
Mag
Boo

New
**$6.**
+ $1.
35 s

### About this item

Seller assumes all responsibility for this listing.

eBay item number: **405561622506**

Last updated on Nov 24, 2025 08:24:31 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Indoor/Outdoor Use | Indoor-Outdoor |
| Size | 95*95*95mm |
| MPN | Does Not Apply |
| Charging Time | 25 mins |
| Plugs Types | USB |
| System | With Flybar |

| | |
|---|---|
| Colour | |
| Fuel Type | Electric |
| Function | Up and down, left turn, right turn, forward |
| Number of Channels | 2 |
| Features | Auto Return, Mini Drone, Will shine, Light |
| Recommended Age Range | Over 5-year-old |
| Size Class | 200 |
| Warranty | 3 Year |
| Package 2 | 1 x Remote Control |
| Replica of | Airwolf |
| Material | Plastic, Eletronic Components |
| Model Number | Flying Ball Toys |
| Package 1 | 1 x Mini Drone Toy |
| Model Grade | Toy Grade |
| Playing time | About 8-10 mins |
| Suitable for | Christmas gifts, Birthday gifts |
| Brand | Unbranded |
| Type | Aerobatic & 3D |
| Battery Capacity | 100mAh |
| Model | Boomerang |
| Country/Region of Manufacture | China |
| Character Family | Boomerang Spinner |
| Country of Origin | China |
| Category | Toys & Hobbies > Radio Control & Control Line > RC Model Vehicles & Kits > Helicopters |

## Item description from the seller

**"We truly value your satisfaction — reach out to us first if there's any issue. We're committed to helping you!"**

Flying Ball Toy - Flying Orb Toy, Globe Shape Boomerang Flying Spinner Mini Drone Hover Ball with 360° Rotating for Kids Gift Adults Indoor Outdoor Games



# Top Flying Orb Ball – Magic Hover Ball

## Overview

Welcome to **Yamark UK**, your trusted destination for premium smart toys, flying gadgets, LED drones, hover balls, and interactive children's gifts. This **Top Flying Orb Ball** is the newest generation of motion-sensor flying toys designed for indoor and outdoor fun. Made for kids, teens, adults, and beginners, this **Magic Hover Ball by Yamark UK** floats, glides, spins, and responds to your hand movements with amazing stability and control.

## How It Works

Switch on the flying orb ball, place your hand under it, and watch it rise automatically. The built-in smart sensor detects your hand and moves in the opposite direction—creating a magical floating effect. Throw it gently into the air to start, and **grab & flip** to stop instantly. Perfect for indoor and outdoor play.

## Durable & Lightweight Design

Made from **high-grade polypropylene**, the hover ball is flexible, bendable, impact-resistant, and child-safe. Lightweight enough to carry anywhere, and soft enough to prevent injuries. Designed and tested by **Yamark UK** for maximum safety and long-term durability.

## Dreamy LED Color Lights + Fast USB Charging

Includes multi-color LED lights visible day or night. Charge through any USB port—laptop, power bank, or adapter.
• Charging time: ~25–30 minutes
• Play time: ~6 minutes
• LED flashes = needs charging
• LED ON = charging
• LED OFF = fully charged
Powered by **Yamark UK** technology.

## Benefits for Children

Enhances hand-eye coordination, creativity, intelligence, motor skills, and focus. Great for home, office, school, playground, beach trips, gifts, birthdays, Christmas, and party fun. Perfect for kids over 5 years old.

## Specifications

- Color Options: Pink / Red / Blue
- Material: Plastic + Electronic Components
- Charging Time: 25–30 Minutes
- Play Time: ~6 Minutes
- Battery Capacity: 100mAh
- Functions: Up/Down, Left/Right, Forward/Backward, Height Stability, Smart Sensing
- Recommended Age: 5+

## User Manual

This product is a **flying ball** that lifts upward when you switch it on and place your hand underneath it.

To turn the flying ball on, you must use the **Star Stick (remote control)**.

The **Star Stick** is required for proper operation and is available in our listing.

For a complete order, please select **Ball = Star Stick** from the listing to ensure the full set is received.

## Bulk Buy Note

Wholesale buyers are welcome! If you need bulk quantities, message us — **Yamark UK** offers special discounts for bulk orders.

## Customer Support

If you face any issue at all, please contact the seller before opening a case or leaving feedback. We will solve everything quickly and politely. Your satisfaction is our priority.

## About this seller



**yamark_uk**

97% positive feedback · 6.5K items sold

📅 Joined Apr 2022

Seller's other items

Contact

♡ Save seller

## Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 4.5 |
| Reasonable shipping cost | ▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬ | 4.9 |
| Communication | ▬▬▬▬ | 4.9 |

Average for the last 12 months

## Seller feedback (2,924)

This item (15)    All items (2,924)

Filter: All ratings ∨    Satisfaction    Quality    Appearance

➕ 3***r (506) · Past 6 months                                      Verified purchase
Don't bother ordering! First time this has happened to me Ordered balls as in the description Received the light blue wands as in picture Ordered from elsewhere

➕ 2***0 (388) · Past 6 months                                      Verified purchase
Brilliant you, my son loves it. Good strong & reliable.

➕ I***n (1547) · Past 6 months                                      Verified purchase
Very pleased with these, recommend this seller, 5*****

➕ 3***2 (179) · Past 6 months                                      Verified purchase
Received thanks 🙏

➕ a***2 (1624) · Past 6 months                                      Verified purchase
Item arrived on time all good thanks.

➕ Automatische Bewertung von eBay · Past month
Bestellung pünktlich und problemlos geliefert

➕ Automatische Bewertung von eBay · Past month
Bestellung pünktlich und problemlos geliefert

➕ Automatische Bewertung von eBay · Past 6 months
Bestellung pünktlich und problemlos geliefert

See all feedback

## You may also like

Feedback on our suggestions






   

| Pro Flying Ball Space Orb Magic Mini Drone UFO Boomerang Boy Girl Xmas 🎅 ... | New Pro Flying Ball Space Orb Magic Mini Drone UFO Boomerang Boy Girl Toy Gift | New Pro Flying Ball Space Orb Magic Mini Drone UFO Boomerang Boy Girl Toy Gift | Pro Flying Ball Space Orb Magic Mini Drone UFO Boomerang Boy Girl Toy XMA... |
|---|---|---|---|
| New | New | New | New |
| **$4.07** | **$7.92** | **$16.31** | **$6.54** |
| + $13.22 shipping | + $13.35 shipping | + $13.64 shipping | + $13.30 shipping |
| 55 sold | 629 sold | 251 sold | 35 sold |

   

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

  Buy with PayPal. It's fast and simple.

## Pay with

○   PayPal

○  Add new card
    

○   Google Pay

○   

## Ship to

Pittsburgh, PA 15238-3103
United States

<u>Change</u>

## Review order

 yamark_uk · <u>Add note for seller</u>
97% positive feedback

Magic Mini Drone Pro Flying Ball Space Orb
UFO Boomerang Boy Girl Toy XMAS Gifts
Select: Magic ball

**GBP 13.99**

Quantity
1                                    ⌄

**Delivery**
Est. delivery: Dec 6 – Dec 16
International Priority Shipping ⓘ
**GBP 9.42**

## Order Summary

| | |
|---|---|
| Item (1) | GBP 13.99 |
| Shipping | GBP 9.42 |
| Import charges | GBP 5.51 |
| Tax | GBP 1.41 |

| **Order total** | **GBP 30.33** |
|---|---|

You agree to the Global Shipping Program <u>terms</u>.

[ Confirm and pay ]

Select a payment method

💲 Purchase protected by **<u>eBay Money Back Guarantee</u>**

?

Includes international tracking

**Import charges**  ⓘ

No additional import charges at delivery

**GBP 5.51**

# Gift cards and coupons

Apply coupons or add eBay gift cards to your account. Once added, gift cards can't be removed.

| Enter code: | **Apply** |

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices  and AdChoice ⓘ

∧

**DOE 87 - eBay - yutsu_japan**

https://www.ebay.com/itm/371559937384?_skw=flying+ball&itmmeta=01K82NMVGCD0BB3GZ0WM0VVDN    November 25, 2025
V&hash=item5c7856ac68:g:JMkAAeSwDBFo7jsA&itmprp=enc%3AAAQAKAAAA4FkggFvd1GGDu0w3yXCmi1fHISUyg%2BwWidD
BQ9z4pEoQ3uPckoiFwmZH3Pb9f8m8nB3TiSIg0y90NlWvlHnsNMF6r8XplY2K4nbl7wYMWTBU2WpvquuEwsElRe2sK%2BMXs0X
VjwBmcuBb18s%2F0U%2BwVt%2BnAduq6POOYejoZM1UrYPJ2%2B7Wat8R1esxkFCUBIX62bYbhGbLnsilib0gwvXtiWsg4Zn20X
%2F%2BnBcqy2pj8B9OLHTl9rOZ%2FDA5WJr9ETWK7JZMkla0MePrBG7FNexwmfBXldEMuKNgEZllh1MRPnSv%7Ctkp%3ABk9
SR8C409XAZg



Hi Chase! ▾      Daily Deals     Brand Outlet     Gift Cards     Help & Contact                    Sell      My eBay ▾     🔔     🛒

**ebay**    Shop by category ▾

🔍 Search for anything                                    All Categories ▾        **Search**

🔴 **LIVE**    **Streaming now**  Shop exclusive items from trusted sellers    **Join event**

This listing was ended by the seller on Thu, Nov 13 at 5:04 PM because there was an error in the listing.








Have one to sell?     [ Sell one like this ]     [ Sell something else ]



### XINHOME Flying Ball Genuine Toy Funny Glowing UFO Toy Flying Ball Boomerang Spin

**Y**   **yutsu_japan** (264)
100% positive · Seller's other items · Contact seller        ›

## AU $84.25
Approximately US $54.38

Condition:      **New** ⓘ

[ **Sell one like this** ]

[ **Seller's other items** ]    ?

Shipping:    **Does not ship to United States.** See details
             Located in: Hyogo, Japan

Delivery:    Varies

Returns:     30 days returns. Buyer pays for return shipping. If you use an eBay shipping label, it will be deducted from your refund amount. See details

Payments:       
              Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

  eBay Money Back Guarantee
                       Get the item you want or your money back. Learn more

## Similar Items
Sponsored

See all

    

Flying Orb Ball Boomerang Fly Nebula Spinner Toys Soaring Hover UFO Mini...
New
**$9.27**
**Free shipping**
**5 watchers**

Flying Orb Ball Boomerang Fly Nebula Spinner Toys Soaring Hover UFO Mini...
New
**$9.39**
**Free shipping**
94 sold

Flying Orb Ball Boomerang Fly Nebula Spinner Toys Soaring Hover UFO Mini...
New
**$11.99**
**Free shipping**
**5 watchers**

XINHOME Flying Ball Genuine Toy Funny Glowing UFO Toy Flying Ball...
New
**$36.28**
+ $37.57 shipping
**$10 off 2+ with coupon**

Flyin
Boo
Dron
New
**$17.**
**Free**
58 s

## Explore related items
Sponsored

See all

   

360° Flying Rotating Orb Ball Hover Mini Drone Fly Toy Boomerang UFO Xmas Gift
New
**$18.36**
~~$19.33~~ **5% off**
**Free shipping**

XINHOME Flying Ball Genuine Toy Funny Glowing UFO Toy Flying Ball...
New
**$36.28**
+ $37.58 shipping
**$10 off 2+ with coupon**

**ALMOST GONE**
New UFO Flying Spinner Orb Boomerang Hover Ball Age 6+ to Adult Hand Toy Gifts
New
**$11.78**
+ $13.48 shipping
153 sold

Burst Turbo Slingshock Evolution Stadium and 2 launchers
New
**$25.17**
+ $5.16 shipping
**6 watchers**

XINI
Gen
UFC
New
**$36**
+ $3
**$10**

| About this item |
|---|

Seller assumes all responsibility for this listing.

eBay item number:  **397155937384**

Last updated on Nov 13, 2025 01:24:01 PST View all revisions

## Item specifics

Condition — New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more

| number_of_lithium_ion_cells | 1 |
|---|---|
| manufacturer_minimum_age | 72 |
| color | red |
| number_of_players | 1 |
| educational_objective | Imagination development \| Intelligence development |
| MPN | XH-FOB-R |
| battery | [object Object] |
| batteries_required | true |
| manufacturer | XINHOME |
| number_of_boxes | 1 |
| Brand | XINHOME |
| age_range_description | kids |
| size | one size |
| Material | plastic |
| is_assembly_required | false |
| hazmat | LITHIUM ION BATTERIES CONTAINED IN EQUIPMENT |
| part_number | XH-FOB-R |
| theme | earth |
| lithium_battery | [object Object] |
| unspsc_code | 60140000 |
| num_batteries | lithium_ion |
| target_gender | unisex |
| variation_theme | COLOR |
| batteries_included | true |
| UPC | 792671065722 |
| Category | Toys & Hobbies > Games > Other Games |

## Item description from the seller

Thank you for visiting our page

# XINHOME Flying Ball Genuine Toy Funn
# Glowing UFO Toy Flying Ball Boomerai

[ Brand ] :XINHOME





**DOE 88 - eBay - zeppozstarlimited**

https://www.ebay.com/itm/1678488282284?_skw=flying+ball&itmmeta=01K82B7NKQ61NGNFE1Q9S5S8R4     November 25, 2025
&hash=item271491dd7c:g:C4QAAeSwRFRo5-rP&itmprp=enc%3AAQAKAAAA0FkggFvd1GGDu0w3yXCmi1fTSx%2Ff2m%2BwU
B6NaQ%2FYQBYkHdLDDuS10Z2qNPXT7KrbCdZeiwCj8KB3xzTraTlYuwsRo1RhyD9WCyj%2Bbioba6shNPqOKTj7WG9feE3v751
0NMHZtppqkhA5zRcsj1vO%2Fkx965fZ5plqn2FJ30e7yPmrlc%2FhWFQ4RUS%2BBXmWtNOR%2BuJjquhO3kSXQm2sQum8JC
DvgPdcRfPaeQ9gljUbM%2Fc1nTJNGAKF25AGz7O%2Fpv478LwbOK6X%2F6FysNEBEoo5VFo%3D%7Ctkp%3ABk9SR4TansvA
Zg





**ALMOST GONE**

| | |
|---|---|
| Flying Spinner Ball Flying Orb Ball Toy Hand Boomerang Hover Ball Toy...<br>New<br>**$9.99**<br>**Free shipping**<br>53 sold | Pro Flying Ball Mini Drone Space Orb Magic UFO Boomerang Boy Girl Toy...<br><br>New<br>**$13.03**<br>+ $13.52 shipping<br>35 sold |

Returns:    Seller does not accept returns. See details

Payments:      

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

**Shop with confidence**

 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Buyers also viewed
Sponsored

See all

   

| | | | | |
|---|---|---|---|---|
| Flying Spinner Fly Orb Pro Mini Drone Fidget Spinner Boomerang Toy<br>New<br>**$13.49**<br>**Free shipping**<br>65 sold | Flying Spinner Fly Orb Pro Mini Drone Fidget Spinner Boomerang Toy<br>New<br>**$13.00**<br>**Free shipping** | Flying Orb Ball Boomerang Spinner Kids Mini Drone Magic UFO Boys Girls Fun...<br>New<br>**$9.39**<br>**Free shipping**<br>5 watchers | Flying Toy Orb Ball Hover Ball Boomerang Spinner UFO Drone Great Gift<br>New<br>**$17.99**<br>**Free shipping**<br>58 sold | Flyir<br>Upg<br>LED,<br>New<br>**$8.9**<br>$9.3<br>Free |

### About this item

Seller assumes all responsibility for this listing.    eBay item number: 167848828284

Last updated on Nov 24, 2025 10:57:16 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | Branded |
| Features | Flashing |
| Material | Plastic |
| Country/Region of Manufacture | United Kingdom |
| Colour | Blue&pink |
| Category | Toys & Hobbies > Radio Control & Control Line > RC Model Vehicles & Kits > Helicopters |

**Item description from the seller**

# Magic Flying Orb Drone Toy – Hand-Controlled Mini Drone with LED Lights | Boomerang Spinner, Rechargeable, Safe for Kids

Bring endless fun and excitement to playtime with the **Magic Flying Orb Drone Toy**! This **hand-controlled mini drone** flies, spins, and glides effortlessly through the air — no remote needed! Simply toss it in the air and watch it perform **amazing tricks**, **hover smoothly**, and even **return to you like a boomerang**. It's the ultimate flying toy that combines fun, safety, and futuristic design for kids and families alike.

## ☀️ Key Features

- 🪃 **Magic Flying Ball Design:**
  Control the flight with your hand gestures — throw it at different angles or speeds to unlock cool tricks, boomerang effects, and hover modes.

- 🧡 **Safe, Soft & Durable:**
  Made from **premium, lightweight ABS material**, this drone is **impact-resistant, flexible, and durable**. The propellers are **fully enclosed** for complete safety — gentle enough for kids to catch with their hands.

- 🎇 **Indoor & Outdoor Fun:**
  Whether indoors or outdoors, this flying orb provides endless entertainment. Perfect for **parties, family gatherings, or solo play**, and compact enough to take anywhere.

- 🔋 **Fast USB Charging & Long Playtime:**
  Enjoy **up to 15 minutes of flight time** on a **20-minute charge**. Comes with a USB cable for easy recharging anytime, anywhere.

- 🌀 **Vibrant LED Lights:**
  The built-in **colorful LED lights** make the orb glow brilliantly during flight, especially in the dark — creating a magical UFO-like effect.

- 🎁 **Perfect Gift for Kids & Teens:**
  Ideal for **boys and girls aged 6+**, this flying toy makes a fun and unique **birthday, holiday, or surprise gift**. Available in **Pink** or **Blue**, it's guaranteed to bring smiles and laughter.

## 📎 Specifications

- **Material:** ABS Plastic (Durable & Lightweight)

- **Charging Time:** 20 Minutes

- **Flight Time:** Up to 15 Minutes

- **Lighting:** Multi-Color LED Effects

- **Operation:** Hand Controlled (No Remote Needed)

- **Available Colors:** Pink, Blue

## 🎁 Package Includes

- 1 × Magic Flying Orb Drone Toy

- 1 × USB Charging Cable

- 1 × User Manual

## Important Note

- Please allow minor measurement differences due to manual sizing.

- Colors may appear slightly different depending on lighting and screen settings.

## Shipping & Delivery

**Same-Day Dispatch**
**Fast Delivery (5–7 Business Days)**
**Secure Packaging** ensures your flying toy arrives safely and ready to play.

## Returns & Guarantee

Enjoy our **30-Day Return Policy** for complete peace of mind.
If you're not satisfied, you can request a **full refund**, **partial refund**, or **exchange** — quickly and easily.

## Customer Message

Hi!
Thank you for visiting our store! We're a **small, family-run business**, and your satisfaction is our top priority.

If you face any issues with your order, please **contact us directly before opening a dispute** — we'll do our best to resolve everything fast and make sure you're 100% happy.

**Customer Support:** Monday – Saturday | 9 AM – 5 PM
**Replies within:** 24 hours or sooner

## Thank You for Shopping With Us!

We truly appreciate your support
Enjoy your new **Magic Flying Orb Drone Toy** — the perfect mix of **innovation, fun, and imagination** for kids, teens, and families.

**Best Regards,**
*Your Friendly Seller Team*

## About this seller



**zeppozstarlimited**
98.7% positive feedback   4.3K items sold

📅 Joined Jul 2024
🕐 Usually responds within 24 hours

**Seller's other items**

Contact

♡ Save seller

## Detailed seller ratings

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 4.8 |
| Reasonable shipping cost | ▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬ | 4.9 |
| Communication | ▬▬▬▬ | 4.8 |

Average for the last 12 months

## Seller feedback (2,214)

This item (170)     All items (2,214)

Filter: **All ratings** ⌄     Satisfaction     Quality     Value     Dimensions     Condition     Usage

Appearance

➕ x***q (250) · Past month                                                                 Verified purchase

Well definitely works fully charged no problem too fast for this granny couldn't get it to come back to me so leaving that for my son and grandson to work out great price fast delivery thanks

➕ 1***0 (1652) · Past month                                                               Verified purchase

Very lively - first time it flew across two gardens - do need an ope space Ha Ha!

