IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASE NO.: 2:25-cv-01975-WSH

TALAT ALTORAH (Store: home_roam), Defendant Pro S . v

DONGGUAN TESIMAI ELECTRONIC TECHNOLOGY CO., LTD., Plaintiff

DEFENDANT'S FORMAL OPPOSITION TO PRELIMINARY INJUNCTION AND REQUEST FOR DISMISSAL

I, Talat Altorah, the Defendant in this action, appearing pro se from Jordan, respectfully submit this opposition to the Plaintiff's request for a Preliminary Injunction. I provide conclusive evidence of compliance and lack of any significant infringement.

1. De Minimis Sales and Lack of Intent: As shown in Exhibit A, my total sales for the product in question consisted of only one (1) unit with a total value of $22.68. This single sale is de minimis and does not justify the extreme measure of a preliminary injunction or a permanent asset freeze.

2. Immediate Compliance and Good Faith: Upon the first notification, I immediately ended and deleted the listing (Exhibit B). Furthermore, I have placed my entire eBay store on "Time Away/Vacation Mode" since December 30, 2024, to ensure full compliance while this matter is resolved (Exhibit C).

3. Plaintiff's Failure to Respond: I have made nine (9) sincere attempts to contact Plaintiff's counsel (Ryan Baker and Shengmao Mu) via email to reach an amicable resolution. To date, these communications have remained unaddressed (Exhibit D). I believe that resolving this matter through communication rather than litigation would have better preserved judicial resources.

4. Undue Financial Hardship: The current freeze on my account ($563) is vastly disproportionate to the alleged damage of $22.68. This freeze causes significant and unnecessary financial hardship for a compliant seller.

5. Conclusion and Request for Relief: For the reasons stated above, I respectfully request that the Court deny the Preliminary Injunction against my store (home_roam) and order an immediate dismissal or a Zero-Dollar Settlement.

Respectfully submitted,

Date: January 20, 2026

Signature: _____

Address: TALAT AL TORAH, PRINCESS RAJAA BINT TALAL ST, AMMAN, 11931, JORDAN

Email: Email: altawarhtalat@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASE NO.: 2:25-cv-01975-WSH

CERTIFICATE OF SERVICE

I, Talat Altorah, hereby certify that on January 19, 2026, I served a true and correct copy of the foregoing Defendant's Formal Opposition to Preliminary Injunction and all supporting Exhibits upon Plaintiff's counsel via electronic mail at the following addresses:

 Ryan Baker: rbaker@whitewoodlaw.com

Settlement Team: settlement@whitewoodlaw.com

Signature: _____

Defendant Pro Se

Exhibit A: Sales Evidence



## Exhibit B: Evidence of Compliance



Exhibit C: Good Faith Actions (Vacation Mode)



Exhibit D: Communication Log (Unanswered Emails)







**Notice of Lawsuit 25-cv-1975**

البريد الوارد

**Ryan Baker** قبل ٧ أيام
إلى Shengmao، Ab... ⌄

يبدو أن هذه الرسالة باللغة الإنجليزية
الترجمة إلى العربية

To whom it may concern,

We write to inform you of a lawsuit that has been filed against you in the United States District Court for the Western District of Pennsylvania under the case number 25-cv-1975, by Dongguan Tesimai Electronic Technology Co., Ltd.

**The show cause hearing has been reset to 1/20/26 at 9:30 ET.**

A link that contains all the filings has been enclosed with this letter for you to thoroughly read and understand the claims against you.

25-cv-1975 Court Documents

Please note that this letter serves as formal notice of the lawsuit and is not intended to provide you with legal advice. You should consult with an attorney to understand your rights and to assist you in the process.

If you wish to settle this matter, please send an email to settlement@whitewoodlaw.com
and rbaker@whitewoodlaw.com

Thank you for your prompt attention to this matter.

Ryan Baker | Paralegal

Whitewood Law PLLC

57 West 57th Street
3rd and 4th Floors
Manhattan, NY 10019

Tel: (917) 858-8018
Fax: (917) 591-0618

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.



| | |
|---|---|
| من | • Ryan Baker<br>rbaker@whitewoodlaw.com |
| إلى | • Shengmao Mu<br>smu@whitewoodlaw.com<br>• Abby Neu aneu@whitewoodlaw.com<br>• Keaton Smith<br>ksmith@whitewoodlaw.com<br>• Michael Mitchell<br>mmitchell@whitewoodlaw.com<br>• Ryan Carreon<br>rcarreon@whitewoodlaw.com<br>• David Lilenfeld<br>david@whitewoodlaw.com<br>• Whitewood Law Settlement settlement@whitewoodlaw.com |
| نسخة مخفية | altawarhtalat@gmail.com |
| التاريخ | ١٠ يناير ٢٠٢٦، ٤:٣١ ص |