**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONGGUAN TESIMAI ELECTRONIC TECHNOLOGY CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Civil Action No. 25-cv-1975 <br><br> **Judge Hon. W. Scott Hardy** |

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | AFB SOOCOOL DIRECT | Amazon | AKMXHFO1JV1SZ |
| 2 | Bernada Marketplace | Amazon | AIRR6VC8S07FK |
| 3 | CangRuidianpu | Amazon | AEXMN7XXS4KFC |
| 4 | DISMISSED | DISMISSED | DISMISSED |
| 5 | Dalian Guyufenghong Trading Co., Ltd. | Amazon | A3O0Q68OO1JMK0 |
| 6 | DHINGU ENTERPRISE | Amazon | AGRGHAVHXC9KW |
| 7 | DISMISSED | DISMISSED | DISMISSED |
| 8 | IBIS Unlimited LLC | Amazon | A1I830I127VC4V |
| 9 | jingye1 | Amazon | AVGYAED5RX9VT |
| 10 | Jinjiang Yinghuo Yinmeng International Trade Co., LTD | Amazon | A3A18NKTOURXTE |
| 11 | longkouchengheyixingshangmaoyouxiangongsi | Amazon | A2T0PZOYEY0AZU |
| 12 | LYJUN-US | Amazon | A2XOFLORGJLQWO |
| 13 | MLCLL US | Amazon | AM31B9W91GODC |
| 14 | Money saving shops | Amazon | A1QPP8MTE67JOR |
| 15 | DISMISSED | DISMISSED | DISMISSED |
| 16 | OneMarket Shoppe | Amazon | A1FI4Q5N5UHL8N |
| 17 | Richard dou | Amazon | A1FZ2DQWGLW0CG |
| 18 | RSN GROUP | Amazon | A1K0U03BF4YQAS |
| 19 | SAMCHYNSKYI21 | Amazon | A1GRG5KUDCIPHX |
| 20 | shell's | Amazon | A1T9SUM5XR346Q |
| 21 | SHHUAKEJI-US | Amazon | A25EHVAVSEY737 |
| 22 | DISMISSED | DISMISSED | DISMISSED |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 23 | The Lakeside Collection | Amazon | AAFVKW2XOUPRK |
| 24 | US HT | Amazon | ANZU7SFIXVJ0N |
| 25 | voyage trade | Amazon | A10SFIGZ2P65HI |
| 26 | wenzhouronghuifalanguanjianyouxiangongsi | Amazon | A2VGD4XJZN9JMS |
| 27 | yan store113 | Amazon | A3RPQ0CYZNMMPQ |
| 28 | YDX SHOP | Amazon | A919BLMECFH0N |
| 29 | YISHUODIANZI | Amazon | A31AKL3FYKIV70 |
| 30 | YJIN-US | Amazon | AJ4G8BCJUBSA6 |
| 31 | yongchunxianfabamaoyiyouxiangongsi | Amazon | A2QEFPF4G9ULMG |
| 32 | yongchunxianqinyerongmaoyiyouxiangongsi | Amazon | A2O6FILWTRQ7ZH |
| 33 | YUing | Amazon | AH78FXP5ZIZXB |
| 34 | Yujiee Store | Amazon | A1CS01QVCSB7J |
| 35 | ZWStars | Amazon | A1MOKGOQDLBTWM |
| 36 | A1YSHEEP4DMDO7 [任永兴] | Amazon | A1YSHEEP4DMDO7 |
| 37 | A3D3B8H0ACI39U [广州玥斯贸易商行个人独资] | Amazon | A3D3B8H0ACI39U |
| 38 | A1WZME46JRXBDM [房县闽钦装饰建材有限公司] | Amazon | A1WZME46JRXBDM |
| 39 | AP0K7FWXWXCIS [欣海贸易] | Amazon | AP0K7FWXWXCIS |
| 40 | A3KL77M6C2MQR7 [瑞都乐贸易有限公司] | Amazon | A3KL77M6C2MQR7 |
| 41 | A25ZGU35WMQZIC [盛坤商貿（7-12日納品）] | Amazon | A25ZGU35WMQZIC |
| 42 | DISMISSED | DISMISSED | DISMISSED |
