**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONGGUAN TESIMAI ELECTRONIC TECHNOLOGY CO., LTD., <br><br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No. 25-cv-1975 <br><br> **Judge Hon. W. Scott Hardy** |

**<u>DECLARATION OF KEATON SMITH</u>**

I, Keaton Smith, declare and state as follows:

1.    This declaration is based upon my personal knowledge of the facts stated herein. If called as a witness, I could and would testify as to the statements made herein.

2.    I am an attorney, duly admitted to practice law before this Court. I represent plaintiff Dongguan Tesimai Electronic Technology Co., Ltd. in this action.

3.    Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of a chart setting forth the number of infringing units sold by each remaining defendant in the case, as well as the corresponding total revenue generated from such sales.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

1

Date: March 23, 2026

Respectfully submitted,

By: /s/ Keaton Smith
Keaton Smith IL #6347736
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*