# EXHIBIT 1 –

# Smith Declaration

| Doe No. | Defendant Name | Infringing Units Sold | Total Sales Revenue |
|---|---|---|---|
| 1 | AFB SOOCOOL DIRECT | 1971 | $35,754.71 |
| 2 | Bernada Marketplace | 35 | $756.58 |
| 3 | CangRuidianpu | 0 | $0.00 |
| 5 | Dalian Guyufenghong Trading Co., Ltd. | 2755 | $48,002.56 |
| 6 | DHINGU ENTERPRISE | 0 | $0.00 |
| 8 | IBIS Unlimited LLC | 8 | $220.86 |
| 9 | jingye1 | 9767 | $148,239.98 |
| 10 | Jinjiang Yinghuo Yinmeng International Trade Co., LTD | 227 | $4,191.97 |
| 11 | longkouchengheyixingshangmaoyouxiangongsi | 48 | $720.53 |
| 13 | MLCLL US | 5992 | $79,755.98 |
| 14 | Money saving shops | 0 | $0.00 |
| 17 | Richard dou | 711 | $13,498.60 |
| 18 | RSN GROUP | 249 | $3,820.12 |
| 19 | SAMCHYNSKYI21 | 4 | $350.00 |
| 20 | shell's | 6 | $127.21 |
| 21 | SHHUAKEJI-US | 1423 | $26,760.33 |
| 23 | The Lakeside Collection | 3 | $68.80 |
| 24 | US HT | 26013 | $734,982.43 |
| 25 | voyage trade | 0 | $0.00 |
| 26 | wenzhouronghuifalanguanjianyouxiangongsi | 0 | $0.00 |
| 27 | yan store113 | 0 | $0.00 |
| 28 | YDX SHOP | 8532 | $128,321.73 |
| 29 | YISHUODIANZI | 2 | $56.66 |
| 30 | YJIN-US | 918 | $16,793.91 |
| 31 | yongchunxianfabamaoyiyouxiangongsi | 2167 | $35,366.41 |
| 32 | yongchunxianqinyerongmaoyiyouxiangongsi | 1075 | $14,471.25 |
| 33 | YUing | 3177 | $70,815.30 |
| 34 | Yujiee Store | 0 | $0.00 |
| 35 | ZWStars | 1124 | $20,501.45 |
| 36 | 任永兴 | 16 | $215.29 |
| 37 | 广州玥斯贸易商行个人独资 | 0 | $0.00 |
| 38 | 房县闽钦装饰建材有限公司 | 0 | $0.00 |
| 39 | 欣海贸易 | 42 | $449.92 |
| 40 | 瑞都乐贸易有限公司 | 2 | $21.60 |
| 41 | 盛坤商贸（7-12日納品） | 0 | $0.00 |
| 49 | Feel Camera | 0 | $0.00 |
| 56 | izu-shop.japan | 0 | $0.00 |

| | | | |
|---|---|---:|---:|
| 57 | japanaccess | 0 | $0.00 |
| 58 | japan-limit | 0 | $0.00 |
| 60 | K's Japan Brand Store | 0 | $0.00 |
| 65 | muzlee85 | 0 | $0.00 |
| 68 | nrsyokai1 | 0 | $0.00 |
| 72 | risuke | 1 | $46.60 |
| 74 | rymizu93 | 0 | $0.00 |
| 77 | sky white diamond | 0 | $0.00 |
| 79 | superdeals_25 | 1 | $13.37 |
| 80 | trendymart_17 | 0 | $0.00 |
| 83 | willpartners1964 | 0 | $0.00 |
| 87 | yutsu_japan | 0 | $0.00 |
| 89 | BBTS | 0 | $0.00 |
| 90 | BBTS N2 | 2 | $48.74 |
| 90 | BBTS N2 | 0 | $0.00 |
| 91 | BBTS NEO | 1 | $22.99 |
| 93 | Conqueror Store | 157 | $2,538.00 |
| 94 | Gulgul | 0 | $0.00 |
| 95 | Lindishipin | 139 | $2,485.17 |
| 96 | Suiyu Trading | 3 | $68.97 |
| 98 | Wasserstein | 2 | $67.98 |
| 99 | WDTIE | 575 | $13,113.63 |
| 100 | Yabuwanju | 47 | $960.43 |
| **Total:** | | **67,195** | **$1,403,630.06** |