UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONGGUAN TESIMAI ELECTRONIC TECHNOLOGY CO., LTD., Plaintiff,

V.

THE INDIVIDUALS, CORPORATIONS, ET AL., Defendants.

Case No. 2:25-cv-01975-WSH

DEFENDANT #64'S MOTION FOR CONTEMPT AND SANCTIONS AGAINST PLAINTIFF'S COUNSEL

Defendant #64 (Mirum Julius, d/b/a "home roam"), appearing pro se, respectfully moves this Court to hold Plaintiff's counsel in Contempt and to impose Sanctions for their bad-faith delay and breach of the Settlement Agreement.

## I. DISCLOSURE OF CONFIDENTIAL AGREEMENT FOR THE PURPOSES OF JUSTICE

Defendant #64 acknowledges the "Confidential" designation on the Settlement Agreement. However, as the Plaintiff has fundamentally breached the terms of said agreement, disclosure to this Court is a mandatory necessity to achieve equity and justice. This Court remains the final legal authority to review such breaches when administrative remedies have been exhausted in bad faith.

## II. BACKGROUND

On February 10, 2026, Defendant executed the Settlement Agreement (Exhibit A). On March 4, 2026, Plaintiff's counsel explicitly confirmed they had "notified the platform to proceed" (Exhibit B).

This was reiterated on March 20, 2026. Despite these repeated written assurances over a 30-day period, and multiple formal notices (Exhibit C), the restraint on Defendant's eBay account remains active as of April 2, 2026.

## III. COMPENSATORY VS. PUNITIVE SANCTIONS

Defendant is not seeking windfall profits or purely punitive measures; rather, a fair compensation of $2,500.00 to cover documented lost sales and the technical cost of rehabilitating the store's search ranking. Furthermore, while the Defendant has suffered significant emotional distress and spent exhaustive hours in legal research and drafting to resolve this matter, Defendant hereby waives any claim for emotional distress or personal labor costs.

Defendant's sole focus is the restoration of his business's financial standing.

However, to ensure future compliance, Defendant requests Punitive Sanctions in the form of a daily fine of $100.00 for each day of continued non-compliance since the breach became evident on March 20

## IV. RELIEF REQUESTED

Defendant respectfully requests that the Court:

Issue a Mandatory Injunction for the immediate release of Defendant #64's account.

Order Plaintiff's counsel to pay $2,500.00 in compensatory damages.

Waive the $50.00 settlement payment due to Plaintiff's breach of faith.

Impose a daily fine of $100.00 until the account is released.

**Respectfully submitted,**
Mirum Julius (Defendant #64)
**Date:** April 2, 2026

# EXHIBIT A

# CONFIDENTIAL SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement"), effective as of the day upon which all parties to this Agreement have fully and finally executed this Agreement (the "Effective Date"), is made by and between Dongguan Tesimai Electronic Technology Co., Ltd., ("Plaintiff"), and the webstores in Exhibit 1 to this Agreement (collectively referred to herein as "Defendant"). Plaintiff and Defendant are collectively referred to as the "Parties" and each individually as a "Party" in this Agreement.

WHEREAS,

A.  Plaintiff filed the case *Dongguan Tesimai Electronic Technology Co., Ltd., vs The Individuals, Corporations, et al., 2:25-cv-01975 (W.D. PA)* in the United States District Court for the Western District of Pennsylvania (the "Lawsuit").

B.  Plaintiff is the owner of the entire right, title, and interest in and to the intellectual property described in the Complaint filed in the Lawsuit (collectively "Intellectual Property"), namely 0 Registration Nos. Patent No. D891,522 and Copyright Registration Nos. VA 2-376-313, VA 2-376-315, and VA 2-376-327.

C.  Plaintiff's rights in its Intellectual Property are valid, subsisting, and in full force and effect.

D.  To avoid continued litigation, the Parties enter into this Agreement and by so doing seek to fully, completely, and finally resolve, settle, and release all claims arising from and/or relating to the facts alleged in the Lawsuit, including claims and counterclaims which were asserted or which could have been asserted in the Lawsuit, based on conduct up to and including the Effective Date.

