**NOTICE TO THE COURT REGARDING STATUS OF STORE RESTORATION AND MODIFICATION OF SANCTIONS REQUEST**

**The Defendant, proceeding pro se, respectfully informs the Court of the following:**

**Restoration of Account:** The Defendant informs the Court that as of April 14, 2026, the restrictions on his eBay store have finally been lifted. This restoration occurred only after the filing of Doc. 67, which exposed the continued restraint despite the Plaintiff's claims.

**Breach of Settlement Terms and SEO Damages:** On March 4, 2026, Counsel for the Plaintiff stated: "We have notified the platform to proceed with the deduction. "Despite this assurance, the store remained restrained for an additional 41 days. This prolonged closure has caused severe damage to the store's Search Engine Optimization (SEO) and search rankings, resulting in a significant loss of organic traffic and commercial momentum.

**Voluntary Modification of Sanctions:** In the interest of reaching a fair and final resolution, and to reflect the Defendant's cooperation, the Defendant moves to modify and reduce his initial request from $500.00 per day to $250.00 per day for the duration of the undue delay. This amount is a reasonable compromise to address the documented financial harm and the loss of search visibility during the 41-day period of non-compliance.

**Conclusion:** The Defendant respectfully requests the Court to exercise its inherent authority to determine a final compensation amount. The Defendant remains committed to the integrity of the judicial process and the fair protection of his small business

**/s/ Talat Altorah**

TALAT AL TORAH

PRINCESS RAJAA BINT TALAL ST Street

AMMAN, 11931

Jordan

Phone: +9627969404074

Email: altawarhtalat@gmail.com

Dated: April 15, 2026