**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONGGUAN TESIMAI ELECTRONIC TECHNOLOGY CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> SCHEDULE A DEFENDANTS, <br><br> Defendants. | Civil Action No. 2:25-cv-01975 <br><br> Judge W. Scott Hardy |

## NOTICE OF SETTLEMENT

Defendants SHHUAKEJI-US (Def. No. 21), YJIN-US (Def. No. 30) and ZWStars (Def. No. 35) (collectively, "Defendants"), by and through their undersigned counsel, hereby provide notice to the Court that Plaintiff and Defendants have resolved all claims between them in this action.

The parties have finalized the necessary settlement documentation on May 14, 2026, and a dismissal will be promptly filed with this Court.

May 19, 2026,                                    Respectfully submitted,

/s/ *He Cheng*
He Cheng (NY Bar #5665617)
Palmer Law Group, P.A.
110 East Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
rcheng@palmerlawgroup.com
Tel: +1 (917) 525-1495
***Attorney for Defendants***

1