<strong>UNITED STATES DISTRICT COURT</strong><br><strong>FOR THE WESTERN DISTRICT OF PENNSYLVANIA</strong>

| | |
|---|---|
| DONGGUAN TESIMAI ELECTRONIC TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No. 2:25-cv-1975 <br><br> **Judge Hon. W. Scott Hardy** |

<u><strong>SATISFACTION OF JUDGMENT</strong></u>

WHEREAS, a judgment was entered in the above action on May 19, 2026 [78], in favor of DONGGUAN TESIMAI ELECTRONIC TECHNOLOGY CO., LTD., and against Defendants identified in Schedule A, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Seller Alias | DOE No. |
|---|---|
| SAMCHYNSKYI21 | 19 |
| shell's | 20 |
| Feel Camera | 49 |
| K's Japan Brand Store | 60 |
| risuke | 72 |
| Suiyu Trading | 96 |
| Wasserstein | 98 |

1

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Date: May 22, 2026

Respectfully submitted,

/s/ Keaton Smith
Keaton Smith, IL #6347736
Shengmao (Sam) Mu, NY #5707021
Abby Neu, IL #6327370
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*