DONGGUAN TESIMAI ELECTRONIC
TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A
TO THE COMPLAINT,

Defendants.

Case No. 2:25-cv-1975

**Judge Hon. W. Scott Hardy**

## <u>JOINT STIPULATION TO DISMISS</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff DONGGUAN TESIMAI ELECTRONIC TECHNOLOGY CO., LTD. ("Plaintiff") and Defendants SHHUAKEJI-US (Def. #21), YJIN-US (Def. #30) and ZWStars (Def. #35) ("Defendants") hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff against Defendants in this lawsuit, and all claims asserted by Defendants against Plaintiff in this lawsuit, with each party to bear its own attorneys' fees, costs, and expenses. In view of this dismissal, the parties further request that the Court deny as moot all pending motions with respect to Defendants.

1

Date: May 26, 2026

Respectfully submitted,

/s/ Keaton Smith
Keaton Smith IL #6347736
Shengmao (Sam) Mu NY #5707021
Abby Neu IL #6327370
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (872) 294-3799
Email: ksmith@whitewoodlaw.com

*Counsel for Plaitiff*

/s/ He Cheng
He Cheng (Bar No. 5665617)
**Palmer Law Group, P.A.**
110 East Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
Telephone: +1 (917) 525-1495
Email: rcheng@palmerlawgroup.com

*Counsel for Defendants*