**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DONGGUAN TESIMAI ELECTRONIC
TECHNOLOGY CO., LTD.,

            Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A
TO THE COMPLAINT,

            Defendants.

Case No. 2:25-cv-1975

**Judge Hon. W. Scott Hardy**

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on May 19, 2026 [78], in favor of

DONGGUAN TESIMAI ELECTRONIC TECHNOLOGY CO., LTD., and against Defendants

identified in Schedule A, and Plaintiff acknowledges payment of an agreed upon damages amount,

costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the

same as to the following Defendants:

| Defendant Seller Alias | DOE No. |
|---|---|
| Lindishipin | 95 |
| Yabuwanju | 100 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced

Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed

to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Date: May 29, 2026

Respectfully submitted,

/s/ Keaton Smith
Keaton Smith, IL #6347736
Shengmao (Sam) Mu, NY #5707021
Abby Neu, IL #6327370
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*