➕ e***n (658) · Past month                                                                 Verified purchase

I wanted to ask the seller a question so sent them an email, they replied and have been polite and helpful, so I wanted to say that customer service is good. I bought the item as a gift.

➕ c***e (258) · Past month                                                                 Verified purchase

Might just be me but I found this a bit difficult to operate but I'm sure you gsters will love it.

➕ 4***c (281) · Past 6 months                                                             Verified purchase

Very danty but expected works well sure my grandchildren will have fun with it fast delivery Thank you

➕ 6***6 (1144) · Past month                                                               Verified purchase

Good product and good value

➕ e***o (347) · Past month                                                                 Verified purchase

Good item as described cheaper than other places good delivery time

➕ e***a (28) · Past month                                                                  Verified purchase

Item received in good condition and works perfectly. Very pleased

See all feedback

## You may also like

Feedback on our suggestions






LAST ONE

Pro Flying Ball Space Orb Magic Mini Drone UFO Boomerang Boy Girl Xmas 🎅 ...

Flying Spinner Ball Flying Orb Ball Toy Hand Boomerang Hover Ball Toy Gifts

New Pro Flying Ball Space Orb Magic Mini Drone UFO Boomerang Boy Girl Toy Gift

2024 PRO Flying Ball Boomerang Spinner Toy Mini Drone Hover Orb Boy Gifts-...
New

New
**$4.07**
+ $13.22 shipping
55 sold

New
**$7.01**
+ $13.31 shipping
105 sold

New
**$16.31**
+ $13.64 shipping
251 sold

**$11.13**
+ $22.15 shipping
Seller with 100% positive feedback






ALMOST GONE

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

 Buy with PayPal. It's fast and simple.

## Pay with

○  PayPal

○ Add new card
VISA ⬤ ⓘ

○ G Pay Google Pay

○ PayPal CREDIT ⓘ

## Ship to

Pittsburgh, PA 15238-3103
United States

<u>Change</u>

## Review order

 **zeppozstarlimited** · <u>Add note for seller</u>
98.7% positive feedback

 629 SOLD

New Pro Flying Ball Space Orb Magic Mini
Drone UFO Boomerang Boy Girl Toy Gift
Colours: Pink

**GBP 6.05**

Quantity
1 ⌄

**Delivery**
Est. delivery: Dec 20 – Jan 1
International Priority Shipping ⓘ



## Order Summary

| | |
|---|---|
| Item (1) | GBP 6.05 |
| Shipping | GBP 9.15 |
| Import charges | GBP 3.32 |
| Tax | GBP 0.92 |

**Order total** **GBP 19.44**

You agree to the Global Shipping Program <u>terms</u>.

**Confirm and pay**

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**    ?

**GBP 9.15**
Includes international tracking
**Import charges** ⓘ
No additional import charges at
delivery
**GBP 3.32**

# Gift cards and coupons

Apply coupons or add eBay gift cards to your account. Once
added, gift cards can't be removed.

| Enter code: | Apply |

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ☑ and AdChoice ⓘ

**DOE 89 - Walmart - BBTS - 102928738**

https://www.walmart.com/ip/Flying-Ball-Boomerang-Drone-Flyorb-Magic-With-LED-Lights-Gift-Hover-Ball-Fly-Nova-Orb-Flying-Spinner-Fidg    November 21, 2025
et-Children-Family-Toys/16693109034?classType=VARIANT&from=/search



**More seller options**    ✕

**Currently viewing**
NOBRAND Flying Ball Boomerang Drone
Flyorb Magic LED Lights Hover Ball Spinner
Fidget Toys

Shipping to Pittsburgh, 15238

**$25.75**
⊊ Free shipping

Shipping, **arrives by Tue, Dec 9** to

⌂ Sold and shipped by BBTS N2

🗓 **Extended holiday returns**   Details
Free Holiday returns until **Jan 31**

**Add to cart**

**$25.75**
⊊ Free shipping

Shipping, **arrives by Tue, Dec 9** tc

⌂ Sold and shipped by BBTS

🗓 **Extended holiday returns**   Details
Free Holiday returns until **Jan 31**

**Add to cart**

**$25.75**
⊊ Free shipping

Shipping, **arrives by Tue, Dec 9** to

⌂ Sold and shipped by BBTS NEO

🗓 **Extended holiday returns**   Details
Free Holiday returns until **Jan 31**

**Add to cart**

Pickup or delivery?
Tarentum Supercenter

Search Walmart

Departments ⌄    Services ⌄    Get it Fast    New Arrivals    Thanksgiving    Rollbacks & More    Dinner

**NOBRAND**
**NOBRAND Flying Ball Boomerang**
**Magic LED Lights Hover Ball Spinn**
**Toys**

☆ (No ratings yet)

Purple

Actual Color: Purple

Purple
Other options

Red
$25.75

**About this item**

- This electric flying ball boomerang drone
  is a mesmerizing toy that can perform inc
  tricks and stunts.
- The dynamic lights on the drone create a
  effect, making it look like a neon shooting
  through the sky.
- Designed with safety in mind, this drone i
  children and is drop-resistant, ensuring a

View more ⌄

**At a glance**

| Brand | Power type |
|---|---|
| NOBRAND | Battery |

| Minimum recommend... | Has written warranty |
|---|---|
| 15 years | No |

View all specifications

Actual Color: Purple

Purple
Other options

Red
$25.75

**About this item**

- This electric flying ball boomerang drone
  is a mesmerizing toy that can perform inc
  tricks and stunts.
- The dynamic lights on the drone create a
  effect, making it look like a neon shooting
  through the sky.
- Designed with safety in mind, this drone i

children and is drop-resistant, ensuring a

View more ∨

## At a glance

| Brand | Power type |
|---|---|
| NOBRAND | Battery |

| Minimum recommend... | Has written warranty |
|---|---|
| 15 years | No |

View all specifications

## 4 stars and above

Based on customer ratings and number of reviews

100+ bought since yesterday

↓ Rollback



+ Add

$14⁸⁸

Wonder Sphere Magic Hover
Ball- Blue Color- Skill Level
Easy- Novelty & Gag Toys,...
★★★★☆ 1678
Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**



+ Add

Now $14⁸⁸ $16.94

Wonder Sphere Magic Hover
Ball- Purple Color- Easy to
Fly- RC Helicopter, Ages...
★★★★☆ 1678
Pickup **today**
Delivery **today**
Shipping, arrives **in 2 days**



+ Add

Now $14⁹⁰ $17.00

10.75" Marvel Avengers
Captain America Flying
Figure Helicopter
★★★★☆ 977
Shipping, arrives **in 2 days**



+ Add

$16⁹⁷

10.75" Marvel A
Man Flying Figu
Helicopter
★★★★☆ 977
Shipping, arrives **in**

## Popular items in this category

Best selling items that customers love

Clearance



+ Add

Clearance



+ Add

Sponsored

$10⁹⁹



+ Add



Sponsored

Now $19⁷⁹ $21.99

Flying Ball Toys, Hover Orb, Upgrade Flying Orb Mini Drone Floating Ball 360°Rotating LED Light Fly Spinner Cool Toys Magic Toy...
★★★★ 221
Save with W+
Shipping, arrives tomorrow

Flying Orb Ball Toys Hover Ball DIY Globe Shape Magic Controller Mini Drone Floating Toy 360°Rotating Boomerang Ball,Built-in...
★★★★ 81
Save with W+
Shipping, arrives tomorrow

$15

Options fro

Flying Spi
Toy, Hand
Rotating, L
★★★★
Save with W

Shipping, arr

## Products you may also like

100+ bought since yesterday

$14⁸⁸

Wonder Sphere Magic Hover Ball- Blue Color- Skill Level Easy- Novelty & Gag Toys,...
★★★★ 1678
Pickup today
Delivery today
Shipping, arrives tomorrow

↓ Rollback

+ Add

Now $14⁸⁸ $16.94

Wonder Sphere Magic Hover Ball- Purple Color- Easy to Fly- RC Helicopter, Ages...
★★★★ 1678
Pickup today
Delivery today
Shipping, arrives in 2 days

Clearance

+ Add

$19⁹⁹ $29.99

Flying Orb Ball Toys Hover Ball DIY Globe Shape Magic Controller Mini Drone...
★★★★ 81
Shipping, arrives tomorrow

Best seller

+ Add

$14⁹⁹

Flying Saucer B
Deformation U
Light Flying To
★★★★ 20
Shipping, arrives in 3

## About this item

Product details

Specifications

Warranty

Warnings

💬 Report incorrect product information

Clearance

$19⁹⁹ $29.99

Flying Orb Ball Toys Hover Ball DIY Globe Shape Magic Controller Mini Drone Floating Toy 360°Rotating Boomerang Ball,Built-in RGB Led Light...
★★★★ 81

Add to cart

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

OnePay CashRewards Card Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases Learn More

Rewards debit card. Earn 3% cash back, on up to $150 spent each month. Terms apply. Join

## More items to explore

**100+ bought since yester...**

+ Add

$14<sup>88</sup>

Wonder Sphere Magic Hover Ball- Blue Color- Skill Level Easy- Novelt...
★★★★☆ 1678
Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**

---

↓ Rollback

+ Add

Now $14<sup>88</sup> $16.94

Wonder Sphere Magic Hover Ball- Purple Color- Easy to Fly- RC...
★★★★☆ 1678
Pickup **today**
Delivery **today**
Shipping, arrives **in 2 days**

---

Clearance

+ Add

$19<sup>99</sup> $29.99

Flying Orb Ball Toys Hover Ball DIY Globe Shape Magic Controller...
★★★★☆ 81
Shipping, arrives **tomorrow**

---

Deal

+ Add

Now $19<sup>99</sup> $24.99

Hover Hockey Set for Kids, 4-in-1 Hover Soccer Ball Bowling Toy Set-...
★★★★☆ 35
Shipping, arrives **tomorrow**

## Recently viewed items

Based on your most recent browse history

**Best seller**

+ 10 options

Sponsored

Now $27<sup>99</sup> $37.49

Options from $27.99 — $60.99

ChicSilver Solid Sterling Silver Polished Box Chain Necklace for Women Pendants 1-2mm Thin Chains Made in Italy 16-24 inch
★★★★★ 136

Shipping, arrives **in 3+ days**

---

+ Add

$22<sup>99</sup>

Flying Ball Toys Hover Orb, 2022 Upgraded Controller Mini Drone, 360Rotating Soaring Safe UFO Toys Cool Things with LED Lights
Shipping, arrives **in 3+ days**

---

$14<sup>99</sup>

Flying Saucer Ball Magic Deformation UFO with Led Decompression Outdoor Fun Toys for Boys Girls Kid
★★★☆☆ 20

Add to cart

## Products related to this item

+ Add

$29<sup>97</sup>

---

Deal

+ Add

Now $28<sup>99</sup> $99.99

---

+ Add

$47<sup>99</sup>

---

**Best seller**

+ Add

$74<sup>99</sup> $133.99

# Checkout



**1. Free shipping, arrives between Tue, Dec 9—Tue, Dec 16** ✓

Edit

Pittsburgh, PA 15238

**Delivery instructions**

Gate codes or other useful information    Edit

Apartment

**Items details**    Hide details

**Arrives between Tue, Dec 9 — Tue, Dec 16**    2 items

Sold and shipped by BBTS
Free shipping

NOBRAND Flying Ball Boomerang Drone Flyorb    **$25.75**
Magic LED Lights Hover Ball Spinner Fidget...
Actual Color: Purple

Remove    − 1 +

Sold and shipped by BBTS NEO
Free shipping

NOBRAND Flying Ball Boomerang Drone Flyorb    **$25.75**
Magic LED Lights Hover Ball Spinner Fidget...
Actual Color: Purple

Remove    − 1 +

| Subtotal (2 items) | $51.50 |
| Shipping | Free |
| **Estimated taxes** | $3.61 |
| **Estimated total** | **$55.11** |

Have a promo code?  ⌄



## 2. Payment method ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

⊟

**Continue**

**OnePay** 🔵

OnePay Card    Earn unlimited 3% cash back at Walmart and 1.5% back on all other    Learn more



Give feedback    CA Privacy Rights    Your Privacy Choices    Notice at Collection    Request My Personal Information    Delete Account

California Supply Chains Act

**DOE 90 - Walmart - BBTS N2 - 102951638**

https://www.walmart.com/ip/Flying-Ball-Boomerang-Drone-Flyorb-Magic-With-LED-Lights-Gift-Hover-Ball-Fly-Nova-Orb-Flying-Spinner-Fidg et-Children-Family-Toys/16693109034?classType=VARIANT&from=/search    November 21, 2025



children and is drop-resistant, ensuring a

View more ⌄

**At a glance**

| Brand | Power type |
|---|---|
| NOBRAND | Battery |

| Minimum recommend... | Has written warranty |
|---|---|
| 15 years | No |

View all specifications

## 4 stars and above

Based on customer ratings and number of reviews

100+ bought since yesterday    ↓ Rollback



+ Add

$14⁸⁸

Wonder Sphere Magic Hover Ball- Blue Color- Skill Level Easy- Novelty & Gag Toys,...
★★★★☆ 1678
Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**



+ Add

Now $14⁸⁸ $16.94

Wonder Sphere Magic Hover Ball- Purple Color- Easy to Fly- RC Helicopter, Ages...
★★★★☆ 1678
Pickup **today**
Delivery **today**
Shipping, arrives **in 2 days**



+ Add

Now $14⁹⁰ $17.00

10.75" Marvel Avengers Captain America Flying Figure Helicopter
★★★★☆ 977
Shipping, arrives **in 2 days**



+ Add

$16⁹⁷

10.75" Marvel A... Man Flying Figu... Helicopter
★★★★☆ 977
Shipping, arrives **in**

## Popular items in this category

Best selling items that customers love

Clearance



+ Add

Clearance



+ Add

Sponsored
$10⁹⁹



+ Add



Sponsored
Now $19⁷⁹ $21.99
Flying Ball Toys, Hover Orb, Upgrade Flying
Orb Mini Drone Floating Ball 360°Rotating
LED Light Fly Spinner Cool Toys Magic Toy...
★★★★☆ 221
Save with W+
Shipping, arrives tomorrow

Flying Orb Ball Toys Hover Ball DIY Globe
Shape Magic Controller Mini Drone Floating
Toy 360°Rotating Boomerang Ball,Built-in...
★★★★☆ 81
Save with W+
Shipping, arrives tomorrow

$13⁹⁹
Options from
Flying Spi
Toy, Hand
Rotating, I
Save with W
Shipping, arr

## Products you may also like

100+ bought since yesterday    ↓ Rollback    Clearance    Best seller

+ Add          + Add          + Add          + Add

$14⁸⁸          Now $14⁸⁸ $16.94    $19⁹⁹ $29.99    $14⁹⁹
Wonder Sphere Magic Hover    Wonder Sphere Magic Hover    Flying Orb Ball Toys Hover    Flying Saucer B
Ball- Blue Color- Skill Level    Ball- Purple Color- Easy to    Ball DIY Globe Shape Magic    Deformation Ul
Easy- Novelty & Gag Toys,...    Fly- RC Helicopter, Ages...    Controller Mini Drone...    Light Flying To
★★★★☆ 1678    ★★★★☆ 1678    ★★★★☆ 81    ★★★☆☆ 20
Pickup today    Pickup today    Shipping, arrives tomorrow    Shipping, arrives in 3
Delivery today    Delivery today
Shipping, arrives tomorrow    Shipping, arrives in 2 days

## About this item

Product details

Specifications

Warranty

Warnings

💬 Report incorrect product information

Clearance
$19⁹⁹ $29.99
Flying Orb Ball Toys Hover Ball DIY Globe Shape Magic Controller Mini
Drone Floating Toy 360°Rotating Boomerang Ball,Built-in RGB Led Light...
★★★★☆ 81

Add to cart

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

OnePay CashRewards Card Earn unlimited 3% cash back at Walmart and 1.5% back on all other
purchases    Learn More

Rewards debit card. Earn 3% cash back, on up to $150 spent each month. Terms apply.    Join

## More items to explore

**100+ bought since yester...**

+ Add

**$14⁸⁸**

Wonder Sphere Magic Hover Ball- Blue Color- Skill Level Easy– Novelt...
★★★★☆ 1678
Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**

**⬇ Rollback**

+ Add

Now **$14⁸⁸** $16.94

Wonder Sphere Magic Hover Ball- Purple Color- Easy to Fly- RC...
★★★★☆ 1678
Pickup **today**
Delivery **today**
Shipping, arrives **in 2 days**

**Clearance**

+ Add

**$19⁹⁹** $29.99

Flying Orb Ball Toys Hover Ball DIY Globe Shape Magic Controller...
★★★★☆ 81
Shipping, arrives **tomorrow**

**Deal**

+ Add

Now **$19⁹⁹** $24.99

Hover Hockey Set for Kids, 4-in-1 Hover Soccer Ball Bowling Toy Set-...
★★★★☆ 35
Shipping, arrives **tomorrow**

## Recently viewed items
Based on your most recent browse history

**Best seller**

925

**+ 10 options**

Sponsored

Now **$27⁹⁹** $37.49

Options from $27.99 – $60.99

ChicSilver Solid Sterling Silver Polished Box Chain Necklace for Women Pendants 1-2mm Thin Chains Made in Italy 16-24 inch
★★★★★ 136

Shipping, arrives **in 3+ days**

+ Add

**$22⁹⁹**

Flying Ball Toys Hover Orb, 2022 Upgraded Controller Mini Drone, 360Rotating Soaring Safe UFO Toys Cool Things with LED Lights
Shipping, arrives **in 3+ days**

**$14⁹⁹**

Flying Saucer Ball Magic Deformation UFO with Led Decompression Outdoor Fun Toys for Boys Girls Kid
★★★☆☆ 20

Add to cart

## Products related to this item

+ Add

**$29⁹⁷**

**Deal**

+ Add

Now **$28⁹⁹** $99.99

+ Add

**$47⁹⁹**

**Best seller**

+ Add

**$74⁹⁹** $133.99

# Checkout



**1. Free shipping, arrives between Tue, Dec 9—Tue, Dec 16** ✅

Pittsburgh, PA 15238

Edit

**Delivery instructions**

Gate codes or other useful information    Edit
Apartment

**Items details**    Hide details

**Arrives between Tue, Dec 9 — Tue, Dec 16**    1 item

Sold and shipped by BBTS N2
**Free shipping**

NOBRAND Flying Ball Boomerang Drone Flyorb
Magic LED Lights Hover Ball Spinner Fidget...    **$25.75**

Actual Color: Purple

Remove    —    1    +

---

| | |
|---|---|
| **Subtotal** (1 item) | $25.75 |
| Shipping | Free |
| **Estimated taxes** | $1.80 |
| **Estimated total** | **$27.55** |

Have a promo code?    ⌄

---



## 2. Payment method ⊝

**Pay with card**

VISA · Mastercard · DISCOVER · AMERICAN EXPRESS

Gift Card · EBT · WIC · OTC Network

Learn more about payment methods we accept.