| 43 | DISMISSED | DISMISSED | DISMISSED |
| 44 | DISMISSED | DISMISSED | DISMISSED |
| 45 | DISMISSED | DISMISSED | DISMISSED |
| 46 | DISMISSED | DISMISSED | DISMISSED |
| 47 | DISMISSED | DISMISSED | DISMISSED |
| 48 | DISMISSED | DISMISSED | DISMISSED |
| 49 | Feel Camera | eBay | letitbl |
| 50 | DISMISSED | DISMISSED | DISMISSED |
| 51 | DISMISSED | DISMISSED | DISMISSED |
| 52 | DISMISSED | DISMISSED | DISMISSED |
| 53 | DISMISSED | DISMISSED | DISMISSED |
| 54 | DISMISSED | DISMISSED | DISMISSED |
| 55 | DISMISSED | DISMISSED | DISMISSED |
| 56 | izu-shop.japan | eBay | izu-shop.japan |
| 57 | japanaccess | eBay | japanaccess |
| 58 | japan-limit | eBay | japan-limit |
| 59 | DISMISSED | DISMISSED | DISMISSED |
| 60 | K's Japan Brand Store | eBay | japan_brand_store |
| 61 | DISMISSED | DISMISSED | DISMISSED |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 62 | DISMISSED | DISMISSED | DISMISSED |
| 63 | DISMISSED | DISMISSED | DISMISSED |
| 64 | EXCEPTED | EXCEPTED | EXCEPTED |
| 65 | muzlee85 | eBay | muzlee85 |
| 66 | DISMISSED | DISMISSED | DISMISSED |
| 67 | DISMISSED | DISMISSED | DISMISSED |
| 68 | nrsyokai1 | eBay | nrsyokai1 |
| 69 | DISMISSED | DISMISSED | DISMISSED |
| 70 | DISMISSED | DISMISSED | DISMISSED |
| 71 | DISMISSED | DISMISSED | DISMISSED |
| 72 | risuke | eBay | risuke |
| 73 | DISMISSED | DISMISSED | DISMISSED |
| 74 | rymizu93 | eBay | rymizu93 |
| 75 | DISMISSED | DISMISSED | DISMISSED |
| 76 | DISMISSED | DISMISSED | DISMISSED |
| 77 | sky white diamond | eBay | skywhitediamond |
| 78 | DISMISSED | DISMISSED | DISMISSED |
| 79 | superdeals_25 | eBay | superdeals_25 |
| 80 | trendymart_17 | eBay | trendymart_17 |
| 81 | DISMISSED | DISMISSED | DISMISSED |
| 82 | DISMISSED | DISMISSED | DISMISSED |
| 83 | willpartners1964 | eBay | willpartners1964 |
| 84 | DISMISSED | DISMISSED | DISMISSED |
| 85 | DISMISSED | DISMISSED | DISMISSED |
| 86 | DISMISSED | DISMISSED | DISMISSED |
| 87 | yutsu_japan | eBay | yutsu_japan |
| 88 | DISMISSED | DISMISSED | DISMISSED |
| 89 | BBTS | Walmart | 102928738 |
| 90 | BBTS N2 | Walmart | 102951638 |
| 91 | BBTS NEO | Walmart | 102854362 |
| 92 | Collections Etc | Walmart | 3187 |
| 93 | Conqueror Store | Walmart | 101622224 |
| 94 | Gulgul | Walmart | 102760862 |
| 95 | Lindishipin | Walmart | 102748590 |
| 96 | Suiyu Trading | Walmart | 102869363 |
| 97 | DISMISSED | DISMISSED | DISMISSED |
| 98 | Wasserstein | Walmart | 14920 |
| 99 | WDTIE | Walmart | 102810612 |
| 100 | Yabuwanju | Walmart | 102617600 |