NOW, THEREFORE, in consideration of the promises and obligations hereto and other good and valuable consideration, the adequacy, sufficiency, and receipt of which is hereby conclusively acknowledged, the Parties agree as follows:

1.  Defendant acknowledges the validity and enforceability of Plaintiff's Intellectual Property in the Lawsuit and will immediately and permanently cease and desist from any infringement or unauthorized use of the Plaintiff's Intellectual Property, including but not limited to any purchases, offers to sell and/or sales of products that use Plaintiff's Intellectual Property ("Accused Products") and any use of Plaintiff's Intellectual Property to promote sales of products not authorized by Plaintiff. Defendant shall not act to contest the validity of, injure, or discredit Plaintiff's asserted Intellectual Property. Defendant shall not file any proceedings with the U.S. Patent & Trademark Office or with any court of law in the United States or any country to challenge Plaintiff's Intellectual Property.

2.  Defendant agrees to pay Plaintiff $50 (**Fifty US dollars**); (hereinafter the "Settlement Amount") as part of the settlement agreement. Within two (2) business days of the Effective Date, Defendant shall pay Plaintiff the Settlement Amount in

U.S. currency, by wire transfer, by the following instructions. Alternatively, Defendant authorizes the internet marketplace to transfer the Settlement Amount from its account to Plaintiff, by the following instructions:

> Whitewood Law PLLC
> Client Trust Account
> Account Number: 325115518230
> Routing Number: 121000358 (paper & electronic)
> 026009593 (wires)
> SWIFT Code: BOFAUS3N
> Bank Name: Bank of America
> Bank Address: 555 California Street San Francisco, CA 94104

3. Upon receipt of the Settlement Amount and within thirty (30) business days of such receipt, Plaintiff shall instruct the internet marketplaces and/or payment processors identified in Exhibit 1 to release the accounts of Defendants listed in Exhibit 1.

4. In the event that Defendant breaches this Agreement by failing to transfer the Settlement Amount within five (5) business days from the time Defendant returns the signed Agreement, Defendant agrees to pay an additional $10,000 (ten thousand dollars) liquidated damages by authorizing Plaintiff to deduct the Settlement Amount plus the liquidated damages from Defendant's financial account identified in Exhibit 1 and other accounts under Defendant's control.

5. Subject to the terms of this Agreement and in consideration for the accuracy of the representations made by Defendant herein, Plaintiff, on behalf of itself, and its current or former officers, directors, employees, attorneys, insurers, predecessors, assignors, successors, parents, subsidiaries and representatives, hereby releases, acquits and forever discharges Defendant and its current and former officers, directors, employees, attorneys, insurers, predecessors, assignors, successors, parents, subsidiaries, representatives, and assignees, and each of them (hereinafter collectively referred to as "Releasees") from any claims, demands, actions, and causes of action for attorney's fees, costs, and damages, arising at law or in equity, concerning the matters in the Lawsuit and the purchase, distribution, advertisement, offer for sale, and sale of the alleged Accused Products before the Effective Date as alleged in the Lawsuit (the "Released Matters"). This release shall apply to Releasees to Released Matters only and shall in no way be construed as a waiver of any rights that Plaintiff may have against anyone else, including but not limited to other manufacturers, distributors, retailers, suppliers, vendors, or purchasers of the Accused Products.

6. Subject to the terms of this Agreement, Defendant, on behalf of itself, and its current or former officers, directors, employees, attorneys, insurers, predecessors, assignors, assignees, successors, parents, subsidiaries, and representatives, hereby releases and forever discharges Plaintiff and its current or former officers, directors, employees, attorneys, insurers, predecessors, assignors, assignees, successors, parents, subsidiaries and representatives from all causes of action, claims, debts, demands, attorney's fees,

costs, damages, and liabilities at law or in equity, arising out of or related to Defendant's claims regarding the Accused Products or the Lawsuit.