* Required field

**Card number ***

🔲

**Continue**

## OnePay

**OnePay Card**    Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases    **Learn more**

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**OnePay Later**    No credit impact to apply    Apply Now



Powered by Klarna

**Pay by bank** ∧

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay** ∧

Pay with PayPal

☑ Remember my PayPal account details

PayPal

Walmart+ Limited time only!
**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**
T&C apply.
Claim offer now

$49

3. Text updates for this order



https://www.walmart.com/ip/Flying-Ball-Boomerang-Drone-Flyorb-Magic-With-LED-Lights-Gift-Hover-Ball-Fly-Nova-Orb-Flying-Spinner-Fidget-Children-Family-Toys/16694171533?classType=VARIANT&from=/search    November 21, 2025

Search Walmart

Reorder
My Items

Hi
Account

$29.98

Departments ⌄    Services ⌄    Get it Fast    New Arrivals    Thanksgiving    Rollbacks & More    Dinner Made Easy    Gift Shop    Walmart+    More ⌄



Red

RC-TOY-DROPSHIPPING STORE

NOBRAND

**NOBRAND Flying Ball Boomerang Drone Flyorb Magic LED Lights Hover Ball Spinner Fidget Toy**

☆ (No ratings yet)

Actual Color: Red

| Purple Other options | Red $25.75 |

**About this item**

- Powered by a button battery, this flying ball boomerang drone is a fun and innovative toy that can perform incredible aerial tricks and stunts.
- Weighing only 80g, this drone is lightweight and easy to control, with a takeoff weight of 80g and a remote control distance of up to 5m.
- With a flight time of less than 5 minutes, this drone can be recharged quickly, thanks to the included charger and U...

View more ⌄

**At a glance**

| Brand NOBRAND | Color Red | Minimum recommend... 15 years |
| Has written warranty No | Material ABS | |

View all specifications

**$25.75**

Price when purchased online ⓘ

🚚 Free shipping

↩ Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

🛡 Walmart Accident Plan by Allstate  What's covered
(Only one option can be selected at a time)

☐ 2-Year Plan - $3.00

☐ 3-Year Plan - $5.00

**How you'll get this item:**

| 🚚 Shipping Arrives between Dec 10 - Dec 17 Free | 🚗 Pickup Not available | 🏬 Delivery Not available |

Change

Arrives between **Dec 10 - Dec 17** | More options

🏷 Sold and shipped by BBTS N2

Report an issue with this seller

↩ Extended holiday returns  Details
Free Holiday returns until **Jan 31**

♡ Add to list    🎁 Add to registry

**More seller options (2)**

Starting from $25.75  Compare all sellers



Clearance

$19⁹⁹ $29.99

You save **$10.00**

Flying Orb Ball Toys Hover Ball DIY Globe Shape...

★★★★☆ 81

Shipping, arrives **tomorrow**

**Add to cart**

Sponsored

**4 stars and above**
Based on customer ratings and number of reviews

Sponsored

↓ Rollback








**+ Add**

**+ Add**

**+ Add**

**+ Add**

$49⁸⁸

Now $14⁸⁸ $16.94

$16⁹⁷

Now $14⁹⁰ $17.00

Sharper Image® Toy Fly+Drive Dual-Function Vehicle Drone, Black, 5.5 in ...

Wonder Sphere Magic Hover Ball- Purple Color- Easy to Fly- RC Helicopter, Ages...

10.75" Marvel Avengers Iron Man Flying Figure Helicopter

10.75" Marvel Avengers Captain America Flying Figure Helicopter

★★★★½ 324

★★★★ 1678

★★★★ 977

★★★★ 977

Shipping, arrives **tomorrow**

Pickup **today**
Delivery **today**
Shipping, arrives **in 2 days**

Shipping, arrives **in 2 days**

Shipping, arrives **in 2 days**

## Popular items in this category
Best selling items that customers love

Clearance

Clearance

Clearance





**+ Add**

**+ Add**

**+ Add**

Sponsored

Sponsored

Now $11⁹⁹ $17.99

Now $19⁷⁹ $21.99

$19⁹⁹ $29.99

Flying Ball Toys Drones for K Operated Rechargeable Har Flying Ball Toy UFO Magic B

Flying Ball Toys, Hover Orb, Upgrade Flying Orb Mini Drone Floating Ball 360°Rotating LED Light Fly Spinner Cool Toys Magic Toy...

Flying Orb Ball Toys Hover Ball DIY Globe Shape Magic Controller Mini Drone Floating Toy 360°Rotating Boomerang Ball,Built-in...

★★★★★ 1

★★★★ 221

★★★★ 81

Save with W+✕

Save with W+✕

Save with W+✕

Shipping, arrives **tomorrow**

Shipping, arrives **tomorrow**

Shipping, arrives **tomorrow**

## Products you may also like

Sponsored

↓ Rollback

Clearance

100+ bought since yesterday






**+ Add**

**+ Add**

**+ Add**

**+ Add**

Now $14⁸⁸ $16.94

$19⁹⁹ $29.99

$14⁸⁸

$8³⁰

Wonder Sphere Magic Hover Ball- Purple Color- Easy to Fly- RC Helicopter, Ages...

Flying Orb Ball Toys Hover Ball DIY Globe Shape Magic Controller Mini Drone...

Wonder Sphere Magic Hover Ball- Blue Color- Skill Level Easy- Novelty & Gag Toys,...

Generalia Flying Robot Mini Drone Toy for Kids, Rechargeable, White

★★★★ 1678

★★★★ 81

★★★★ 1678

★★★ 9

Pickup **today**
Delivery **today**
Shipping, arrives **in 2 days**

Shipping, arrives **tomorrow**

Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**

Shipping, arrives **tomorrow**

## About this item

Product details

| Specifications | ⌄ |
|---|---|
| Warranty | ⌄ |
| Warnings | ⌄ |

💬 Report incorrect product information

---

Clearance

Now **$19⁷⁹** ~~$21.99~~

Flying Ball Toys, Hover Orb, Upgrade Flying Orb Mini Drone Floating Ball 360°Rotating LED Light Fly Spinner Cool Toys Magic Toy Safe for Kids...

★★★★☆ 221

**Add to cart**

Sponsored

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

---

OnePay **CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases    Learn More

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply.    Join OnePay Cash

## More items to explore

Sponsored



Rollback

+ Add

Now **$14⁸⁸** ~~$16.94~~

Wonder Sphere Magic Hover Ball- Purple Color- Easy to Fly- RC...

★★★★☆ 1678

Pickup **today**
Delivery **today**
Shipping, arrives **in 2 days**

100+ bought since yester...

+ Add

**$14⁸⁸**

Wonder Sphere Magic Hover Ball- Blue Color- Skill Level Easy- Novelt...

★★★★☆ 1678

Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**

Clearance

+ Add

**$19⁹⁹** ~~$29.99~~

Flying Orb Ball Toys Hover Ball DIY Globe Shape Magic Controller...

★★★★☆ 81

Shipping, arrives **tomorrow**

+ Add

**$27⁸⁷**

Kids Toys Hover Soccer Ball Set, 2 in 1 Rechargeable Soccer...

Shipping, arrives **in 3+ days**

Deal

+ Add

Now **$19⁹⁹** ~~$24.99~~

Hover Hockey Set for Kids, 4-in-1 Hover Soccer Ball Bowling Toy Set-...

★★★★☆ 35

Shipping, arrives **tomorrow**

+ Add

**$11⁹⁹**

Jaawind Hover Soccer Ball Toys for Boys Girls, Indoor Floating Air...

Shipping, arrives **tomorrow**

## Recently viewed items

Based on your most recent browse history

Best seller







+ 10 options

Sponsored

**Now $27⁹⁹** $37.49

Options from $27.99 – $60.99

ChicSilver Solid Sterling Silver Polished Box Chain Necklace for Women Pendants 1-2mm Thin Chains Made in Italy 16-24 inch

★★★★★ 156

Shipping, arrives **in 3+ days**



+ Add

**$89⁹⁰**

Blue Flying Orb Ball with Wand,Cosmic Globe Hover Boomerang Mini Drones for Kids,Cool Gadgets Christmas Birthday Gifts Toys for Boy Girl Teens 6 7 8 9 10 Year Old

Shipping, arrives **in 3+ days**



+ Add

**$28⁸⁵**

Wonder Sphere Magic Hover Ball Rai Lights

★★★★★ 405

Save with W+

Shipping, arrives **tomorrow**

---



Clearance

**$19⁹⁹** $29.99

Flying Orb Ball Toys Hover Ball DIY Globe Shape Magic Controller Mini Drone Floating Toy 360°Rotating Boomerang Ball,Built-in RGB Led Light...

★★★★☆ 81

Add to cart

---

Sponsored

## Products related to this item

Sponsored



100+ bought since yester...

+ Add

**$8³⁰**

Generalia Flying Robot Mini Drone Toy for Kids, Rechargeable, White

★★★☆☆ 9

Shipping, arrives **tomorrow**

+ Add

**$24⁹⁷**

HEX BOTS Glow-in-the-Dark Wall Crawler Gecko, Robot Toys for Kids Age...

★★★★½ 81

Pickup **today**
Delivery **today**

+ Add

**Now $34⁸⁴** $50.99

Miebely Deformation Toys - Magnetic Assembling Dinosaur...

★★★★★ 7

Shipping, arrives **in 2 days**

+ Add

**$195⁹³**

Licensed Lamborghini Revuelto Ride On Car for Kids, 12V Battery...

Shipping, arrives **in 3+ days**

Best seller



+ Add

**$74⁹⁹** $133.99

Best Choice Products Set of 4 Rechargeable Laser Tag Blasters No Vests...

★★★★½ 540

Shipping, arrives **tomorrow**

Vecukty



+ Add

**$32⁹⁹** $59.99

Vecukty RC Monster Truck， Waterproof Amphibious Remote...

★★★★★ 2

Shipping, arrives **tomorrow**

---

## Related pages

Nova Flying Spinner

Hover Orb Ball

Magic 8 Balls

Yo-Yo's

Flynova Pro Spinner

Flynova Flying Ball

Toys for Adults

Magic Tricks

Light Up Orbit Ball

Hovering Orb Ball

All Novelty Toys

All Top Rated by Kids

Toys  /  Toys for All

---

We'd love to hear what you think!

Give feedback

All Departments  Store Directory  Careers  Our Company  Sell on Walmart.com  Help  Product Recalls  Accessibility  Tax Exempt Program  Get the Walmart App
Safety Data Sheet  Terms of Use  Privacy Notice  California Supply Chain Act  Your Privacy Choices  Customer Privacy Center  Notice at Collection  AdChoices
Consumer Health Data Privacy Notices  Brand Shop Directory  Pharmacy  Walmart Business  #IYWYK  Delete Account

© 2025 Walmart. The trademarks Walmart and the Walmart Spark design are registered with the US Patent and Trademark Office. All Rights Reserved.

< **Checkout**



**1. Free shipping, arrives between Tue, Dec 9—Tue, Dec 16** ✓

Pittsburgh, PA 15238                                                                    Edit

**Delivery instructions**

Gate codes or other useful information                                                  Edit
Apartment

**Items details**                                                                    Hide details
**Arrives between Tue, Dec 9 — Tue, Dec 16**                                              1 item

Sold and shipped by BBTS N2
Free shipping

NOBRAND Flying Ball Boomerang Drone Flyorb                                    $25.75
Magic LED Lights Hover Ball Spinner Fidget Toy
Actual Color: Red

Remove        −  1  +



| Subtotal (1 item) | $25.75 |
| --- | --- |
| Shipping | Free |
| **Estimated taxes** | $1.80 |

**Estimated total**                     **$27.55**

Have a promo code?                              ⌄



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

\* Required field

Card number *

[                                                                                   ]

**Continue**

**OnePay**

**OnePay** Card    Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases    **Learn more**

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**OnePay** Later    No credit impact to apply    Apply Now



3. Text updates for this order

**DOE 91 - Walmart - BBTS NEO - 102854362**

https://www.walmart.com/ip/Flying-Ball-Boomerang-Drone-Flyorb-Magic-With-LED-Lights-Gift-Hover-Ball-Fly-Nova-Orb-Flying-Spinner-Fidg et-Children-Family-Toys/16693109034?classType=VARIANT&from=/search    November 21, 2025



+3
View all

children and is drop-resistant, ensuring a

View more ∨

### At a glance

| Brand | Power type |
|---|---|
| NOBRAND | Battery |

| Minimum recommend... | Has written warranty |
|---|---|
| 15 years | No |

View all specifications

## 4 stars and above
Based on customer ratings and number of reviews

100+ bought since yesterday    ↓ Rollback

+ Add

$14⁸⁸

Wonder Sphere Magic Hover Ball- Blue Color- Skill Level Easy- Novelty & Gag Toys,...
★★★★☆ 1678
Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**

+ Add

Now $14⁸⁸  $16.94

Wonder Sphere Magic Hover Ball- Purple Color- Easy to Fly- RC Helicopter, Ages...
★★★★☆ 1678
Pickup **today**
Delivery **today**
Shipping, arrives **in 2 days**

+ Add

Now $14⁹⁰  $17.00

10.75" Marvel Avengers Captain America Flying Figure Helicopter
★★★★☆ 977
Shipping, arrives **in 2 days**

+ Add

$16⁹⁷

10.75" Marvel A... Man Flying Fig... Helicopter
★★★★☆ 977
Shipping, arrives **in**

## Popular items in this category
Best selling items that customers love

Clearance

Clearance

+ Add

+ Add
Sponsored
$10⁹⁹

+ Add



Sponsored
Now $19⁷⁹ $21.99

Flying Ball Toys, Hover Orb, Upgrade Flying
Orb Mini Drone Floating Ball 360°Rotating
LED Light Fly Spinner Cool Toys Magic Toy...
★★★★☆ 221
Save with W+
Shipping, arrives tomorrow

Flying Orb Ball Toys Hover Ball DIY Globe
Shape Magic Controller Mini Drone Floating
Toy 360°Rotating Boomerang Ball,Built-in...
★★★★☆ 81
Save with W+
Shipping, arrives tomorrow

Options fro
Flying Spi
Toy, Hand
Rotating, I
Save with W

**Products you may also like**

100+ bought since yesterday

Rollback

Clearance

Best seller

+ Add    $14⁸⁸
Wonder Sphere Magic Hover
Ball- Blue Color- Skill Level
Easy- Novelty & Gag Toys,...
★★★★☆ 1678
Pickup today
Delivery today
Shipping, arrives tomorrow

+ Add    Now $14⁸⁸ $16.94
Wonder Sphere Magic Hover
Ball- Purple Color- Easy to
Fly- RC Helicopter, Ages...
★★★★☆ 1678
Pickup today
Delivery today
Shipping, arrives in 2 days

+ Add    $19⁹⁹ $29.99
Flying Orb Ball Toys Hover
Ball DIY Globe Shape Magic
Controller Mini Drone...
★★★★☆ 81
Shipping, arrives tomorrow

+ Add    $14⁹⁹
Flying Saucer B
Deformation Ul
Light Flying To
★★★★☆ 20
Shipping, arrives in

**About this item**

Product details

Specifications

Warranty

Warnings

💬 Report incorrect product information

Clearance
$19⁹⁹ $29.99
Flying Orb Ball Toys Hover Ball DIY Globe Shape Magic Controller Mini
Drone Floating Toy 360°Rotating Boomerang Ball,Built-in RGB Led Light...
★★★★☆ 81

Add to cart

**Customer ratings & reviews**

☆☆☆☆☆  0 ratings | 0 reviews

**This item does not have any reviews yet**

OnePay CashRewards Card Earn unlimited 3% cash back at Walmart and 1.5% back on all other
purchases   Learn More

Rewards debit card. Earn 3% cash back, on up to $150 spent each month. Terms apply.   Join

## More items to explore

**100+ bought since yester...**

$14<sup>88</sup>

Wonder Sphere Magic Hover Ball- Blue Color- Skill Level Easy– Novelt...
★★★★☆ 1678
Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**

**↓ Rollback**

Now $14<sup>88</sup> $16.94

Wonder Sphere Magic Hover Ball- Purple Color- Easy to Fly– RC...
★★★★☆ 1678
Pickup **today**
Delivery **today**
Shipping, arrives **in 2 days**

**Clearance**

$19<sup>99</sup> $29.99

Flying Orb Ball Toys Hover Ball DIY Globe Shape Magic Controller...
★★★★☆ 81
Shipping, arrives **tomorrow**

**Deal**

Now $19<sup>99</sup> $24.99

Hover Hockey Set for Kids, 4-in-1 Hover Soccer Ball Bowling Toy Set-...
★★★★☆ 35
Shipping, arrives **tomorrow**

## Recently viewed items

Based on your most recent browse history

**Best seller**

925

**+10 options**

Sponsored

Now $27<sup>99</sup> $37.49

Options from $27.99 – $60.99

ChicSilver Solid Sterling Silver Polished Box Chain Necklace for Women Pendants 1-2mm Thin Chains Made in Italy 16-24 inch
★★★★★ 136

Shipping, arrives **in 3+ days**

$22<sup>99</sup>

Flying Ball Toys Hover Orb, 2022 Upgraded ... Controller Mini Drone, 360Rotating Soaring ... Safe UFO Toys Cool Things with LED Lights ...
Shipping, arrives **in 3+ days**

$14<sup>99</sup>

Flying Saucer Ball Magic Deformation UFO with Led Decompression Outdoor Fun Toys for Boys Girls Kid
★★★☆☆ 20

**Add to cart**

## Products related to this item

**Deal**

$29<sup>97</sup>

Now $28<sup>99</sup> $99.99

$47<sup>99</sup>

**Best seller**

$74<sup>99</sup> $133.99

| Spider-Man Handyman Backpack 18 Piece Tool Set | Klvdlt RC Plane 2.4GHz Gravity Sensing RC Airplane with LED... | IMeshbean Kids Electric Guitar Set MP3 Player Learning Toys... | Best Choice Products Set of 4 Rechargeable Laser Tag Blasters No Vests... |
|---|---|---|---|
| ★★★★★ 105 | ★★★★★ 14 | ★★★★★ 26 | ★★★★★ 540 |
| Shipping, arrives in 3+ days | Shipping, arrives in 2 days | Shipping, arrives in 3+ days | Shipping, arrives tomorrow |

**Checkout**



1. Free shipping, arrives between Tue, Dec 9—Tue, Dec 16  ✓

, Pittsburgh, PA 15238                                         Edit

**Delivery instructions**

Gate codes or other useful information                        Edit
Apartment

**Items details**                                           Hide details
**Arrives between Tue, Dec 9 — Tue, Dec 16**                 2 items

Sold and shipped by BBTS
Free shipping

NOBRAND Flying Ball Boomerang Drone Flyorb        **$25.75**
Magic LED Lights Hover Ball Spinner Fidget...
Actual Color: Purple

                              Remove    ( −   1   + )

Sold and shipped by BBTS NEO
Free shipping

NOBRAND Flying Ball Boomerang Drone Flyorb        **$25.75**
Magic LED Lights Hover Ball Spinner Fidget...
Actual Color: Purple

                              Remove    ( −   1   + )



| | |
|---|---|
| **Subtotal** (2 items) | $51.50 |
| Shipping | Free |
| **Estimated taxes** | $3.61 |
| **Estimated total** | **$55.11** |

Have a promo code?                                            ⌄



2. **Payment method**

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

[                                                           ]

                                              **Continue**

**OnePay**

OnePay Card   Earn unlimited 3% cash back at Walmart and 1.5% back on all other   Learn more



Give feedback    CA Privacy Rights    Your Privacy Choices    Notice at Collection    Request My Personal Information    Delete Account

California Supply Chains Act

**DOE 92 - Walmart - Collections Etc - 3187**



https://www.walmart.com/ip/Collections-Etc-Wonder-Sphere-Red-Magic-Hover-Ball-Children-s-Toy/17575569076?classType=REGULAR&from=/search    November 21, 2025



Collections Etc

**Collections Etc Wonder Sphere Red Magic Hover Ball Children's Toy**

★☆☆☆☆ (1.0) | 1 rating

**$29.98**

Price when purchased online ⓘ

🚚 Free shipping
🔵 Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

## About this item

### 🔷 Smart summary    Generated by AI ⓘ

- **Gravity-Defying Hovering**: This incredible toy defies gravity, effortlessly hovering, twirling, and drifting through the air.
- **Multicolor Illumination**: The Wonder Sphere emits captivating multicolor LED light effects during operation.
- **Trick Performance**: Users can learn to perform various tricks and stunts, including a 180-degree boomerang action that returns the ball when thrown.
- **Convenient Recharging**: The toy is USB rechargeable, and a charging cord is included for user convenience.
- **Durable Construction**: Constructed from plastic and electronics, ensuring a robust and functional design.
- **Compact Dimensions**: The sphere measures 3 1/3 inches in diameter, making it a manageable size for play.
- **Age Suitability**: Designed for children aged 6 years and older, offering age-appropriate entertainment.