7. Upon the full execution of this Agreement and Plaintiff's receipt of the Settlement Amount, Plaintiff will dismiss its claims against Defendant. Plaintiff agrees that Defendant is no longer bound by any orders issued by the Court in the Lawsuit once Defendant is dismissed from the Lawsuit.

8. Plaintiff covenants not to sue Defendant in any judicial, administrative, arbitral, regulatory, or in any manner seek to assert claims against Defendant for matters alleged in the Complaint.

9. Nothing in this Agreement shall preclude Plaintiff from filing suit against Defendant in the future, should Plaintiff discover evidence that Defendant, after the Effective Date, is participating in the trafficking, distribution, offering for sale, sale or manufacture of counterfeits or any other conduct prohibited in Paragraph 1 above. This Agreement shall not limit Plaintiff's recovery in such future lawsuits and shall not constitute a defense to any of Plaintiff's claims for conduct occurring after the Effective Date. This Agreement shall not be used to contest the relevance or admissibility, in any future lawsuit, of any evidence adduced in the current Lawsuit.

10. Except as otherwise required by law, the Parties shall keep any correspondence between the Parties, the existence of this Agreement, the Settlement Amount, and the terms and contents of this Agreement strictly and completely confidential and will not hereafter disclose any such information to anyone except (a) the Parties' attorneys, accountants, financial advisors, or (b) as required by law and/or court process. Any disclosure by any of the Parties in violation of this section shall be deemed a material breach.

11. This Agreement shall not be used as an admission of liability or wrongdoing by any Party.

12. Notwithstanding other terms, this Agreement shall be used as admission of liability and wrongdoing by Defendant in the event that Defendant breaches.

## GENERAL PROVISIONS

a. This Agreement shall be binding upon and inure to the benefit of the Parties hereto, their successors and assigns, and/or the Parties' respective parents, subsidiaries, and related companies.

b. The waiver by either Party of a breach or provision of this Agreement by the other Party shall not operate or be construed as a waiver of any subsequent breach by such other Party.

c. The invalidity, illegality, or unenforceability of any provision hereof shall not in any way affect, impair, invalidate, or render unenforceable this Agreement or any other provision thereof.

d.  This Agreement constitutes the entire agreement between the Parties regarding the subject matter hereof, and neither Party is relying on anything other than the words herein in entering into this Agreement.

e.  The validity, construction, interpretation, and enforceability of this Agreement shall be governed by the laws of the Commonwealth of Pennsylvania in the United States of America. If a court action becomes necessary to enforce this Agreement, Defendant and Plaintiff consent to the jurisdiction of the federal court in and for the Commonwealth of Pennsylvania.

f.  This Agreement may be executed by email or facsimile transmission and simultaneously in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute the same instrument. Facsimile and emailed signatures are deemed the equivalent of original signatures.

g.  Each of the Parties submit that each has had the opportunity to confer with counsel regarding the terms of this Agreement.

h.  Each of the Parties shall execute and deliver to the others all additional documents, instruments, and agreements, and take such additional actions, as is reasonably required to implement the terms of this Agreement and to effectuate its intent.

i.  Each of the Parties shall be responsible for and bear its own attorneys' fees, expert fees, and costs incurred in connection with the Lawsuit and this Agreement.

j.  Each of the Parties represents and warrants that it has not assigned, transferred, or conveyed, voluntarily or involuntarily, any of the claims released herein.

k.  Each of the Parties represents and warrants that it has the full right and authority to enter into this Agreement, and the officer, employee, agent, attorney, or other representative executing this Agreement on its behalf has the full right and authority to do so.

**IN WITNESS WHEREOF**, the Parties have duly executed this SETTLEMENT AGREEMENT with full authority to do so as of the date written below.