View full item details

## Specifications at a glance

| Material | Age range | Brand |
|---|---|---|
| ABS(plastic),Electron | 6 - 10 Years | Collections Etc |

| Color | Piece count | Occasion |
|---|---|---|
| Red | 1 | Toys |

View full specifications

### How you'll get this item:

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Nov 29 - Dec 4 Free | Not available | Not available |

Change

Arrives between **Nov 29 - Dec 4** | More options

Sold and shipped by Collections Etc
★★★★☆ (4.2)  8041 seller reviews

Report an issue with this seller

**Extended holiday returns** Details
Free Holiday returns until Jan 31

♡ Add to list     Add to registry

**Best seller**

**$14⁸⁸**

Wonder Sphere Magic Hover Ball- Blue Color- Skill...
★★★★☆ 1678

Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**

**Add to cart**

Sponsored

## 4 stars and above
Based on customer ratings and number of reviews

Sponsored



100+ bought since yesterday



Rollback



In 100+ people's carts

+ Add

+ Add

+ Add

+ Add

**$14⁸⁸**

Now **$14⁸⁸** $16.94

**$62⁹⁰** $99.99

Now **$25⁹⁹** $29.88

Wonder Sphere Magic Hover Ball- Blue Color- Skill Level Easy- Novelty & Gag Toys,...
★★★★ 1678
Pickup today
Delivery today
Shipping, arrives tomorrow

Wonder Sphere Magic Hover Ball- Purple Color- Easy to Fly- RC Helicopter, Ages...
★★★★ 1678
Pickup today
Delivery today
Shipping, arrives in 2 days

LEGO Star Wars Grogu with Hover Pram Building Toy Set - Star Wars Toy for Kids, Bo...
★★★★½ 150
Pickup today
Delivery today

Battat Big Red Barn Farm Playset with Toy Animals, Collectible Figurine, Toddl...
★★★★½ 115
Shipping, arrives tomorrow

## Similar items you might like
Based on what customers bought



Clearance





+ Add

+ Add

+ Add

Sponsored
Now **$21⁹⁹** $29.99
Flooyes Light-Up Scoring Skip Ball Toy with Counter, FlexSkip for Kids, Ankle Bounce Ball with Timer and Cal Calculator, Birthday Gift...
Save with W+
Shipping, arrives tomorrow

**$12⁹⁹**
2 Pack Beach Ball,Remote Control Luminous Beach Toys,16 in Multicolor Inflatable Ball,Glowing Beach Ball For Beach Pool Party
★★★½ 3
Save with W+
Shipping, arrives in 2 days

**$19⁹⁸**
Colorful Striped Inflatable 2 Pack of 2
Shipping, arrives in 3+ days

## Products you may also like

Sponsored



100+ bought since yesterday

Rollback



Best seller



+ Add

+ Add

+ Add

+ Add

**$14⁸⁸**

**$14⁹⁸**

Now **$14⁸⁸** $16.94

**$14⁹⁹**

Wonder Sphere Magic Hover Ball- Blue Color- Skill Level Easy- Novelty & Gag Toys,...
★★★★ 1678
Pickup today
Delivery today
Shipping, arrives tomorrow

Collections Etc Kids Trace and Draw Magical Light Up Art Board Toy Set
★★★★ 4
Shipping, arrives in 2 days

Wonder Sphere Magic Hover Ball- Purple Color- Easy to Fly- RC Helicopter, Ages...
★★★★ 1678
Pickup today
Delivery today
Shipping, arrives in 2 days

Flying Saucer Ball Magic Deformation UFO with Led Light Flying Toys,...
★★★ 20
Shipping, arrives in 3+ days

## About this item

| Product details | ⌄ |
|---|---|
| Specifications | ⌄ |
| Warranty | ⌄ |

💬 Report incorrect product information



**$14⁹⁸**

Collections Etc Kids Trace and Draw Magical Light Up Art Board Toy Set

★★★★★ 4

**Add to cart**

Sponsored

## Top deals for you

Explore additional savings





**+ Add**

Sponsored

Now **$14⁹⁷** $19.99

Marvel Spider-Man IR UFO Heli Ball

★★★★☆ 117

Shipping, arrives **in 3+ days**



Deal



**+ Add**

Sponsored

Now **$14⁹⁹** $29.99

Crogift LED Hover Soccer Ball Set, 2 Goals, Indoor Floating Game, Fun Birthday Gift for Kids 3-12

★★★★☆ 20

Save with W+

Shipping, arrives **tomorrow**



Clearance

**+ Add**

Now **$21⁹⁹** $29.99

Beefunni Ankle Bounce Ball FlexSkip for Kids, with Time Calculator, Birthday Gifts fo

★★★★☆ 13

Save with W+

Shipping, arrives **tomorrow**

›

## Customer ratings & reviews

# 1 out of 5

★☆☆☆☆   1 rating | 1 review

How item rating is calculated ⓘ

| | | |
|---|---|---|
| 5 stars | �_____ | 0% (0) |
| 4 stars | ▁_____ | 0% (0) |
| 3 stars | ▁_____ | 0% (0) |
| 2 stars | ▁_____ | 0% (0) |
| 1 star | ██████████████ | 100% (1) |

**View all reviews**

| All filters ⌄ | ⭐ Star rating ⌄ | Verified purchases only | | Sort by | Most relevant ⌄ |
|---|---|---|---|---|---|

**Showing 1-1 of 1 review**



Aug 4, 2025

👤 Sam

★☆☆☆☆  **Seller Verified Purchase** ⓘ

**Did not work**

Totally out of control. Worthless

Review from **Collections Etc**

Helpful?  👍 (0)    👎 (0)    Report

View all reviews (1)

 **OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases   Learn More

 **Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply.   Join OnePay Cash

## Customers also considered



Clearance

+ Add

Sponsored

Now $21⁹⁹  $29.99

Beefunni Ankle Bounce Ball with Counter, Skip Ball for Kids, with Timer and Cal Calculator, Birthday Gifts for Girls Age 5 6 7 8 9 10  (Blue)

★★★★★ 2

Save with W+

Shipping, arrives tomorrow



+ Add

$18²⁰

Unique Party Stars Bouncy Ball (Pack of 12)

Shipping, arrives in 3+ days

+ Add

$10⁷⁵  +$0.99 shipping

Niceauty 25Pcs Bouncy Balls Bulk So Assorted Colors for Leisure

Shipping, arrives in 3+ days

## More items to explore

Sponsored







100+ bought since yester...

+ Add

$14⁸⁸

Wonder Sphere Magic Hover Ball- Blue Color- Skill Level Easy- Novelt...

★★★★☆ 1678

Pickup today
Delivery today
Shipping, arrives tomorrow

+ Add

$14⁹⁸

Collections Etc Kids Trace and Draw Magical Light Up Art Board Toy...

★★★★★ 4

Shipping, arrives in 2 days

Rollback

Now $14⁸⁸  $16.94

Wonder Sphere Magic Hover Ball- Purple Color- Easy to Fly- RC...

★★★★☆ 1678

Pickup today
Delivery today
Shipping, arrives in 2 days

Clearance

Now $22⁴⁹  $24.99

Billeeit 3-in-1 LED Hover Soccer Ball Set with 2 Balls, 2 Goals & Gift Box,...

★★★★★ 4

Shipping, arrives tomorrow

Deal

Now $19⁹⁹  $24.99

Hover Hockey Set for Kids, 4-in-1 Hover Soccer Ball Bowling Toy Set-...

★★★★☆ 35

Clearance

Now $17⁹⁹  $19.99

Basketball Hoop for Kids，Mini Basketball Hoop with Scoreboard, ...

★★★★½ 4

Shipping, arrives in 2 days

## Recently viewed items

Based on your most recent browse history

Best seller

















Sponsored

Now $**27**^{99} ~~$37.49~~

Options from $27.99 – $60.99

ChicSilver Solid Sterling Silver Polished Box Chain Necklace for Women Pendants 1-2mm Thin Chains Made in Italy 16-24 inch

★★★★★ 136

Shipping, arrives **in 3+ days**

+ 10 options

$**28**^{85}

Wonder Sphere Magic Hover Ball Rainbow Edition with LED Lights

★★★★☆ 405

Save with W+

Shipping, arrives **tomorrow**

+ Add

$**33**^{99}

HOM Flying Orb Ball Globe-Shaped LED and Hidden Propellers - Safe Out Adults

★★★★★ 8

Shipping, arrives **in 3+ days**

+ Add

---



$**24**^{99} ~~$64.99~~

JoyStone 3 in 1 Kids Basketball Hoop and T Ball Set for Kids with Automatic Pitching Machine, Adjustable Height Basketball Hoop, Sports Gifts Toys...

★★★★☆ 26

Add to cart

Sponsored
Sponsored

## Products related to this item



Best seller











+ Add

$**7**^{99}

Light Green 100% Cotton Cord Rope for Macrame 3mm Natural...

★★★★★ 58

Shipping, arrives **in 2 days**

$**33**^{99}

SS DESIGNS Handmade Textured Hammered Sterling Silver Spinner...

Shipping, arrives **in 3+ days**

Now $**20**^{79} ~~$38.99~~

Silvora S925 Sterling Silver Fidget Rings Embossed Celtic Spinn...

★★★★★ 38

Shipping, arrives **tomorrow**

$**38**^{99}

LD DESIGNS Handmade Textured Hammered Sterling Silver Spinner...

Shipping, arrives **in 3+ days**

$**31**^{99}

SS DESIGNS Handmade Textured Hammered Sterling Silver Spinner...

Shipping, arrives **in 3+ days**

$**38**^{99}

LD DESIGNS Handmade Textured Hammered Sterling Silver Spinner...

Shipping, arrives **in 3+ days**

## Related pages

Spinning Balls Kinetic

Rocket Sphere

Toys for Adults

Top Rated by Kids 5-7

Mindscope Babble Budz

Cyclone Tube

Top Rated Creativity Toys

All Top Rated by Kids

Kinetic Energy Toys

Magical Crystal Ball

Top Rated by Kids 8-12

Top Rated by Kids 2-4

Toys / Shop Toys by Age / Toys for Adults

---

We'd love to hear what you think!

Give feedback

All Departments    Store Directory    Careers    Our Company    Sell on Walmart.com    Help    Product Recalls    Accessibility    Tax Exempt Program    Get the Walmart App
Safety Data Sheet    Terms of Use    Privacy Notice    California Supply Chain Act    Your Privacy Choices    Customer Privacy Center    Notice at Collection    AdChoices
Consumer Health Data Privacy Notices    Brand Shop Directory    Pharmacy    Walmart Business    #IYWYK    Delete Account

© 2025 Walmart. The trademarks Walmart and the Walmart Spark design are registered with the US Patent and Trademark Office. All Trademark Rights Reserved.

# Checkout



## 1. Free shipping, arrives between Fri, Nov 28—Wed, Dec 3    ✓

Pittsburgh, PA 15238

Edit

**Delivery instructions**

Gate codes or other useful information    Edit

Apartment

**Items details**    Hide details

**Arrives between Fri, Nov 28 — Wed, Dec 3**    1 item

Sold and shipped by Collections Etc
Free shipping

Collections Etc Wonder Sphere Red Magic Hover Ball Children's Toy    **$29.98**

Remove    —    1    +

| | |
|---|---|
| Subtotal (1 item) | $29.98 |
| Shipping | Free |
| **Estimated taxes** | $2.10 |
| **Estimated total** | **$32.08** |

Have a promo code?    ⌄



## 2. Payment method

**Pay with card**



Learn more about payment methods we accept.

* Required field

**Card number ***

**Continue**

## OnePay

**OnePay** Card    Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases    Learn more

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**OnePay** Later    No credit impact to apply    Apply Now
Powered by Klarna



**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

---

Walmart+  Limited time only!

**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**

T&C apply.

Claim offer now

$49

---

📱  3. Text updates for this order                                ⊖

---

**DOE 93 - Walmart - Conqueror Store - 101622224**

https://www.walmart.com/ip/2-Pack-2023-Upgraded-Flying-Ball-Toy-Flying-Orb-Ball-Hover-Boomerang-Ball-Flying-Spinner-Mini-Drone-Magi     November 21, 2025
c-Floating-Ball-Galactic-Fly-Spinning-Orb-Boy/5564390920?classType=REGULAR&athbdg=L1600&from=/search





| | |
|---|---|
| **Color** red blue | **Skill level** Beginner |

View full specifications

## About this item

| Product details | ⌄ |
|---|---|
| Specifications | ⌄ |

### 4 stars and above
Based on customer ratings and number of reviews

Sponsored



**Deal**
Now $39⁹⁹ $103.89
AUOSHI V1 Mini FPV Drone with 1080P HD Camera, Dual Lens & VR Mode, Optical...
★★★★☆ 1245
Shipping, arrives **tomorrow**
+ Add

**Deal**
Now $28⁷⁹ $62.99
BEEPRINCESS Drone with Screen Remote Control and Cool Lights, RC Quadcopte...
★★★★☆ 92
Shipping, arrives **in 2 days**
+ Add

**Deal**
Now $42⁹⁹ $99.99
BeePrincess 1080P HD Drone with Screen Controller, Brushless Motor...
★★★★☆ 48
Shipping, arrives **in 2 days**
+ Add

**In 50+ people's carts**
$32⁹⁹ $48.99 $32.99/ca
BEEPRINCESS Drone with 4K HD Dual Camera for Adults Kids, RC Quadcopte...
★★★★☆ 2402
Shipping, arrives **in 2 days**
+ Add

### Top deals for you
Explore additional savings



+ Add
Sponsored
$46⁴⁵ $89.99

**Deal**
+ Add
Sponsored
Now $23⁶⁹ $51.99

**Deal**
Options
Now $28⁷⁹

Babyltrl Drone with 1080P HD Dual Camera for Adults Kids,Wifi FPV Foldable RC Quadcopter with 2 Batteries for 35 Mins...
★★★★ 4
Save with W+
Shipping, arrives **tomorrow**

BEEPRINCESS Drone with Camera for Adults Kids, Dual 4K HD Mini FPV RC Quadcopter for Kids Beginners
★★★★ 749
Save with W+

BEEPRINCESS Drone with S Control and Cool Lights, RC 4K HD Dual Camera for Begi
★★★★ 92
Save with W+

## Products you may also like

Sponsored

**Deal**

**Clearance**









+Add

+Add

+Add

+Add

**$49⁹⁹** ~~$119.98~~

Now **$24⁹⁹** ~~$58.99~~

Now **$16⁹⁹** ~~$19.99~~

Now **$22⁴⁹** ~~$49.98~~

S5S Drone with 6K UHD Camera for Adults Kids, WeFone Foldable...
★★★☆ 129
Shipping, arrives **in 2 days**

Drones for Kids, Wefone WF15 UFO RC Quadcopter with Colorful LED Lights fo...
★★★★ 2
Shipping, arrives **tomorrow**

Zacro Mini Drone for Kids Adults Beginners, Indoor Small Helicopter RC...
★★★★★ 8
Shipping, arrives **tomorrow**

Loheer Mini Drone for Kids, LED RC Drone with 360 Flips, Small RC Quadcopter...
★★★★☆ 21
Shipping, arrives **tomorrow**

💬 Report incorrect product information

**Clearance**



Now **$29⁹⁹** ~~$39.99~~

DEERC D33 Mini Drone for Kids and Beginners with LED Lights ,Altitude Hold,2 Batteries,Green
★★★★☆ 8

**Add to cart**

Sponsored

## Customers also considered







+Add

+Add

Options

**$14³⁸** +$1.99 shipping

Sponsored
**$13⁵⁹**

**$10⁴¹** +$2.99 shipping
More options from $10.03

Little Bee Drone Gesture Control Flying Toy Hovering UAV for Kids Boys Girls Ages 6 7 8 9 10 Indoor Outdoor Play Cool Gadget Gift Set
Shipping, arrives **in 3+ days**

Flying Spinner Drone Toy, Hand Operated Hover UFO Flying Ball with 360° Rotating and LED Light for Adult Kids
Save with W+
Shipping, arrives **in 2 days**

Mini RC Helicopter, Infrared Drone, 2CH Flying Toy with Stability, Collision Protection
Shipping, arrives **in 3+ days**

## Customer ratings & reviews

# 2.5 out of 5
★★☆☆ | 26 ratings | 12 reviews





5 stars �â–  27% (7)
4 stars â–  8% (2)



How item rating is calculated ⓘ

| | |
|---|---|
| 3 stars | 8% (2) |
| 2 stars | 4% (1) |
| 1 star | 54% (14) |

**View all reviews**

All filters ⌄   ☆ Star rating ⌄   Verified purchases only          Sort by | Most relevant ⌄

**Showing 1-3 of 12 reviews**

Oct 9, 2025          ⭐⭐⭐⭐⭐ **Verified Purchase** ⓘ
🔍 Terry
                     **flying balls**
Sold and shipped by    gave them to my grandsons. hope they liked them.
limanwanju
                     Helpful? 👍 (0)   👎 (0)   Report

Nov 14, 2025         ⭐⭐⭐⭐⭐ **Verified Purchase** ⓘ
🔍 George
                     Bought it for my grandsons and they love it
Sold and shipped by
Conqueror Store      Helpful? 👍 (0)   👎 (0)   Report

Nov 9, 2025          ⭐⭐⭐⭐☆ **Verified Purchase** ⓘ
🔍 Eddie
                     **2 pack upgraded flying ball toy.**
Sold and shipped by    what i dislike about this item is that i never received the item at all. The seller has never made any contact, nor have i
Conqueror Store      recieved any updates/tracking about this item to date at all. i would not recommend this seller or item to anyone at
                     all. Save your money. I did contact walmart customer service about this matter about one week ago and they did...
                     View more

                     Helpful? 👍 (0)   👎 (0)   Report

**View all reviews (12)**



**OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other
purchases    Learn More

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply.    Join OnePay Cash

## Recently viewed items

Based on your most recent browse history

Best seller

♡

⊕10 options

Sponsored

Now **$27**⁹⁹ $37.49

Options from $27.99 – $60.99

ChicSilver Solid Sterling Silver Polished Box Chain Necklace for
Women Pendants 1-2mm Thin Chains Made in Italy 16-24 inch

⭐⭐⭐⭐⭐ 136

Shipping, arrives **in 3+ days**



♡

+ Add

**$28**⁸⁵

Wonder Sphere Magic Hover Ball Rainbow Edition with LED
Lights

⭐⭐⭐⭐☆ 405

Save with W+ ✦



+ Add

**$33**⁹⁹

HOM Flying Orb Ball Globe-Shaped
LED and Hidden Propellers - Safe Ou
Adults

⭐⭐⭐⭐⭐ 8

>



**$36⁹⁹**

DEERC DE52 Remote Control Helicopter,Altitude Hold RC Helicopters
with Storage Case Extra Shell,2.4GHz Aircraft Indoor Flying Toy with...
★★★★★ 10

**Add to cart**

Sponsored

## Products related to this item

Sponsored




**+ Add**

**$74⁸⁸**

Boost Mobile Preloaded
SIM Card, Bring Your
Own Device, 3month...
★★★★☆ 48

Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**



**$23⁹⁹**

40L Travel Backpack
with USB Charging Port,
Water-Resistant Carry o...
★★★★☆ 1

Shipping, arrives **tomorrow**

Deal




**+ Add**

Now **$57⁹⁹** ~~$119.99~~

Fegat Vacuum Backpack
for Travel,60L
Expandable...
★★★★☆ 12

Shipping, arrives **tomorrow**

Best seller




**+ Add**

**$19⁰⁹** ~~$99.99~~

FAMOO Mag-Safe
Charger Magnetic
Wireless Charger: 2 Pac...
★★★★★ 57

Shipping, arrives **tomorrow**




**+ Add**

**$6⁵⁰**

8 PCS DC Connectors
Plug DC Barrel Jack Plug
Power Adapter 5.5x2.1...

Shipping, arrives **in 3+ days**

Reduced price



**+ Add**

Now **$11⁹⁹** ~~$13.49~~

IJS Dual-Sided Wireless
Charger for Apple Watch
and AirPods - Wireless...
★★★★☆ 21

Shipping, arrives **tomorrow**

## Related pages

Hovering Orb Ball

Hover Orb Ball

Top Rated by Kids 8-12

Top Rated by Kids 5-7

Flying C Spinners

Rc Flying Bat

Toys for Adults

Toys for age 12 and up boys

Flying Disco Ball Toy

Hover Orbs Balls

All Top Rated by Kids

Toys for 11 year old boys

Toys / Cars, RC, Drones & Trains / Play Vehicles & Toy Cars / TOY VEHICLES / RADIO CONTROL VEHICLES

We'd love to hear what you think!