**PLAINTIFF**

Signature: /s/ Shengmao Mu

Name: Shengmao Mu
Title: Attorney of Record
Date: 2/9/2026

**DEFENDANT**

Signature: _____

**Authorized for deduction from eBay account funds per Section 2**

Name: Mirum Julius
Title: Owner
Date: 2/10/2026

4

## EXHIBIT 1

| Doe # | Marketplace | Merchant ID | Name |
| --- | --- | --- | --- |
| 64 | eBay | home_roam | Mirum Julius |

# EXHIBIT B

≡  C  Sent Mail  ✎

🔍 Search

**me, Whitewood** 9    🔗 8:04 pm
FINAL NOTICE: Motion to Compel Collect...
Dear Counsel, It is now the afterno... ☆

**me**    🔗 Feb 26
NOTICE: Formal Request for eBay Interve...
Dear Ryan & Team, I am writing to formall... ☆

**me**    🔗 Feb 26
Request for eBay to contact Plaintiff's Att...
Dear Pamela / eBay VeRO Team, I am con... ☆

**me**    🔗 Feb 25
Re: URGENT: Confirmation of Receipt & S...
Dear Ryan, I am following up on my previo... ☆

**me**    🔗 Feb 24
محاسب
محاسب ☆

**me**    🔗 Feb 20
(no subject) ☆

**me**    🔗 Feb 12
FINAL FOLLOW-UP: Executed Settlement ...
Dear Ryan, I am following up on the signe... ☆

**me** 2    🔗 Feb 10
Re: Signed Settlement Agreement - Case ...
Dear all, I am resending the previou... Inbox ☆

**me .. Keaton, Ryan** 9    🔗 Feb 9
FINAL NOTICE: Urgent Response Require...
Hello, I have reattached the agree... Inbox ☆

**me**    🔗 Feb 7
مدخل بيانات ☆

**me**    🔗 Feb 5
Administrative Affairs Officer Application...
Dear Hiring Team at Shaban Group, I am ... ☆

altawarhtalat@gmail.com

---

📥  🗑  ▾  ⚙

## FINAL NOTICE: Motion to Compel Collection and Status Report - Case No. 2:25-cv-01975 (Doe #64)   Inbox    ☆

**T**    **Talat Altawarh**
Dear Ryan, I am writing to follow up on the settlement agreement signed on February 10, 2026, regarding my

**W**    **Whitewood Law Settlement**    ↩
to me, Ryan, Keaton, +5
Mar 4   Details

Hello Counsel,

We have notified the platform to proceed with the deduction. We will inform you once we have received the funds.

Best,

Settlement Team

Whitewood Law PLLC

57 West 57th Street

3rd and 4th Floors

Manhattan, NY, 10019

Tel: (917)858-8018

Fax: (917)591-0618

Primary

Q Search

**eBay** — 8:38 pm
Your eBay Store subscription will be rene...
eBay Your eBay Store will be renewed Hi T...

**eBay - gorakovaci_3** — Mar 25
gorakovaci_3 has sent a message
New message: phones are OK, sorry for di...

**me, Whitewood** 9 — Mar 20
FINAL NOTICE: Motion to Compel Collect...
Dear Counsel, It is now the afternoon of W...

**eBay** — Mar 19
These items haven't sold yet? Let's chang...
Ideas inside 💡

**U.S. District Court for .** — Mar 13
PUBLIC NOTICE - U.S. Magistrate Judges...
PUBLIC NOTICE The Judicial Conference ...

**U.S. District Court for .** — Mar 13
PUBLIC NOTICE - U.S. Magistrate Judges...
PUBLIC NOTICE The Judicial Conference ...

**eBay** — Mar 12
Recently viewed: Steve Madden Burgund...
Give it another look

**eBay** — Mar 8
Recently viewed: Knopf Militär Uniformkn...
Give it another look

**eBay Feedback** — Mar 6
How did we do?
TALAT, you recently tried to get help at eB...

**vero@ebay.com** 2 — Mar 6
Re: Request for eBay to contact Plaintiff's...
Hello, Thank you for reaching out. In order...