**Give feedback**

All Departments    Store Directory    Careers    Our Company    Sell on Walmart.com    Help    Product Recalls    Accessibility    Tax Exempt Program    Get the Walmart App
Safety Data Sheet    Terms of Use    Privacy Notice    California Supply Chain Act    Your Privacy Choices    Customer Privacy Center    Notice at Collection    AdChoices
Consumer Health Data Privacy Notice    Brand Shop Directory    Pharmacy    Walmart Business    #IYWYK    Delete Account

© 2025 Walmart. The trademarks Walmart and the Walmart Spark design are registered with the US Patent and Trademark Office. All Rights Reserved.

**DOE 94 - Walmart - Gulgul - 102760862**



Pickup or delivery?
Tarentum Supercenter

Search Walmart

Reorder
My Items

Hi,
Account

$25.75

Departments ∨    Services ∨    Get it Fast    New Arrivals    Thanksgiving    Rollbacks & More    Dinner Made Easy    Gift Shop    Walmart+    More ∨



+3
View all

Unbranded

**Blue Flying Orb Ball with Wand,Cosmic Globe Hover Boomerang Mini Drones for Kids,Cool Gadgets Christmas Birthday Gifts Toys for Boy Girl Teens 6 7 8 9 10+ Year Old**

☆ (No ratings yet)

## About this item

🔷 Smart summary        Generated by AI ⓘ

- **Interactive Flight**: Hand-controlled mini drones that light up, spin, float, glide, and climb, returning like a boomerang based on throwing angles and speeds.
- **Vibrant Illumination**: Features built-in RGB lights, creating a neon shooting star effect, suitable for both indoor and outdoor play, especially at night.
- **Child-Friendly Design**: Propelling parts are enclosed within the spherical "cage" to prevent injuries and protect the device from breakage.
- **Family Engagement**: Promotes improved hand-eye coordination and serves as a stress reliever, enjoyable for all family members.
- **Portable Charging**: USB rechargeable battery provides 15-20 minutes of playtime, and the 0.7-ounce drone ball is easily portable.
- **Wand Control**: A magic wand can attract the flying ball, raise it up to 50 feet, and control its color changes.
- **Included Accessories**: Package contains one flying ball, one magic wand, one USB cable, and a user manual.

View full item details

## Specifications at a glance

| | |
|---|---|
| **Run time** 20 Minutes | **Maximum transmission...** 50 ft |
| **Brand** Unbranded | **Is foldable** Y |

View full specifications



## $89.90

Price when purchased online ⓘ

As low as $16/mo    with OnePay Learn more

🚚 Free shipping

🔵 Free Holiday returns until Jan 31

Other options from $89.00

**Buy now**

**Add to cart**

🛡 **Walmart Accident Plan by Allstate** What's covered
(Only one option can be selected at a time)

☐ 2-Year Plan - $13.00
☐ 3-Year Plan - $16.00

### How you'll get this item:

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Nov 27 - Nov 30 **Free** | Not available | Not available |

Change

Arrives between **Nov 27 - Nov 30** |
More options

Sold and shipped by Gulgul
★½☆☆☆ (1.7)  3 seller reviews

Report an issue with this seller

🔵 **Extended holiday returns** Details
Free Holiday returns until **Jan 31**

♡ Add to list    🎁    Add to registry

### More seller options (2)

Starting from $89.00  Compare all sellers



Deal

$24⁹⁹ $109.99
**You save $85.00**

JoyStone 4K HD FPV Camera Drone for Adults...
★★★★½ 9

Shipping, arrives **tomorrow**

**Add to cart**

Sponsored

## About this item

Product details ⌄

Specifications ⌄

Warranty ⌄

### 4 stars and above

Sponsored

Based on customer ratings and number of reviews

Reduced price






+ Add

**$39⁹⁹** ~~$109.99~~

JoyStone RC Drone with 4K Camera for Adults Kids, Brushless Mini Drone with...

★★★★½ 54

Shipping, arrives **tomorrow**

In 200+ people's carts




+ Add

**$48⁹⁹** ~~$138.99~~

Mini Drone for Kids 8-12, CS15 Foldable Drones with HD Camera, Headless Mod...

★★★★☆ 30

Deal




+ Add

Now **$58⁹⁹** ~~$125.69~~

AUOSHI 4K FPV Drone with Dual Camera & Brushless Motor, 2 Batteries, Optical...

★★★★☆ 1726




+ Add

**$25⁹⁹** ~~$49.99~~

YCFUN RC Drone with Camera, Foldable FPV RC Drone for Kids with 2...

★★★★½ 40

Shipping, arrives **tomorrow**

### Similar items you might like

Based on what customers bought

Clearance




+ Add

Sponsored

Now **$19⁹⁹** ~~$29.99~~

ToyM Mini Drone for Kids,RC Drone with Colorful lights,Headless Mode,Quadcopter with 20 lighting types,3D Flips,Propeller...

★★★☆☆ 1

Save with W+

Shipping, arrives **tomorrow**




+ Add

Sponsored

**$24⁹⁷**

Hover Star Alien Encounter Motion Controlled UFO- Silver Drone, Ages 6

★★★★☆ 244

Save with W+

Pickup **today**
Delivery **today**
Shipping, arrives **today**

Clearance



+ Add

Now **$32³⁹** ~~$35.99~~

Flying Orb Ball Toy, Cosmic Boomerang Hover Ball Fly S... Ball, Hand Controlled Mini D...

Shipping, arrives **in 3+ days**

### Products you may also like

Sponsored

Clearance











$279$00

HOVERAir X1 Self-Flying Camera Pocket-Sized Drone Foldable with Palm Take o...

★★★★☆ 15

Shipping, arrives **in 2 days**

$39$99

Flying Orb Ball (2Pcs, 2024 Upgraded) with Dazzling Lights, Hover Orb Spinner...

★★★☆☆ 12

Shipping, arrives **tomorrow**



Now $19$99  $29.99

ToyM Mini Drone for Kids,RC Drone with Colorful lights,Headless...

★★★☆☆ 1

Shipping, arrives **tomorrow**



$409$00

HOVERAir X1 Self-Flying Camera Pocket-Sized Drone Foldable with Palm Take o...

Shipping, arrives **in 3+ days**

💬 Report incorrect product information



$39$99

Flying Orb Ball (2Pcs, 2024 Upgraded) with Dazzling Lights, Hover Orb Spinner Toy, Hand Drone Orbit, Cool Toys Gifts for Boys Girls Teens,...

★★★☆☆ 12

**Add to cart**

Sponsored

## Top deals for you
Explore additional savings



Deal



Sponsored

$46$45  $89.99

Babyltrl Drone with 1080P HD Dual Camera for Adults Kids,Wifi FPV Foldable RC Quadcopter with 2 Batteries for 35 Mins...

★★★★☆ 4

Save with W+

Shipping, arrives **tomorrow**



Deal





Sponsored

Now $23$69  $51.99

BEEPRINCESS Drone with Camera for Adults Kids, Dual 4K HD Mini FPV RC Quadcopter for Kids Beginners

★★★★☆ 749

Save with W+

Shipping, arrives **in 2 days**





$21$99

EACOPOL Kids Drone, Mini Drones with LED Lights for Control Drone, Indoor Outd

★★★★☆ 2

Save with W+

Shipping, arrives **in 2 days**

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**



**OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases    Learn More



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply.    Join OnePay Cash

## Customers also considered



+ Add

Sponsored

Now $29.49 $99.98

Loheer 1080P HD Camera Drone for Adults, FPV Drone with Dual Camera & Brushless Motor, 2 Batteries, Optical Flow, RC Quadcopter with Carrying Case, Great Gift for Beginners,Tee...

★★★★ 24

Save with W+

Shipping, arrives tomorrow



Options

Now $25.91 $33.01 +$7.99 shipping

Options from $25.91 – $35.36

RUIG Mini Drone for Kids and Beginners,RC Drone Indoor Small Helicopter,Propeller Full Protect,Altitude Hold,3D Flip,Circle Fly, Self-Rotation,Mini Quadcopter Toy,Kids Gift Toys for Boys...

Shipping, arrives in 3+ days



Best seller

+2 options

Options

Sponsored

$35.99 $71.89

AUOSHI LED Stunt Drone with 360° F Modes,Colorful Lights,Protective Gu Takeoff/Landing/Return,Optical Flow

★★★★½ 207

Save with W+

Shipping, arrives tomorrow



$279.00

HOVERAir X1 Self-Flying Camera Pocket-Sized Drone Foldable with...

★★★★ 15

Shipping, arrives in 2 days

$409.00

HOVERAir X1 Self-Flying Camera Pocket-Sized Drone Foldable with...

Shipping, arrives in 3+ days

$39.99

Flying Orb Ball (2Pcs, 2024 Upgraded) with Dazzling Lights, Hover...

★★★½ 12

Shipping, arrives tomorrow

Now $19.99 $29.99

ToyM Mini Drone for Kids,RC Drone with Colorful lights,Headles...

★★★ 1

Shipping, arrives tomorrow

$409.00

HOVERAir X1 Self-Flying Camera Pocket-Sized Drone Foldable with...

Shipping, arrives in 3+ days

Now $49.99 $65.99

Drone with Camera, 4K HD FPV Drone with Brushless Motor, APP...

Shipping, arrives tomorrow

## Recently viewed items

Based on your most recent browse history



Best seller

+10 options

Sponsored

Now $27.99 $37.49

Options from $27.99 – $60.99

ChicSilver Solid Sterling Silver Polished Box Chain Necklace for Women Pendants 1-2mm Thin Chains Made in Italy 16-24 inch

+ Add

$28.85

Wonder Sphere Magic Hover Ball Rainbow Edition with LED Lights

★★★★ 405



+ Add

$33.99

HOM Flying Orb Ball Globe-Shaped f LED and Hidden Propellers - Safe Ou Adults

Shipping, arrives **in 3+ days**

Save with W+
Shipping, arrives **tomorrow**

Shipping, arrives **in 3+ days**



$**24**⁹⁹ ~~$109.99~~

JoyStone 4K HD FPV Camera Drone for Adults Kids, Brushless Motor
Foldable RC Drones with Altitude Hold, Headless Mode, Toys Gifts RC...

★★★★☆ 9

[ Add to cart ]

Sponsored

## Products related to this item

Sponsored

↓ Rollback

            

Deal

Deal

| + Add | + Add | + Add | + Add | + Add | + Add |
|---|---|---|---|---|---|

**Now** $**139**⁰⁰ ~~$219.99~~ | $**39**⁹⁹ | $**129**⁹⁹ | $**56**⁹⁰ | **Now** $**23**⁰² ~~$26.69~~ | **Now** $**25**⁰² ~~$89.00~~

ASUS CX15 15.6 inch FHD IPS Chromebook Laptop Intel Celeron N4500 4G... | CasaHDG Compressed Air Duster with 180,000 RPM Motor, Cordless... | Anker SOLIX C200X DC Portable Power Station, 200W Solar Generator,... | TJOUL 5in1 Multi Functional Wireless Charging Station with... | Jazmm Hand Crank Emergency Radio, Emergency Radio,Solar... | AKKHOO Active Noise Cancelling Wireless Headphones,Long...

★★★★☆ 3392 | | | ★☆☆☆☆ 1 | ★★★★☆ 21 |

Shipping, arrives **in 2 days** | Shipping, arrives **in 3+ days** | Shipping, arrives **in 3+ days** | Shipping, arrives **tomorrow** | Shipping, arrives **in 2 days** |

Electronics / Drones / Drones by Skill Level / Advanced Drones

We'd love to hear what you think!

[ Give feedback ]

All Departments     Store Directory     Careers     Our Company     Sell on Walmart.com     Help     Product Recalls     Accessibility     Tax Exempt Program     Get the Walmart App
Safety Data Sheet     Terms of Use     Privacy Notice     California Supply Chain Act     Your Privacy Choices     Customer Privacy Center     Notice at Collection     AdChoices
Consumer Health Data Privacy Notices     Brand Shop Directory     Pharmacy     Walmart Business     #IYWYK     Delete Account

© 2025 Walmart. The trademarks Walmart and the Walmart Spark design are registered with the US Patent and Trademark Office. All Rights Reserved.

# Checkout



**1. Free shipping, arrives between Wed, Nov 26—Sat, Nov 29** ✓

Pittsburgh, PA 15238

Edit

**Delivery instructions**

**Gate codes or other useful information**    Edit
Apartment

**Items details**    Hide details

**Arrives between Wed, Nov 26 — Sat, Nov 29**    1 item

Sold and shipped by Gulgul
Free shipping



Blue Flying Orb Ball with Wand,Cosmic Globe Hover Boomerang Mini Drones for Kids,Cool...    **$89.90**

Remove    —  1  +

| | |
|---|---|
| **Subtotal** (1 item) | $89.90 |
| Shipping | Free |
| **Estimated taxes** | $6.29 |
| **Estimated total** | **$96.19** |

Have a promo code?    ⌄



## 2. Payment method ⊖

**Pay with card**



Learn more about payment methods we accept.

* Required field

**Card number ***

🗏

**Continue**

### OnePay ⑨

**OnePay** Card    Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases    Learn more

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

**OnePay** Later    As low as **$16/mo.** ⓘ No credit impact to apply    Apply Now
Powered by Klarna

**Pay by bank**    ⌃



Connect your bank account for easier payment setup with no expiration and faster refunds.

**Connect your bank**

---

**Other ways to pay** ∧

Pay with PayPal

☑ **Remember my PayPal account details**

**PayPal**

---

Walmart+ Limited time only!

**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**

T&C apply.

Claim offer now

---

🔲  3. Text updates for this order ⊖

**DOE 95 - Walmart - Lindishipin - 102748590**

https://www.walmart.com/ip/2-Pack-2023-Upgraded-Flying-Ball-Toy-Flying-Orb-Ball-Hover-Boomerang-Ball-Flying-Spinner-Mini-Drone-Magi    November 21, 2025
c-Floating-Ball-Galactic-Fly-Spinning-Orb-Boy/5564390920?classType=REGULAR&athbdg=L1600&from=/search





| Color | Skill level |
| --- | --- |
| red blue | Beginner |

View full specifications

## About this item

Product details                                                    ⌄

Specifications                                                     ⌄

### 4 stars and above                                              Sponsored
Based on customer ratings and number of reviews



**Best seller**

+ Add

$ **39**⁹⁷

Sharper Image® Halo Drone
– Remote Control Light-Up
Orbiter
★★★★½ 42

Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**

**Deal**

+ Add

Now $ **39**⁹⁹  $103.89

AUOSHI V1 Mini FPV Drone
with 1080P HD Camera, Dual
Lens & VR Mode, Optical...
★★★★☆ 1245

Shipping, arrives **tomorrow**

**Deal**

+ Add

Now $ **42**⁹⁹  $99.99

BeePrincess 1080P HD
Drone with Screen
Controller, Brushless Motor...
★★★★☆ 48

Shipping, arrives **in 2 days**

**Deal**

+ Add

Now $ **28**⁷⁹  $62.99

BEEPRINCESS Drone with
Screen Remote Control and
Cool Lights, RC Quadcopte...
★★★★☆ 92

### Top deals for you
Explore additional savings



**Deal**

+ Add

**Sponsored**
$ **46**⁴⁵  $89.99

**Deal**

+ Add

**Sponsored**
Now $ **39**⁹⁹  $89.99

**Deal**

+ Add

$ **21**⁹⁹

Babyltrl Drone with 1080P HD Dual Camera for Adults Kids,Wifi FPV Foldable RC Quadcopter with 2 Batteries for 35 Mins...
★★★★☆ 4
Save with W+
Shipping, arrives **tomorrow**

Wefone S5S Foldable Drones with Camera for Kids and Adults, Brushless Motor, 2 Batteries, Black
★★★★★ 1
Save with W+

 

Drones with LED Lights for [
Control Drone, Indoor Outd
★★★★☆ 2
Save with W+
Shipping, arrives **in 2 days**

## Products you may also like

Sponsored

**Deal**



**Clearance**



+Add        +Add        +Add        +Add

**$49⁹⁹** ~~$119.98~~

S5S Drone with 6K UHD Camera for Adults Kids, WeFone Foldable...
★★★☆☆ 129
Shipping, arrives **in 2 days**

Now **$24⁹⁹** ~~$58.99~~

Drones for Kids, Wefone WF15 UFO RC Quadcopter with Colorful LED Lights fo...
★★★★★ 2
Shipping, arrives **tomorrow**

Now **$16⁹⁹** ~~$19.99~~

Zacro Mini Drone for Kids Adults Beginners, Indoor Small Helicopter RC...
★★★★★ 8
Shipping, arrives **tomorrow**

Now **$22⁴⁹** ~~$49.98~~

Loheer Mini Drone for Kids, LED RC Drone with 360 Flips, Small RC Quadcopter...
★★★★☆ 21
Shipping, arrives **tomorrow**

💬 Report incorrect product information

**Clearance**

Now **$29⁹⁹** ~~$39.99~~

DEERC D33 Mini Drone for Kids and Beginners with LED Lights ,Altitude Hold,2 Batteries,Green
★★★★★ 8

Add to cart

Sponsored

## Customers also considered

  

+Add        +Add        Options

**$14³⁸** +$1.99 shipping

Little Bee Drone Gesture Control Flying Toy Hovering UAV for Kids Boys Girls Ages 6 7 8 9 10 Indoor Outdoor Play Cool Gadget Gift Set
Shipping, arrives **in 3+ days**

Sponsored
**$13⁵⁹**

Flying Spinner Drone Toy, Hand Operated Hover UFO Flying Ball with 360° Rotating and LED Light for Adult Kids
Save with W+
Shipping, arrives **in 2 days**

**$10⁴¹** +$2.99 shipping
More options from $10.03

Mini RC Helicopter, Infrared Drone, 2CH Flying Toy with (
Stability, Collision Protectio
Shipping, arrives **in 3+ days**

## Customer ratings & reviews

# 2.5 out of 5

★★☆☆☆ 26 ratings | 12 reviews

5 stars ▓▓▓▓▓▓▓▓▓░░░░░░░░░░░░░░ 27% (7)
4 stars ▓▓▓░░░░░░░░░░░░░░░░░░░░ 8% (2)

How item rating is calculated ⓘ

| | |
|---|---|
| 3 stars | 8% (2) |
| 2 stars | 4% (1) |
| 1 star | 54% (14) |

View all reviews

| All filters ⌄ | ★ Star rating ⌄ | Verified purchases only | | Sort by | Most relevant ⌄ |

**Showing 1-3 of 12 reviews**

---

Oct 9, 2025

Ⓠ Terry

Sold and shipped by limanwanju

★★★★★ **Verified Purchase** ⓘ

**flying balls**

gave them to my grandsons. hope they liked them.