**eBay Feedback** — Mar 5
How did we do?
TALAT, you recently tried to get help at eB...

Notification Required Dear Settlement Team / Mr. Mu.

## Whitewood Law Settlement
settlement@whitewoodlaw.com
Hide details

To: T Talat Altawarh

Cc: R Ryan Baker    K Keaton Smith
S Shengmao Mu    A Abby Neu
R Ryan Carreon    D David Lilenfeld
F Finance Whitewood Law

Date: March 20, 2026, 1:24 PM

Hello Counsel,

The deduction process depends on the platform, and we have already sent reminders to follow up on this matter.

Best.

Settlement Team

Whitewood Law PLLC

57 West 57th Street

3rd and 4th Floors

Manhattan, NY, 10019

Tel: (917)858-8018

altawarhtalat@gmail.com

# EXHIBIT C



## Sent Mail

Q Search

**me, Whitewood** 9    8:04 pm
**FINAL NOTICE: Motion to Compel Collect...**
Dear Counsel, It is now the afterno...

**me**    Feb 26
NOTICE: Formal Request for eBay Interve...
Dear Ryan & Team, I am writing to formall...

**me**    Feb 26
Request for eBay to contact Plaintiff's Att...
Dear Pamela / eBay VeRO Team, I am con...

**me**    Feb 25
Re: URGENT: Confirmation of Receipt & S...
Dear Ryan, I am following up on my previo...

   Feb 24

   Feb 20

**me**    Feb 12
FINAL FOLLOW-UP: Executed Settlement ...
Dear Ryan, I am following up on the signe...

**me** 2    Feb 10
Re: Signed Settlement Agreement - Case ...
Dear all, I am resending the previou... Inbox

**me .. Keaton, Ryan** 9    Feb 9
FINAL NOTICE: Urgent Response Require...
Hello, I have reattached the agree... Inbox

**me**    Feb 7

**me**    Feb 5

altawarhtalat@gmail.com

---

### Talat Altawarh
altawarhtalat@gmail.com
Hide details

To:    Whitewood Law Settlement

Cc:    Ryan Baker    Keaton Smith
   Shengmao Mu    Abby Neu
   Ryan Carreon    David Lilenfeld
   Finance Whitewood Law

Date:    March 31, 2026, 4:36 PM

Dear Counsel,
Following my previous emails and due to the continued lack of progress in releasing the restraint on my eBay account, I have formally filed a Supplemental Brief
(Doc. #54) with the Court today.
Attached is a copy of the filing, which includes a formal declaration of the financial damages incurred and evidence of the prolonged delay.
I strongly urge you to take immediate action to resolve this matter to avoid further escalation.
Sincerely,

Talat Altorah / Mirum Julius

M ECF    Civil ▾    Criminal ▾
onses and Replies
v-01975-WSH DONGGUAN TESIMAI E
T et al

U.