Helpful? 👍 (0)  👎 (0)    Report

---

Nov 14, 2025

Ⓠ George

Sold and shipped by Conqueror Store

★★★★★ **Verified Purchase** ⓘ

Bought it for my grandsons and they love it

Helpful? 👍 (0)  👎 (0)    Report

---

Nov 9, 2025

Ⓠ Eddie

Sold and shipped by Conqueror Store

★★★★☆ **Verified Purchase** ⓘ

**2 pack upgraded flying ball toy.**

what i dislike about this item is that i never received the item at all. The seller has never made any contact, nor have i recieved any updates/tracking about this item to date at all. i would not recommend this seller or item to anyone at all. Save your money. I did contact walmart customer service about this matter about one week ago and they did...

View more

Helpful? 👍 (0)  👎 (0)    Report

---

View all reviews (12)

---

**OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases  Learn More

---

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply.  Join OnePay Cash

---

## Popular items in this category

Best selling items that customers love



Clearance

+ Add

Sponsored

Now $**12**⁹⁹  ~~$15.99~~

Flying Spinner Mini Drone Hand Operated, Mini Flying Ball Toys, Upgraded Flying Fidget with 360 Fly Rotating for Girls Boys Adults,Cool Fly UFO Magic Flying Orb Indoor Outdoor...

★★★★½ 18



Clearance

+ Add

Sponsored

Now $**19**⁷⁹  ~~$21.99~~

Flying Ball Toys, Hover Orb, Upgrade Flying Orb Mini Drone Floating Ball 360°Rotating LED Light Fly Spinner Cool Toys



Clearance

+ Add

$**20**⁹⁹  ~~$32.00~~

2025 Flying Orb Ball Toy, Flying Ball Flying Orb Ball Toys with LED Light,C Spinner for 6 7 8 9 Year Old Boys Girl

★★★★☆ 41

Save with W+

Save with W+
Shipping, arrives **tomorrow**

★★★★☆ 221
Save with W+
Shipping, arrives **tomorrow**

Shipping, arrives **tomorrow**

## Recently viewed items
Based on your most recent browse history



Best seller

+10 options

Sponsored

Now $27.99 ~~$37.49~~

Options from $27.99 – $60.99

ChicSilver Solid Sterling Silver Polished Box Chain Necklace for Women Pendants 1-2mm Thin Chains Made in Italy 16-24 inch
★★★★★ 156
Shipping, arrives **in 3+ days**



+ Add

$89.90

Blue Flying Orb Ball with Wand,Cosmic Globe Hover Boomerang Mini Drones for Kids,Cool Gadgets Christmas Birthday Gifts Toys for Boy Girl Teens 6 7 8 9 10 Year Old
Shipping, arrives **in 3+ days**



+ Add

$28.85

Wonder Sphere Magic Hover Ball Rai Lights
★★★★☆ 405
Save with W+
Shipping, arrives **tomorrow**



$36.99

DEERC DE52 Remote Control Helicopter,Altitude Hold RC Helicopters with Storage Case Extra Shell,2.4GHz Aircraft Indoor Flying Toy with...
★★★★☆ 10

Add to cart

Sponsored

## Products related to this item

Sponsored



+ Add

$74.88

Boost Mobile Preloaded SIM Card, Bring Your Own Device, 3month...
★★★★☆ 48
Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**



$23.99

40L Travel Backpack with USB Charging Port, Water-Resistant Carry o...
★★★★☆ 1
Shipping, arrives **tomorrow**



Deal

+ Add

Now $57.99 ~~$119.99~~

Fegat Vacuum Backpack for Travel,60L Expandable...
★★★★☆ 12



Best seller

+ Add

$19.09 ~~$99.99~~

FAMOO Mag-Safe Charger Magnetic Wireless Charger: 2 Pac...
★★★★★ 57
Shipping, arrives **tomorrow**



+ Add

$6.50

8 PCS DC Connectors Plug DC Barrel Jack Plug Power Adapter 5.5x2.1...
Shipping, arrives **in 3+ days**



Reduced price

+ Add

Now $11.99 ~~$13.49~~

IJS Dual-Sided Wireless Charger for Apple Watch and AirPods - Wireless...
★★★★☆ 21
Shipping, arrives **tomorrow**

## Related pages

Hovering Orb Ball

Hover Orb Ball

Top Rated by Kids 8-12

Top Rated by Kids 5-7

Flying C Spinners

Rc Flying Bat

Toys for Adults

Toys for age 12 and up boys

Flying Disco Ball Toy

Hover Orbs Balls

All Top Rated by Kids

Toys for 11 year old boys

Toys / Cars, RC, Drones & Trains / Play Vehicles & Toy Cars / TOY VEHICLES / RADIO CONTROL VEHICLES

We'd love to hear what you think!

Give feedback

All Departments    Store Directory    Careers    Our Company    Sell on Walmart.com    Help    Product Recalls    Accessibility    Tax Exempt Program    Get the Walmart App
Safety Data Sheet    Terms of Use    Privacy Notice    California Supply Chain Act    Your Privacy Choices    Customer Privacy Center    Notice at Collection    AdChoices
Consumer Health Data Privacy Notices    Brand Shop Directory    Pharmacy    Walmart Business    #IYWYK    Delete Account

© 2025 Walmart. The trademarks Walmart and the Walmart Spark design are registered with the US Patent and Trademark Office. All Rights Reserved.

**DOE 96 - Walmart - Suiyu Trading - 102869363**





YUNYI

**Flying Ball Toys Hover Orb, 2022 Upgraded Rechargeable Controller Mini Drone, 360Rotating Soaring Hand Operated Safe UFO Toys Cool Things with LED Lights for Kids Adults Outdoor Indoor(Blue)**

☆ (No ratings yet)

### About this item

- High-Tech Hand Controlled Drone Toy With Cool RGB Light: The flying orb toy provides intelligent flight. Different throwing angles and speeds will create different flight lines and boomerang effect.You can use your ingenuity to create your unique way of playing.The colorful led at night will make your magic ball cooler
- Lightweight And Portable: This hover ball has undergone rigorous testing, made of high-quality materials, which a...

View more ⌄

### At a glance

| Run time | Brand | Is foldable |
|---|---|---|
| 10 Minutes | YUNYI | Y |

View all specifications

**$22.99**

Price when purchased online ⓘ

🚚 Free shipping
🔄 Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

🛡 **Walmart Accident Plan by Allstate** What's covered
(Only one option can be selected at a time)
☐ 2-Year Plan - $3.00
☐ 3-Year Plan - $5.00

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Dec 10 - Dec 18 **Free** | Not available | Not available |

Change

Arrives between **Dec 10 - Dec 18** | More options

Sold and shipped by Suiyu Trading
⭐⭐⭐☆☆ (3.0)  1 seller review

Report an issue with this seller

**Extended holiday returns** Details
Free Holiday returns until **Jan 31**

♡ Add to list    🎁 Add to registry

Best seller
**$25.99** ~~$199.00~~
**You save $173.01**
HNH 4K Mini Foldable Drone for Kids, Drone...
⭐⭐⭐⭐☆ 399
Shipping, arrives **tomorrow**
**Add to cart**

Sponsored

## About this item

Product details ⌄

Specifications

Warranty

## 4 stars and above
Sponsored
Based on customer ratings and number of reviews

**Deal**





+ Add

Now $39.99 ~~$103.89~~

AUOSHI V1 Mini FPV Drone with 1080P HD Camera, Dual Lens & VR Mode, Optical...

★★★★☆ 1245

Shipping, arrives **tomorrow**

**Deal**




+ Add

Now $28.79 ~~$62.99~~

BEEPRINCESS Drone with Screen Remote Control and Cool Lights, RC Quadcopte...

★★★★☆ 92

Shipping, arrives **in 2 days**

**Deal**




+ Add

Now $42.99 ~~$99.99~~

BeePrincess 1080P HD Drone with Screen Controller, Brushless Motor...

★★★★☆ 48

Shipping, arrives **in 2 days**

**Deal**



+ Add

Now $28.79 ~~$62.99~~

BEEPRINCESS Drone with Screen Remote Control and Cool Lights, RC Quadcopte...

★★★★☆ 92

Shipping, arrives **in 2 days**

## Similar items you might like
Based on what customers bought.



+ 2 options

Options

Sponsored
$25.99 ~~$37.49~~

YCFUN RC Drone with Camera, Foldable RC Drone for Kids with Lights & 360° Flips, Beginner RC Quadcopter with 2 Batteries fo...

★★★★☆ 40

Save with W+

Shipping, arrives **tomorrow**

**Best seller**



Options

Sponsored
$25.99 ~~$199.00~~

HNH Mini Drone with Camera, 4K Foldable Drones for Kids, Portable Pocket Quadcopter with Altitude Hold 3D Flips and...

★★★★☆ 399

Save with W+

Shipping, arrives **tomorrow**



Options

$11.68 +$3.50 shipping

Usloyux Remote - Controlle Airplane Fighter, Foam Rem Airplanes,Plane Toy with Au

Shipping, arrives **in 3+ days**

## Products you may also like
Sponsored

**Deal**



+ Add

Now $24.99 ~~$58.99~~

Drones for Kids. Wefone

**Clearance**



+ Add

Now $16.99 ~~$19.99~~

Zacro Mini Drone for Kids



+ Add

Now $22.49 ~~$49.98~~

Loheer Mini Drone for Kids.



+ Add

$36.99

DEERC DE52 Remote

WF15 UFO RC Quadcopter with Colorful LED Lights fo...
★★★★★ 2
Shipping, arrives **tomorrow**

Adults Beginners, Indoor Small Helicopter RC...
★★★★★ 8
Shipping, arrives **tomorrow**

LED RC Drone with 360 Flips, Small RC Quadcopter...
★★★★½ 21
Shipping, arrives **tomorrow**

Control Helicopter, Altitude Hold RC Helicopters with...
★★★★★ 10
Shipping, arrives **in 2 days**

💬 Report incorrect product information



Now **$28⁷⁹** $62.99

BEEPRINCESS Drone with Screen Remote Control and Cool Lights, RC Quadcopter with 4K HD Dual Camera for Beginner Adults Kids, Gray
★★★★☆ 92

[Add to cart]

Sponsored

## Top deals for you
Explore additional savings

Deal

♡
[+ Add]
Sponsored
**$46⁹⁹**
Wefone D12 Racing-Car Drone with 720P HD Camera for Kids and Adults, LED Lights, 2 Batteries, Gray
★★★★★ 2
Save with **W+**
Shipping, arrives **tomorrow**

Deal

♡
[+ Add]
Sponsored
Now **$39⁹⁹** $89.99
Wefone S5S Foldable Drones with Camera for Kids and Adults, Brushless Motor, 2 Batteries, Black
★★★★★ 1
Save with **W+**
Shipping, arrives **tomorrow**

Deal

>
[+ Add]
**$21⁹⁹**
EACOPOL Kids Drone, Mini I Drones with LED Lights for I Control Drone, Indoor Outd
★★★★½ 2
Save with **W+**
Shipping, arrives **in 2 days**

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

---

**This item does not have any reviews yet**

 **OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases   Learn More

 **Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply.   Join OnePay Cash

## Customers also considered

Clearance
  ♡          ♡









**Options**

**Add**

Now $**12**⁷⁹ ~~$14.39~~ +$6.00 shipping

RC Plane, Remote Control Airplane, Foam Drone Aircraft Toy with Headless Mode and Altitude Hold, Stable Height, Cool LED Lights, Easy Operation, USB Charging, Perfect Gift for Ki...

Shipping, arrives **in 3+ days**

$**23**⁹⁹ +$5.99 shipping

TZYUDK Black Drone With Camera Screen Display Cool Lights 24G Rc Altitude Hold Quadcopter Remote Control For Kids Adults Plastic

Shipping, arrives **in 3+ days**

$**9**⁷⁸

New Year Toys Double Release Throw Dropper Device For Phantom 3/ 3Pro Years

Shipping, arrives **in 3+ days**

## Recently viewed items
Based on your most recent browse history

Best seller



+10 options

Now $**27**⁹⁹ ~~$37.49~~

Options from $27.99 — $60.99

ChicSilver Solid Sterling Silver Polished Box Chain Necklace for Women Pendants 1-2mm Thin Chains Made in Italy 16-24 inch

★★★★★ 136

Shipping, arrives **in 3+ days**

Rollback





**Options**

Now $**14**⁸⁸ ~~$16.94~~

Wonder Sphere Magic Hover Ball- Purple Color- Easy to Fly- RC Helicopter, Ages Group 6 years and older

★★★★☆ 1678

Save with W+

Pickup **today**
Delivery **today**
Shipping, arrives **today**



+5 options

$**6**⁹¹

More options from $6.09

DESIGNICE Breathing Necklace,528Hz Mental Clarity,Stress Relief Breathing Mindful Necklace for Anxiety,ROSE G...

Shipping, arrives **in 3+ days**



Now $**24**⁹⁹ ~~$58.99~~

Drones for Kids, Wefone WF15 UFO RC Quadcopter with Colorful LED Lights for Night Flying, 360° Flip, 3 Speed Adjustable, 3 Batteries, White

★★★★★ 2

**Add to cart**

Sponsored

## Products related to this item

Sponsored
Sponsored

In 50+ people's carts

In 100+ people's carts











**+ Add**

**+ Add**

**+ Add**

**+ Add**

**+ Add**

**+ Add**

$**39**⁹⁵ ~~$99.95~~

$**68**⁹⁹

$**39**⁹⁹ ~~$129.95~~

$**14**⁹⁹

$**21**⁹⁵

$**14**⁹⁹

JBL Tune Buds - True

EBL Portable Power

JBL Live 460NC -

SP SOUNDPRETTY

SP SOUNDPRETTRY Kids

Acer Wireless Earbuds,

wireless Noise
Cancelling earbuds -...
★★★★☆ 267

Shipping, arrives **in 3+ days**

Station 100W, 153wh
Outdoor Generator wit...

Wireless on-ear NC
headphones - Black
★★★★☆ 567

Shipping, arrives **in 3+ days**

Earbud Headphones
Bulk 12 Pack Multicolore...
★★★★☆ 10

Shipping, arrives **in 2 days**

Classroom Headphones
Bulk 6-Pack - No Mic...
★★★★☆ 5

Shipping, arrives **in 2 days**

Bluetooth 5.4
Headphones Open Ear...
★★★★☆ 4

Shipping, arrives **in 2 days**

Toys / Cars, RC, Drones & Trains / Play Vehicles & Toy Cars / TOY VEHICLES / RADIO CONTROL VEHICLES

We'd love to hear what you think!

**Give feedback**

All Departments    Store Directory    Careers    Our Company    Sell on Walmart.com    Help    Product Recalls    Accessibility    Tax Exempt Program    Get the Walmart App
Safety Data Sheet    Terms of Use    Privacy Notice    California Supply Chain Act    Your Privacy Choices    Customer Privacy Center    Notice at Collection    AdChoices



# Checkout



**1. Free shipping, arrives between Tue, Dec 9—Wed, Dec 17** ✓

Pittsburgh, PA 15238

Edit

**Delivery instructions**

Gate codes or other useful information                              Edit
Apartment

**Items details**                                                  Hide details

**Arrives between Tue, Dec 9 — Wed, Dec 17**                        1 item

Sold and shipped by Suiyu Trading
Free shipping

Flying Ball Toys Hover Orb, 2022 Upgraded                          **$22.99**
Rechargeable Controller Mini Drone,...

Remove        −   1   +



| | |
|---|---|
| **Subtotal** (1 item) | $22.99 |
| Shipping | Free |
| **Estimated taxes** | $1.61 |
| **Estimated total** | **$24.60** |

Have a promo code?                                                  ⌄



# 2. Payment method                                                ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

## OnePay                                                           ⑤

**OnePay** Card   Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases   Learn more

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**OnePay** Later   No credit impact to apply                        Apply Now
Powered by Klarna



**Pay by bank**  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**  ⌃

Pay with PayPal

☑ **Remember my PayPal account details**

**PayPal**

Walmart+  Limited time only!

**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**

T&C apply.

Claim offer now

📱  3. Text updates for this order  ⊖

© 2025 Walmart. All Rights Reserved.

Give feedback      CA Privacy Rights      Your Privacy Choices      Notice at Collection      Request My Personal Information      Delete Account

California Supply Chains Act

**DOE 97 - Walmart - SZHexuan - 102533741**





+ Add
$35⁹⁹
Flying Orb Ball Toys, Galaxy Cosmic Globe Boomerang Hover Ball, Hand Drone Orbit, Galactic Fidget Spinning, Birthday Cool...
Shipped, arrives in 3+ days

+ Add
Now $17⁶⁹ $7.99
Flying Ball Toys, Hover Orb, Upgrade Flying Orb Mini Drone Floating Boomerang Ball 360°Rotating LED Light Fly Spinner...
Shipping, arrives in 3+ days

+ Add
Now $21⁹⁵ $30.98
2025 Flying Orb Ball Toys 360°Rotating Soaring Hover Orb Boomerang Spinner Magic LED Light Flying Ball Toys Hand...
Shipped, arrives tomorrow

+ Add
$9⁹⁹
Flying RC Helicopter Toy Hand-Controlled Mini DroneCosmic LED Flying Toys UFO Drone RC Drone Toy for Kids
Shipping, arrives in 2 days

## About this item

Product details

Specifications

Warranty

Warnings

Compare with similar items

| | Viewing this item | | | |
|---|---|---|---|---|
| | + Add | + Add | + Add | + Add |
| | $15.66 | Now $19.79 $29.99 | $42.99 | $35.99 $59.99 |
| | 2025 New Flying Orb Ball Toys 360°Rotating Soaring Hover Orb... | Flying Orb Ball Toys, 2025 Cosmic Globe Hover Ball, Hand Drone Fidg... | Flying Orb Ball Toys (2Pcs), 2025 Upgraded), Hover Ball Boomerang... | Flying orb Ball 2025 Upgrade Hover Boomerang Ball RGB Led Lights... |
| | ★★★★★ 7 | ★★★★★ 2 | ★★★★★ 7 | ★★★★★ 3 |
| Features | Collectible | Collectible | Collectible | Collectible |
| Power type | Battery | Battery | Battery | Battery |
| Color | Blue | Blue | Blue | Blue |
| Minimum recommended age | 6 years | | 5 years | 6 years |

See More

Report incorrect product information

Now $21⁹⁵ $30.98
2025 Flying Orb Ball Toys 360°Rotating Soaring Hover Orb Boomerang Spinner Magic LED Light Flying Ball Toys Hand Controlled Soaring Dron...