Western I

## Sent Mail

Q Search

**me, Whitewood** 9    8:04 pm
FINAL NOTICE: Motion to Compel Collect...
Dear Counsel, It is now the afterno...

**me**    Feb 26
NOTICE: Formal Request for eBay Interve...
Dear Ryan & Team, I am writing to formall...

**me**    Feb 26
Request for eBay to contact Plaintiff's Att...
Dear Pamela / eBay VeRO Team, I am con...

**me**    Feb 25
Re: URGENT: Confirmation of Receipt & S...
Dear Ryan, I am following up on my previo...

**me**    Feb 24

**me**    Feb 20
(no subject)

**me**    Feb 12
FINAL FOLLOW-UP: Executed Settlement ...
Dear Ryan, I am following up on the signe...

**me** 2    Feb 10
Re: Signed Settlement Agreement - Case ...
Dear all, I am resending the previou... Inbox

**me .. Keaton, Ryan** 9    Feb 9
FINAL NOTICE: Urgent Response Require...
Hello, I have reattached the agree... Inbox

**me**    Feb 7

**me**    Feb 5

altawarhtalat@gmail.com

---

### Talat Altawarh
altawarhtalat@gmail.com
Hide details

To:    Whitewood Law Settlement

Cc:    Ryan Baker    Keaton Smith

   Shengmao Mu    Abby Neu

   Ryan Carreon    David Lilenfeld

   Finance Whitewood Law

Date:    April 1, 2026, 8:04 PM

Dear Counsel,
It is now the afternoon of Wednesday, and despite my morning notice, the illegal restraint on my eBay account remains active. My documented financial damages are continuing to accrue.
Please be informed that I have already begun drafting a "Motion for Sanctions and Contempt" to be filed first thing tomorrow morning if this matter is not resolved by the close of your business today.
I will also request the Court to award me the full amount of lost profits ($1,284.71+) caused by this unnecessary and bad-faith delay.
This is your final opportunity to provide the release confirmation.
Sincerely,
Talat Altorah

Reply    Reply all    Forward

Hi **TALAT!** ⌄    Deals   Brand Outlet   Gift Cards   Help & Contact    🇯🇴 Ship to   Sell    My eBay ⌄   🔔   🛒

# ebay

🔍 Search for anything                                       📷

## Seller Hub   home_roam (78 ★) 📱                              ( Messages )    ( Seller Help )

Overview    Orders ⌄    Listings ⌄    Marketing ⌄    Advertising ⌄    Store ⌄    Performance ⌄    More ⌄

                                              [Tell us what you think](#)

| |
|---|
| **Summary** |

All transactions

Payouts

Reports

Earnings

Taxes

## Your financial summary

> ❗ Your payouts are currently on hold because your eBay account is restricted. Please go to **Messages** in My eBay for information about your account status.

### Your total funds                ❓

## $548.30 ›

**Available funds**

$548.30 ›

**Payout schedule: Monthly**

❗ You have no upcoming payouts.        ›

## Recent activity                      [See all](#)

| Date | Description | Amount | |
|---|---|---|---|
| Apr 1, 2026 9:45:47 AM | **Starter Store Subscription: Subs...** Apr 01 - Apr 30 ● Completed | -$4.95 | › |
| Mar 1, 2026 8:52:47 AM | **Starter Store Subscription: Subs...** Feb 28 - Mar 31 ● Completed | -$4.95 | › |
| Feb 1, 2026 8:41:19 AM | **Starter Store Subscription: Subs...** Jan 31 - Feb 27 ● Completed | -$4.95 | › |
| Jan 1, 2026 8:41:41 AM | **Starter Store Subscription: Subs...** Dec 31 - Jan 30 ● Completed | -$4.95 | › |

## Payouts and charges

| **Payouts** › | **Charges and payments** › |
|---|---|
| No payouts within the last 90 days | No charges or payments within the last 90 days |

## Your preferences

### Payouts

| 🏛 | **Payout method** ~~▬▬▬▬~~ | Manage |
|---|---|---|
| 📅 | **Payout schedule** Monthly | Manage |

### Selling costs

| ⇄ | **Payment method** ~~▬▬▬~~ | Manage |
|---|---|---|

## Payment reports and taxes

**Earnings** ⓘ                      [See report](#)

No report requested.

**Transaction reports** ⓘ              [Create report](#)

No report requested.

**Financial statements** ⓘ             [See all](#)

[Feb 2026 statement summary.pdf](#) ↓

**Tax invoices** ⓘ                    [See all](#)

Not available for Apr 2026.

**Form 1099-K** ⓘ                 [See all](#)

You did not receive a form 1099-K for the 2025 tax year.

---

Want to know more? See our [Help and contact](#), or [Join our community](#).

Copyright © 1995-2026 eBay Inc. All Rights Reserved. [Accessibility](#), [User Agreement](#), [Privacy](#), [Consumer Health Data](#), [Payments Terms of Use](#), [Cookies](#), [CA Privacy Notice](#), [Your Privacy Choices](#) ⓘⓧ and [AdChoice](#) ⓘ