Add to cart

## Top deals for you

Explore additional savings

In 200+ people's carts

+ Add
Sponsored
$19⁴⁸
Spider-Man 2CH Mini IR Electric Remote Control RC Helicopter
★★★★☆ 188
Shipping, arrives in 3+ days

Clearance
Options
Sponsored
Now $26⁹⁹ $54.99
More options from $21.99
Lenbar RC Helicopter for Kids 3 , 4.5CH Lateral Drift Helicopter Toy with Altitude Hold, 22min Playtime, 2...
★★★★★ 7
Save with W+
Shipping, arrives in 3 days

Deal
+ Add
Now $44⁸⁹ $99.99
Babylltt Drone with 1080P HD Dual Camera for Adults Kids,Wifi FPV Foldable RC Quadcopter with 2...
★★★★☆ 8
Save with W+

Deal
Options
$44⁹⁹
JoyStone RC Drone with 4K Camera for Adults Kids, Brushless Mini Drone with Headless Mode, RC Quadcopter with...
★★★★★ 17
Save with W+
Shipping, arrives tomorrow

## Customer ratings & reviews

### 4.1 out of 5
★★★★☆ 7 ratings | 0 reviews
How item rating is calculated ⓘ

| | | |
|---|---|---|
| 5 stars | | 58% (4) |
| 4 stars | | 28% (2) |
| 3 stars | | 0% (0) |
| 2 stars | | 0% (0) |
| 1 star | | 14% (1) |

All filters ∨   ☆ Star rating ∨   Verified purchases only

Sort by | Most relevant ∨

This item does not have any reviews yet

**OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases   Learn More

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply   Join OnePay Cash

## Customers also considered



Deal

**Options**

Now $45.99 ~~$89.99~~
Options from $45.99 - $49.99
DEERC Remote Control Helicopter, Military Rescue RC Helicopter Toy with LED Lights, 2...
★★★★★ 2
Save with W+
Shipping, arrives tomorrow

Deal

**Options**

Now $19.99 ~~$49.99~~
Options from $19.99 - $24.59
JoyStone RC Helicopter, 2.4GHz Remote Control Helicopter (AH-64) with 3 Speed Modes, 30+ Mi...
★★★★ 15
Save with W+
Shipping, arrives tomorrow

$35.99
Flying Orb Ball Toys, Galaxy Cosmic Globe Boomerang Hover Ball, Hand Drone Orbit, Galactic...
Shipping, arrives in 3+ days

+ 2 options

+ Add

$42.99
Flying Orb Ball Toys (2PCs, 2025 Upgraded), Hover Ball Boomerang Flying Spinner with...
★★★★★ 1
Save with W+
Shipping, arrives tomorrow

+ Add

$27.99
Tiger Tribe Zip Copter - S Zip-Pull Action Flying Toy, T6 65' High, Soaring Prope...
Shipping, arrives in 3+ days

## More items to explore



+ Add

Now $21.95 ~~$56.58~~
2025 Flying Orb Ball Toys 360°Rotating Soaring Hover Orb Boomerang Spinner Magic LED Ligh...
Shipping, arrives tomorrow

+ Add

$35.99
Flying Orb Ball Toys, Galaxy Cosmic Globe Boomerang Hover Ball, Hand Drone Orbit, Galactic Fidget Spinnin...
Shipping, arrives in 3+ days



+ Add

$9.99
Flying RC Helicopter Toy Hand-Controlled Mini DroneCosmic LED Flying Toys UFO Drone RC Drone To...
Shipping, arrives in 2 days

Reduced price

+ Add

Now $17.69 ~~$21.99~~
Flying Orb Ball Toys, Hover Orb, Upgrade Flying Orb Mini Drone Floating Boomerang Ball 360°Rotating LED...
Shipping, arrives in 3+ days



+ Add

$12.99
Mini Hand Helicopter Dro Flying Toy Hand Operated Flying Toy for Kids, ABS, O...
★★★★ 1
Shipping, arrives in 2 days



## Recently viewed items
Based on your most recent browse history

Best seller

Sponsored
Now $25.59 ~~$35.49~~
Options from $25.59 - $54.09
Chic/Silver Solid Sterling Silver Polished Box Chain Necklace for Women Pendants 1-2mm Thin...
★★★★★ 18
Shipping, arrives in 3+ days

+ 10 options

+ Add

$18.66 ~~$2.50 shipping~~
2 Pack Upgraded Flying Ball Toy, Flying Orb Ball,Hover Boomerang Ball Flying Spinner Mini Drone -...
★★★ 10
Shipping, arrives in 3+ days

+ Add

$89.00 ~~$6.98 shipping~~
Blue Flying Orb Ball with Wand,Cosmic Globe Hover Boomerang Mini Drones for...
Shipping, arrives in 3+ days

+ Add

$22.99
Flying Ball Toys Hover Orb, 2022 Upgraded Rechargeable Controller Mini Drone,...
Shipping, arrives in 3+ days

Rollback

**Options**

$14.88
Wonder Sphere Magic Ho Blue Color - Skill Level Eas Novelty & Gag Toys, RC, S...
★★★★ 88%
Save with W+
Pickup today
Delivery today
Shipping, arrives today



$35.99
Flying Orb Ball Toys, Galaxy Cosmic Globe Boomerang Hover Ball, Hand Drone Orbit, Galactic Fidget Spinning, Birthday Cool Stuff for 6 7 8 9 10+...

Add to cart

## Products related to this item


Deal



$18$^{89}$  Subtotal
UUSUOO Dinosaur Remote Control Car for Toddlers,2 Pack Rechargeable RC Cars for Kids 3-5 with LED Lights...
Shipping, arrives **tomorrow**

$29$^{97}$
World Tech Toys Ford Mustang GT 1:14 Electric RC Car. Full Function, Colors May Vary
★★★★★ (1)
Shipping, arrives **in 3+ days**

$22$^{99}$
Zacro Space Rocket Toy Set, Kids Space Shuttle Toy with Space Rover and Astronaut Figure, Spaceship To...
★★★★★ 1
Shipping, arrives **in 2 days**

$19$^{99}$
Anmjuly Garbage Truck Toys for Kids,Metal Diecast Cab,Pull Back Garbage Truck Toy with Lights and...
★★★★☆ 1
Shipping, arrives **tomorrow**

$20$^{99}$
Science4you Deltabot Ro for Kids Age 8-12 – Robotic Your Own Robot, 117 piece
Shipping, arrives **tomorrow**

## Related pages

Metal Balance Toys

Flying Orb Ball

Magic 8 Balls

Yo-Yo's

Dancing Ballz Novelty Toys Gag Gifts

Human Sphere

Magic Tricks

Aluminum Ball

Solar Plexus Crystal

Toys for Adults

Electronics / Drones / RC Drones

**Checkout**



**1. Shipping, arrives between Tue, Dec 16—Fri, Dec 19**    ✓

Pittsburgh, PA 15238    Edit

**Delivery instructions**

Gate codes or other useful information    Edit
Apartment

**Items details**    Hide details

**Arrives between Tue, Dec 16 — Thu, Dec 18**    1 item

Sold and shipped by SZHesuet
$4.99 seller shipping fee

2025 New Flying Orb Ball Toys 360°Rotating Soaring Hover Orb Boomerang Spinner Magic LED Lights Mini Drone Globe Hand...    **$15.39**

Remove    −  1  +

**Arrives between Tue, Dec 16 — Fri, Dec 19**    1 item

Sold and shipped by WDTR
Free shipping

2025 New Flying Orb Ball Toys 360°Rotating Soaring Hover Orb Boomerang Spinner Magic LED Lights Mini Drone Globe Hand...    **$15.66**

Remove    −  1  +

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35/mth min. Restrictions apply.
Try Walmart+ free for 30 days

**3. Text updates for this order**    ⊖

| | |
|---|---|
| Subtotal (2 items) | $31.05 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $2.52 |
| **Estimated total** | **$38.56** |
| Have a promo code? | ∨ |

© 2025 Walmart. All Rights Reserved.    Give feedback    CA Privacy Rights    Your Privacy Choices    Notice at Collection    Request My Personal Information    Delete Account    California Supply Chains Act

**DOE 98 - Walmart - Wasserstein - 14920**





HOM

## HOM Flying Orb Ball Globe-Shaped Mini Drone Hover Ball with LED and Hidden Propellers - Safe Outdoor Toys for Kids and Adults

★★★★★ (4.9) | 8 ratings

### About this item

🔵 Smart summary    Generated by AI ⓘ

- **Intelligent Flight**: Features intelligent flight capabilities, allowing for exhilarating maneuvers and unpredictable trajectories with unique flight paths and boomerang effects based on throwing angles and speeds.
- **Endless Entertainment**: An innovative toy combining advanced flying technology with a user-friendly design, providing endless fun and imaginative play for users.
- **Universal Gift**: A delightful gift for both kids and adults, appealing to all ages with its colorful design and captivating flight patterns, suitable for various special occasions.
- **Creative Catalyst**: More than just a toy, it acts as a catalyst for creativity and imagination, encouraging children to invent games, fostering teamwork, and problem-solving skills.
- **Safe Design**: Globe-shaped mini drone hover ball with LED lights and hidden propellers, designed as a safe outdoor toy for kids and adults.
- **Cognitive Development**: This captivating toy is not only entertaining but also promotes creativity, dexterity, and cognitive development in young minds.

View full item details

### Specifications at a glance

| Brand | Count per pack | Color |
|-------|----------------|-------|
| HOM | 12 | Blue |

| Has written... | Assembled product... | Weight |
|----------------|----------------------|--------|
| Yes - Warranty.. | 3.43 in | 0.18 lb |

View full specifications



## $33.99

Price when purchased online ⓘ

🚚 Free shipping

🔵 Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

### How you'll get this item:

| Shipping | Pickup | Delivery |
|----------|--------|----------|
| Arrives between Nov 29 - Dec 2 Free | Not available | Not available |

Change

Arrives between **Nov 29 - Dec 2** | More options

Sold and shipped by
**Wasserstein**

★★★★☆ (4.3)  76 seller reviews

Report an issue with this seller

**Extended holiday returns**  Details
Free Holiday returns until Jan 31

♡ Add to list    🎁 Add to registry



Best seller

$35⁹⁹ $71.89

You save $35.90

AUOSHI LED Stunt Drone with 360° Flips, Drift ...

★★★★☆ 207

Shipping, arrives **tomorrow**

**Add to cart**

Sponsored

## About this item

Product details                                          ⌄

Specifications                                           ⌄

Warranty                                                 ⌄

### 4 stars and above
Based on customer ratings and number of reviews                    Sponsored



| | | | |
|---|---|---|---|
| **Reduced price** | **Deal** | **Deal** | |

**$39⁹⁹** ~~$109.99~~
JoyStone RC Drone with 4K Camera for Adults Kids, Brushless Mini Drone with...
★★★★½ 54
Shipping, arrives **tomorrow**

Now **$58⁹⁹** ~~$125.69~~
AUOSHI 4K FPV Drone with Dual Camera & Brushless Motor, 2 Batteries, Optical...
★★★★☆ 1726
Shipping, arrives **tomorrow**

Now **$49⁹⁹** ~~$159.98~~
Wefone WF22 Drone with Camera for Kids and Adults, Lightweight, Optical Flow, ...
★★★★½ 55
Shipping, arrives **tomorrow**

**$25⁹⁹** ~~$49.99~~
YCFUN RC Drone with Camera, Foldable FPV RC Drone for Kids with 2...
★★★★½ 40
Shipping, arrives **tomorrow**

### Top deals for you
Explore additional savings



| | | |
|---|---|---|
| | **Deal** | **Deal** |

Sponsored
**$46⁴⁵** ~~$89.99~~
Babyltrl Drone with 1080P HD Dual Camera for Adults Kids,Wifi FPV Foldable RC Quadcopter with 2 Batteries for 35 Mins...
★★★★☆ 4
Save with W+
Shipping, arrives **tomorrow**

Now **$23⁶⁹** ~~$51.99~~
BEEPRINCESS Drone with Camera for Adults Kids, Dual 4K HD Mini FPV RC Quadcopter for Kids Beginners
★★★★☆ 749
Save with W+
Shipping, arrives **in 2 days**

Now **$19⁹⁹** ~~$39.99~~
Force1 Remote Control Drone Extreme 360 LED STEM RC Ages 8 & up
★★★★☆ 49
Save with W+
Shipping, arrives **tomorrow**

### Products you may also like
Sponsored

  

**Reduced price**     **Deal**     **Deal**



**+ Add**

**Now $49⁹⁹** ~~$65.99~~

Drone with Camera, 4K HD FPV Drone with Brushless Motor, APP control, 40min...

Shipping, arrives **tomorrow**

**+ Add**

**Now $29⁹⁹** ~~$69.98~~

Helicopter Drone for Kids Adults, WeFone Toys with 3D Stunt Flips, Headless...

★★★☆☆ 81

Shipping, arrives **in 2 days**

**+ Add**

**Now $29⁹⁹** ~~$37.49~~

Force1 UFO 6000 Mini Drone with Camera for Kids, LED Light Up RC Flying Toy...

★★★★☆ 208

Shipping, arrives **tomorrow**

**+ Add**

**$39⁹⁹**

Flying Orb Ball (2Pcs, 2024 Upgraded) with Dazzling Lights, Hover Orb Spinner...

★★★☆☆ 12

Shipping, arrives **tomorrow**

💬 Report incorrect product information



**Now $29⁹⁹** ~~$37.49~~

Force1 UFO 6000 Mini Drone with Camera for Kids, LED Light Up RC Flying Toy, Stunt Drone for Kids Ages 8+

★★★★☆ 208

**Add to cart**

Sponsored

## Popular items in this category

Best selling items that customers love

Clearance





**+ Add**

Sponsored

**Now $19⁷⁹** ~~$21.99~~

Flying Ball Toys, Hover Orb, Upgrade Flying Orb Mini Drone Floating Ball 360°Rotating LED Light Fly Spinner Cool Toys Magic Toy...

★★★★☆ 221

Save with W+

Shipping, arrives **tomorrow**

Clearance



**+ Add**

**Now $12⁹⁹** ~~$15.99~~

Flying Spinner Mini Drone Hand Operated, Mini Flying Ball Toys, Upgraded Flying Fidget with 360 Fly Rotating for Girls Boys...

★★★★☆ 138

Save with W+

Shipping, arrives **tomorrow**



+ 2 options

**+ Add**

**$13⁸⁹**

Options from $13.89 – $20.99

Flying Spinner, Galexy Ball, Toy, Hand Operated Mini Dr Rotating, LED Light for Indo

★★★☆☆ 9

Save with W+

Shipping, arrives **tomorrow**

## Customer ratings & reviews

# 4.9 out of 5

★★★★★ 8 ratings | 7 reviews

How item rating is calculated ⓘ



| | | |
|---|---|---|
| 5 stars | ████████ | 88% (7) |
| 4 stars | ██ | 13% (1) |
| 3 stars | | 0% (0) |
| 2 stars | | 0% (0) |
| 1 star | | 0% (0) |

**View all reviews**

All filters ⌄    ☆ Star rating ⌄    Verified purchases only

Sort by | Most relevant ⌄

Kids (3)

Showing 1-3 of 7 reviews

Feb 19, 2024

Emily J.

★★★★★  Seller Verified Purchase ⓘ

We played with the flying orb in the office before it began to get a little wild. This toy isn't just for kids - every one will enjoy the fun!!

Review from HŌM

Helpful? 👍 (0)   👎 (0)    Report

---

Sep 8, 2024

Dunks

★★★★★  Seller Verified Purchase ⓘ

**Easy to use, fun for all.**

[This review was collected as part of a promotion.] Great fun with little effort and tires out little ones.

Review from HŌM

Helpful? 👍 (0)   👎 (0)    Report

---

Dec 1, 2024

Jon61

★★★★★

**Colorful Flying Orb**

[This review was collected as part of a promotion.] I gave this to my kids - 15 & 16 to play with. They ran around the house throwing it to each other. When in flight it's very colorful. But what impressed me the most was how well made it is. For these kind of toys, the kids play with them and it doesn't take too long to get broken. That didn't...

View more

Review from HŌM

Helpful? 👍 (0)   👎 (0)    Report

---

( View all reviews (7) )

 **OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases   Learn More

 **Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply.   Join OnePay Cash

## More items to explore

Sponsored


Best seller
+ Add
$ 25⁹⁹ $199.00
HNH Mini Drone with Camera, 4K Foldable Drones for Kids, Portabl...
★★★★☆ 399
Shipping, arrives tomorrow


Reduced price
+ Add
Now $ 49⁹⁹ $65.99
Drone with Camera, 4K HD FPV Drone with Brushless Motor, APP...
Shipping, arrives tomorrow


Reduced price
+ Add
Now $ 69⁹⁹ $209.99
HNZENBW Mini RC Drone,4K Camera Drone for Beginners,with...
Shipping, arrives in 2 days

Deal
+ Add
Now $ 29⁹⁹ $69.98
Helicopter Drone for Kids Adults, WeFone Toys with 3D Stunt Flips...
★★★☆☆ 81
Shipping, arrives in 2 days


+ Add
$ 29⁹⁸
All-Ages Mini Drone with Easy Stunt Flights & 360° Tricks - Perfect...
Shipping, arrives in 3+ days


+ Add
$ 39⁹⁹
Flying Orb Ball (2Pcs, 2024 Upgraded) with Dazzling Lights, Hover...
★★★☆☆ 12
Shipping, arrives tomorrow

>

## Recently viewed items
Based on your most recent browse history

 
Best seller



  
Rollback



>



+ 10 options

Sponsored

Now $27.99 $37.49

Options from $27.99 – $60.99

ChicSilver Solid Sterling Silver Polished Box Chain Necklace for Women Pendants 1-2mm Thin Chains Made in Italy 16-24 inch

★★★★★ 136

Shipping, arrives in 3+ days



**Options**

Now $14.88 $16.94

Wonder Sphere Magic Hover Ball- Purple Color- Easy to Fly- RC Helicopter, Ages Group 6 years and older

★★★★☆ 1678

Save with W+

Pickup today
Delivery today
Shipping, arrives today




+ 5 options

$6.91

More options from $6.09

DESIGNICE Breathing Necklace,528H Mental Clarity,Stress Relief Breathing Mindful Necklace for Anxiety,ROSE G

Shipping, arrives in 3+ days



$29.98

All-Ages Mini Drone with Easy Stunt Flights & 360° Tricks - Perfect Beginner-Friendly Flyer,Little Remote 4-Axis Anti-Drop Aerobatic with...

**Add to cart**

Sponsored

## Products related to this item

Sponsored

**Deal**   **Best seller**   **Clearance**   **Best seller**

+ Add     + Add     + Add     + Add     + Add     + Add

$68.99

EBL Portable Power Station 100W, 153Wh Outdoor Generator wit...

Shipping, arrives tomorrow

$179.00 $539.00

Jackery Portable Power Station Explorer 300 with 5m Extension Cord...

★★★★½ 81

Shipping, arrives in 3+ days

Now $29.52 $33.92

Ultimate Starlink Mini Travel Case – Shockproof, Waterproo...

★★★★★ 30

Shipping, arrives in 2 days

Now $45.99 $59.99

Mwin Starlink Mini Case - Lightweight Travel Carrying Star Link Mini...

Shipping, arrives tomorrow

$919.00

AFERIY P210 2400W Portable Power Station, 2048Wh LiFePO4...

★★★★★ 59

Shipping, arrives in 3+ days

$57.99

Google Nest Outdoor Camera USB Extended Cable Adapter For Nest...

★☆☆☆☆ 1

Shipping, arrives in 3+ days

## Related pages

Magic Ufo Ball

Boomerang Ufo Toy

Toys for Adults

Toys for 12 year old boys

Flying Disco Ball Toy

Flynova Flying Spinner

Top Rated by Kids 8-12

All Top Rated by Kids

Hovering Orb Ball

Flying Orb Ball

Toys for age 12 and up boys

Toys for 11 year old boys

Electronics / Drones / Drone Accessories / Drone Propellers

We'd love to hear what you think!

**Give feedback**

All Departments   Store Directory   Careers   Our Company   Sell on Walmart.com   Help   Product Recalls   Accessibility   Tax Exempt Program   Get the Walmart App
Safety Data Sheet   Terms of Use   Privacy Notice   California Supply Chain Act   Your Privacy Choices   Customer Privacy Center   Notice at Collection   AdChoices
Consumer Health Data Privacy Notices   Brand Shop Directory   Pharmacy   Walmart Business   #IYWYK   Delete Account



## Checkout



**1. Free shipping, arrives between Fri, Nov 28—Mon, Dec 1** ✅

Edit

Pittsburgh, PA 15238

**Delivery instructions**

Gate codes or other useful information    Edit

Apartment

**Items details**    Hide details

**Arrives between Fri, Nov 28 — Mon, Dec 1**    1 item

Sold and shipped by Wasserstein
Free shipping

HOM Flying Orb Ball Globe-Shaped Mini Drone    **$33.99**
Hover Ball with LED and Hidden Propellers -...

Remove    − 1 +



| | |
|---|---|
| **Subtotal** (1 item) | $33.99 |
| Shipping | Free |
| **Estimated taxes** | $2.38 |

| | |
|---|---|
| **Estimated total** | **$36.37** |

Have a promo code?    ⌄



**2. Payment method**    ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

🖻

**Continue**

## OnePay

**OnePay** Card   Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases    Learn more

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**OnePay** Later    No credit impact to apply    Apply Now
Powered by Klarna



**Pay by bank** ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

**Other ways to pay** ⌃

Pay with PayPal

☑ **Remember my PayPal account details**

[ **PayPal** ]

---

Walmart+  Limited time only!

**Get 50% off a year of Walmart+ and Early Access to Black Friday Deals & more!**

T&C apply.

Claim offer now

$49

---

📱  **3. Text updates for this order**                                      ⊖

---

© 2025 Walmart. All Rights Reserved.

Give feedback    CA Privacy Rights    Your Privacy Choices    Notice at Collection    Request My Personal Information    Delete Account

California Supply Chains Act

**DOE 99 - Walmart - WDTIE - 102810612**





All filters ∨   ☆ Star rating ∨   Verified purchases only

Sort by | Most relevant ∨

This item does not have any reviews yet

**OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases   Learn More

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply   Join OnePay Cash

## Customers also considered



**Now $45⁹⁹** $89.99
Options from $45.99 - $49.99
DEERC Remote Control
Helicopter, Military Rescue RC
Helicopter Toy with LED Lights, 2...
★★★★☆ 2
Save with W+
Shipping, arrives tomorrow

**Now $19⁹⁹** $49.99
Options from $19.99 - $24.59
JoyStone RC Helicopter, 2.4GHz
Remote Control Helicopter (AH-
64) with 3 Speed Modes, 30+ Mi...
★★★★☆ 11
Save with W+
Shipping, arrives tomorrow

**$35⁹⁹**
Flying Orb Ball Toys, Galaxy
Cosmic Globe Boomerang Hover
Ball, Hand Drone Orbit, Galactic...
Shipping, arrives in 3+ days

**$42⁹⁹**
Flying Orb Ball Toys (2Pcs, 2025
Upgraded), Hover Ball
Boomerang Flying Spinner with...
★★★★☆ 2
Save with W+
Shipping, arrives tomorrow

**$27⁹⁹**
Tiger Tribe: Zip Copter - S
Zip-Pull Action Flying Toy
T6 65' High, Soaring Prope
Shipping, arrives in 3+ days

## More items to explore



**Now $21⁹⁵** $36.58
2025 Flying Orb Ball Toys
360°Rotating Soaring Hover Orb
Boomerang Spinner Magic LED Ligh...
Shipping, arrives tomorrow

**$35⁹⁹**
Flying Orb Ball Toys, Galaxy Cosmic
Globe Boomerang Hover Ball, Hand
Drone Orbit, Galactic Fidget Spinnin...
Shipping, arrives in 3+ days

**$9⁹⁹**
Flying RC Helicopter Toy Hand-
Controlled Mini DroneCosmic LED
Flying Toys UFO Drone RC Drone To...
Shipping, arrives in 2 days

**Now $17⁶⁹** $21.99
Flying Orb Ball Toys, Hover Orb, Upgrade
Flying Orb Mini Drone Floating
Boomerang Ball 360°Rotating LED...
Shipping, arrives in 3+ days

**$12⁹⁹**
Mini Hand Helicopter Dro
Flying Toy Hand Operated
Flying Toy for Kids, ABS, O
★★★★☆ 1
Shipping, arrives in 2 days

## Recently viewed items



**Now $25⁵⁹** $59.49
Options from $25.59 - $54.09
ChicSilver Solid Sterling Silver
Polished Box Chain Necklace for
Women Pendants 1-2mm Thin...
★★★★☆ 102
Shipping, arrives in 3+ days

**$18⁶⁶** $52.50 shipping
2 Pack Upgraded Flying Ball Toy,
Flying Orb Ball,Hover Boomerang
Ball Flying Spinner Mini Drone -...
★★★★☆ 11
Shipping, arrives in 3+ days

**$89⁰⁰** $56.98 shipping
Blue Flying Orb Ball with
Wand,Cosmic Globe Hover
Boomerang Mini Drones for...
Shipping, arrives in 5+ days

**$22⁹⁹**
Flying Ball Toys Hover Orb, 2022
Upgraded Rechargeable
Controller Mini Drone,...
Shipping, arrives in 3+ days

**$14⁸⁸**
Wonder Sphere Magic Ho
Blue Color - Skill Level Eas
Novelty & Gag Toys, RC, S
★★★★☆ 889
Save with W+
Pickup today
Delivery today
Shipping, arrives today



**$35⁹⁹**
Flying Orb Ball Toys, Galaxy Cosmic Globe Boomerang Hover Ball, Hand
Drone Orbit, Galactic Fidget Spinning, Birthday Cool Stuff for 6 7 8 9 10+...
Add to cart

## Products related to this item





+ Add

$18⁸⁹

UUSUOO Dinosaur Remote Control Car for Toddlers,2 Pack Rechargeable RC Cars for Kids 3-5 with LED Lights...

Shipping, arrives tomorrow

+ Add

$29⁹⁷

World Tech Toys Ford Mustang GT 1:14 Electric RC Car, Full Function, Colors May Vary

★★★★★ (3)

Shipping, arrives in 3+ days

+ Add

$22⁹⁹

Zacro Space Rocket Toy Set, Kids Space Shuttle Toy with Space Rover and Astronaut Figure, Spaceship To...

★★★★★ 3

Shipping, arrives in 2 days

+ Add

$19⁹⁹

Anmujoly Garbage Truck Toys for Kids,Metal Diecast Cab,Pull Back Garbage Truck Toy with Lights and...

★★★★ 1

Shipping, arrives tomorrow

+ Add

$20⁹⁹

Science4you Deltabot Rol for Kids Age 8-12 - Robotic Your Own Robot, 117 piece

Shipping, arrives tomorrow

## Related pages

Metal Balance Toys

Flying Orb Ball

Magic 8 Balls

Yo-Yo's

Dancing Ballz Novelty Toys Gag Gifts

Human Sphere

Magic Tricks

Aluminum Ball

Solar Plexus Crystal

Toys for Adults

Electronics / Drones / RC Drones

**Checkout**



1. Shipping, arrives between Tue, Dec 16—Fri, Dec 19 ✓

Pittsburgh, PA 15238                                          Edit

**Delivery instructions**

Gate codes or other useful information                        Edit
Apartment

Items details                                          Hide details

Arrives between Tue, Dec 16 — Thu, Dec 18              1 item

Sold and shipped by SZHesuan
$4.99 seller shipping fee

2025 New Flying Orb Ball Toys 360°Rotating Soaring Hover Orb      $15.39
Boomerang Spinner Magic LED Lights Mini Drone Globe Hand...

Remove      −   1   +

Arrives between Tue, Dec 16 — Fri, Dec 19             1 item

Sold and shipped by WDTB
Free shipping

2025 New Flying Orb Ball Toys 360°Rotating Soaring Hover Orb      $15.66
Boomerang Spinner Magic LED Lights Mini Drone Globe Hand...

Remove      −   1   +

Walmart+   Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

*\$35 order min. Restrictions apply.*

Try Walmart+ free for 30 days

3. Text updates for this order                          ⊖

Subtotal (2 items)                                     $31.05
Seller shipping                                        $4.99
**Estimated taxes**                                    $2.52
**Estimated total**                                    **$38.56**

Have a promo code?                                     ⌄

© 2025 Walmart. All Rights Reserved.    Give feedback    CA Privacy Rights    Your Privacy Choices    Notice at Collection    Request My Personal Information    Delete Account    California Supply Chains Act

**DOE 100 - Walmart - Yabuwanju - 102617600**

  

https://www.walmart.com/ip/2-Pack-2023-Upgraded-Flying-Ball-Toy-Flying-Orb-Ball-Hover-Boomerang-Ball-Flying-Spinner-Mini-Drone-Magic-Floating-Ball-Galactic-Fly-Spinning-Orb-Boy/5564390920?classType=REGULAR&athbdg=L1600&from=/search   November 21, 2025

 Search Walmart

🛒 1
$18.99

✓ Pickup or delivery?

 **Sorry, this item is out of stock**

Browse similar items

Shop similar

 **$21⁹⁹**
Flying Ball Toys Hover Orb, 2022 Upgraded...
★★★★☆ 28

+ Add

 **$39⁹⁹**
Flying Orb Ball (2Pcs, 2024 Upgraded) wit...
★★★☆☆ 12

+ Add



 **$9⁷⁸**
New Year Toys Double Release Thrower S...

+ Add

>

      

+3 View all

Best seller

NOBRAND

**2 Pack Upgraded Flying Ball Toy, Flying Orb Ball,Hover Boomerang Ball Flying Spinner Mini Drone - Magic Floating Ball Galactic Fly Spinning Orb, for Boys Girls**

★★☆☆☆ (2.5) | 26 ratings

### About this item

🔵 **Smart summary**   Generated by AI ⓘ

- **Aerial Thrills**: Experience high-flying adventures with this upgraded controlled flying ball, designed for precision and agility, captivating both kids and adults with its stable and controlled flight indoors or outdoors.
- **Dynamic Playstyles**: Achieve multiple boomerang effects and flight paths by varying throwing angles and speeds; throw upward at 15-30 degrees for boomerang return, or downward for straight flight.
- **Enhanced Security**: Crafted from high-quality, elastic PP material, the boomerang ball features a full-coverage encrypted mesh and enclosed propeller to prevent accidental injuries and automatically stops upon contact with objects.
- **Convenient Charging**: The cosmic globe fully charges in approximately 25 minutes, providing 8-10 minutes of continuous play, and supports various USB charging methods including PC, power adapter, and power bank.
- **Cool Illumination**: Featuring RGB lighting, this upgraded galactic orb ball becomes even cooler at night, adding more fun to games and making it a

Price when purchased online ⓘ

**Not Available**   Shop similar

**How you'll get this item:**

| 🚚 Shipping Not available | 🚗 Pickup Not available | 🏪 Delivery Not available |

Not available

Report an issue with this seller

♡ Add to list    🎁 Add to registry

 **$49⁹⁹** ~~$119.98~~
You save **$69.99**
S5S Drone with 6K UHD Camera for...
★★★☆☆ 129
Shipping, arrives in 2 days

Add to cart

Sponsored

suitable gift for children and adults
aged 6 and up.

- **Twin Pack**: The product includes two
  flying balls (red and blue), two remote
  controls, and two sets of instructions
  for immediate dual-player enjoyment.

View full item details

### Specifications at a glance

| Is foldable | Has written warranty |
|---|---|
| Y | No |

| Color | Skill level |
|---|---|
| red blue | Beginner |

View full specifications

## About this item

Product details                                                    ⌄

Specifications                                                     ⌄

## 4 stars and above                                         Sponsored

Based on customer ratings and number of reviews









| Deal | Deal | Deal | In 100+ people's carts |
|---|---|---|---|

| Now $39⁹⁹ ~~$103.89~~ | Now $42⁹⁹ ~~$99.99~~ | Now $28⁷⁹ ~~$62.99~~ | $32⁹⁹ ~~$48.99~~ $32.99/ca |
|---|---|---|---|
| AUOSHI V1 Mini FPV Drone with 1080P HD Camera, Dual Lens & V... | BeePrincess 1080P HD Drone with Screen Controller, Brushless... | BEEPRINCESS Drone with Screen Remote Control and Cool Light... | BEEPRINCESS Drone with 4K HD Dual Camera for Adults Kids, RC... |
| ★★★★☆ 1245 | ★★★★☆ 48 | ★★★★☆ 92 | ★★★★☆ 2402 |
| Shipping, arrives **in 2 days** | Shipping, arrives **in 2 days** | Shipping, arrives **in 2 days** | Shipping, arrives **in 2 days** |

+ Add    + Add    + Add    + Add

## Top deals for you

Explore additional savings



**Deal**



**Deal**



+ Add



Sponsored

$**46**⁴⁵ $89.99

Babyltrl Drone with 1080P HD Dual
Camera for Adults Kids,Wifi FPV
Foldable RC Quadcopter with 2...

★★★★☆ 4

Save with W+

Shipping, arrives **tomorrow**

+ Add

Sponsored

Now $**39**⁹⁹ $89.99

Wefone S5S Foldable Drones with
Camera for Kids and Adults, Brushless
Motor, 2 Batteries, Black

★★★★★ 1

Save with W+

Shipping, arrives **in 2 days**

+ Add

$**21**⁹⁹

EACOPOL Kids Drone, M
Beginner Drones with LE
Kids, LED Remote Contr

★★★★½ 2

Save with W+ 

Shipping, arrives **in 2 days**

## Products you may also like

Sponsored




**Deal**



**Clearance**





+ Add



$**49**⁹⁹ $119.98

S5S Drone with 6K UHD
Camera for Adults Kids,
WeFone Foldable...

★★★½☆ 129

Shipping, arrives **in 2 days**

+ Add

Now $**24**⁹⁹ $58.98

Drones for Kids, Wefone
WF15 UFO RC
Quadcopter with...

★★★★★ 2

+ Add

Now $**16**⁹⁹ $19.99

Zacro Mini Drone for
Kids Adults Beginners,
Indoor Small Helicopt...

★★★★★ 8

+ Add

Now $**22**⁴⁹ $49.98

Loheer Mini Drone for
Kids, LED RC Drone with
360 Flips, Small RC...

★★★★½ 21

Shipping, arrives **tomorrow**

⊘ Report incorrect product information



$**29**⁹⁹

DEERC D33 Mini Drone for Kids and Beginners, LED Lights ,Altitude Hold,2
Batteries,White

★★★★☆ 5

**Add to cart**

Sponsored

## Customers also considered







**+ Add**

$14³⁸ +$1.99 shipping

Little Bee Drone Gesture Control Flying Toy Hovering UAV for Kids Boys Girls Ages 6 7 8 9 10 Indoor...

Shipping, arrives **in 3+ days**

Sponsored

**+ Add**

$13⁵⁹

Flying Spinner Drone Toy, Hand Operated Hover UFO Flying Ball with 360° Rotating and LED Light for Adu...

**Save with W+**

Shipping, arrives **in 2 days**

**Options**

$10⁴¹ +$2.99 shipping

More options from $10.03

Mini RC Helicopter, Infra Control Drone, 2CH Flyir Gyroscope Stability, Col

Shipping, arrives **in 3+ days**

## Customer ratings & reviews

### 2.5 out of 5 ★★⯪☆☆

26 ratings | 12 reviews

**How item rating is calculated** ⓘ

**View all reviews**

| | | |
|---|---|---|
| 5 stars | ▊▊▊ | 27% (7) |
| 4 stars | ▊ | 8% (2) |
| 3 stars | ▊ | 8% (2) |
| 2 stars | • | 4% (1) |
| 1 star | ▊▊▊▊ | 54% (14) |

All filters ∨    ☆ Star rating ∨    Verified purchases only    **Sort by** | Most relevant ∨

**Showing 1-3 of 12 reviews**

★★★★★ **Verified Purchase** ⓘ Oct 9, 2025

**flying balls**

👤 Terry

gave them to my grandsons. hope they liked them.

**Sold and shipped by:** limanwanju

Helpful? 👍 (0)  👎 (0)                                    Report

★★★★★ **Verified Purchase** ⓘ Nov 14, 2025

👤 George

Bought it for my grandsons and they love it

**Sold and shipped by:** Conqueror Store

Helpful? 👍 (0)  👎 (0)                                    Report

★★★★☆ **Verified Purchase** ⓘ Nov 9, 2025

**2 pack upgraded flying ball toy.**

👤 Eddie

what i dislike about this item is that i never received the item at all. The seller has never made any contact, nor have i recieved any updates/tracking about this item to date at all. i would not recommend this seller or item to anyone at all. Save your money. I did contact walmart customer service about this matter about one week ago and they did assist me...

View more

**Sold and shipped by:** Conqueror Store

Helpful? 👍 (0)  👎 (0)                                    Report

View all reviews (12)

**OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases   Learn More

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply.          Join OnePay Cash

## Popular items in this category

Best selling items that customers love

**Clearance**



+ Add

Sponsored

Now **$19**⁷⁹ ~~$21.99~~

Flying Ball Toys, Hover Orb, Upgrade Flying Orb Mini Drone Floating Ball 360°Rotating LED Light Fly Spinner Cool Toys Magic Toy Safe for Kids Teen...
★★★★☆ 221

Save with W+

Shipping, arrives **in 2 days**

**Clearance**




+ Add

Sponsored

Now **$12**⁹⁹ ~~$15.99~~

Flying Spinner Mini Drone Hand Operated, Mini Flying Ball Toys, Upgraded Flying Fidget with 360 Fly Rotating for Girls Boys Adults,Cool Fly UFO Magic...
★★★★⯪ 158

Save with W+

Shipping, arrives **in 2 days**

**Clearance**



+ Add

$**20**⁹⁹ ~~$32.00~~

2025 Flying Orb Ball Toy, Flying Controlled, Flying Orb Ball Toys Light,Cosmic Globe Flying Spinn
★★★★☆ 41

Save with W+

Shipping, arrives **in 2 days**

## Recently viewed items

Based on your most recent browse history

**Best seller**



**Rollback**







+ 10 options

Sponsored

**Now $27⁹⁹** ~~$37.49~~

Options from $27.99 – $60.99

ChicSilver Solid Sterling Silver Polished Box Chain Necklace for Women Pendants 1-2mm Thin Chains Made in Italy 16-24 inch

★★★★★ 136

Shipping, arrives **in 3+ days**

**Options**

**Now $14⁸⁸** ~~$16.94~~

Wonder Sphere Magic Hover Ball- Purple Color- Easy to Fly- RC Helicopter, Ages Group 6 years and older

★★★★☆ 1678

**Save with W+**

Shipping, arrives **today**

**$6⁹¹**

More options from $6.09

DESIGNICE Breathing Necklace, Necklace for Mental Clarity,Stres Necklace,Stainless Steel Mindfu

Shipping, arrives **in 3+ days**

---

Clearance

**Now $29⁹⁹** ~~$39.99~~




DEERC D33 Mini Drone for Kids and Beginners with LED Lights ,Altitude Hold,2 Batteries,Green

★★★★½ 8

**Add to cart**

Sponsored

## Products related to this item

Sponsored





Deal

Best seller










Reduced price





+ **Add**

**$23⁹⁹**

+ **Add**

+ **Add**

+ **Add**

+ **Add**

**$74⁸⁸**

Boost Mobile Preloaded SIM Card, Bring Your Own...

★★★★☆ 48

Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**

40L Travel Backpack with USB Charging Port, Water-Resista...

★★★★☆ 1

Shipping, arrives **in 2 days**

**Now $57⁹⁹** ~~$119.99~~

Fegat Vacuum Backpack for Travel,60L....

★★★★½ 12

Shipping, arrives **tomorrow**

**$19⁰⁹** ~~$99.99~~

FAMOO Mag-Safe Charger Magnetic Wireless Charger: 2...

★★★★★ 57

Shipping, arrives **tomorrow**

**$6⁵⁰**

8 PCS DC Connectors Plug DC Barrel Jack Plug...

Shipping, arrives **in 3+ days**

**Now $11⁹⁹** ~~$13.49~~

IJS Dual-Sided Wireless Charger for Apple Watch and...

★★★★½ 21

Shipping, arrives **tomorrow**

## Related pages

Hovering Orb Ball

Hover Orb Ball

Top Rated by Kids 8-12

Top Rated by Kids 5-7

Flying C Spinners

Rc Flying Bat

Toys for Adults

Toys for age 12 and up boys

Flying Disco Ball Toy

Hover Orbs Balls

All Top Rated by Kids

Toys for 11 year old boys

Toys  /  Cars, RC, Drones & Trains  /  Play Vehicles & Toy Cars  /  TOY VEHICLES  /  RADIO CONTROL VEHICLES

We'd love to hear what you think!

**Give feedback**

All Departments

Store Directory

Careers

Our Company

Sell on Walmart.com

Help

Product Recalls

Accessibility

Tax Exempt Program

Get the Walmart App

Safety Data Sheet

Terms of Use

Privacy Notice

California Supply Chain Act

Your Privacy Choices

Customer Privacy Center

Notice at Collection

AdChoices

Consumer Health Data Privacy Notices

Brand Shop Directory

Pharmacy

Walmart Business

#IYWYK

Delete Account

© 2025 Walmart. The trademarks Walmart and the Walmart Spark design are registered with the US Patent and Trademark Office. All Rights Reserved.